

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station
201 17th Street, NW | Suite 1700
Atlanta, GA 30363
T 404.322.6000  F 404.322.6050
nelsonmullins.com

Scott N. Sherman
T 404.322.6231
Scott.sherman@nelsonmullins.com

January 22, 2020

*Via Email and Federal Express*
Mr. Roger J. Kiley
Principle Counsel
FINRA
55 W. Monroe St.
Chicago, Illinois 60603

**Re: Examination No. 20190638707**

Mr. Kiley,

This letter follows up my January 13, 2020 correspondence and discussion with you last week. Below I have identified the list of documents and information I am including with this letter in response to your letter of December 17, 2019.

The following documents are produced herewith via secure file transfer and bates labeled BKM_000001 to BKM_000274 and SPV_000001 to SPV_000023. My client requests confidential treatment of the documents produced.

- BKM Consulting, LLC New York Corporate filings;

- StraightPath Venture Partners LLC Delaware Corporate filings in place in February 2019 and subsequent amendment;

- StraightPath Venture Partners LLC operating agreement as amended February 4, 2019;

- A specimen copy of a stock purchase agreement between StraightPath Venture Partners, LLC and one of the funds is attached hereto in response to Request No. 5. To give context to this document, and in furtherance of our discussion last week, I discuss below an example of how the specimen agreement was generally utilized.

As we have discussed, StraightPath Venture Partners, LLC would initially purchase stock. For example, StraightPath Venture Partners, LLC entered into a stock purchase agreement for a certain series of Palantir stock. StraightPath Venture Partners, LLC received confirmation from Palantir that the company's records identified StraightPath Venture Partners, LLC as the owner of the stock certificates it acquired. Investors who were interested in Palantir stock invested in

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                    FMS000021

FINRA
RE:  FINRA Examination No. 20190638707
January 22, 2020
Page 2

>   a SP Ventures Fund.  That fund acquired shares of Palantir stock from StraightPath Venture Partners, LLC by entering into a stock purchase agreement. The specimen copy attached is an example of such a stock purchase agreement.

- My client produces herewith copies of BKM Consulting, LLC and Mr. Martinsen's bank account statements from January 2018 through November 2019.

- Pursuant to you request, my client provides below a list of the entities that have been involved in the sale of interests in SPV 1 – 6.  My client took a good faith effort to list the entities below.  He is reconfirming if there are any additional entities, and if so, I will update this list:

    - SW Financial
    - Worden Capital Management
    - Cova Capital
    - Asas Capital
    - 21st century Gold & Silver
    - GSH Empire
    - HTHC Opps.
    - L&G Corp.
    - Advisory Management
    - Flex Marketing
    - IKE Group
    - Silvergate Group
    - Quantum Global Partners
    - 3 GS Medical
    - Appreciate Holdings
    - Best Results Coaching
    - Kolta Group
    - FLTNY
    - Infinity Ventures
    - Morgan Geological

  Below, I have discussed additional document categories we discussed over the phone that my client either needs additional information from you and/or is working to produce and will produce as promptly as reasonably possible.

- **Documents Responsive to Request No. 6.**  As discussed over the phone, you made clear to me that this request was the key issue your team is looking at and you believed that by my client producing responsive documents, that would help your client streamline and finalize FINRA's inquiry.  As discussed, my client also wishes to help streamline FINRA's inquiry to assist in the completion of its review and limit my client's legal costs as reasonably as possible in doing so.  To that end my client has agreed to seek from StraightPath Venture Partners, LLC's manager responsive documents for this request for investors that invested after my client obtained its membership interest in StraightPath Venture Partners in February 2019.  I understand from our conversation that you do not agree with limiting documents from February 2019 and at the moment we have agreed to disagree on this point.  That said, as this request for investors on or after February

FINRA
RE:  FINRA Examination No. 20190638707
January 22, 2020
Page 3

2019 covers 13 of the 22 individuals, the production my client is working to provide covers a majority of the individuals you are asking about and covers the only investment at issue pre-February 2019 in your list for the first nine (Palantir). Accordingly, my client respectfully asks you to review the information he will produce and after that review is complete, we can discuss what, if anything, else you may still seek.  I am working with my client expeditiously to provide the information noted above to you.

- **Request No. 2, General Ledgers.**  As discussed, you stated that you would speak with your team about the specific categories of information you needed from StraightPath Venture Partners, LLC in order to streamline this request and production.  I look forward to receiving that information and will share it with my client so he can ask the LLC's manager to discuss the same with the LLC's accountant.  I understand you have also requested bank statements.  I understand from your communication today that we can table disputed items until your team reviews responsive materials to Request No. 6.  Let's plan to discuss and additional requests after your review of the other information provided.

- **Brian Martinsen and BKM Consulting LLC 2017 and 2018 Tax Returns and associated schedules.**  My client reached out to his accountant, and I'd like to set up a call with you to discuss the current status of these returns at your first convenience.

I and my client appreciate your attention and review of these responses/documents and information above.

Sincerely,

*[signature]*

Scott N. Sherman

Enclosures

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                    FMS000024

ORIGIN ID:QFEA   (404) 322-6000
SCOTT SHERMAN
NELSON MULLINS
ATLANTIC STATION
201 17TH STREET NW, SUITE 1700
ATLANTA, GA 30363
UNITED STATES US

SHIP DATE: 22JAN20
ACTWGT: 0.50 LB
CAD: 250174987/WSXI3400

BILL SENDER

TO  ROGER KILEY, PRIN. COUNSEL
FINRA  [ENF. DEPT]
55 W MONROE ST

CHICAGO IL 60603
(312) 899-4440   REF: 062683.01500-SNS-
INV:
PO:   DEPT:




FedEx Express

REL#
3785346

THU - 23 JAN 10:30A
PRIORITY OVERNIGHT

TRK#  7798 2021 3171
0201

XH CHIA   60603
IL-US   ORD



CONFIDENTIAL TREATMENT REQUESTED BY FINRA            FMS000025