| | |
|---|---|
| **Message** | |
| **From:** | Chris Hayes [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=07684C1FA0904AE7BC579278663132FE-CHAYES] |
| **Sent:** | 2/7/2020 1:15:29 PM |
| **To:** | Sam Donovan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=222c284b5fcc40ebbecb4a4cc3643502-sdanovic] |
| **Subject:** | penis pictures as you requested |
| **Attachments:** | PitchBook_Palantir_Technologies_2019_05_13_11_03_26.pdf |

Andy & Adam,

After speaking to the rep at Forge Global, I learned there are several differences between investing through StraightPath and them. First one being is they do not actually own the shares, they take indication of interest and aggregate supply and demand. Only after receiving your funds will they go out there and look for a seller. Another difference is that require a minimum of $1000,000.00. The representative did not seem to be knowledgeable about the company, what type of shares, or the logistics. Granted I could have just gotten an unexperienced individual on the phone however, those were the conclusions I drew from that conversation and I'm confident you guys would have felt the same. Additionally you would be investing into a holding company or "special purpose vehicle'" through Forge. Sharespost and EquityZen are selling the shares at range of 10-12 per share. I am attaching articles along with a Pitchbook report for Palantir to address some of Adam's concerns. Please do not hesitate to call me if you gentlemen have any additional questions or concerns.

https://www.cnn.com/2020/01/21/investing/ipo-direct-listing-spac/index.html
https://www.businessinsider.in/politics/news/a-palantir-exec-described-the-companys-secretive-ai-drone-pro
https://news.tradimo.com/top-10-most-anticipated-ipos-in-2020/



### Palantir targets valuation of at least $26B, looks to raise $1-$3B

CNBC's Josh Lipton joins "Closing Bell" to report the latest news from Palantir, which is targeting at valuation of $26 billion and between $1- to-$3 billion more in private funding

https://www.cnn.com/2020/01/21/investing/ipo-direct-listing-spac/index.html

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_009937