| | |
|---|---|
| **Message** | |
| From: | Michael C [mikecastillero@gmail.com] |
| Sent: | 7/18/2019 11:10:32 AM |
| To: | Taylor Demick [d236f99c9309362b8843ca71caafb352@reply.craigslist.org] |
| Subject: | Re: Referral Agent |

Taylor,

Please tell me more about yourself, I am looking for personality not just a resume

On Wed, Jul 17, 2019 at 8:33 PM Taylor Demick <d236f99c9309362b8843ca71caafb352@reply.craigslist.org> wrote:
Hi,

I am very interested in the position you are offering. I have attached my resume below.

Thank you

Taylor

https://newyork.craigslist.org/mnh/acc/d/new-york-city-referral-agent/6935919473.html


--------------------------------------------------------------------
Original craigslist post:
https://newyork.craigslist.org/mnh/acc/6935919473.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/427ca8bd16240cc47f4146c2acee36c7a16451bc.1
--------------------------------------------------------------------


Sent from my iPhone


--------------------------------------------------------------------
Original craigslist post:
https://newyork.craigslist.org/mnh/acc/6935919473.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/427ca8bd16240cc47f4146c2acee36c7a16451bc.1
--------------------------------------------------------------------

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_060448

--
Thank You,

Michael A. Castillero

mikecastillero@gmail.com

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_060449

| | |
|---|---|
| **Message** | |
| **From**: | Eric Lachow [eric.lachow@gmail.com] |
| on behalf of | Eric Lachow <eric.lachow@gmail.com> [eric.lachow@gmail.com] |
| **Sent**: | 2/19/2020 2:09:09 PM |
| **To**: | f49443b98c8730c1b257e354f50092e5@job.craigslist.org |
| **Subject**: | $700.00 A WEEK - Salary + Commission + Bonus |

Greetings,

We are a Wall Street-based Pre-IPO fund that sells stock in late stage multi-billion dollar companies (AirBNB, SpaceX, Pinterest, etc.) to accredited investors.  We recently opened an office in downtown Boca Raton and are looking to expand our footprint in the surrounding area.  We pay a 10% fee on money raised and another 10% of the back-end profit of the trade.  Our highest producing agents make several hundred thousand a year with satellite office owners taking home in excess of over a million.  If you're looking to start another division within your sales office or if you would just like to transition into a new industry, please feel free to give me a call or send me an email.  We will provide your office with all of the support and training that you need to position you for continuous success.

Regards,

Eric Lachow
Fund Manager
StraightPath Venture Partners
646-781-8065
eric.lachow@gmail.com
https://www.linkedin.com/in/eric-lachow-1ab8b16/

https://miami.craigslist.org/pbc/sls/d/week-salary-commission-bonus/7078281421.html

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_071660

| | |
|---|---|
| **Message** | |
| **From**: | Eric Lachow [eric.lachow@gmail.com] |
| on behalf of | Eric Lachow <eric.lachow@gmail.com> [eric.lachow@gmail.com] |
| **Sent**: | 2/19/2020 3:02:50 PM |
| **To**: | 78c14a95c53638f58ac8cc2a209914dc@job.craigslist.org |
| **Subject**: | ***PHONE SALES***NO EXPERIENCE NEEDED*** |

Hi John,

We are a Wall Street-based Pre-IPO fund that sells stock in late stage multi-billion dollar companies (AirBNB, SpaceX, Pinterest, etc.) to accredited investors.  We recently opened an office in downtown Boca Raton and are looking to expand our footprint in the surrounding area.  We pay a 10% fee on money raised and another 10% of the back-end profit of the trade.  Our highest producing agents make several hundred thousand a year with satellite office owners taking home in excess of over a million.  If you're looking to start another division within your sales office or if you would just like to transition into a new industry, please feel free to give me a call or send me an email.  We will provide your office with all of the support and training that you need to position you for continuous success.

Regards,

Eric Lachow
Fund Manager
StraightPath Venture Partners
646-781-8065
eric.lachow@gmail.com
https://www.linkedin.com/in/eric-lachow-1ab8b16/

https://miami.craigslist.org/pbc/sls/d/lake-worth-phone-salesno-experience/7078249556.html

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_071643

| | |
|---|---|
| **Message** | |
| **From**: | Eric Lachow [eric.lachow@gmail.com] |
| on behalf of | Eric Lachow <eric.lachow@gmail.com> [eric.lachow@gmail.com] |
| **Sent**: | 2/21/2020 12:09:56 PM |
| **To**: | dce4f80c8789397d8b0178e1aad368ea@job.craigslist.org |
| **Subject**: | Seeking Experienced Phone Salespeople |

Greetings,

We are a Wall Street-based Pre-IPO fund that sells stock in late stage multi-billion dollar companies (AirBNB, SpaceX, Pinterest, etc.) to accredited investors. We recently opened an office in downtown Boca Raton and are looking to expand our footprint in the surrounding area. We pay a 15% fee on money raised and another 10% of the back-end profit of the trade. Our highest producing agents make several hundred thousand a year with satellite office owners taking home in excess of over a million. If you're looking to start another division within your sales office or if you would just like to transition into a new industry, please feel free to give me a call or send me an email. **We have a former MCA group in a satellite office up in NY that successfully made the transition to private equity.** And we're close enough to your office to be able to provide you with initial and ongoing onsite training.

Even if you only put one or two of your guys on it to start, I guarantee you that doing MCA will lose its luster.

Regards,

Eric Lachow
Fund Manager
StraightPath Venture Partners
646-781-8065
eric.lachow@gmail.com
https://www.linkedin.com/in/eric-lachow-1ab8b16/

https://miami.craigslist.org/pbc/sls/d/boca-raton-seeking-experienced-phone/7079221815.html

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_071636