**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 5413 | Date Range: 6/5/2017 - 9/15/2021 |

**Outline of Conversations**

 **+13476453001**  5413 messages between 6/5/2017 - 9/15/2021 · Mike  Castillero · UNSPECIFIED_PARTICIPANT · _$!<Other>!$_

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 1:36 PM |
| | Sheila got the pkg | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 3:34 PM |
| | Call her | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 3:35 PM |
| | I will be home in a few.  Left the meeting later the. I thought and then got a flat on the way home. I'll be home in 15 min | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 3:35 PM |
| | Ok | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 4:03 PM |
| | Send Christine Kemble stuff please | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 5:04 PM |
| | Dominico Porco | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 10/16/2017, 1:57 PM |
| | Can you ask Mike if the fax was sent? | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:27 PM |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:28 PM |
| | I knew he told me 16 ish | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:29 PM |
| | It was a while ago so the only issue with the new raise it could actually be higher no way for me to know for sure | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 9:40 PM |
| | Lol | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 10/18/2017, 11:40 AM |
| | I got Paul asking me a few time also when the StraightPath fund is going to be open | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 11:40 AM |
| | We have to just get it open please get on fran to do the ppm so we can begin already | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 11:41 AM |
| | We need an answer on can he actually get us stock. Thats priority 1 | |

| | | |
|---|---|---|
| MC | **Mike  Castillero** | 11:41 AM |
| | Yes he can | |

SPVP_SEC_078051

| U | **UNSPECIFIED_PARTICIPANT** | 11:41 AM |

So what's the price on Lyft

| MC | **Mike Castillero** | 11:42 AM |

Some are going to be thru a middle man and some thru him direct

| MC | **Mike Castillero** | 11:42 AM |

I'll text him now for Lyft

| U | **UNSPECIFIED_PARTICIPANT** | 11:43 AM |

U guys have to chill   let the meeting happen next week and then we will see where we stand

| MC | **Mike Castillero** | 11:43 AM |

Once w are open as StraightPath

| MC | **Mike Castillero** | 11:43 AM |

We will get a ton of people to get us stock

| MC | **Mike Castillero** | 12:23 PM |

| MC | **Mike Castillero** | 12:23 PM |

You trying Sheila correct?

| MC | **Mike Castillero** | 2:22 PM |

Sheila?

| U | **UNSPECIFIED_PARTICIPANT** | 2:22 PM |

No answer yet

| MC | **Mike Castillero** | 10/20/2017, 7:03 AM |

Could I write myself a check today?

| U | **UNSPECIFIED_PARTICIPANT** | 7:05 AM |

I still have no idea what he closed on but it's fine how much

| U | **UNSPECIFIED_PARTICIPANT** | 7:05 AM |

No spreadsheet or wire yet

| MC | **Mike Castillero** | 7:05 AM |

Small

| MC | **Mike Castillero** | 7:06 AM |

Like 4000 or so to pay my Mtge

| U | **UNSPECIFIED_PARTICIPANT** | 7:06 AM |

K

| MC | **Mike Castillero** | 7:07 AM |

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

| U | **UNSPECIFIED_PARTICIPANT** | 12:15 PM |
|---|---|---|
| | I did | |

| MC | **Mike  Castillero** | 12:15 PM |
|---|---|---|
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 3/10/2018, 10:25 AM |
|---|---|---|
| | Check your spam box. Maybe it's going there | |

| MC | **Mike  Castillero** | 10:31 AM |
|---|---|---|
| | Def not | |

| MC | **Mike  Castillero** | 10:31 AM |
|---|---|---|
| | I'm not getting it anywhere | |

| MC | **Mike  Castillero** | 10:31 AM |
|---|---|---|
| | There's a mistake somewhere | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:31 AM |
|---|---|---|
| | Weird your email is on it | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:31 AM |
|---|---|---|
| | I'll call them Monday | |



| U | **UNSPECIFIED_PARTICIPANT** | 9:45 PM |
|---|---|---|

I was thinking I would shock u next week when I came it with it on!!   Jay called me before. I couldn't talk. Did u meet up with him

