# **<u>Exhibit 2</u>**

< Inbox        PRE IPO OFFERINGS!!!!!        ∧  ∨

Scott,

Good morning, my name is Scott Hollender and I am the manager of StrightPath Venture Partners New York Office. As discussed with Joseph Guli, StraightPath Venture Partners are a Pre IPO Private Equity Fund speacializing in bringing the biggest and best companies that are set to go public. Here is a list of the current companies that we have in our inventory with their pricing for you to look into.

Automation Anywhere- $34.00 per share
Klarna- $1900.00 per share  (company is looking to do a 25-30 for 1 split before the IPO)
Rubrik- $52.00 per share
Plaid- $1600.00 per share    (company is looking to do a 25-30 for 1 split before the IPO)
ThoughtSpot- $25.00 per share
Zipline- $45.00 per share
Kraken-$68.00 per share

https://df.media/these-are-the-top-impact-investment-companies-in-america-2021/

All of my contact information is listed below along with the company's website. If you have any questions, please reach out to me or Joseph. Thank you and have a great day!

CONFIDENTIAL
SPVP_SEC_087935

| | | |
|---|---|---|
| MC | **Mike Castillero** <br> I shut down Scotty's office | 5/1/2021, 1:20 PM |
| MC | **Mike Castillero** <br> He's not allowed to do this and i warned him ahead of time | 1:20 PM |
| MC | **Mike Castillero** <br> I told him no emails he knows all the shit we have dealt with and look at what he's sending | 1:21 PM |
| MC | **Mike Castillero** <br> Lazy people can't refer business in for your | 1:23 PM |
| MC | **Mike Castillero** <br> Us | 1:23 PM |
| MC | **Mike Castillero** <br> Fran would tell us to fire him | 1:24 PM |
| U | **UNSPECIFIED_PARTICIPANT** <br> Who did he send this to | 1:41 PM |
| MC | **Mike Castillero** | 1:41 PM |

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_078316

| | | |
|---|---|---|
| | A prospect | |
| U | **UNSPECIFIED_PARTICIPANT** <br> How did u get it | 1:41 PM |
| MC | **Mike Castillero** <br> Mario got it forwarded to him | 1:41 PM |
| MC | **Mike Castillero** <br> I told him 0 emails | 1:42 PM |
| MC | **Mike Castillero** <br> Except for articles nothing more | 1:42 PM |
| MC | **Mike Castillero** <br> Multiple times | 1:42 PM |
| U | **UNSPECIFIED_PARTICIPANT** <br> It's not the end of the world but why he's writing that he's a manager of a SP office when he's under his own Corp puts us at risk | 1:42 PM |
| MC | **Mike Castillero** <br> Correct | 1:42 PM |
| U | **UNSPECIFIED_PARTICIPANT** <br> That to me is the biggest problem | 1:42 PM |
| MC | **Mike Castillero** <br> And plaid split | 1:42 PM |
| MC | **Mike Castillero** <br> An asshole regulator would have a field day | 1:43 PM |
| MC | **Mike Castillero** <br> Absentee bosses can't run an office | 1:43 PM |
| MC | **Mike Castillero** <br> That's the problem | 1:43 PM |
| U | **UNSPECIFIED_PARTICIPANT** <br> Yup. Whatever u think. | 1:44 PM |
| MC | **Mike Castillero** <br> I told him 3 times | 1:44 PM |
| U | **UNSPECIFIED_PARTICIPANT** <br> Do u have any idea why Gabe called me yesterday | 1:44 PM |
| MC | **Mike Castillero** | 1:44 PM |

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_078317

Before he started

MC | **Mike Castillero** — 1:44 PM
Because he got the Airbnb Calascione letter

MC | **Mike Castillero** — 1:45 PM
But more importantly

MC | **Mike Castillero** — 1:45 PM
Answer



U | **UNSPECIFIED_PARTICIPANT** — 5/5/2021, 10:08 AM
Mike tell Scott and gabe not to use the sp email