| MC | **Mike  Castillero** | 9:46 PM |
|---|---|---|

No we didn't meet up

| MC | **Mike  Castillero** | 9:46 PM |
|---|---|---|

He hasn't called

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

| MC | **Mike Castillero** | 9:48 PM |
| | We need 3 more guys internally | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:48 PM |
| | I'm going to have that guy Marty come in this week | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:48 PM |
| | The bond guy | |

| MC | **Mike Castillero** | 9:48 PM |
| | Shit is getting too busy that I can't be on the phone pitching as much | |

| MC | **Mike Castillero** | 9:48 PM |
| | I wish I could be | |

| MC | **Mike Castillero** | 9:48 PM |
| | I got 60K coming in myself | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:49 PM |
| | K now that all the paperwork and deals r finalized it will be easier | |

| MC | **Mike Castillero** | 9:49 PM |
| | I know | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:49 PM |
| | I'll handle the brokers and have to get Fran on doing the emails | |

| MC | **Mike Castillero** | 9:49 PM |
| | But w e should have 6 guys in there pitching a day | |

| MC | **Mike Castillero** | 9:50 PM |
| | She doesnt want her emails on SW | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:50 PM |

We will it's been busy

| U | **UNSPECIFIED_PARTICIPANT** | 9:50 PM |
| | No she can do it from Eric | |

| MC | **Mike  Castillero** | 9:50 PM |
| | when is she off suspension? | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:51 PM |
| | Even then she will just do it from Eric's email | |

| MC | **Mike  Castillero** | 9:51 PM |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:51 PM |
| | Don't worry we will get a system down | |

| MC | **Mike  Castillero** | 9:51 PM |
| | I know | |

| MC | **Mike  Castillero** | 9:51 PM |
| | We need 3 assistants | |

| MC | **Mike  Castillero** | 9:52 PM |
| | Time for us to not work | |

| MC | **Mike  Castillero** | 9:52 PM |
| | Lol | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:52 PM |
| | The way I figure it is put in a killer few years and be done | |

| MC | **Mike  Castillero** | 9:53 PM |
| | I was kidding obviously | |

| MC | **Mike  Castillero** | 9:53 PM |
| | And I know | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:53 PM |
| | I know | |

| U | **UNSPECIFIED_PARTICIPANT** | 9:53 PM |
| | I don't doubt your work ethic | |

| MC | **Mike  Castillero** | 9:53 PM |
| | As we make money we have to invest it into us making even more | |

SPVP_SEC_078122

U    **UNSPECIFIED_PARTICIPANT**        9:53 PM
Hell yeah. We will

MC    **Mike Castillero**        9:54 PM
Already told my wife you and I are doing a tour in cities to drum up business

MC    **Mike Castillero**        9:54 PM
Just don't know whe

MC    **Mike Castillero**        9:54 PM
When

U    **UNSPECIFIED_PARTICIPANT**        9:55 PM
Yup. Let's get a system down for what we have and then bring in others. When u get back we will
probably go to Miami

MC    **Mike Castillero**        9:55 PM
Yes

U    **UNSPECIFIED_PARTICIPANT**        9:58 PM
Let's set up that lap top for me this week also. I'll be in either Monday or Tuesday and we will get it
all straight. I'm going to bed. Have to be up before 6am and loosing an hour

U    **UNSPECIFIED_PARTICIPANT**        9:58 PM
Tomorrow

MC    **Mike Castillero**        9:58 PM
Good night and Tuesday let's do it

U    **UNSPECIFIED_PARTICIPANT**        9:58 PM
K

MC    **Mike Castillero**        9:59 PM
I have a check for you
To

MC    **Mike Castillero**        9:59 PM
Too

U    **UNSPECIFIED_PARTICIPANT**        9:59 PM
K cool

U    **UNSPECIFIED_PARTICIPANT**        9:59 PM
Have a good night

MC    **Mike Castillero**        10:00 PM
You too

U    **UNSPECIFIED_PARTICIPANT**        3/12/2018, 4:32 PM

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

K

| MC | **Mike Castillero** | 11:49 AM |

Can you call SW for wiring info so I can send commissions?