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_078318

| | | |
|---|---|---|
| MC | **Mike Castillero**<br>Ok | 10:08 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>And frank | 10:09 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>And Guy | 10:09 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>We r going to claim they they don't have emails and we don't. Have archives | 10:10 AM |
| MC | **Mike Castillero**<br>Ok | 10:10 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Just delete there emails | 10:10 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Fuck it | 10:10 AM |
| MC | **Mike Castillero**<br>Debbie also has one | 10:10 AM |
| MC | **Mike Castillero**<br>And so does Silverman under Jennifer stern | 10:10 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>I'll call u rt back | 10:12 AM |
| MC | **Mike Castillero**<br>Mario and Savage have them too for dealing w Midland | 10:14 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>I'll call u in 2 min | 10:21 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>Call me | 10:31 AM |
| MC | **Mike Castillero**<br>How much longer? | 11:03 AM |
| U | **UNSPECIFIED_PARTICIPANT**<br>I'm downloading the app | 11:03 AM |
| MC | **Mike Castillero**<br>I emails the zoom | 11:43 AM |
| MC | **Mike Castillero** | 11:44 AM |

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY SPVP

SPVP_SEC_078319

Get on the zoom

| | | |
|---|---|---|
| MC | **Mike Castillero** | 11:47 AM |
| | ? | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 5/6/2021, 9:10 PM |
| | Did u read the email from the builders that I sent to u | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 9:10 PM |
| | Yes | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 5/7/2021, 6:11 PM |
| | For some reason I can't call u | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 7:35 PM |
| | I just texted on the wrong thread with Marie on it. Whoops | |



| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 5/11/2021, 6:31 PM |
| | Do u know my Straightpath email password | |

| | | |
|---|---|---|
| U | **UNSPECIFIED_PARTICIPANT** | 6:31 PM |
| | Is it ▮▮▮▮ | |

| | | |
|---|---|---|
| MC | **Mike Castillero** | 6:31 PM |
| | ▮▮▮▮ | |

| | | |
|---|---|---|
| SH | **Scotty Hollander** | 2:16 PM |
| | Ok | |
| SH | **Scotty Hollander** | 4/29/2021, 8:55 AM |
| | Hey Brian can you tell me what company we have the most inventory in. Trying to train these young guys and we keep selling out the ones I have them pitching LOL | |
| U | **UNSPECIFIED_PARTICIPANT** | 8:55 AM |
| | Plaid Zipline | |
| SH | **Scotty Hollander** | 8:55 AM |
| | K thank you | |
| U | **UNSPECIFIED_PARTICIPANT** | 8:56 AM |
| | Np | |
| SH | **Scotty Hollander** | 5/3/2021, 11:18 AM |
| | I would just like to say thank you for giving me another shot with the office. I truly apologize for anything that I did wrong. Please know I would never willing do anything that would hurt the business | |
| U | **UNSPECIFIED_PARTICIPANT** | 11:59 AM |
| | No worries. Normally when trouble happens it's something like this that u wouldn't think about | |
| SH | **Scotty Hollander** | 12:00 PM |
| | I hear and I'm really sorry, know that I'm 1000% with StraightPath and I will never again do anything to jeopardize it | |
| U | **UNSPECIFIED_PARTICIPANT** | 12:13 PM |
| | All good | |
| SH | **Scotty Hollander** | 12:14 PM |
| | Have we gotten any new companies in? | |
| U | **UNSPECIFIED_PARTICIPANT** | 12:14 PM |
| | All of the regulars | |
| SH | **Scotty Hollander** | 12:14 PM |
| | Ok | |
| SH | **Scotty Hollander** | 5/6/2021, 12:42 PM |
| | Brian, if a company does a stock split does the valuation change from the price we are selling at? | |
| U | **UNSPECIFIED_PARTICIPANT** | 12:47 PM |
| | No | |