| U | **UNSPECIFIED_PARTICIPANT** | 11:56 AM |

I'm waiting to see if Jim has money coming in

| U | **UNSPECIFIED_PARTICIPANT** | 11:56 AM |

Have Eric call Rudy

| U | **UNSPECIFIED_PARTICIPANT** | 11:56 AM |

But don't wire yet

| MC | **Mike Castillero** | 11:57 AM |

Ok

| U | **UNSPECIFIED_PARTICIPANT** | 5:27 PM |

Look at the dollar amount investing on the paperwork that I just sent to u

| U | **UNSPECIFIED_PARTICIPANT** | 3/30/2018, 9:43 AM |

On the 50k shares welcome letter get it as close as u can with saying just under. Try not to go over

| MC | **Mike Castillero** | 2:35 PM |

Call me I hear u fine maybe it's your heads

| MC | **Mike Castillero** | 2:35 PM |

Headset

| U | **UNSPECIFIED_PARTICIPANT** | 3/31/2018, 7:01 PM |

Yo can u make sure that guy Marc will have his package Monday. He bugging the shit out of Jim

| MC | **Mike Castillero** | 7:04 PM |

| MC | **Mike Castillero** | 7:05 PM |

| MC | **Mike Castillero** | 7:06 PM |

Good?

| MC | **Mike Castillero** | 7:06 PM |

And Eric (Fran) emailed him the welcome letter Friday as well

| U | **UNSPECIFIED_PARTICIPANT** | 7:08 PM |

I know

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

| MC | **Mike Castillero** | 7:09 PM |
| | Your last text didn't come through | |

| MC | **Mike Castillero** | 7:09 PM |
| | What did you say? | |

| U | **UNSPECIFIED_PARTICIPANT** | 7:10 PM |
| | I guess this guy isn't big on email. But I just sent him the fed ex confirm | |

| MC | **Mike Castillero** | 7:10 PM |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 4/2/2018, 4:06 PM |
| | Did u hart from the 100k Ira guy yet on what he's willing to do ? | |

| MC | **Mike Castillero** | 4:07 PM |
| | Waiting to hear back | |

| MC | **Mike Castillero** | 4:08 PM |
| | Trying him now actually | |

| U | **UNSPECIFIED_PARTICIPANT** | 4:08 PM |
| | K. Javier said we can get lyft. So I want to get back on that | |

| MC | **Mike Castillero** | 4:08 PM |
| | Price? | |

| U | **UNSPECIFIED_PARTICIPANT** | 4:09 PM |
| | Around $38. So we will price it at $40 | |

| MC | **Mike Castillero** | 4:09 PM |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 4:09 PM |
| | Tell guys around $40 | |

| U | **UNSPECIFIED_PARTICIPANT** | 4/3/2018, 1:41 PM |
| | Just watch offering him more. He might want that every time | |

| MC | **Mike Castillero** | 1:42 PM |
| | Of course | |

| U | **UNSPECIFIED_PARTICIPANT** | 1:42 PM |
| | It's a slippery slope 10 percent is motivating him enough | |

| U | **UNSPECIFIED_PARTICIPANT** | 1:42 PM |
| | He would be very happy getting 15k | |

| U | **UNSPECIFIED_PARTICIPANT** | 1:43 PM |

SPVP_SEC_078126

Did u set up Lopez email

| | | |
|---|---|---|
| MC | **Mike Castillero** | 9:33 PM |
| | No tomorrow sorry | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:33 PM |
| | K | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:34 PM |
| | I'm going to text u his other email to send it to him | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 9:34 PM |
| | Ok | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:35 PM |
| | ABMASGROUPUSA@PROTONMAIL.COM | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 9:35 PM |
| | Ok | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 9:36 PM |
| | Remind me tomorrow | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:36 PM |
| | K | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 4/20/2018, 9:11 AM |
| | Remember to do Lopez email | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 9:12 AM |
| | Yes getting off boat now | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 9:13 AM |
| | K | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 10:39 AM |
| | Brian I'm going to have signature bank text u a code please send it | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 10:41 AM |
| | K | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 10:41 AM |
| | What's your gmail acct? | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 10:41 AM |
| | Bmartinsen8 | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 10:42 AM |
| | Signature Bank Messages. The one-time code is 17391. Please enter and submit it online. | |

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

Msg&Data rates may apply/STOP if unexpected/HELP for support

MC  **Mike  Castillero**                                                    10:51 AM
You are going to get another code

U  **UNSPECIFIED_PARTICIPANT**                                              10:52 AM
K

MC  **Mike  Castillero**                                                    11:03 AM
mlopez@straightpathvp.com

U  **UNSPECIFIED_PARTICIPANT**                                             11:04 AM
R u emailing him the information

MC  **Mike  Castillero**                                                    11:05 AM
Send me bank code

MC  **Mike  Castillero**                                                    11:07 AM
Godaddy should email him

MC  **Mike  Castillero**                                                    11:07 AM
Bank code?

U  **UNSPECIFIED_PARTICIPANT**                                             11:11 AM
Signature Bank Messages. The one-time code is 24524. Please enter and submit it online.
Msg&Data rates may apply/STOP if unexpected/HELP for support

MC  **Mike  Castillero**                                                    11:15 AM
Your bank password still the same

MC  **Mike  Castillero**                                                    11:20 AM
Your bank password still the same

U  **UNSPECIFIED_PARTICIPANT**                                             11:21 AM
Yes

U  **UNSPECIFIED_PARTICIPANT**                                             11:33 AM
Yes

MC  **Mike  Castillero**                                              4/23/2018, 9:34 AM

U  **UNSPECIFIED_PARTICIPANT**                                              3:43 PM
Call me when u can

U  **UNSPECIFIED_PARTICIPANT**                                              4:10 PM
Chase charges him $50 to return his wire

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT**<br>K | 1:10 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Hey do we have any report on palantir with updated financials? | 5/30/2018, 9:25 AM |
| MC | **Mike Castillero**<br>I'll look when I get in | 9:26 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>K | 9:26 AM |
| MC | **Mike Castillero**<br>Can you send me code signature sends you? | 6/1/2018, 11:33 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Yes | 11:41 AM |
| MC | **Mike Castillero**<br>Enter code 13650 when they call you | 11:43 AM |
| MC | **Mike Castillero**<br>Can you send me code signature sends you? | 11:44 AM |
| MC | **Mike Castillero**<br>21311 | 11:45 AM |
| MC | **Mike Castillero**<br>New code | 11:45 AM |
| MC | **Mike Castillero**<br>Wait for the call | 11:45 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Done | 11:46 AM |
| MC | **Mike Castillero**<br>Thank you | 11:46 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Np | 11:47 AM |
| MC | **Mike Castillero**<br>Brian we have this from the bank on Thursday | 6/4/2018, 11:09 PM |
| MC | **Mike Castillero**<br>What's the price on didi? | 6/5/2018, 8:06 AM |
| U | **UNSPECIFIED_PARTICIPANT** | 8:23 AM |

SPVP_SEC_078142

| | | |
|---|---|---|
| MC | **Mike  Castillero**<br>Yo what day is the boat for? | 7:28 PM |
| MC | **Mike  Castillero**<br>Is it just for us? | 7:28 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Friday | 7:35 PM |
| MC | **Mike  Castillero**<br>Ok | 7:36 PM |
| MC | **Mike  Castillero**<br>What type? | 7:37 PM |
| MC | **Mike  Castillero**<br>Trying to bring some clients | 7:37 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>I think it a bow rider | 7:37 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>No don't do that | 7:37 PM |
| MC | **Mike  Castillero**<br>No | 7:37 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Oh I know what u mean | 7:37 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>😄👍 | 7:37 PM |
| MC | **Mike  Castillero**<br>Can 2 clients come? | 7:43 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>The more the merrier | 7:45 PM |
| MC | **Mike  Castillero**<br>Lol ok we have to get them transport from Miami as well | 7:46 PM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Btw my boys will understand isle we have clients on the boat with us instead of them | 9:05 PM |
| MC | **Mike  Castillero**<br>Ok | 9:10 PM |
| MC | **Mike  Castillero** | 3/4/2019, 2:04 PM |

SPVP_SEC_078205

What's your DOB? And ss#? For fund 4

| MC | **Mike Castillero** | 2:04 PM |
| | Going to open the LLC | |

| U | **UNSPECIFIED_PARTICIPANT** | 2:18 PM |
| | ▮▮▮▮▮ | |

| U | **UNSPECIFIED_PARTICIPANT** | 2:18 PM |
| | ▮▮▮▮▮▮ | |

| U | **UNSPECIFIED_PARTICIPANT** | 3:37 PM |
| | Te5 it to me | |

| U | **UNSPECIFIED_PARTICIPANT** | 3:37 PM |
| | Text | |

| U | **UNSPECIFIED_PARTICIPANT** | 3:38 PM |
| | We r going to need more either way | |

| MC | **Mike Castillero** | 3:38 PM |
| | We have 20,332 shares left of Pinterest | |

| MC | **Mike Castillero** | 3/5/2019, 4:40 PM |

| U | **UNSPECIFIED_PARTICIPANT** | 4:50 PM |
| | If money is coming in don't stop it but I wouldn't have them continue pitching it | |

| MC | **Mike Castillero** | 4:50 PM |
| | That's what I told them | |

| U | **UNSPECIFIED_PARTICIPANT** | 4:51 PM |
| | At this point if we have to pay up we just won't make money on the front | |

| MC | **Mike Castillero** | 4:51 PM |
| | It's done | |

| U | **UNSPECIFIED_PARTICIPANT** | 4:52 PM |
| | K | |



MC **Mike  Castillero**                                                      3/28/2021, 2:58 PM
Frank says we need quad 400's or double 600's

U **UNSPECIFIED_PARTICIPANT**                                              3/29/2021, 8:44 AM
Mike is the money in the correct account to cover the check to Knightsbridge ?

MC **Mike  Castillero**                                                              8:56 AM
No I was waiting for more $ to clear today

MC **Mike  Castillero**                                                              8:56 AM
I'll do it when I'm in

U **UNSPECIFIED_PARTICIPANT**                                                      8:57 AM
K. We sent the check rt?

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP                                                    SPVP_SEC_078302

| MC | **Mike  Castillero** | 8:57 AM |
| | Yes Friday | |

| U | **UNSPECIFIED_PARTICIPANT** | 8:57 AM |
| | K | |

| MC | **Mike  Castillero** | 10:23 AM |

| U | **UNSPECIFIED_PARTICIPANT** | 4:32 PM |

| MC | **Mike  Castillero** | 4:32 PM |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 4:32 PM |

| MC | **Mike  Castillero** | 6:28 PM |

| MC | **Mike  Castillero** | 6:28 PM |
| | I owe you 243,097 I'll schedule it tomorrow | |

| U | **UNSPECIFIED_PARTICIPANT** | 6:28 PM |
| | 👍 | |

| U | **UNSPECIFIED_PARTICIPANT** | 11:43 PM |

| U | **UNSPECIFIED_PARTICIPANT** | 3/31/2021, 1:35 PM |
| | Do you know how much automation we have left | |

| MC | **Mike  Castillero** | 1:35 PM |
| | I told Mario to give me a bit | |

| U | **UNSPECIFIED_PARTICIPANT** | 1:36 PM |
| | K | |

| MC | **Mike  Castillero** | 1:36 PM |
| | Lol | |

| MC | **Mike  Castillero** | 4:00 PM |
| | Silverman is using the StraightPath in (even if not his client) to pitch them bidz.com | |

| MC | **Mike  Castillero** | 4:00 PM |
| | As per Mario | |

| MC | **Mike  Castillero** | 4:01 PM |

SPVP_SEC_078303

| MC | **Mike  Castillero** | 5/1/2021, 1:20 PM |
|----|----------------------|-------------------|
|    | I shut down Scotty's office | |

| MC | **Mike  Castillero** | 1:20 PM |
|----|----------------------|---------|
|    | He's not allowed to do this and i warned him ahead of time | |

| MC | **Mike  Castillero** | 1:21 PM |
|----|----------------------|---------|
|    | I told him no emails he knows all the shit we have dealt with and look at what he's sending | |

| MC | **Mike  Castillero** | 1:23 PM |
|----|----------------------|---------|
|    | Lazy people can't refer business in for your | |

| MC | **Mike  Castillero** | 1:23 PM |
|----|----------------------|---------|
|    | Us | |

| MC | **Mike  Castillero** | 1:24 PM |
|----|----------------------|---------|
|    | Fran would tell us to fire him | |

| U | **UNSPECIFIED_PARTICIPANT** | 1:41 PM |
|---|-----------------------------|---------|
|   | Who did he send this to | |

| MC | **Mike  Castillero** | 1:41 PM |
|----|----------------------|---------|

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_078316

A prospect

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 1:41 PM |
| | How did u get it | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:41 PM |
| | Mario got it forwarded to him | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:42 PM |
| | I told him 0 emails | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:42 PM |
| | Except for articles nothing more | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:42 PM |
| | Multiple times | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 1:42 PM |
| | It's not the end of the world but why he's writing that he's a manager of a SP office when he's under his own Corp puts us at risk | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:42 PM |
| | Correct | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 1:42 PM |
| | That to me is the biggest problem | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:42 PM |
| | And plaid split | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:43 PM |
| | An asshole regulator would have a field day | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:43 PM |
| | Absentee bosses can't run an office | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:43 PM |
| | That's the problem | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 1:44 PM |
| | Yup. Whatever u think. | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:44 PM |
| | I told him 3 times | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 1:44 PM |
| | Do u have any idea why Gabe called me yesterday | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 1:44 PM |

Before he started

MC  **Mike  Castillero**                                                    1:44 PM
Because he got the Airbnb Calascione letter

MC  **Mike  Castillero**                                                    1:45 PM
But more importantly

MC  **Mike  Castillero**                                                    1:45 PM
Answer



U   **UNSPECIFIED_PARTICIPANT**                                5/5/2021, 10:08 AM
Mike tell Scott and gabe not to use the sp email

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP                                          SPVP_SEC_078318

| MC | **Mike  Castillero** | 10:08 AM |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:09 AM |
| | And frank | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:09 AM |
| | And Guy | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:10 AM |
| | We r going to claim they they don't have emails and we don't. Have archives | |

| MC | **Mike  Castillero** | 10:10 AM |
| | Ok | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:10 AM |
| | Just delete there emails | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:10 AM |
| | Fuck it | |

| MC | **Mike  Castillero** | 10:10 AM |
| | Debbie also has one | |

| MC | **Mike  Castillero** | 10:10 AM |
| | And so does Silverman under Jennifer stern | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:12 AM |
| | I'll call u rt back | |

| MC | **Mike  Castillero** | 10:14 AM |
| | Mario and Savage have them too for dealing w Midland | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:21 AM |
| | I'll call u in 2 min | |

| U | **UNSPECIFIED_PARTICIPANT** | 10:31 AM |
| | Call me | |

| MC | **Mike  Castillero** | 11:03 AM |
| | How much longer? | |

| U | **UNSPECIFIED_PARTICIPANT** | 11:03 AM |
| | I'm downloading the app | |

| MC | **Mike  Castillero** | 11:43 AM |
| | I emails the zoom | |

| MC | **Mike  Castillero** | 11:44 AM |