# **<u>Exhibit 5</u>**

Page 1

1      UNITED STATES DISTRICT COURT

2      SOUTHERN DISTRICT OF NEW YORK

3    -----------------------------------x

4   SECURITIES AND EXCHANGE COMMISSION,

5            Plaintiff,

6      -against-   Case No. 22-Civ-3897

7   STRAIGHTPATH VENTURE PARTNERS LLC,

8   STRAIGHTPATH MANAGEMENT LLC, BRIAN

9   K. MARTINSEN, MICHAEL A. CASTILLERO,

10  FRANCINE A. LANAIA, and ERIC D.

11  LACHOW,

12           Defendants.

13   -----------------------------------x

14

15        VIDEOTAPE DEPOSITION OF

16           DOUGLAS J. SMITH

17      VIA ZOOM VIDEOCONFERENCE

18            May 19, 2022

19             10:30 a.m.

20

21

22  CASE NO. 5240291

23  Reported by:

24  Maureen Ratto, RPR, CCR

25

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                              Page 2

 1                      *   *   *

 2

 3        Videotape deposition of Douglas J.

 4   Smith held virtually via Zoom

 5   Teleconference, hosted from Veritext

 6   Legal Solutions, pursuant to notice,

 7   before Maureen Ratto, Certified Court

 8   Reporter, License No. XI01165,

 9   Registered Professional Reporter,

10   License No. 817125, and Notary Public.

11

12                      *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

```
                                                        Page 3

 1   A P P E A R A N C E S :

 2

 3   Counsel for the Plaintiffs:

 4       SECURITIES AND EXCHANGE COMMISSION

 5       New York Regional Office

 6       200 Vesey Street

 7       New York, New York 10281

 8       212-336-1060

 9       BY:  LEE GREENWOOD, ESQ.

10            greenwoodl@SEC.GOV

11            PHILIP A. FORTINO, ESQ.

12            fortinop@SEC.GOV

13

14   Counsel for the Defendants:

15       NELSON MULLINS RILEY

16       & SCARBOROUGH, LLP

17       201 17th Street NW

18       Atlanta, Georgia 30363

19       (404) 322-6000

20       BY:  SCOTT N. SHERMAN, ESQ.

21            scott.sherman@nelsonmullins.com

22            JOSH R. LEWIN, ESQ.

23            josh.lewin@nelsonmullins.com

24

25
```

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 5 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 4

1    A P P E A R A N C E S, continued:

2

3    Co-counsel for Defendants:

4        CAHILL GORDON & REINDEL, LLP

5        32 Old Slip

6        New York New York 10005

7        (212) 701-3125

8        BY: SAMSON A. ENZER, ESQ.

9            senzer@cahill.com

10           BRIAN MARKLEY, ESQ.

11           bmarkley@cahill.com

12

13   ALSO PRESENT:

14   Brian Martinsen

15   Michael Castillero

16   Francine Lanaia

17   Jim Roberts, Legal Video Specialist

18

19

20

21

22

23

24

25

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                        Page 5

1              VIDEOGRAPHER:  Good morning.
2        We're going on the record at
3        approximately 10:33 a.m. on May
4        19th, 2022. Please note that this
5        deposition is being conducted
6        virtually.  The quality of
7        recording depends on the quality of
8        the camera and the internet
9        connection of the participants.
10       What is heard from the witness and
11       seen on screen is what will be
12       recorded.
13              Audio and video recording will
14       continue to take place unless all
15       parties agree to go off the record.
16              This is Media Unit 1 of the
17       video-recorded deposition of
18       Douglas J. Smith, taken by counsel
19       for Defendants in the matter of
20       Securities and Exchange Commission
21       versus StraightPath Venture
22       Partners, LLC, et al filed in the
23       United States District Court,
24       Southern District of New York, Case
25       22-CV-03897.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 6

```
 1          My name is Jim Roberts
 2     representing Veritext Atlanta, I'm
 3     the videographer. The court
 4     reporter is Maureen Ratto, also
 5     with Veritext.
 6          I'm not authorized to
 7     administer an oath, I'm not related
 8     to any party in the action and nor
 9     am I financially interested in the
10     outcome.
11          All counsel consent to this
12     video arrangement and waive
13     objections to this manner of
14     reporting and to the remote
15     swearing in of the witness.
16          Counsel will please state
17     their appearances beginning with
18     noticing counsel.
19          MR. SHERMAN:  My name is Scott
20     Sherman with the law office of
21     Nelson Mullins.  Along with me is
22     my colleague Josh Lewin also with
23     Nelson Mullins.
24          MR. GREENWOOD:  On behalf of
25     Plaintiffs Securities and Exchange
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                              Page 7

1              DOUGLAS J. SMITH
2       Commission, Lee Greenwood and Phil
3       Fortino, representing the deponent
4       Doug Smith in his capacity as a SEC
5       employee.
6              MR. SHERMAN:  I'll also state
7       for the record, my co-counsel Sam
8       Enzer from the law firm of Cahill
9       Gordon, is joining this morning.
10             VIDEOGRAPHER:  Okay. Will the
11      court reporter please swear in the
12      witness.
13                 *  *  *
14  D O U G L A S  J.  S M I T H, having
15  been first duly sworn according to law
16  by the Officer, testifies as follows:
17  DIRECT EXAMINATION BY MR. SHERMAN:
18        Q.    Mr. Smith, good morning.
19        A.    Good morning.
20        Q.    My name is Scott Sherman. I'm
21  with the law firm of Nelson Mullins in
22  Atlanta and I represent the Defendants in
23  this matter.
24             You understand that you are
25  here subject to a Notice of Deposition in

Page 8

1              DOUGLAS J. SMITH

2     the case Securities and Exchange

3     Commission versus StraightPath Venture

4     Partners, LLC, et al?

5          A.     Yes.

6          Q.     Okay. And in connection with

7     this matter you understand that the SEC

8     has filed a Complaint, correct?

9          A.     Yes.

10         Q.     Have you read the Complaint?

11         A.     Yes.

12         Q.     Did you participate in

13    drafting the Complaint?

14         A.     Not -- providing comments and

15    edits.

16         Q.     Okay. We'll get back to all

17    that in a bit.  But kind of high level

18    with respect to the Complaint, do you

19    understand they also filed a motion and

20    memorandum of law in support of the

21    emergency application for an order to

22    show cause, temporary straining order,

23    preliminary injunction, asset freeze,

24    receiver and other R E O. ***

25              Are you familiar with that

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

```
                                              Page 9

 1              DOUGLAS J. SMITH
 2    filing?
 3         A.    Yes. I don't remember looking
 4    at those.
 5         Q.    Okay. So sitting here at the
 6    moment you don't remember -- I'm shorten
 7    it so I don't have to go through the
 8    whole phrase again but the whole
 9    memorandum of law that they -- the SEC
10    filed?
11         A.    No.
12         Q.    Do you remember if you --
13    well, I guess since you don't remember it
14    I'll still ask this next question which I
15    think I may know the answer, do you
16    recall drafting or participating and
17    providing comments or edits to the
18    memorandum of law?
19         A.    No.
20         Q.    Okay. Now, today, are you
21    under any medical condition or taking any
22    medications that could affect your
23    testimony?
24         A.    No.
25         Q.    Have you ever sat for a
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 10

```
 1              DOUGLAS J. SMITH
 2   deposition before?
 3        A.    No.
 4        Q.    So, welcome. The process is
 5   going to be me asking you a lot of
 6   questions.
 7              Now, I attempt to ask
 8   questions that I believe are coherent and
 9   understandable. If, however, you don't
10   understand them, I want to make sure that
11   you let me know.
12              During the course of this your
13   attorney may object and not to instruct
14   you but just, generally speaking, so you
15   have a sense, unless you're instructed
16   not to answer you still have to answer
17   the question. I generally talk very fast
18   but I'm going to work to talk very slow
19   today and I would ask you do the same and
20   we'll do our best not to talk over each
21   other so the court reporter can take the
22   record as best as possible. Okay?
23        A.    Yes.
24        Q.    Okay. Can you please state
25   your full name for the record?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

```
                                      Page 11

 1              DOUGLAS J. SMITH

 2       A.    My name is Douglas J. Smith.

 3       Q.    And can you please state where

 4   you work?

 5       A.    I work for the Securities and

 6   Exchange Commission under the Division of

 7   Enforcement.

 8       Q.    And what is your job?

 9       A.    My job is staff accountant and

10   I work on investigations assisting

11   attorneys on multiple different cases.

12       Q.    And prior to getting into your

13   current job let's walk through a few

14   things.

15              Where is your current office

16   located?

17       A.    It's 100 Pearl Street and also

18   teleworking as well.

19       Q.    100 Pearl Street in New York

20   City, Manhattan, correct?

21       A.    Yes.

22       Q.    And you telework from home?

23       A.    Yes.

24       Q.    And where is that?

25       A.    It's in Brooklyn.
```

Douglas J. Smith                      May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                              Page 12

                     DOUGLAS J. SMITH
1
2       Q.     Okay. I'm going to start with
3   a brief history on your education.
4              Can you please -- can you
5   please tell the court your education
6   history after high school?
7       A.     Yup. I went to the American
8   Musical and Dramatic Academy after high
9   school and then I went to school at Utica
10  College in Syracuse University where I
11  studied criminal justice, economics,
12  crime investigation with financial
13  investigation concentration. I graduated
14  December 2006.
15      Q.     Explain what the basis of --
16  or what the degree was about or what
17  exactly you were studying, if you can
18  give a bit more detail for the court?
19      A.     Yeah. I studied a variety of
20  topics on criminal law, criminal justice
21  issues, economics, intermediate
22  accounting, about 20 to 30 credit hours
23  worth of accounting.
24      Q.     Okay. And did you take any law
25  courses while in college?

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 13

1                  DOUGLAS J. SMITH

2          A.    I believe I took one or two,

3    like an intro kind of class.

4          Q.    Do you remember the names of

5    those?

6          A.    I don't.

7          Q.    And that was a part of

8    criminal justice related coursework?

9          A.    Yes.

10         Q.    Now, as far as your education,

11   so what was -- if you can just say it

12   again for the record, the degree that you

13   ended up with?

14         A.    It's criminal justice and it's

15   economic crime investigations and the

16   concentration is financial

17   investigations.

18         Q.    Okay. So outside of coursework

19   on accounting, did you any kind of

20   certifications course at any point during

21   school or after?

22         A.    I'm a Certified Fraud Examiner

23   and have been since 2010 or so, I would

24   say.

25         Q.    What did -- sorry. Go ahead. I

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 14

1              DOUGLAS J. SMITH
2    apologize.
3         A.    That's okay.
4         Q.    What did that course entail?
5    Was it a one-day course? Was it a series
6    of courses? What was that?
7         A.    So there were a series of
8    modules that you had to take and then you
9    studied for a test and then you were
10   certified after that and every year you
11   have to do 20 credit hours of continuing
12   education credits, ten of which have to
13   relate to fraud-related issues or topics.
14        Q.    So what type of training or
15   what type of -- when you say modules,
16   what kind of training or kind of module
17   -- what is a module?
18        A.    It was so long ago that I
19   don't remember what exactly it was. It
20   was sponsored by the Association of
21   Certified Fraud Examiners, so it was a
22   curriculum developed by them.
23        Q.    And generally speaking, do you
24   have any recollection as to what you
25   learned, what type of skills you say you

Douglas J. Smith                     May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 15

1               DOUGLAS J. SMITH
2    undertook or received in connection with
3    this -- these modules and the coursework?
4               MR. GREENWOOD:  Objection to
5         form. You can answer.
6         A.    Yeah. I mean, it's keeping up
7    with current topics in the field where it
8    relates to fraud and any -- any, you
9    know, case -- case studies of fraud. It's
10   just continuing on in the education of
11   what's going on in the world and staying
12   up-to-date.
13        Q.    So outside of these courses,
14   any other type of certifications or
15   training?
16        A.    I went to Georgetown Law for a
17   bit and took some LLM classes that the
18   SEC provided to staff.
19        Q.    What LLM classes did you take?
20        A.    I don't remember. It was a
21   while ago.
22        Q.    When did you start with the
23   SEC?
24        A.    In 2007.
25        Q.    Was that your first job out of

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 16

1                DOUGLAS J. SMITH

2    school?

3         A.    No.

4         Q.    What was first job out of

5    school?

6         A.    My first job was working for

7    the New York Mercantile Exchange.

8         Q.    What did you do there?

9         A.    I did floor supervision and

10   monitoring the traders, making sure they

11   were complying with the rules and

12   regulations of NYMEX.

13        Q.    For the court, can you explain

14   the acronym just to understand?

15        A.    Yes. It's New York Mercantile

16   Exchange, NYMEX.

17        Q.    And how long were you there?

18        A.    For about three or four

19   months.

20        Q.    Where did you go after that?

21        A.    To the Bank of New York

22   Mellon.

23        Q.    And what did you do there?

24        A.    There I worked in their

25   insider trading group and I monitored

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                   Page 17

1              DOUGLAS J. SMITH

2    people, employees' personal trading and

3    making sure they weren't on restricted

4    lists and doing pre-clearances and

5    everything associated with those

6    regulations.

7          Q.    Any other --

8                MR. SHERMAN:  What was that?

9                MR. GREENWOOD:  I just told

10       him to keep his voice up.

11         Q.    Any other -- any other

12   responsibilities while you were at the

13   Bank of New York Mellon?

14         A.    That was it.

15         Q.    And how long were you there?

16         A.    For about five months or so.

17         Q.    And what year was this?

18         A.    This was 2007.

19         Q.    Okay. And so was your next job

20   with the SEC?

21         A.    Yes.

22         Q.    And when you joined the SEC

23   what was your job?

24         A.    I worked for the Office of

25   Compliance Inspections and Examinations

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 18

```
 1            DOUGLAS J. SMITH
 2   as a Securities Compliance Examiner where
 3   we did exams of registered investment
 4   companies, Registered Investment Advisors
 5   and transfer agents.
 6         Q.    So you went out in the field
 7   and met with funds advisors, et cetera?
 8         A.    Yes, I did about 50 exams or
 9   so.
10         Q.    How long were you in that
11   position?
12         A.    Until 2012.
13         Q.    What was your next position?
14         A.    My next position was as a
15   staff accountant in the Division of
16   Enforcement, is what I do today.
17         Q.    And as a staff accountant tell
18   me what your day-in-day-out job is?
19         A.    To review records that come in
20   pursuant to any kind of requests or
21   subpoenas, sometimes drafting requests
22   and taking that information and
23   scheduling out, you know, what's
24   happening typically with bank records,
25   brokerage records, transfer agent
```

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 19

1              DOUGLAS J. SMITH
2    records, phone call records. It's a
3    variety of different documents, depending
4    on what type of case it is.
5         Q.    So just to clarify your
6    testimony, so as a general matter, your
7    job is to take data that comes in, like
8    bank records, numbers, phone numbers,
9    cash and schedule it out as directed by
10   the staff?  Is that a fair
11   characterization of your testimony?
12        A.    Yes.
13        Q.    Any other role that you
14   undertake outside of that while you've
15   been in this position?
16        A.    No.
17        Q.    Sorry.  Can you say that
18   again?
19        A.    No.
20        Q.    Now, earlier you testified
21   that you've never been deposed before,
22   correct?
23        A.    Yes.
24        Q.    Have you ever testified in any
25   case, any type of arbitration, basically

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                    Page 20

 1              DOUGLAS J. SMITH
 2   any type of testimony?
 3         A.    Yes.
 4         Q.    Can you please tell the court
 5   what cases or where you've testified?
 6         A.    I filed a declaration for one
 7   case that the SEC brought against David
 8   Craven and a bunch of other entities, it
 9   was a microcap fraud investigation.
10   Another one was I was a witness in an
11   Administrative Proceeding and that was
12   SEC versus Wing Chau, it was a CDO case.
13         Q.    So if you can backup on the
14   first case. So you prepared a declaration
15   related to a case involving microcap
16   company, correct?
17         A.    I don't know if it was
18   microcap company or it was individuals
19   that were participating in microcap
20   activity.
21         Q.    Okay. So how long ago was
22   that?
23         A.    I'm going to say 2014, 2015,
24   around then.
25         Q.    Do you remember what you were

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 21

1                    DOUGLAS J. SMITH
2       asked to do?  I'm not getting into
3       privileged communications with staff but
4       do you remember generally what your job
5       was as far as what you were analyzing in
6       that case?
7            A.    Yes. It was analyzing bank
8       records, brokerage records, transfer
9       agent records and it was -- yeah,
10      scheduling out those records.
11           Q.    Okay. And then you prepared a
12      declaration summarizing or scheduling out
13      all those records, correct?
14           A.    Yes.
15                 MR. GREENWOOD:  Objection to
16           form.
17           Q.    And you then testified in
18      court regarding your declaration; is that
19      right?
20           A.    No.
21           Q.    Where did you testify?
22           A.    That wasn't -- that didn't
23      involve testimony. The Defendants never
24      showed up, so it was a default judgment.
25           Q.    Okay. So you were prepared to

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                        Page 22

1              DOUGLAS J. SMITH

2    testify?

3         A.    We showed up at court and

4    before the judge and if I needed to I

5    would have, yes.

6         Q.    Okay. And tell me about the --

7    a little bit more detail about the other

8    matter, it sounds like you did testify,

9    correct, the second matter you mentioned

10   earlier?

11        A.    Yes.

12        Q.    So tell the court about that?

13        A.    It was an AP proceeding and I

14   was a summary witness for the SEC

15   describing certain short positions that a

16   hedge fund took in a CDO or CDOs.

17        Q.    Okay. So just to confirm, when

18   you say AP, you mean there is an

19   Administrative Proceeding before an

20   Administrative Law Judge, correct?

21        A.    Yes.

22        Q.    And what did you do, did you

23   prepare a declaration with regard to that

24   case?

25        A.    No.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                    Page 23

1                 DOUGLAS J. SMITH

2           Q.     Did you do any analysis in

3     that case?

4           A.     Yes.

5           Q.     And what was that analysis?

6           A.     It was to schedule out trading

7     records from various blotters and to

8     assemble them into exhibits.

9           Q.     Okay. Just to reconfirm, you

10    do not have a law degree, correct?

11          A.     No.

12          Q.     You are not a CPA, correct?

13          A.     No.

14          Q.     Any other -- you talked about

15    declarations. How many declarations have

16    you prepared, if there's so many to

17    count, I don't know, but can you tell the

18    court how many declarations you've

19    prepared since joining the SEC?

20          A.     This is the second one for

21    StraightPath.

22          Q.     So to confirm, this is the

23    only one for StraightPath but the second

24    declaration you've ever prepared,

25    correct?

Page 24

1              DOUGLAS J. SMITH

2       A.     Yes.

3       Q.     Okay. And the other one was

4  the one we mentioned earlier on the

5  microcap matter, correct?

6       A.     Yes.

7       Q.     Okay. So just by name, if you

8  can let us know who you've been speaking

9  with, generally, not about all what

10  you've said but just on the SEC, could

11  you identify everyone from the SEC staff

12  that you've been working with on the

13  StraightPath investigation?

14             MR. GREENWOOD:  Just, are you

15        asking him, like, ever on the

16        StraightPath investigation or right

17        now?

18             MR. SHERMAN:  I'm just trying

19        to get a list, just names, not

20        about privileged communications.

21             MR. GREENWOOD:  I understand.

22        I'm trying to understand the

23        timeframe.

24             MR. SHERMAN:  I mean, look --

25        well, let me ask.

Page 25

```
1              DOUGLAS J. SMITH
2      Q.    How long have you been
3  involved with StraightPath, as far as
4  whether investigation or this lawsuit,
5  how long generally have you been involved
6  with the StraightPath matter?
7      A.    I was assigned it in late July
8  and I started working on it -- July 2021
9  and I started working on it in August
10 2021.
11     Q.    Okay. So after you were
12 assigned it in July, who assigned it to
13 you?
14     A.    It would have been my boss and
15 his boss, which is Neil Hendleman and Rob
16 DeLeonardis.
17     Q.    And just since that time have
18 you had any communications, discussions
19 with anyone else from the SEC related to
20 StraightPath?
21     A.    No.
22     Q.    Well, let me rephrase. You've
23 obviously spoken with I assume -- I
24 assume Phil, Lee Greenwood and -- I'm
25 sorry, Phil, I'm blanking on your last
```

Page 26

1                DOUGLAS J. SMITH

2    name -- Phil Fortino, correct?

3         A.    Yes.

4         Q.    Have you spoken with Meghan

5    Genet?

6         A.    Yes.

7         Q.    Anyone else that you've spoken

8    with that's been involved in

9    StraightPath?

10        A.    Steve Rawlings -- with the SEC

11   staff you're saying?  So Steve Rawlings,

12   and Tian Wen.

13        Q.    Were you involved in any

14   interviews or speaking with any third

15   parties related to StraightPath as part

16   of your investigative work?

17        A.    Yes.

18        Q.    Do you recall who those people

19   were?

20        A.    I think it was RBC for certain

21   document productions, and Signature Bank.

22        Q.    Okay. And that was in

23   connection with subpoenas served?

24             MR. GREENWOOD:  Objection to

25        form.

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 28 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 27

 1                DOUGLAS J. SMITH
 2           MR. SHERMAN:  Let me rephrase.
 3      Q.    That was in connection with
 4   seeking documents that the SEC was asking
 5   for in connection with their
 6   investigation; is that correct?
 7           MR. GREENWOOD:  Objection to
 8      form. You can answer.
 9      Q.    If it's confusing I can ask it
10   a different way.
11           Why did you call those
12   entities?
13      A.    Great. So we sent document
14   requests to RBC for records and it was to
15   talk to them about their document
16   production. And for Signature Bank it was
17   to verify the bank balances as of a
18   specific day in May.  I think it's one of
19   my exhibits to my declaration.
20      Q.    Okay. So let me kind of move
21   off topic but I'll cycle back.
22           So in doing your work you are
23   aware that you created a declaration that
24   was signed, there's an electronic
25   signature May 13, 2022. Do you recall

Douglas J. Smith                           May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 28

1              DOUGLAS J. SMITH
2    that declaration that you electronically
3    signed?
4         A.    Yes.
5         Q.    And it has I believe nine
6    exhibits. Do you recall that?
7         A.    Yes.
8         Q.    Okay. There's ten exhibits. Do
9    you recall that?
10        A.    Yes.
11        Q.    So in doing your analysis work
12   in this matter, since July or August of
13   2021, did you undertake a review to
14   identify distributions of stock or cash
15   to investors?
16        A.    I started doing that work --
17   outside of the bank records, I assume
18   you're asking, looking at the brokerage
19   records?
20        Q.    I'm asking just, well,
21   generally and then we can go specific,
22   but I'm asking generally, did you
23   undertake that review?
24        A.    So as it applied to the bank
25   records, if there were distributions

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 29

1              DOUGLAS J. SMITH
2    being made to investors I did categorize
3    those as such and there were cash inflows
4    to the bank statements from the brokerage
5    records. So I'm aware of all of that
6    activity.  But as for the brokerage
7    records, themselves, I did not do much
8    work at all with looking at the brokerage
9    records.
10         Q.    And why is that?
11         A.    I didn't have enough time.
12   There were about 15,000 rows of bank
13   records and only one person, me, doing
14   them. So it was a lot of work.
15         Q.    Right. It's a lot of
16   documents.
17         A.    Yes.
18         Q.    And so ultimately, looking --
19   if you had looked at the brokerage
20   statements, that could show you all sorts
21   of cash or stock going out to investors,
22   correct, potentially?
23              MR. GREENWOOD:  Objection,
24       form.
25         A.    Yes. It may show cash going

Page 30

```
 1              DOUGLAS J. SMITH
 2   from a brokerage account to another
 3   individual's brokerage account or bank
 4   account, or it could show shares going
 5   from the brokerage accounts to others.
 6        Q.    How many matters would you
 7   say, when you were working on this, did
 8   you have going on at the same time?
 9        A.    About five.
10        Q.    And just to back up at this
11   point, so you did identify distributions
12   of at least cash going out to investors
13   out of the bank statements, correct?
14        A.    Yes.
15        Q.    But you weren't able to
16   identify stock going out or cash from
17   brokerage accounts because you didn't
18   have time to review the brokerage account
19   statements, correct?
20             MR. GREENWOOD:  Objection to
21        form.
22        A.    Yes.
23        Q.    Did you, as part of your work,
24   take effort to identify any investment
25   returns or profit earned by investors?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 31

1              DOUGLAS J. SMITH

2        A.    No.

3        Q.    And is that because you didn't

4   have time to review the brokerage

5   statements?

6        A.    Yes.

7        Q.    Did you identify any

8   distributions of any asset to any of the

9   Defendants from StraightPath after

10  February 18th, 2022?

11       A.    I don't think so, no.

12       Q.    And just as far as your

13  review, as far as you're aware, isn't it

14  true that the only distributions that

15  went out as far as stock or cash was to

16  investors, correct?

17            MR. GREENWOOD:  Objection to

18       form.

19       A.    I'm sorry. Could you repeat

20  the question?

21       Q.    Sure. After February 18, 2022

22  you're aware that there were

23  distributions of cash -- of stock to

24  investors, correct?

25            MR. GREENWOOD:  Objection to

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 32

```
 1              DOUGLAS J. SMITH
 2       form.
 3              MR. SHERMAN:  What's the basis
 4       for the objection, to the form, so
 5       I can try to clarify?
 6              MR. GREENWOOD:  Foundation.
 7       Foundation.
 8       Q.   Okay. So in reviewing -- we
 9   can circle back on this, but did you
10   review the declaration of Debbie Chan?
11       A.   No.
12       Q.   Okay. Do you know who she is?
13       A.   Yes.
14       Q.   Okay. So was part of your
15   work, when you did any analysis, was it
16   to assess whether there was any
17   distribution of stock or cash outside of
18   StraightPath after February 18, 2022?
19       A.   Yes, from the bank records.
20       Q.   Okay. Because you didn't have
21   time to look at the brokerage, right?
22              Okay. So for February, when
23   you looked at the bank records did you
24   see any distributions of cash going to
25   investors?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 33

```
 1              DOUGLAS  J.  SMITH
 2       A.     Yes,  I  think  there  was  one.
 3  It's  in  --
 4       Q.     Do  you  remember  --  okay.   I
 5  apologize.   What  did  you  say?
 6       A.     It's  in  my  declaration
 7  somewhere,  I  think.
 8       Q.     So  with  your  analysis  you
 9  identified  the  StraightPath  --  and  by  the
10  way,  just  for  clarity,  I'll  use  it  kind
11  of  collectively,  I  know  there's  different
12  definitions  between  the  SEC's  documents
13  and  ours  and  all,  but  just  for  purposes
14  of  StraightPath,  I'll  just  say
15  collectively  between  StraightPath  Venture
16  Partners  or  StraightPath  Management  or
17  StraightPath  Holdings  or  the  StraightPath
18  Funds,  for  ease,  unless  I  separately
19  distinguish  it  I'm  just  going  to  use  the
20  term  "StraightPath"  for  ease  during  this
21  questioning.   Is  that  okay?
22       A.     Yes.
23            MR.  GREENWOOD:   Are  you
24       referring  to  StraightPath  as  only
25       referring  to  entities  or
```

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 34

                    DOUGLAS J. SMITH
1
2       individuals? I just want to be
3       sure.
4              MR. SHERMAN:  What I'll do is
5       I'll identify for -- I'll identify
6       individual names or the individual
7       Defendants collectively and then
8       for StraightPath will solely be as
9       to the corporation or funds which
10      could be company or corporation.
11             MR. GREENWOOD:  Got it. Thank
12      you.
13      Q.    You identified as part of your
14   work that StraightPath did buy stock,
15   correct?
16      A.    Yes.
17      Q.    And as we just discussed, you
18   identified that -- well, through the
19   work, did any of your work involve the
20   fact that StraightPath distributed stock
21   to investors?
22      A.    You know, again, I did not
23   look too much into the brokerage records
24   to make those kind of, like, you know,
25   summaries or scheduling it out. You know,

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 36 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 35

```
 1              DOUGLAS J. SMITH
 2   I solely concentrated on the bank
 3   records.
 4        Q.   Do you know if anyone from the
 5   SEC took effort to identify and analyze
 6   profits or investment returns earned by
 7   investors?
 8              MR. GREENWOOD:  Just to be
 9        clear, that's a "yes" or "no"
10        question. As we're going to be
11        asking questions about internal
12        discussions we're going to instruct
13        you not to answer concerning
14        internal discussions.  But he's
15        asking a "yes" or "no" question
16        about whether, in substance, what
17        he just said I just want to be
18        clear on that.
19        Q.    Look, just to be very clear,
20   I'm not asking you for privileged
21   communications between staff and you. I'm
22   just asking, you know, are you aware
23   whether anyone from the SEC conducted an
24   analysis identifying profits or
25   investment returns earned by investors
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 36

1              DOUGLAS J. SMITH
2    that invested in StraightPath?
3         A.    No.
4         Q.    Are you aware of anyone that
5    identified or took effort to identify
6    stock distributed by StraightPath to
7    investors?
8         A.    No.
9         Q.    Now, you have observed through
10   your work that StraightPath has somewhere
11   around, if not more than, 200 million in
12   stock assets, correct?
13        A.    Yes.
14        Q.    Okay. And you speak of that --
15   we can look at it later, but Exhibit 10,
16   which is, as I noted earlier nine, there
17   are ten exhibits, and Exhibit 10 is a
18   summary of purchases of pre-IPO shares.
19   Do you remember that exhibit?
20        A.    Yes.
21        Q.    Okay. So I want to go to --
22   just talk briefly about your declaration
23   and the exhibits.
24              Now, attached to your
25   declaration are those ten exhibits that

Page 37

```
 1              DOUGLAS J. SMITH
 2   contain either analyses or calculation or
 3   a summary of certain information,
 4   correct?
 5        A.    Yes.
 6        Q.    What analyses or calculations
 7   did you perform during your investigation
 8   -- during the investigation or since the
 9   lawsuit that are not referenced in the
10   declaration or attached as exhibits?
11        A.    Could you repeat the question?
12        Q.    So another way of saying it
13   is, I want to know what type of
14   calculations you did -- we'll break it
15   up -- that were not included in the
16   declaration or the exhibits?
17        A.    I guess one would be to take
18   in the money that's coming in from the
19   brokerage accounts and then deduct the
20   amounts that's going for cash
21   distributions in the bank accounts and
22   then deducting against people that used
23   their IPO proceeds from one issuer to
24   invest in another pre-IPO company, so the
25   net remaining amount is what I did and I
```

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 38

1              DOUGLAS J. SMITH
2    think it's around, like, $10 million or
3    so, $10 million or less.
4         Q.    What's your understanding of
5    what that roughly $10 million number is?
6         A.    I don't know.
7         Q.    So did you have an opportunity
8    to -- let me ask you this; when you were
9    kind of working through your analyses and
10   documents, did you kind of organize the
11   documents that you were reviewing in any
12   way to kind of keep track of what you
13   were looking at?
14        A.    Yes.
15        Q.    And do you have a file of
16   those documents?
17        A.    Yes. I used Excel.
18        Q.    Okay. Now, Excel is what you
19   would use to input data, correct?
20        A.    Yes.
21        Q.    But as far as the supporting
22   documents, how did you kind of manage all
23   that paper or pdf's to keep track of what
24   you were looking at?
25        A.    So I have multiple categories

Douglas J. Smith                                      May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                          Page 39

1              DOUGLAS J. SMITH
2    within Excel and keeping track of when
3    entering and categorizing all of the bank
4    records, inflows and outflows, and
5    entering it into Excel.
6        Q.    But the actual backup
7    documents, themselves, once when you were
8    using them did you kind of store them in
9    a particular space on your computer or
10   something like that?
11       A.    No. They're in our repository,
12   which is called Recommind.  So when
13   people make document productions they're
14   stored in that system and that's where we
15   go to access the documents.
16       Q.    Okay. So how do you keep track
17   of -- if you've looked at a particular
18   document -- let me say it a different
19   way.
20            As you're going through your
21   analysis and there's hundreds, if not
22   thousands of documents, how do you keep
23   track of what you've looked at and what
24   you haven't?
25       A.    I guess I don't think about it

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 40

1              DOUGLAS J. SMITH
2    in that way. You know, when you see
3    inflows and outflows you need to account
4    for what's coming in and what's going out
5    and once I do do that I make the notation
6    in Excel and I move on to the next row.
7         Q.    Okay. So the analysis you just
8    referred to, where you think there was a
9    number of around 10 million, you weren't
10   sure what it was, did you -- was that on
11   an Excel spreadsheet?
12        A.    Yes. They're based on pivot
13   tables, based on the data that I'm
14   entering.
15        Q.    And that was not included in
16   your report or exhibits -- your
17   declaration or exhibits, correct?
18        A.    No.
19        Q.    And do you know if that Excel
20   was produced in this case to us?
21        A.    No.
22        Q.    Without going into whether the
23   privileged communications of you and the
24   staff and collecting documents, are you
25   aware that there was a document request

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 41

1            DOUGLAS J. SMITH
2    served for all of your documents used and
3    records related to your analysis
4    including your declaration and exhibits?
5         A.    Yes.
6         Q.    Did you collect such documents
7    to be produced?
8         A.    No.
9         Q.    So sitting here today, you
10   have no idea whether that Excel document
11   was produced or not?
12            MR. GREENWOOD:  Objection to
13        form.
14        Q.    Sorry. The Excel -- let me
15   rephrase. The Excel that we're talking
16   about with this other analysis, that's
17   not in your declaration, you have no idea
18   whether that Excel was produced?
19        A.    No.
20        Q.    Did you conduct any profit and
21   loss analysis or calculations for the
22   funds?
23        A.    No.
24        Q.    Did you conduct any profit or
25   loss analysis or calculations for the

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 42

1            DOUGLAS J. SMITH

2   investors?

3         A.    No.

4         Q.    Did you conduct any analysis

5   of the surplus or deficit of stock in the

6   remaining pre-IPO stock where you did not

7   identify a perceived shortfall?

8         A.    Yes, I did them for all.

9         Q.    And are you aware whether or

10  not those were -- that information was

11  produced to us?

12        A.    No.

13        Q.    Okay. Are you aware -- just to

14  backup for a second.

15             Are you aware of anyone else

16  at the SEC, anyone at the SEC that did

17  conduct a profit and loss analysis or

18  calculations for the funds?

19        A.    No.

20        Q.    Are you aware of anyone at the

21  SEC that conducted a profit and loss

22  analysis of calculations for the

23  investors?

24        A.    No.

25        Q.    Did you conduct an analysis

Page 43

1                DOUGLAS J. SMITH

2    related to any fees or profits earned by

3    StraightPath?

4         A.    Yes.

5         Q.    And is that in your exhibits

6    and declaration?

7         A.    Yes.

8         Q.    In which exhibit?

9         A.    I would have to look at them.

10        Q.    So you conducted -- so in your

11   analysis, just to confirm, you did an

12   analysis of all carried interest that

13   StraightPath earned in stock that sits

14   with StraightPath currently showing the

15   carried interest?

16             MR. GREENWOOD:   Objection to

17        form.

18        Q.    Well, let me ask you this,

19   when I say -- let's backup.

20             I asked you; did you conduct

21   an analysis related to the fees and

22   profits errands by StraightPath, do you

23   remember that question?

24        A.    Yes.

25        Q.    And you said you did, correct?

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 44

1              DOUGLAS J. SMITH

2        A.    Yes. Between what they're

3    selling to third parties for the shares

4    versus what they're selling to investors

5    at a higher price, the difference between

6    that results in what they're collecting

7    in revenue.

8        Q.    Okay. So your view is that and

9    understanding is that StraightPath made a

10   profit if they -- if there was a markup?

11       A.    Yes.

12       Q.    Okay. And outside of markups,

13   did you assess any other fees or profits

14   earned by StraightPath?

15       A.    No.

16       Q.    Okay. Do you know in anyone

17   else at the SEC did that kind of

18   analysis?

19       A.    No.

20       Q.    Did you conduct any analysis

21   comparing the market or available prices

22   of the pre-IPO stock from other sources

23   with the price offered by StraightPath at

24   any point in time?

25       A.    No.

Douglas J. Smith                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 45

1              DOUGLAS J. SMITH

2         Q.    Do you know if anyone else

3    from the SEC did that kind of analysis?

4         A.    No.

5         Q.    Did you conduct an analysis

6    comparing StraightPath's use of funds and

7    bank accounts with any fees that they

8    have actually earned?

9         A.    I don't understand the

10   question.

11        Q.    Okay. So do you understand

12   that StraightPath had, pursuant to the

13   PPM, had the right to charge various

14   fees, correct?

15             MR. GREENWOOD:  Objection to

16        form.

17        Q.    Okay. Have you reviewed the

18   PPM in this case?

19        A.    Not in detail.

20        Q.    Okay. So when I say PPM do you

21   understand it's the Private Placement

22   Memorandum?

23        A.    Yes.

24        Q.    Okay. So in doing your

25   analysis to understand what could be

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 46

1              DOUGLAS J. SMITH

2    profit or money that StraightPath earned,

3    you didn't look at the -- did you ever

4    look at the PPM to understand what fees

5    and other types of profits they could

6    earn as disclosed to investors?

7         A.    No.

8         Q.    Okay. Did you assess as part

9    of your work on markups the expenses of

10   third parties that StraightPath would

11   have to pay in connection with purchasing

12   stock?

13              MR. GREENWOOD:  Objection to

14        form.

15        Q.    Let me ask you; are you aware

16   that StraightPath had fees -- sorry --

17   expenses in purchasing stock?

18        A.    Yes.

19        Q.    And what's your understanding

20   of what those expenses would be?

21        A.    That they would be brokerage

22   fees paid to someone who's brokering the

23   transaction of the seller and

24   StraightPath being the buyer.

25        Q.    And did you undertake an

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 47

1                DOUGLAS J. SMITH
2   analysis of all the fees that would be
3   earned -- sorry -- all the fees that
4   would have to be incurred for purchasing
5   each stock purchase that StraightPath
6   undertook?
7                MR. GREENWOOD:   Objection to
8        form.
9        Q.    Let me rephrase. Did you
10  undertake a review of all the fees by
11  stock?
12       A.    Yes.
13       Q.    Okay. Where is that in your
14  analysis?
15       A.    It's in my Excel work product
16  document.
17       Q.    Are you talking about in the
18  markups?
19       A.    You're asking about brokerage
20  fees being deducted from what they're
21  sending to third parties to purchase
22  shares?
23       Q.    Yeah. There's brokerage --
24  let's back up.
25                So there's brokerage fees,

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 48

1                    DOUGLAS J. SMITH

2   there are fees from finders, which is a

3   separate issue in connection with the

4   sale of interest in the fund. You

5   understand that, correct?

6          A.    Yes.

7          Q.    Then on the purchase side

8   there is fees that StraightPath has to

9   pay out when they're trying to find

10  stock, correct?

11         A.    Okay.

12         Q.    Do you understand that point

13  that StraightPath has to go out on the

14  purchase side and that there can be fees

15  from brokers or transfer fees or other

16  types of fees that StraightPath will have

17  to pay out when it looks to purchase

18  stock?

19         A.    Yeah. I think we're talking

20  about the same thing.

21         Q.    So I'm trying to understand in

22  your exhibit which exhibit you utilized

23  and did an analysis of all the fees that

24  StraightPath paid out to when it

25  purchased stock?

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 49

1           DOUGLAS J. SMITH

2      A.    Yes. I would have to look at

3  my exhibits but anything that I presented

4  would be deducting those fees.

5      Q.    Let me ask you this; in

6  connection with markups did you do an

7  analysis of what -- of what portion of

8  any markup ultimately went out to these

9  third parties to pay expenses and what

10  portions StraightPath kept, if any?

11      A.    There were a few instances

12  where StraightPath kept fees for itself,

13  that it was refunded by other brokers.

14      Q.    Well, let's focus on the

15  question, though.

16           The question is, you have a

17  section of your analysis that talks about

18  markups, correct?

19      A.    Yes.

20      Q.    But to confirm, nowhere in

21  that analysis of the markup does -- the

22  markup analysis did you conduct an

23  analysis showing how much of that markup

24  would have to be paid out to third

25  parties for their expenses, correct?

Page 50

1               DOUGLAS J. SMITH

2               MR. GREENWOOD:  Objection to

3          form. You can answer.

4          A.    Yes, I did. It's accounted in

5     that analysis. It's subtracted out so in

6     no way in any of my exhibits, looking at

7     markups have, you know, assessed the

8     fees, they're subtracted from everything.

9     So the money going out for specific

10    shares at a dollar price is matching up

11    without deducting the fees.

12         Q.    So just to kind of round this

13    out, on the markups do you understand

14    that portion, if not all, of the markups

15    could or were used to pay these

16    third-party expenses, correct?

17              MR. GREENWOOD:  Objection to

18         form. It's compound. You've asked

19         three different questions.

20         Q.    Hold on. Multiple question?

21              Just to understand, you

22    understand that with -- do you understand

23    that the markups, where there was money

24    above what was that StraightPath

25    purchased the stock for, that the markups

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 51

1              DOUGLAS J. SMITH
2    were used -- those dollars were used to
3    pay for fees to purchase stock? Do you
4    understand that?
5         A.    Yes.
6         Q.    And with respect to your
7    calculation, you're saying your
8    calculation shows basically if there was
9    a markup of X dollars, you're subtracting
10   from the markup how much StraightPath
11   actually kept of the markup?
12        A.    So the fees don't get into the
13   calculations, you know, at all. I'm
14   already subtracting the fees before I
15   begin the markup analysis. So the fees
16   don't come into play at all in my
17   analysis.
18        Q.    Okay. We can circle back on
19   that and move on.
20             So, and just getting back to
21   kind of your role and what you were
22   doing, so from roughly August, July,
23   August of 2021 you were involved with
24   preparation with this case, correct?
25        A.    Yes. In August I began.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 52

1                 DOUGLAS J. SMITH
2        Q.     And what were you doing?
3        A.     I was told to do bank record
4    analysis, and so I focused solely on
5    that.
6        Q.     Okay. So from the beginning of
7    your analysis you were asked and your
8    role was to assess bank records and
9    review them, correct?
10       A.     Yes.
11       Q.     And you were never asked to
12   review brokerage records or were you?
13       A.     Yes. That was part of the job
14   as well.
15       Q.     We won't go ad nauseam on
16   this, but you never got to them because
17   of the time?
18       A.     Absolutely.
19       Q.     Anything outside of brokerage
20   records and bank records -- sorry -- as
21   far as the categories of things that you
22   were tasked to look at?
23       A.     No.
24       Q.     Okay. Now, let's -- just
25   looking at the declaration, we can kind

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 53

1              DOUGLAS J. SMITH

2   of pull this up if you want to kind of

3   present it, Josh.

4              MR. GREENWOOD:  I think he has

5         a printed out copy in front of him.

6         If you're okay with it, he can

7         refer to it otherwise.

8              MR. SHERMAN:  That's fine.

9         It's only for convenience to pull

10        up.

11             MR. LEWIN:  Do you want me to

12        mark it?

13             MR. SHERMAN:  Let's mark it,

14        is that Exhibit 2 or 1?

15             MR. LEWIN:  It will be 1.

16             MR. SHERMAN:  Okay. Thanks,

17        Josh.

18             (Defendant's Exhibit 1,

19        Declaration and exhibits of Douglas

20        J. Smith, was received and marked

21        on this date for identification.)

22        Q.    So you have your declaration

23   in front of you, correct?

24        A.    Yes.

25        Q.    Now, were you provided this

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 54

1              DOUGLAS J. SMITH

2    draft declaration -- sorry -- were you

3    provided a draft declaration for your

4    review that someone else prepared?

5              MR. GREENWOOD:  Objection to

6         form.

7         Q.    Let me ask a different

8    question. Did you prepare this

9    declaration?

10        A.    Everything, all the data in

11   the declaration is work that I worked on

12   and it was drafted by attorneys at the

13   SEC and I reviewed it, I submitted

14   comments, edits, it was updated and the

15   final version I signed.

16        Q.    Okay. So just to confirm, you

17   had by that point or prior to the

18   declaration being prepared you had

19   provided data to the staff regarding the

20   bank record review you had done, correct?

21        A.    Yes.

22        Q.    Was there any other data

23   outside the bank record review that you

24   provided to the staff at that time?

25        A.    Not that I can recall.

Douglas J. Smith                          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 55

1                    DOUGLAS J. SMITH
2        Q.     Okay. Just to confirm, then
3   you received a draft of this declaration
4   for you to review?
5        A.     Yes.
6        Q.     And with respect to edits, do
7   you recall what areas or what types of
8   edits you were making?
9        A.     If something was wrong I would
10  point it out and it would be changed, you
11  know, grammatical errors, it could be a
12  variety of different things.
13       Q.     Okay. So but outside of
14  grammar, was the focus of edits the
15  numbers for you or was there something
16  else?
17              MR. GREENWOOD:   Objection to
18       form.
19       A.     No.
20       Q.     What was the focus of the
21  edits?
22       A.     So it was describing what was
23  actually occurring in the bank statement.
24       Q.     Okay. So let's go to page 2,
25  paragraph 5. So this document says

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 56

1                DOUGLAS J. SMITH

2       specifically -- sorry, paragraph 5,

3       "Specifically, I have relied on the

4       following categories of documents." The

5       first is bank records for SP Fund

6       Manager, which is StraightPath Venture

7       Partners, SP Adviser was the StraightPath

8       Management and SP Funds, which is

9       StraightPath Funds 1 through 9 and other

10      StraightPath-related entities.  Do you

11      see that?

12            A.    Yes.

13            Q.    So can you please identify, if

14      you remember, I think you said that there

15      were bank records -- let me strike that.

16                  As I recall, when you

17      testified earlier, you looked at bank

18      records for Signature Bank, correct?

19            A.    Yes, as well as JPMorgan.

20            Q.    Okay. So when you are talking

21      about bank records, are those the bank

22      records you are talking about for those

23      entities related to those two financial

24      institutions?

25            A.    Yes.

Douglas J. Smith                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 57

1                 DOUGLAS J. SMITH

2       Q.      Okay. Were there any bank

3    records that you weren't able to obtain

4    as part of your search -- sorry -- as

5    part of your analysis?

6       A.      I think the May -- whatever

7    happened in May of 2022.

8       Q.      So outside of the current

9    month, which is May of 2022, you were

10   able to access all bank records for these

11   StraightPath entities for your analysis?

12              MR. GREENWOOD:   Objection to

13       form.

14       A.      Yes.

15       Q.      Do you believe there is any

16   records of any sort that would have made

17   your findings more complete?

18       A.      No.

19       Q.      Okay. When you say "other

20   StraightPath-related entities", can you

21   tell me who those are?

22       A.      I think it's StraightPath

23   Management LLC. It's another StraightPath

24   entity that's not specifically mentioned.

25       Q.      So just to backup, so we're on

Douglas J. Smith                     May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 58

```
  1              DOUGLAS J. SMITH
  2    the same page because, again, there's
  3    different definitions for everything.
  4    StraightPath's Fund Manager is, for the
  5    record, StraightPath Venture Partners, as
  6    I understand the definition?  Do you
  7    understand it that way?
  8         A.    Yes.
  9         Q.    So StraightPath Adviser is
 10    StraightPath's Management; do you
 11    understand it that way?
 12         A.    Yes.
 13         Q.    And then obviously
 14    StraightPath, or SP Funds or Funds 1
 15    through 9; do you see it that way?
 16         A.    Yes.
 17         Q.    So I want to understand when
 18    you say "other StraightPath-related
 19    entities", can you name those?
 20         A.    There's one more StraightPath
 21    entity that I don't know the full name
 22    of.
 23         Q.    StraightPath Holdings?
 24         A.    Yes.
 25         Q.    Now, next one says "bank
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 59

1                    DOUGLAS J. SMITH
2    records for other entities controlled by
3    Martinsen, Castillero, Lanaia or Lachow."
4    Do you see that under (b) of paragraph 5?
5         A.     Yes.
6         Q.     Okay. Now, what bank records,
7    which bank financial institution are we
8    referring to when we say "bank records"?
9         A.     I'm not sure of the specific
10   institution, but I looked at if they
11   made, you know, payments into these
12   StraightPath bank accounts or money was
13   being paid to them, that was the context
14   of what I was looking at.
15        Q.     And what document did you look
16   at to determine whether certain funds
17   were put into a bank account by
18   Martinsen, Castillero, Lanaia or Lachow?
19        A.     I don't understand the
20   question.
21        Q.     So you just testified that you
22   looked -- it sounded like something where
23   you saw a reference to a financial
24   institution where money went to one of
25   these individuals, did I say that right,

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 61 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 60

1                DOUGLAS J. SMITH

2    as far as your prior testimony?

3         A.    Yes. It was when -- I focused

4    primarily on if they were sending funds

5    to StraightPath bank accounts and if the

6    StraightPath bank accounts were sending

7    the funds back, I think there were two

8    instances where they, you know, sent

9    their own funds to StraightPath and then

10   StraightPath sent the fund right back,

11   and that was primarily what I was looking

12   at.

13        Q.    And to confirm, did you ever

14   look at the Quickbooks of StraightPath?

15        A.    Yes.

16        Q.    Okay. So were you relying on

17   Quickbooks or StraightPath bank records

18   to figure out these bank records for

19   other entities?

20        A.    StraightPath's bank records,

21   the Quickbooks records were incomplete, I

22   think we're still waiting on Quickbook

23   records for Funds 7 through 9 and there

24   is no profit and loss or anything like

25   that associated with the funds.

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 62 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 61

1              DOUGLAS J. SMITH

2        Q.    Okay. So (c) says, "Various

3    books and records of Defendants that they

4    produced to the Commission during its

5    investigation, including internal

6    tracking spreadsheets, welcome letters

7    and other documents related to sales of

8    series interests in investors." So let's

9    break that down a bit.

10              When it says "various books

11   and records", can you give me some sense

12   of what you meant by what those books and

13   records were?

14        A.    StraightPath produced various

15   investor lists for each pre-IPO company;

16   how many shares an investor invested in;

17   at what price and if there were fees paid

18   out to a third party for it; they had

19   internal tracking inventory, Excel

20   spreadsheets that were only started

21   around 2021; and going forward and for

22   some of the pre-IPO companies they didn't

23   exist; I looked at welcome letters,

24   welcome letters were sent to investors

25   that detailed the shares and the share

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 62

1            DOUGLAS J. SMITH

2    price that they were purchasing; and also

3    the Quickbooks records, when they

4    identified an investor coming in

5    sometimes it said the share price or the

6    share amount; sometimes I would search

7    for the investor and find either emails

8    or text messages that said how many

9    shares the investor bought and at what

10   price.

11        Q.    And as you just testified, you

12   understood in reviewing records that the

13   Quickbooks were not fully reconciled,

14   correct?

15        A.    I don't know what kind of

16   reconciliation was done on the Quickbooks

17   record.

18        Q.    Let me kind of repeat or

19   restate your testimony. You said when I

20   mentioned; did you look at Quickbooks,

21   you said that you understood that certain

22   Quickbooks records were not fully

23   reconciled, correct?

24        A.    We were only given general

25   ledgers, we weren't given more detailed

Page 63

```
 1              DOUGLAS J. SMITH
 2   accounting records from Quickbooks.
 3             MR. GREENWOOD:  He's asking
 4       about the reconciliation point. On
 5       that I'm objecting to form but you
 6       should answer the question.
 7             MR. SHERMAN:  I'm just trying
 8       to understand your answer.
 9       Q.    You testified earlier about
10   certain funds were not reconciled. I'm
11   just trying to make clear the testimony.
12       A.    So we weren't given certain
13   Quickbooks for Funds 7 through 9 for a
14   certain time period. So we were not given
15   complete Quickbooks records.
16       Q.    And you said that certain
17   other Quickbooks types of reports could
18   have been useful to you; is that correct?
19       A.    Yes.
20       Q.    Such as what?
21       A.    Profit and loss statement, a
22   balance sheet.
23       Q.    Are you aware whether or not
24   the SEC staff asked for those specific
25   records during the course of their
```

Douglas J. Smith            May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 64

1              DOUGLAS J. SMITH
2   investigation?
3        A.    Yes, I think we did.
4        Q.    And you say you think you did.
5   Were you part of the discussions asking
6   for them?
7              MR. GREENWOOD:  Hold on. Let
8         me just instruct you not to answer
9         to the extent the question calls
10        for discussions between yourself
11        and SEC staff, that's attorney work
12        product and we're instructing you
13        not to answer.
14       Q.    Just to be very clear, so we
15   don't have to waste time, I'll ask --
16   I'll never ask you for privileged
17   communications between you and the SEC
18   staff.
19             MR. GREENWOOD:  That's fine.
20        I'm instructing him not to answer
21        to the extent that the question
22        calls for a discussion of such
23        privileged conversation.
24             MR. SHERMAN:  I get it.
25       Q.    My question was; were you ever

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 66 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 65

```
 1              DOUGLAS J. SMITH
 2   a part of any discussion with
 3   StraightPath asking for those specific
 4   records?
 5        A.    I don't recall.
 6        Q.    You don't recall if you were?
 7        A.    I know that -- I know that I
 8   asked for them internally --
 9             MR. GREENWOOD:  Hold on.
10             MR. SHERMAN:  I don't want
11        you --
12             MR. GREENWOOD:  I'll caution
13        the witness, we're not going to get
14        into discussions internally --
15             MR. SHERMAN:  That's fine.
16             MR. GREENWOOD:  -- even if it
17        may be related to the topic.  So
18        I'm just going to instruct you not
19        to answer to the extent that the
20        question calls for you to reveal
21        attorney work product discussions
22        internally.
23        Q.    Yes. So you don't recall if
24   you were ever on any communication with
25   any StraightPath person or entity asking
```

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 66

```
 1                DOUGLAS  J.  SMITH
 2    for  these  specific  records,  correct?
 3           A.      No.
 4           Q.      Do  you  ever  recall  seeing  a
 5    communication  going  to  any  StraightPath
 6    entity  asking,  during  the  course  of  the
 7    investigation,  for  those  specific
 8    records?
 9           A.      I  don't  remember.
10           Q.      And  were  you  aware  that
11    StraightPath  had  informed  the  SEC  up
12    until  --  so  let  me  strike  that.
13                You're  aware  that  --  are  you
14    aware  that  StraightPath,  during  the
15    course  of  the  investigation,  even  as  late
16    as  May,  was  speaking  with  the  SEC  about
17    finalizing  the  reconciliation  of
18    Quickbooks?  Were  you  aware  of  that  fact?
19                MR.  GREENWOOD:    Objection  to
20        form.
21           A.      No.
22           Q.      Okay.  So  subsection  (e)  of
23    paragraph  5  says  "email  correspondence
24    produced  by  both  Defendants  and  third
25    parties."
```

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                    Page 67

 1              DOUGLAS J. SMITH

 2      A.    Yes.

 3      Q.    Tell the court what -- you

 4  know, what kind of work you did in

 5  reviewing emails; like, how many emails,

 6  whose emails, et cetera?

 7      A.    I don't know how many I looked

 8  at.  I just did searches for what was

 9  coming in and out of the bank accounts

10  and trying to identify what they

11  represented.

12      Q.    Did you run search terms to

13  try to find, like, emails specific to

14  bank information?

15      A.    Yes.

16      Q.    And that was the scope of your

17  email review?

18      A.    Yes.

19      Q.    Okay. Did you save those

20  emails at any point as far as which ones

21  you looked at?

22      A.    No.

23      Q.    You didn't separately

24  segregate them, you just reviewed them as

25  kind of you went --

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 68

1                    DOUGLAS J. SMITH

2         A.    Yes.

3         Q.    Okay. Now, it says text

4    messages produced by and involving

5    Defendants, which is subsection (f).  Can

6    you explain for the court kind of what

7    you're -- what the scope of your text

8    message review was?

9         A.    Just the same thing, if I

10   needed to find information pertaining to

11   the bank records I would run search terms

12   and those would pop up.

13        Q.    And then information

14   concerning the registration histories of

15   Defendants on FINRA's WebCRD and

16   BrokerCheck.

17              Just to confirm, break that

18   down, so you went online -- did you go

19   online and look at each of the

20   individual's BrokerTech reports?

21        A.    Yes.

22        Q.    And then on FINRA's WebCRD,

23   did you go through some system to check

24   each individual's WedCRD?

25        A.    Yes.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 69

1              DOUGLAS J. SMITH
2       Q.    What else did you look at
3  regarding the registration history?
4       A.    I think employment, you know,
5  time periods, like series exams that they
6  took.
7       Q.    It says -- (h) says "other
8  publicly available information." Do you
9  see that?
10      A.    Yes.
11      Q.    Can you tell the court what
12  that refers to, what records?
13      A.    Nothing is coming to mind
14  right now.
15      Q.    Okay. So there may not be any
16  other records?
17            MR. GREENWOOD:   Objection to
18      form.
19      A.    I don't know.
20      Q.    Did you -- was that -- do you
21  recall writing this part about (h) of
22  other publicly available information?
23      A.    No, but I did review it.
24      Q.    So do you feel at this point
25  it's inaccurate because there are no

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 71 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 70

1              DOUGLAS J. SMITH
2    other publicly available information?
3         A.    Not necessarily, no.
4         Q.    So just to confirm, this was
5    submitted on May 13th, and so just a few
6    days ago, and sitting here today, you
7    have no idea what you mean by "other
8    publicly available information"?
9              MR. GREENWOOD:   Objection to
10        form.
11        A.    Nothing to coming to mind
12   right now.
13        Q.    Are there any other documents
14   that you did not have when making your
15   analysis which you believe, sitting here
16   today, would more accurately help with
17   your conclusions in your declaration?
18        A.    Yes.
19        Q.    What would that be?
20        A.    So there are 17 million of
21   investor funds that came into the bank
22   records that I don't know what shares
23   they purchased, at what price and how
24   many shares.
25        Q.    Is that because you didn't

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 71

1              DOUGLAS J. SMITH
2    have time to assess that?
3         A.    No. It's because it was never
4    produced.
5         Q.    What was never produced?
6         A.    The specific shares and the
7    price that the investor was paying --
8    sending funds to StraightPath for.
9         Q.    Is there a spreadsheet or
10   analysis that you did calculating the 17
11   million?
12        A.    Yes.
13        Q.    Okay. So which stocks are we
14   talking about?
15        A.    I don't know. I just see
16   incoming funds from investors and I don't
17   know what they purchased.
18        Q.    Okay. Are you aware of any
19   communication to StraightPath asking for
20   that specific backup support for -- so
21   you can complete your analysis?
22        A.    Yes. I remember these coming
23   up in multiple different document
24   requests and productions since I joined
25   the team.

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 73 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 72

```
 1                 DOUGLAS J. SMITH
 2         Q.    And are you familiar with the
 3    fact that StraightPath was still in the
 4    process and working with the SEC in
 5    producing documents when this TRO brief
 6    was filed?
 7                 MR. GREENWOOD:  Objection to
 8         form.
 9         A.    We've been asking for these
10    documents since before I joined, I
11    understand --
12                 MR. GREENWOOD:  Hold on. Let
13         me just -- Mr. Smith, let me
14         caution you not to reveal
15         conversations internally.
16         Mr. Sherman is only asking about
17         conversations with third parties of
18         which you're aware or you've seen
19         documents.
20         Q.    Okay. Are you aware of the
21    fact that StraightPath had not completed
22    -- had not completed its production of
23    documents but was working to produce more
24    documents at the time in May, say, 13th?
25                 MR. GREENWOOD:  Objection to
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 73

1              DOUGLAS J. SMITH

2       form.

3       A.    I don't know.

4       Q.    So let me ask more broadly,

5  you have no idea sitting here today, what

6  the status of StraightPath's efforts to

7  produce documents prior to the filing of

8  the current Complaint, correct?

9       A.    I don't know.

10      Q.    Okay. Are you familiar with

11  what a K-1 is?

12      A.    Generally, yes.

13      Q.    What's your understanding?

14      A.    That there are tax documents

15  that assess value of what people are

16  holding in certain investments.

17      Q.    So a K-1, do you understand,

18  can show a profit or a loss on particular

19  investments?

20           MR. GREENWOOD:  Objection to

21      form.

22      Q.    Well, do you understand that a

23  K-1 -- let me just rephrase it -- that a

24  K-1 can show whether an individual

25  investor has a profit and loss on the

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 74

1                  DOUGLAS J. SMITH
2    investment subject to the K-1?
3         A.    Generally, yes --
4         Q.    Okay.
5         A.    -- I understand that.
6         Q.    Now, are you aware -- let me
7    ask you to -- kind of looking at the
8    information and understanding, you know,
9    for business tax returns, as part of your
10   practice or your work at the SEC have you
11   looked at business tax returns?
12        A.    No. I mean, very minimally do
13   I ever look at tax records.
14        Q.    Okay. So as part of your work
15   would you think it important to look at
16   documents that may help show profits
17   earned by investors in the StraightPath
18   funds?
19        A.    The K-1s are just going to
20   give a number, they're not going to give
21   the underlying detail of what came with
22   that profit and loss, so I would not look
23   at the K-1 for that.
24        Q.    So you would want to look at
25   documents maybe produced by the CPA that

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 75

1              DOUGLAS J. SMITH
2    shows, like, the information that goes
3    into the K-1?
4         A.    I would want to look at
5    Quickbooks records, like a balance sheet,
6    like a profit and loss.
7         Q.    Okay. But underlying documents
8    can also be helpful, correct?
9         A.    Everything would be helpful.
10        Q.    So are you familiar -- were
11   you aware that in the fall of 2021
12   StraightPath's accountant, CPA Tom Pirro,
13   produced all the tax returns, including
14   K-1s up to that point?
15        A.    I didn't know that he produced
16   them.
17        Q.    So I assume that -- I guess I
18   can assume that you didn't take, as part
19   of your review, an effort to review any
20   of the tax returns or K-1s, correct?
21             MR. GREENWOOD:  Objection to
22        form.
23        A.    No. I'd start with the general
24   ledgers and the balance sheet and the
25   profit and loss and then I go from there

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 76

1                    DOUGLAS J. SMITH
2    and they weren't there. So I find no
3    reason why I would go to the K-1s.
4         Q.    So you start with the general
5    ledgers as part of it, correct?
6         A.    Yes.
7         Q.    And you understand that
8    general ledgers were produced prior to
9    your involvement with this investigation?
10        A.    There were multiple entries in
11   the bank statements that weren't on the
12   general ledgers.  So even -- you know,
13   there weren't -- they weren't accounting
14   for everything that were in the bank
15   statements.
16        Q.    And you understand that as we
17   discussed earlier, StraightPath was and
18   still has been in the process of
19   reconciling their Quickbooks, correct?
20              MR. GREENWOOD:  Objection to
21        the form.
22        A.    I don't know.
23        Q.    Now, to your knowledge, has
24   the SEC produced all the documents that
25   you relied upon for your declaration?

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 77

1           DOUGLAS J. SMITH

2           MR. GREENWOOD:  Objection to

3      form.

4      Q.    Let's back up. Do you know the

5  SEC made a production to StraightPath in

6  response to a document request for all

7  your backup documents related to your

8  declaration?

9      A.    I have not -- I don't know.

10     Q.    Okay. So you have no idea what

11 they produced to us?

12     A.    I don't know.

13     Q.    Okay. Now, in paragraph 6 of

14 the declaration, if you look at that, you

15 reference that you reviewed and scheduled

16 out more than 15,400 separate

17 transactions of line items spanning 15

18 accounts and two banks between August

19 2017 and April 2022. Do you see that?

20     A.    Yes.

21     Q.    Now, that document, that

22 scheduling out was not attached to your

23 declaration, correct?

24     A.    Correct.

25     Q.    Why not?

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 78

1              DOUGLAS J. SMITH

2        A.    Work product.  And I was told

3    to do this work --

4        Q.    Don't tell me about what you

5    were told. I just want to know why you

6    didn't produce it.

7              MR. GREENWOOD:  So to the

8        extent that the question calls for

9        you to reveal attorney work

10       product, that is conversations with

11       Commission attorneys about the

12       case, we'll instruct you not to

13       answer.

14       Q.    Okay. So your understanding is

15   that, therefore, that that 15,400

16   transaction schedule that you did has not

17   been produced?

18             MR. GREENWOOD:  Objection to

19       form.

20       Q.    Again, we've already gone

21   through this.  I've articulated to you

22   the SEC made a production, after we asked

23   for all the schedules and documents that

24   you looked at or otherwise created in

25   connection with your declaration,

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 79

1                DOUGLAS J. SMITH

2     correct? Do you remember that question?

3              MR. GREENWOOD:  You've already

4          had him testify that he doesn't

5          know what was produced.

6              MR. SHERMAN:  I'm asking if he

7          understands that a request was made

8          for all the materials. And I'm

9          asking him to confirm.

10             You keep objecting to form and

11         I guess on foundation and I guess

12         I'm trying to lay out clearly what

13         he understands.

14         Q.    So did you ever see the

15    document request served on the SEC from

16    StraightPath in this case?

17         A.    No.

18         Q.    Okay. And what was the

19    document -- what did you use that

20    schedule for? What was the reason you

21    created it?

22         A.    To account for all the inflows

23    and outflows of the bank accounts.

24         Q.    And was that an important

25    document to you in working through and

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 81 of 380
Douglas J. Smith                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 80

1              DOUGLAS J. SMITH

2    creating for your declaration?

3         A.    Yes.

4         Q.    In paragraph 7 you state that

5    you have not set forth each and every

6    fact that you know about the events and

7    occurrences. Do you see that?

8         A.    Yes.

9         Q.    Do you see that, sir?

10        A.    Yes.

11        Q.    And what facts do you know

12   that you did not set forth in your

13   declaration?

14             MR. GREENWOOD:  And I'm going

15        to instruct you not to answer to

16        the extent that the answer calls

17        for you to reveal attorney work

18        product. Do you understand the

19        instruction?

20             THE WITNESS:  Yes.

21        Q.    I'm just trying to understand.

22             I'm not asking for

23   communications, Mr. Smith, you know, or

24   stuff that relates to your discussions

25   with staff. I'm trying to understand what

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 81

```
 1              DOUGLAS J. SMITH
 2  facts and occurrences, outside of
 3  privileged communications with the staff,
 4  that you didn't include in your
 5  declaration.
 6       A.    I can't think of any.
 7       Q.    So do you believe that this
 8  declaration includes, outside of
 9  privileged communications, all facts and
10  occurrences that you know about in
11  connection with this matter?
12       A.    I don't know either way.
13       Q.    But you stated in here that it
14  doesn't include all the facts, correct?
15            MR. GREENWOOD:  Objection to
16       form.
17       Q.    I'll rephrase. It says that
18  you did not include, so that's an
19  inaccurate statement, correct?
20       A.    No.
21       Q.    You just testified that you
22  don't know either way whether you
23  included all the facts.  So how could it
24  be accurate?
25            MR. GREENWOOD:  Objection to
```

Page 82

1              DOUGLAS J. SMITH

2       form.

3       A.    I've done a lot of work on

4  this case throughout the months and I

5  can't remember every single thing that I

6  worked on. All I looked at in preparing

7  for this deposition is my declaration and

8  exhibits.

9       Q.    Okay. What facts are you aware

10  of that may undermine your calculations?

11      A.    Nothing in my mind would

12  undermine my analysis.

13      Q.    Recognizing you haven't looked

14  at all the financial documents, including

15  brokerage account statements, correct?

16      A.    Yes. Right. But that doesn't

17  affect my bank analysis in any way

18  because I'm already looking at the

19  brokerage proceeds coming into the bank

20  account and I'm looking at the cash

21  distributions from the bank account. I

22  solely focused on the bank accounts.

23      Q.    So really you have no idea

24  what the brokerage accounts -- let me

25  rephrase.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 83

1          DOUGLAS J. SMITH

2          Because you have no idea what

3    the brokerage accounts say, you have no

4    idea if those documents could undermine

5    your calculation, do you?

6          A.    No, I do know because I'm only

7    looking at bank account records analysis,

8    not brokerage record analysis. Nothing

9    from those records would undermine what

10   I'm doing.

11             MR. GREENWOOD:  We're going an

12        hour and 15.

13             MR. SHERMAN:  You want to take

14        five?

15             MR. GREENWOOD:  Sure.

16             MR. SHERMAN:  We'll take a

17        five minute break.

18             VIDEOGRAPHER:  Stand by. Going

19        off the record at 11:50 a.m.  This

20        is the end of Media Unit 1.

21             (Recess is taken.)

22             VIDEOGRAPHER:  We're going

23        back on the record 12:01 p.m. and

24        this is the beginning of Media Unit

25        2. Okay. You may proceed.

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 84

1              DOUGLAS J. SMITH
2        Q.    So just to touch high level,
3   again, this is Scott Sherman for Nelson
4   Mullins.
5              Mr. Smith, you understand
6   you're still under oath, correct?
7        A.    Yes.
8        Q.    So just to kind of touch high
9   level and wrap up what we were just
10  discussing, you know, as part of this,
11  your declaration, as you understand it,
12  has been presented to the court as a
13  basis of showing a roughly $14 million
14  shortfall in stock, correct?
15       A.    Yes.
16       Q.    Okay. And let's assume that
17  the brokerage accounts had 100 million or
18  some number of shares of stock in them.
19  Wouldn't you think that it would be
20  important for the court to know about all
21  the stock that's sitting in the brokerage
22  accounts as part of your analysis?
23             MR. GREENWOOD:  Objection to
24       form.
25       A.    No.

800.808.4958                                    770.343.9696

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 86 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 85

```
 1              DOUGLAS J. SMITH
 2        Q.    You don't think that looking
 3   at the actual stock held in the brokerage
 4   accounts, when you're accounting for
 5   stock shortfalls is important?
 6              MR. GREENWOOD:  Objection to
 7        form.
 8        A.    No.
 9        Q.    And why not?
10        A.    I'm looking at -- I'm looking
11   at pre-IPO companies that haven't gone
12   IPO and you're talking about companies
13   that have gone IPO.
14        Q.    I'm talking about overall
15   assets. You're talking about a shortfall
16   in stock and we're talking about an
17   overall asset base held at StraightPath.
18              So let's back up, and very
19   shortly say -- and the question, just to
20   cover our bases, you're talking about
21   that StraightPath is short roughly 14
22   million in stock, correct?
23        A.    I'm saying they're short 14
24   million in stock they didn't purchase.
25        Q.    And in looking at -- let's
```

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 86

                    DOUGLAS  J.  SMITH

1
2    assume the brokerage accounts, which you
3    didn't review, let's assume there was
4    over 100 million in stock -- I'm making
5    an assumption here but, again, you didn't
6    look at the brokerage accounts. My point
7    is, you do not think it would be
8    important for the court to understand in
9    your analysis, overall, how much stock,
10   overall StraightPath has in talking about
11   shortfalls in stock?  You do not see that
12   important?
13         A.    No.
14         Q.    Okay. Let's go to -- we're
15   going to go through the specific
16   paragraphs, and so first I want to go to
17   paragraph 10. In 10 it talks about
18   Mr. Castillero. Do you see that?
19         A.    Yes.
20         Q.    It says in the second
21   sentence, "Castillero is one of the three
22   founders and beneficial owners of the
23   StraightPath suite of entities and
24   funds." Do you see that?
25         A.    Yes.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 87

 1              DOUGLAS J. SMITH

 2      Q.    Did you write that sentence?

 3      A.    No.

 4      Q.    So just to be clear, as a

 5  staff accountant that you told me on the

 6  record under oath that you were looking

 7  at bank records because that's what you

 8  were using and analyzing, I just want to

 9  make sure, you're stating here and you

10  determined that Mr. Castillero was a

11  beneficial owner; is that what you're

12  saying, correct?

13              MR. GREENWOOD:  Objection to

14      form.

15      Q.    Let me say it differently.

16              You identify him as a

17  beneficial owner in this, that's in your

18  declaration, correct?

19      A.    Yes.

20      Q.    But you didn't draft this

21  sentence, correct?

22      A.     No, but I reviewed it for

23  accuracy.

24      Q.    Okay. And so what expertise do

25  you have as a staff accountant or

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 88

1                    DOUGLAS J. SMITH

2        otherwise to determine whether someone is

3        or isn't a beneficial owner?

4             A.    You would look at

5        incorporation documents; formation

6        documents of a company; who are the

7        listed owners; I would look at the bank

8        account records; who is the signatory on

9        accounts; who's making the transactions,

10       a variety of different documents.

11            Q.    And so as part of your work as

12       a staff accountant, it was your

13       understanding that your role was to

14       determine whether Mr. Castillero was a

15       "beneficial owner"?

16            A.    I was asked to verify certain

17       statements and I did.

18            Q.    How do you define "beneficial

19       owner"?

20            A.    Someone who controls the vast

21       majority of a company or entity, but you

22       mainly look to incorporation documents.

23            Q.    Okay. So don't you view the

24       analysis of whether someone is a

25       beneficial owner as a legal

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 89

1                     DOUGLAS J. SMITH
2     determination?
3                     MR. GREENWOOD:   Objection to
4          form.
5          A.     I don't know.
6          Q.     Have you opined on whether
7     individuals are beneficial owners in
8     prior matters?
9          A.     I don't recall.
10          Q.     And so getting back to
11     information that you said you looked at,
12     when you look at corporate records
13     that -- that is the main source that you
14     would look at to determine whether
15     someone is an owner of a company,
16     correct?
17          A.     It would be a variety of
18     reasons. That would be the first thing
19     that I would look at.  I would also look
20     at Form ADVs, I would also look at
21     websites.  It would be a variety of
22     things in the day-to-day operations of a
23     company.
24          Q.     So just to back up, though,
25     when you were looking at analyzing

Case 1:22-cv-03897-LAK  Document 23-5  Filed 05/20/22  Page 91 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 90

1              DOUGLAS J. SMITH

2    documents for this matter your focus, as

3    you discussed earlier, was mainly to

4    review bank records and provide analyses

5    of bank records, correct?

6         A.    Yes.

7         Q.    Okay. And you further state on

8    paragraph 10, on paper, Castillero was

9    the majority beneficial owner of the SP

10   Adviser and SP Fund Manager and actually

11   it says up until February 2019 on April,

12   Castillero was the majority beneficial

13   owner of the SP Adviser and SP Fund

14   Manager. Did you draft that sentence?

15        A.    I'm going to get into

16   privileged areas in my conversations with

17   SEC staff on a lot of this, all of these

18   paragraphs.

19             MR. GREENWOOD:  The question

20        is just; did you draft that

21        sentence?

22        A.    No.

23        Q.    Okay. So when you say "on

24   paper" -- since you didn't draft it but I

25   guess you reviewed it, right, before you

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 91

1              DOUGLAS J. SMITH
2   signed off on it?
3        A.    Yes.
4        Q.    When you say "on paper
5   Castillero was the majority beneficial
6   owner", what did you mean by that?
7        A.    I can't remember sitting here
8   today what it was, what that conversation
9   was that made me --
10       Q.    I'm not asking you for a
11  conversation. You wrote this. You
12  understand that the SEC has filed a Civil
13  Action freezing my client's assets,
14  correct?
15       A.    Yes.
16       Q.    Okay. And you're sitting here
17  today, days after writing this, and you
18  have no recollection of why you agreed to
19  put on paper "Mr. Castillero was the
20  majority beneficial owner?"
21       A.    I don't know.
22       Q.    And in fact, you have seen
23  documents that confirm Mr. Castillero was
24  no longer the owner after February of
25  2019, correct?

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                          Page 92

1              DOUGLAS J. SMITH
2        A.    I don't know.
3        Q.    You don't know if you've seen
4   a document referencing -- let's back up.
5              It says "on paper Castillero
6   was the majority owner." Do you remember
7   what paper you are referring to?
8        A.    I don't remember.
9        Q.    Okay. Do you ever recall as
10   part of your analysis of bank records
11   that you also may have looked at some
12   operating agreements or corporate
13   filings?
14        A.    I looked at a lot of documents
15   and I don't remember them all, and I
16   can't point to specific documents for
17   this paragraph, where I took it from.
18        Q.    I'm asking a more general
19   question.
20              Do you remember looking at one
21   Delaware corporate filing for
22   StraightPath or any of the entities?
23        A.    I believe I did, yes.
24        Q.    Which ones were those?
25        A.    I don't remember.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 93

 1              DOUGLAS J. SMITH

 2         Q.    So sitting here today, you

 3    have no idea what document would show

 4    that Mr. Martinsen was the owner of

 5    StraightPath after February 2018?

 6         A.    I don't know.

 7         Q.    And then you also, again, say

 8    he was the majority beneficial owner. Do

 9    you see that where it says "majority

10    beneficial owner?"

11         A.    Yes.

12         Q.    Okay. Who is the minority

13    beneficial owner?

14         A.    I don't know.

15         Q.    So sitting here today, when

16    you write -- do you understand that the

17    SEC has used your declaration to support

18    statements in their memorandum of law,

19    including this very item?  Do you

20    understand that?

21         A.    Yes.

22         Q.    Okay. So you have read the

23    memorandum?

24         A.    The memorandum of what?

25         Q.    The memorandum of law.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 94

```
1                DOUGLAS J. SMITH
2        A.    No.
3        Q.    Okay. So you just testified
4   that you understood that the SEC was
5   using your declaration for the
6   memorandum, you said yes, do you remember
7   that testimony?
8        A.    I thought you were talking
9   about the Complaint.
10       Q.    Okay. So sitting here today,
11  recognizing that your declaration was
12  used, do you know how it was used by the
13  SEC in connection with its emergency
14  relief to take over my client's company
15  and all their assets?
16             MR. GREENWOOD:  Objection to
17       form.
18       Q.    Do you have any idea how this
19  declaration was used?
20       A.    It was to support the
21  Complaint.
22       Q.    Right. Okay. So in supporting
23  the Complaint, would you think it
24  important to look at the memorandum to
25  make sure -- your memorandum of law, to
```

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 96 of 380
Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 95

1                    DOUGLAS J. SMITH

2    make sure you're comfortable with

3    statements in the memorandum to make sure

4    you're comfortable that your declaration

5    actually supports those statements?

6              MR. GREENWOOD:  Objection to

7         form.

8         A.    I don't know.

9         Q.    Okay. Because you didn't look

10   at the memorandum of law, correct?

11        A.    Yes.

12        Q.    Okay. So just to confirm then,

13   when it says "Castillero was a majority

14   beneficial owner", you have no idea what

15   "majority" means, sitting here today?

16        A.    I mean, in my mind, I would

17   view it as more than 50%.

18        Q.    So who was the other part of

19   the more than -- the less than 50%?

20        A.    I don't know.

21        Q.    So how could you possibly

22   state it was a majority if you don't even

23   know who the members are, according to

24   your declaration?

25              MR. GREENWOOD:  Objection to

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 97 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 96

1              DOUGLAS J. SMITH

2        form.

3        A.    I don't know.

4        Q.    Do you have any idea of how

5   the use of the word "beneficial owner",

6   as you use it, advances the merits of the

7   SEC Complaint allegations?

8              MR. GREENWOOD:   Objection to

9        form.

10       A.    I don't know.

11       Q.    So another way of asking, you

12  have no idea how or if the term

13  "beneficial owner", from your

14  declaration, was used in the Complaint in

15  this case, correct?

16       A.    I don't know.

17       Q.    And you have no idea how or if

18  the use of the words "beneficial owner"

19  from your declaration was used in the

20  memorandum of law or motion to support

21  the emergency relief here, correct?

22       A.    I don't know.

23       Q.    Okay. Now, you state here in

24  paragraph 11 that, "Mr. Martinsen became

25  the purported majority owner of both the

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 98 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 97

1                    DOUGLAS J. SMITH

2      SP Fund Manager and the SP Adviser in

3      early February 2019 when Castillero

4      purportedly transferred his interest in

5      these companies to Martinsen." Do you see

6      that?

7           A.    Yes.

8           Q.    Let me ask you, when you're

9      doing this declaration and you're signing

10     this, do you see this as just a

11     numbers-driven declaration as far as --

12     let me rephrase.

13             Do you see this as a

14     declaration really to outline the numbers

15     that you have calculated?

16             MR. GREENWOOD:  Objection to

17         form.

18         A.    I don't understand the

19     question.

20         Q.    Okay. In looking at the

21     declaration do you view it as an advocacy

22     piece for the SEC's position in this

23     case?

24         A.    I don't view it one way or the

25     other. You know, I'm conducting analysis

Douglas J. Smith                           May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 98

1                DOUGLAS J. SMITH
2    based on work that I did. I focus
3    primarily on the bank records, what we're
4    going over now.  You know, I did look at
5    in the past and I just don't remember.
6         Q.    Sorry. Go ahead. Apologies.
7         A.    The questions that you're
8    asking I don't remember. It has been many
9    months before.
10        Q.    When did you first -- when did
11   you first get a copy of this draft
12   declaration?
13        A.    I believe Wednesday last week.
14        Q.    Okay. So wouldn't it be
15   important when you're looking at a
16   declaration, which was last Wednesday, to
17   make sure you're comfortable with every
18   statement you're about to attest to under
19   oath?
20        A.    Yes.
21        Q.    So the concept that you may
22   have looked at a document months before
23   is kind of irrelevant, right, because you
24   want to make sure now, sitting here
25   today, that your declaration is 100%

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 99

```
 1              DOUGLAS J. SMITH
 2   accurate, correct?
 3              MR. GREENWOOD:  Objection to
 4        form.
 5        A.    So I'm going to get into
 6   conversation that I had --
 7        Q.    I'm not asking for that. I'm
 8   asking for the fact that you would want
 9   to make sure that your deposition is only
10   stuff that you have personal knowledge
11   of, correct?
12              MR. GREENWOOD:  Objection to
13        form.
14        A.    Yes.
15        Q.    And just to confirm on
16   personal knowledge, just on paragraph 3
17   it says, "I make this declaration based
18   on my personal knowledge, information and
19   belief." Do you see that in paragraph 3?
20        A.    Yes.
21        Q.    So when you agreed to use --
22   let me ask you, did you draft this
23   paragraph 11 about where it says that
24   Mr. Martinsen became the purported
25   majority owner?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 100

1              DOUGLAS J. SMITH

2      A.    I did not.

3      Q.    Okay. So when you used the

4  word -- you agree to use the word

5  "purported", it's used to call into

6  question whether he is the owner,

7  majority or not, correct?

8            MR. GREENWOOD:  Objection to

9       form.

10     A.    Yes.

11     Q.    Okay. So what basis did you

12 have to assess whether or not there was a

13 question whether Mr. Martinsen was the

14 majority owner or full owner of

15 StraightPath at that time?

16           MR. GREENWOOD:  I'll object to

17      the extent the question calls for

18      you to reveal attorney -- strike

19      that -- attorney work product

20      information.

21     A.    I mean, that's where I'm going

22 with my responses.

23     Q.    I'm not asking you for

24 communications. Look, I'm not asking for

25 whether or not you had to ask what

Page 101

```
 1              DOUGLAS J. SMITH
 2    "purported" meant when you were asked to
 3    put that into your declaration. I'm not
 4    asking that.
 5              What I'm asking for is; what
 6    basis -- since this is your declaration,
 7    based on your personal knowledge, what
 8    basis did you have to put that he was the
 9    purported majority owner of SP Fund
10    Manager? What documents? What basis did
11    you have to say that?
12         A.    I don't remember.
13         Q.    Don't you think it would be
14    important to know these things?  You only
15    signed the things last Wednesday,
16    correct?
17         A.    Yes.
18         Q.    So last Wednesday you knew
19    what the basis was but today you don't?
20              MR. GREENWOOD:  Objection to
21         form.
22         A.    Yes.
23         Q.    Now, you state here that,
24    paragraph 11, "Mr. Martinsen resides in
25    St. James, New York." Do you see that?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 102

1                    DOUGLAS J. SMITH

2          A.    Yes.

3          Q.    Okay. So what analysis did you

4    do in reviewing I guess the bank records

5    or others to determine that

6    Mr. Martinsen's residence is St. James,

7    New York?

8          A.    I believe I looked at current

9    records, bank account records.

10         Q.    Are you saying that he's

11   currently a legal resident of New York in

12   this statement?

13               MR. GREENWOOD:  Objection to

14         form.

15         A.    I don't know.

16         Q.    Do you know what the word

17   "resident" signifies?

18               MR. GREENWOOD:  Objection to

19         form.

20         A.    Well, I mean, one of his

21   addresses is in St. James, New York,

22   so --

23         Q.    So did you draft this sentence

24   that says that he resides in St. James?

25         A.    No.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 103

1                    DOUGLAS J. SMITH
2          Q.     Okay. Do you have any idea how
3    the SEC is using or whether they are or
4    not using the phrase in your declaration
5    that he resides in St. James?
6                    MR. GREENWOOD:   Objection to
7          form.
8          A.     I don't know.
9          Q.     Okay. Have you ever inquired
10   whether Mr. Martinsen is a Florida
11   resident and not a New York residents?
12         A.     I don't know --
13         Q.     Strike that. I'm not asking
14   you for communications with staff. Let me
15   say this differently.
16                  Have you ever looked into
17   whether Mr. Martinsen was a Florida
18   resident or a New York resident?
19         A.     I don't know.
20         Q.     Okay. Again, here you also
21   used the phrase that he's a beneficial
22   owner and I guess we'll just kind of not
23   go over this ad nauseam, but just to
24   confirm, you didn't draft this section
25   and statement about use -- about the word

Douglas J. Smith                                     May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 104

1                    DOUGLAS J. SMITH
2    beneficial owner, correct?
3         A.    Correct.
4         Q.    Okay. And what analysis did
5    you do to confirm whether Mr. Martinsen
6    was, as you state, or at least you agreed
7    to state from someone else's writing,
8    that he was a beneficial owner?
9               MR. GREENWOOD:  Objection to
10        form.
11        Q.    I'll say what analysis did you
12   do on Mr. Martinsen's ownership?
13        A.    You know, again, I looked at a
14   variety of documents. I don't remember or
15   can't recall which exact ones I looked
16   at.
17        Q.    Okay. So in paragraph 12 you
18   now speak of Ms. Lanaia and you state
19   that she's a beneficial owner, correct?
20        A.    Yes.
21        Q.    And do you have any idea
22   whether the SEC has used your statement
23   about her being a beneficial owner in its
24   papers filed with the court?
25              MR. GREENWOOD:  Objection to

Page 105

1              DOUGLAS J. SMITH

2        form.

3        A.    I don't know.

4        Q.    You don't think it would be

5   important to understand how your

6   declaration may be used by the SEC in

7   their filings?

8              MR. GREENWOOD:  Objection to

9        form.

10       A.    I don't know.

11       Q.    Okay. So let me to go

12  paragraph 13 now. You say, or at least

13  the declaration says that, "Mr. Lachow

14  from inception until around September

15  2021 Lachow served as the nominal manager

16  of the SP Fund Manager." Do you see that?

17       A.    Yes.

18       Q.    Okay. You didn't draft that

19  statement, correct?

20       A.    Correct.

21       Q.    Okay. But you reviewed it and

22  confirmed that based on personal

23  knowledge you understood that statement

24  to be true?

25              MR. GREENWOOD:  Objection to

Page 106

1              DOUGLAS J. SMITH

2        form.

3        A.    Yes.

4        Q.    Okay. Sitting here today, you

5    believe that statement to be true?

6        A.    Yes.

7        Q.    Okay. So when you say or you

8    agree to the word "nominal manager", what

9    does that mean?

10       A.    I don't know.

11       Q.    Don't you think it's important

12   to know stuff you write in your

13   declaration or agree to in your

14   declaration?

15       A.    Yes.

16       Q.    Okay. So paragraph 13, you say

17   this is after Castillero -- "After

18   Castillero purportedly resigned in

19   February 2019 Lachow became the managing

20   member of the SP Adviser and 1% owner of

21   both the SP Adviser and SP Fund Manager."

22   Do you see that?

23       A.    Yes.

24       Q.    Did you draft that?

25       A.    No.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 107

```
 1              DOUGLAS J. SMITH

 2       Q.    What document did you look at

 3  to confirm that Mr. Lachow became the

 4  managing member and 1% owner?

 5       A.    That would have been a variety

 6  of documents.

 7       Q.    What are they?

 8       A.    I don't remember.

 9       Q.    Did you last Wednesday when

10  you signed this thing?

11            MR. GREENWOOD:  Objection to

12       form.

13       A.    Yes.

14       Q.    But sitting here today -- you

15  understand that we are in a preliminary

16  injunction process on expedited discovery

17  where we're trying to get answers to

18  things you put in your declaration. Do

19  you understand that, sir?

20       A.    Yes.

21       Q.    Okay. And so when I asked you

22  what the basis is for why you put

23  information in, do you understand -- does

24  that concern you that you don't know the

25  answer today?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 108

1              DOUGLAS J. SMITH

2        A.     No.

3               MR. GREENWOOD:   Objection to

4        form.

5        Q.     Why doesn't it concern you

6    that you can't answer a declaration that

7    you signed less than week ago?

8        A.     Because I can't remember

9    everything.  I just don't remember.

10       Q.     So let me -- let's bring up an

11   exhibit, the operating agreement

12   document, Josh.

13              (Defendant's Exhibit 2,

14       Operating Agreement of StraightPath

15       Venture Partners, dated as of May

16       11, 2017, Bates SVP000001, was

17       received and marked on this date

18       for identification.)

19              MR. GREENWOOD:   Are you going

20       to share this?

21              MR. SHERMAN:   No.  It should

22       be -- if you hit the little button

23       it should come up. It takes a

24       minute.

25              MR. LEWIN:   When I publish it

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 109

1                    DOUGLAS J. SMITH
2         it will show up in the shared
3         folders.
4              MR. SHERMAN:  It just takes a
5         minute. So you have to --
6              THE WITNESS:  It's not there
7         yet. Hold on.
8              MR. SHERMAN:  Josh, just let
9         us know when it's there.
10             MR. LEWIN:  It should be there
11        now.
12        Q.    The operating agreement, if
13    you want to pull it up. Okay. Tell me
14    when you're ready.
15        A.    Yes, I'm ready.
16        Q.    Can you look -- this is a
17    document that's marked as D Exhibit 0002,
18    and it's titled Operating Agreement of
19    StraightPath Venture Partners. If you
20    don't mind kind of flipping through the
21    document and letting me know when you're
22    ready.
23             MR. GREENWOOD:  Is there a
24        Bates number for this document?
25             MR. SHERMAN:  Yes. It's Bates

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 110

1              DOUGLAS J. SMITH
2        labeled --
3              MR. LEWIN:  This document
4        we're going to -- this will be
5        included in the production received
6        today, referenced in the discovery
7        responses served last night.
8              MR. SHERMAN:  But to confirm,
9        Lee, for the record, a lot of
10       these -- we came on about a year
11       after documents were produced and
12       it's our understanding that all
13       these documents were produced and I
14       believe we've actually spoken at
15       times about this document. So in an
16       abundance of caution we reproduced
17       documents on the formation stuff.
18             MR. GREENWOOD:  Right now you
19       don't have a Bates number for
20       Exhibit 2?
21             MR. SHERMAN:  We do. It's
22       Bates labeled as of the production
23       today but, again, original
24       productions were not done with
25       Bates numbers. So this has

Douglas J. Smith                         May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 111

1              DOUGLAS J. SMITH

2        SVP000001 to SVP0000014.

3        Q.    Just let me know when you're

4   ready, sir.

5        A.    I'm ready.

6        Q.    Do you recall seeing this

7   document?

8        A.    I don't remember. I don't

9   know.

10       Q.    So, let me just kind of -- so

11  you have no recollection of this

12  document?

13       A.    Not today, no.

14       Q.    Now, you see at the end that

15  -- you see the last page it's executed by

16  one individual, Eric Lachow, but not

17  managing member 2?  Do you see that?

18       A.    Yes.

19       Q.    Do you know what it means to

20  have a document that's not fully

21  executed?

22            MR. GREENWOOD:  Objection to

23       form.

24       A.    I don't know.

25       Q.    Okay. So sitting here today,

Page 112

                    DOUGLAS J. SMITH

1

2    you don't recall ever seeing this

3    document?

4             MR. GREENWOOD:  Objection to

5        form, asked and answered.

6        A.    No.

7             MR. SHERMAN:  Josh, why don't

8        you pull up the next, the Delaware

9        filing?

10            (Defendant's Exhibit 3, SP

11       Venture Partners Delaware filing

12       dated February 12, 2019, Bates

13       SVP000015, was received and marked

14       on this date for identification.)

15       Q.    Just to confirm, while we're

16   waiting, you said earlier that part of

17   what you would look at if someone is a

18   beneficial owner, you would look at

19   corporate documents, documents filed with

20   the State?

21       A.    Yes.

22            MR. SHERMAN:  Just let us know

23       when it's ready, Josh.

24            MR. LEWIN:  If should be ready

25       if you refresh it.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 113

1                 DOUGLAS J. SMITH
2        Q.     Okay. This is a document
3    that's from February of 2019, same time
4    period as in paragraph 3. It's a State of
5    Delaware file -- filed document. It's
6    Bates -- it's document D003. I think the
7    Bates label -- sorry, the Exhibit 1
8    actually covers the first Bates label but
9    it's SVP000015 to -17.
10               MR. GREENWOOD:  Is this in
11          today's production or prior
12          production or --
13               MR. SHERMAN:  Both, my
14          understanding is both.
15               MR. GREENWOOD:  Okay. Thank
16          you.
17        Q.     Let me know when you're ready.
18        A.     Yes.
19               MR. SHERMAN:  You know, this
20          actually may be the prior
21          production Bates labeling. I'll
22          double check when we're off the
23          record.  But when it says SVP00016,
24          this could have been at the
25          beginning of our production when I

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 114

1              DOUGLAS J. SMITH
2        got involved in September. But
3        either way, I know it was produced
4        during the investigation and we are
5        reproducing it.
6        Q.    So have you ever seen a
7   document like this before?
8        A.    Yes.
9        Q.    So you see that -- you
10  understand it's a document that
11  StraightPath Venture Partners filed with
12  the State of Delaware and it has February
13  12, 2019. Do you see that?
14       A.    Yes.
15       Q.    Okay. And if you scroll down
16  to the second page it says that, "I,
17  Jeffrey W. Bullock, Secretary of State of
18  the State of Delaware, do hereby certify
19  the attached is a true and correct copy
20  of the Certificate of Amendment of
21  StraightPath Partners LLC, filed in this
22  Office on the 11th day of February, 2019
23  at 9:30 o'clock a.m."  Do you see that?
24       A.    Yes.
25       Q.    So if you scroll down it says

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 116 of 380
Douglas J. Smith                                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 115

1              DOUGLAS J. SMITH

2   "State of Delaware Certificate of

3   Amendment", this is the third page

4   labeled SVP000017. Do you see that?

5          A.    Yes.

6          Q.    So then it says, this is

7   paragraph 2, "Certificate of formation of

8   the limited liability company is hereby

9   amended as follows." And do you see that

10  that on paragraph 2?

11         A.    Yes.

12         Q.    And then it says StraightPath

13  Ventures is adding in Article 3, "Michael

14  Castillero resigned as Director and

15  Managing Member."  Do you see that?

16         A.    Yes.

17         Q.    "All member interests are

18  transferred to Brian Martinsen."  Do you

19  see that?

20         A.    Yes.

21         Q.    "Brian Martinsen will be the

22  Director and Managing Member of

23  StraightPath Venture Partners, LLC."  Do

24  you see that?

25         A.    Yes.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 116

1              DOUGLAS J. SMITH

2        Q.     Okay. Do you remember seeing

3    this document?

4        A.     Not today, no.

5        Q.     Okay. So in -- does it concern

6    you that in paragraph 13 you say that

7    Mr. Lachow is a 1% owner but here I've

8    shown you a document that shows that

9    Mr. Martinsen is -- has all membership

10   interest. Do you see that? Does that

11   concern you?

12             MR. GREENWOOD:   Objection to

13        form.

14        A.     No.

15        Q.     And why not?

16        A.     You know, this is what they're

17   representing to the State of Delaware.

18   Whether they -- that's -- how it operated

19   on a day-to-day level of StraightPath

20   could be different.

21        Q.     Right.  But sitting here

22   today, you have no idea what document you

23   may or may not have looked at to support

24   your statement in paragraph 13 about

25   Mr. Lachow being a 1% owner, correct?

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 117

```
 1              DOUGLAS J. SMITH
 2        A.    I know I looked at documents,
 3   I just don't know which ones.
 4        Q.    I got that. So let's move --
 5   let's look at paragraph 17 of your
 6   declaration.
 7              You say in here in 17, "In
 8   addition to the SP Funds, bank records
 9   and other internal tracking documents and
10   spreadsheets from the SP Fund Manager
11   show that the SP Fund Manager also
12   collected investor money in its own bank
13   account and the bank account of SP
14   Holdings." Do you see that?
15        A.    Yes.
16        Q.    What is the purpose of that
17   statement?
18              MR. GREENWOOD:  Objection to
19        form.
20        Q.    I'm asking him; did you
21   include -- let me ask you a different
22   question.
23              Did you draft that statement?
24        A.    No.
25        Q.    Okay. So do you have any idea
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 118

1              DOUGLAS J. SMITH
2    why it was included in the declaration?
3         A.    I don't know.
4         Q.    Do you know the -- let me ask,
5    do you have any idea of what the purpose
6    of including that in the declaration is?
7         A.    Yes. That investor funds are
8    going to the SP Fund Manager and to the
9    individuals mentioned.
10        Q.    Okay. And do you believe
11   there's some issue or concern about
12   investor funds going to the SP Fund
13   Manager?
14        A.    I'm simply saying -- I'm
15   simply tracking the flow of funds.
16        Q.    I'm asking you; did you have
17   some -- I believe there is some concern
18   about the fact that funds would go from
19   investors and end up in the SP Fund -- SP
20   Ventures account?
21             MR. GREENWOOD:  Objection to
22        form.
23        A.    Yes, because of the various
24   other paragraphs and my exhibits.
25        Q.    When you say "the various

Page 119

                    DOUGLAS J. SMITH

1    other paragraphs", you're saying that

2    other paragraphs support a concern that

3    investor funds would, as we state here,

4    go to the SP Fund Manager?

5         A.    Yes.

6         Q.    Okay. And so let me ask you

7    this, my recollection from your prior

8    testimony is you did not review the

9    Private Placement Memorandum in this case

10   for any of the offerings, right?

11        A.    No, I may have. I don't

12   remember.

13        Q.    So sitting here today, do you

14   have any recollection of what the

15   managers' rights were as disclosed in the

16   PPM?

17             MR. GREENWOOD:  Objection to

18        form.

19        A.    I don't know.

20        Q.    So let me show you exhibit --

21   the next exhibit on the PPM Use of

22   Proceeds.

23             MR. GREENWOOD:  Is this also

24        in the folder?

Page 120

1              DOUGLAS J. SMITH

2          MR. SHERMAN:  It will be.

3          MR. LEWIN:  It should be there

4      now.

5      A.    Yes.

6      Q.    Okay. So here let's look at

7  Use of Proceeds.  But let me know when

8  you're done. This is a document that

9  comes from the PPM, the Private Placement

10  Memorandum.  Are they similar and

11  identical in numerous private offerings

12  connected to StraightPath?

13          MR. GREENWOOD:  Which private

14      placement?

15          MR. SHERMAN:  The Private

16      Placement Memorandum, I believe

17      this is the same language in all of

18      the PPMs. So we took pages 2 and 3

19      rather than the whole thing. This

20      was obviously produced to the SEC

21      during the course of the

22      investigation. It's Exhibit 4,

23      SPVP-SEC0533938 to 53539.

24          (Defendant's Exhibit 4,

25      excerpt of Use of Proceeds, Bates

Page 121

1              DOUGLAS J. SMITH

2        SPVP-SEC-053939, was received and

3        marked on this date for

4        identification.)

5        Q.     Let me know when you're ready.

6        A.     I'm ready.

7        Q.     And we can -- if it's helpful,

8    why don't we just do this, just to be

9    clear so there is no confusion, I'll ask

10   the questions but then afterwards, for

11   the record, Josh will introduce as

12   Exhibit 5 the full PPM, so there is no

13   confusion but just to get through this

14   I'll go through this first.  Okay, Mr.

15   Smith?

16       A.     Okay.

17       Q.     So on the bottom of page 2

18   says, "The manager expects to use the net

19   proceeds from the offerings to invest

20   directly or indirectly in portfolio

21   companies." Do you see that?

22       A.     Yes.

23       Q.     So according -- isn't it true

24   then that the manager could, in fact, use

25   funds that came into the StraightPath

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 122

 1              DOUGLAS J. SMITH
 2    funds from investors?
 3              MR. GREENWOOD:  Objection to
 4       form.
 5       A.    What's the question?
 6       Q.    Okay. So here it says the
 7    manager can use proceeds from the
 8    offering -- let's break it down.
 9              So do you understand what
10    "proceeds from the offering" means?
11              MR. GREENWOOD:  You're asking
12       him does he understand that?
13              MR. SHERMAN:  Yes.
14       A.    Could you please explain what
15    you mean?
16       Q.    Okay. So what I'm saying, do
17    you understand how the investment works,
18    where an investor invests in a fund?
19              MR. GREENWOOD:  Objection to
20       form.
21       A.    Yes, generally.
22       Q.    Okay. What's your
23    understanding?
24       A.    An investor sends in money and
25    they are purchasing something.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 123

```
 1                  DOUGLAS J. SMITH
 2        Q.     Okay. So when the money gets
 3   sent in do you understand that that money
 4   can be called proceeds from --
 5                MR. GREENWOOD:   Objection.
 6        Q.     Do you understand what the
 7   word "proceeds" means?
 8        A.     No.   I don't know what you are
 9   referring to.
10        Q.     Okay. In looking at -- do you
11   recall looking at this portion of the PPM
12   when undertaking a review of documents in
13   this case?
14        A.     No.
15        Q.     Okay. So earlier you expressed
16   a concern about funds going from
17   investors and ending up in the
18   StraightPath managers' bank account,
19   correct?
20        A.     Yes.
21        Q.     But just to be clear, you have
22   no idea what the -- from your testimony,
23   what the manager's rights were with
24   respect to funds coming into the
25   offering, correct?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 124

1                    DOUGLAS J. SMITH

2        A.     I don't know.

3        Q.     Okay. So how could you express

4    a concern about money coming in from

5    investors and going to the manager if you

6    have no idea what the manager's rights

7    are?

8                    MR. GREENWOOD:  Objection to

9        form.

10       A.     So there's commingling

11   happening amongst the various funds and I

12   remember viewing that each fund should be

13   segregated, and it was not segregated, I

14   saw instances of Ponzi-like payments and

15   that causes me great concern.

16       Q.     So you are now an expert in

17   looking at Ponzi-like, that's your

18   phrase?

19                   MR. GREENWOOD:  Objection to

20       form.

21       A.     I never said expert. I am

22   simply analyzing all inflows and outflows

23   of this bank account.

24       Q.     And I need to get back to the

25   question because you didn't answer it.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 125

```
 1              DOUGLAS J. SMITH
 2              When I asked -- I asked that
 3    there's a statement in your -- in your
 4    declaration that -- and you said that you
 5    had concerns that money went from
 6    investors into the funds and up to the
 7    manager. Do you recall that concern you
 8    expressed?
 9              MR. GREENWOOD:  Objection to
10         form, misstates the testimony.
11         A.    Yes.
12              MR. SHERMAN:  Okay. Well, I
13         didn't misstate it then because he
14         recalls it.
15         Q.    And so what I'm asking is,
16    ultimately, and just to kind of not beat
17    a dead horse but to make clear, you,
18    sitting here today, have no idea what the
19    manager's rights were with respect to
20    being able to or not being able to use
21    investment funds and bring them up to the
22    manager's bank account, you have no idea?
23         A.    I don't know what those rights
24    are.
25         Q.    Now, next you state on 17 that
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 126

1              DOUGLAS J. SMITH
2    internal tracking spreadsheets -- you
3    specifically -- the internal tracking
4    spreadsheets specifically that an
5    investor has reinvested -- let me look at
6    this.
7              You say, "In some instances
8    these internal tracking spreadsheets
9    specify that an investor has reinvested
10   his or her profits from a prior offering
11   into New Series investments and new
12   pre-IPO shares but the precise SP Fund or
13   series is not identified." Correct?
14        A.    Yes.
15        Q.    And we talked about earlier
16   that you have never looked at the
17   brokerage statements, correct?
18        A.    I've looked at them.
19        Q.    Now you've saying you've
20   looked at the brokerage statements?
21        A.    I've looked at them, yes. As
22   far as doing any substantial analysis,
23   no.
24        Q.    You mean you've picked them up
25   and saw there was a brokerage statement

Page 127

1              DOUGLAS J. SMITH
2    and put it down?
3              MR. GREENWOOD:  Objection to
4         form.
5         Q.    I'll move on. Let me
6    understand.
7              You also did some analysis
8    about reinvestments where money, you
9    know, distributions, investment, returns,
10   did not always go out to investors
11   because they decided to reinvest,
12   correct?
13        A.    Yes.
14        Q.    But you spoke earlier about
15   the fact that you did not -- you did some
16   analysis that you could not complete
17   because you didn't have all the
18   documents, correct, related to this?
19        A.    No. That's mischaracterizing
20   what I said.
21        Q.    Okay. Did you not do an
22   analysis that included reinvestment that
23   you could not complete?
24        A.    I completed it. There could be
25   more.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                          Page 128

1               DOUGLAS J. SMITH

2        Q.    All right. Because you don't

3   have all the documents, you're saying?

4        A.    No. I did -- I did my analysis

5   based on the documents that were provided

6   and it didn't involve me looking at the

7   brokerage records to do that analysis.

8        Q.    I understand.  But there's

9   other documents -- clearly, there is

10  other documents that you needed to

11  complete the other analysis that we

12  talked about earlier, the 17 million

13  number?

14            MR. GREENWOOD:  Objection to

15       form.

16       A.    No. The bank account records

17  show inflows and outflows. There are 17

18  million of inflows that are unaccounted

19  for because we don't have documents.

20       Q.    Okay. So let me make sure, you

21  did not -- just to be clear, from your

22  analysis you do not know where all the

23  funds were reinvested, correct?

24            MR. GREENWOOD:  Objection to

25       form.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 129

1              DOUGLAS J. SMITH

2        A.    I don't understand the

3   question.

4        Q.    Okay. With respect to

5   reinvesting of funds, did you complete an

6   analysis of every investment?

7        A.    I don't -- I looked at the

8   inventory spreadsheets that StraightPath

9   kept and they identified people that were

10  using their IPO proceeds to invest in a

11  new pre-IPO issuer and that's what I did.

12       Q.    When you say "that's what I

13  did", that's what you did what?

14       A.    So I categorized those amounts

15  and scheduled those out.

16       Q.    Okay. So sitting here today,

17  I'm just trying to ask a very simple

18  question, I can move on, is it your

19  understanding that you accounted for all

20  reinvestments of money from investors in

21  other offerings?

22       A.    I don't know if I captured all

23  of them.

24       Q.    Okay. So by not capturing all

25  of them you don't know for sure if the

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 130

1              DOUGLAS J. SMITH

2    calculation of funds raised is accurate,

3    correct?

4         A.    No.  I do know that the funds

5    raised is accurate.

6         Q.    Okay.

7         A.    It could be more than that.

8    That's a minimum.

9         Q.    Right. So you don't have a

10   complete picture?

11        A.    Yes. It could be more that

12   they raised from investors, but at a

13   minimum, that's a complete picture.

14        Q.    So going to Exhibits 1 and 2

15   of your -- of your declaration, just to

16   be clear, based on your analysis there's

17   been a total of 411,591, correct?

18        A.    Yes.

19        Q.    But it could be more, is what

20   you're saying?

21        A.    Yes.

22        Q.    How did you calculate this

23   number?

24        A.    Looking at the bank account

25   records as well as various documents in

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 131

```
 1              DOUGLAS J. SMITH
 2    paragraph 5.
 3        Q.    Okay. So just to be clear, you
 4    looked at the StraightPath bank account
 5    records that were with Signature Bank and
 6    JPMorgan; is that right?
 7        A.    Yes.
 8        Q.    Okay. And what was the other
 9    documents you looked at?
10        A.    The documents referenced in
11    paragraph 5.
12        Q.    Okay. And does Exhibit 2
13    account for all of the funds raised --
14    let me rephrase.
15              This is not a complete
16    picture, as we discussed earlier because
17    there could be more amounts raised that's
18    -- sorry. I'm asking questions for too
19    long. Let me rephrase it.
20              Under Exhibit 2 it says
21    "amounts raised and refunded", correct?
22        A.    Yes.
23        Q.    And let me ask you this; with
24    respect to the backup documentation that
25    you have, did you include all your kind
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 132

1                   DOUGLAS  J.  SMITH
2      of  spreadsheets  here?
3            A.      Yes.
4            Q.      Okay.  So  the  full  analysis
5      related  to  amounts  raised  and  refunded  is
6      all  here?
7            A.      Yes.
8            Q.      And  you're  not  --  not  to
9      belabor  it,  but  with  respect  to
10     productions  --
11           A.      Except  for  the  17  million.  The
12     17  million  is  here  but  it's  just,  you
13     know,  unknown.  We  don't  know  which
14     pre-IPO  issuer  it  refers  to.
15           Q.      You're  saying  the  17  million
16     is  baked  into  this?
17           A.      It's  in  here.  Sorry.
18           Q.      Okay.  So  let's  see.  And  then
19     you  have  in  here  that  there  is  --  you  say
20     based  on  your  analysis  there  has  been  a
21     total  of  13,554,031  reinvested  to
22     investors.  Do  you  see  that?
23           A.      Yes.
24           Q.      How  did  you  calculate  that?
25           A.      So  that's  the  amount  that's

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 133

1                  DOUGLAS J. SMITH

2    been refunded based on the initial

3    investment. So, you know, investors

4    wanted their money back and so it was

5    categorized as such.

6         Q.    Just backing up for a minute,

7    where is the support for the 411 million?

8    Where did you add this up?

9         A.    From the bank record,

10   scheduling it out into Excel.

11        Q.    So as far as the Excel, I

12   don't see the backup for that, except for

13   what's in -- are you saying there's --

14   that Exhibit 2 is the complete analysis

15   of showing the 411?  There is nothing

16   more than what's in Exhibit 2 as far as

17   your Excels?

18        A.    Right. Exhibit 1 is a summary

19   of all the amounts and Exhibit 2 is

20   details of that summary.

21        Q.    Okay. Now, just getting back

22   to refunds and moving on from that, when

23   you say a "refund", what is your

24   definition of "refund"?

25        A.    So an investor wants their

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 134

```
 1              DOUGLAS J. SMITH
 2   money back and they don't get their
 3   shares and they just want their initial
 4   investment back.
 5        Q.    Okay. Any idea of whether or
 6   not something that you defined as a
 7   refund could be an investor return, like,
 8   sorry, an investment return?
 9        A.    There could be. The vast
10   majority of these matched up
11   dollar-for-dollar with what they put in.
12        Q.    But to confirm, in some
13   instances you used the word "refund" but
14   it actually could be something else,
15   correct?
16        A.    This was -- this is my
17   understanding that they're refunds --
18        Q.    But you did the analysis --
19        A.    -- of the documents that I
20   looked at.
21        Q.    But you just also testified
22   that some of them could be investment
23   returns?
24        A.    I could have -- it could be,
25   but I verified in our system in Recommind
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 135

1               DOUGLAS J. SMITH
2    that they were refunds.
3        Q.    I'm going to move on to
4    paragraph 19 of your declaration.
5              So here in paragraph 19 you
6    state that, "Based on the documents
7    available to me I've calculated the
8    deficit and pre-IPO shares across all SP
9    Funds and other investment vehicles
10   managed by the SP Fund Manager."  Do you
11   see that?
12       A.    Yes.
13       Q.    What were the documents that
14   were used to make that calculation that
15   were available to you as you state?
16       A.    Right. The bank records and
17   the specific documents that I reference
18   in paragraph 5.
19       Q.    What documents were not
20   available that you could have looked at
21   or could have had to complete your
22   calculation?
23             MR. GREENWOOD:  Objection to
24       form.
25       A.    Just the 17 million of inflows

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 136

```
1                DOUGLAS J. SMITH
2   from investors. I don't know which
3   pre-IPO companies they invested in.
4   That's the only thing I'm missing.
5        Q.    Okay. When you say "other
6   investment vehicles managed by the SP
7   Fund Manager", what are you talking
8   about?   Let me back up, actually.
9             Did you write this?
10       A.    No.
11       Q.    Okay. So do you have any idea
12  what other investment vehicles this
13  sentence is referring to?
14       A.    It would be SP Holdings or SP
15  Management, one of the two StraightPath
16  bank accounts that are not the funds.
17       Q.    Have you identified any
18  "investment vehicles" other than
19  StraightPath funds with a perceived
20  deficit?
21             MR. GREENWOOD:  Objection to
22       form.
23       A.    I don't understand the
24  question.
25       Q.    Okay. So it says here that you
```

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                    Page 137

1                    DOUGLAS J. SMITH

2      have calculated the deficit and pre-IPO

3      across all SP Funds and other investment

4      vehicles.  And I'm asking; did you

5      calculate a deficit of what you defined

6      as "other investment vehicles"?

7                    I'm just reading your sentence

8      to try and understand --

9          A.    So I'm looking at all the bank

10     accounts, all investors, you know,

11     whatever bank account they sent in monies

12     to and I'm calculating a shared deficit

13     based on that total.

14         Q.    I'm trying to get clarity and

15     we can move on.

16                 You said that "deficit and

17     pre-IPO shares across all SP Funds and

18     other investment vehicles." Do you see

19     that?

20         A.    Yes.

21         Q.    So I'm just asking, did you

22     find a deficit in pre-IPO shares in other

23     investment vehicles?

24         A.    Yes. So I did it on a combined

25     basis.  Sometimes an investor sends in

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 138

 1              DOUGLAS J. SMITH

 2   funds mistakenly to SP Holdings or some

 3   other StraightPath bank account when it

 4   should have been sent to the fund. That's

 5   what that means.

 6        Q.    So let me ask you this; in

 7   your work have you ever -- with the SEC

 8   or otherwise -- have you had any other

 9   cases where you've done a calculation

10   regarding perceived deficit and shares?

11        A.    Yes.

12        Q.    How many times?

13        A.    All the times.  This is what

14   we were taught from day one when I

15   started working here, going out to

16   Registered Investment Advisor.

17        Q.    And you are saying here there

18   is a share shortfall of 14 million,

19   right?

20        A.    Yes.

21        Q.    And that's concerning --

22   sorry. That's concerning seven -- sorry

23   -- seven current offerings?

24        A.    Yes.

25        Q.    And as we discussed earlier,

Douglas J. Smith                          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 139

1                    DOUGLAS J. SMITH
2    just for the record, you understand that
3    there's currently 17 current offerings?
4              MR. GREENWOOD:  Objection to
5         form.
6         A.    There's -- yeah, there's about
7    24, I think, pre-IPO companies since they
8    started, yes.
9         Q.    Okay. So just to be clear,
10   from your understanding how many
11   offerings are -- let's back up.
12             There's some offerings where
13   the stock, the companies went public,
14   correct?
15        A.    Yes.
16        Q.    Okay. And do you know how many
17   of the 24 have already gone public?
18        A.    I think five or six.
19        Q.    So if you have that
20   excluded -- I'm just trying to understand
21   how many current offerings -- let me say
22   it a different way.
23             Are you aware there are ten
24   current offerings, other than the seven
25   you identified, where there's a share

Page 140

```
 1              DOUGLAS J. SMITH
 2   deficit?
 3        A.    I'm confused. I don't
 4   understand the question.
 5        Q.    Okay. I'm going to walk you
 6   through each offering.
 7              Do you understand that besides
 8   the seven you identified there are other
 9   offerings that are currently out there
10   for StraightPath?
11        A.    Yes.
12        Q.    Okay. And you said you looked
13   to determine, you know, the surplus or
14   deficit in each offering, correct?
15        A.    Yes.
16        Q.    Okay. I'm going to start with
17   Triller.
18              How many shares did you
19   calculate that you have a surplus on on
20   Triller, meaning they have more than they
21   sold?
22              MR. GREENWOOD:  Objection to
23        form.
24        A.    I don't know off the top of my
25   head. I did this analysis and I did it
```

Page 141

1                DOUGLAS J. SMITH
2    over time too. My analysis in the
3    declaration is just looking at the
4    deficit as of today, and that's at least
5    a figure because we have 17 million
6    that's unaccounted for, so that deficit
7    could grow and there could be other
8    pre-IPO companies with deficits.
9          Q.    Or the deficit could shrink?
10         A.    I don't -- I don't understand
11   how that could happen, unless they send
12   funds now to purchase that I don't know
13   about.
14         Q.    So with respect to Triller, to
15   confirm, that was one of the companies,
16   one of the offerings, you know, again,
17   that StraightPath has out there that you
18   assessed whether or not there was a share
19   shortfall, correct?
20         A.    Yes.
21         Q.    And there is, in fact, a
22   surplus with Triller, correct?
23         A.    I would have to go back and
24   look but also not a complete picture
25   because there's still 17 million that's

Page 142

```
 1              DOUGLAS J. SMITH
 2    unaccounted for that could be for
 3    Triller.  So until I do that analysis I
 4    can't say for certain whether there's a
 5    surplus today.
 6         Q.    Where is this analysis?
 7    Because we haven't seen it.
 8         A.    As I said before, it's -- I do
 9    it all in Excel.
10         Q.    Okay. And you didn't attach --
11    just to understand, you did not attach
12    any information showing the analysis of
13    Triller for your -- to your declaration,
14    correct?
15         A.    No.
16         Q.    And but you have an Excel
17    spreadsheet showing that information,
18    correct?
19         A.    Yes.
20         Q.    And that's information that
21    could be copied and produced, correct?
22              MR. GREENWOOD:  Objection to
23         form.
24         A.    Yes.
25         Q.    Okay. But to confirm, just to
```

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 143

1                  DOUGLAS J. SMITH
2    round this out, and we'll go through each
3    one, at this point in your analysis
4    Triller had a surplus?
5                  MR. GREENWOOD:  Objection to
6          form.
7          A.    I don't know one way or the
8    other.
9          Q.    It's not a deficit or it would
10   have been in your report, correct?
11         A.    I still have $17 million
12   unaccounted for, so I can't say for
13   certain yes or no.
14         Q.    Triller is not in your report
15   regarding the deficits, correct?
16         A.    Correct.
17         Q.    Chime, you reviewed that
18   offering, that's a private company that
19   StraightPath has an offering for, you
20   reviewed that offering?
21         A.    I reviewed all of them, yes.
22         Q.    Okay. So with Chime, from your
23   calculation currently -- I understand
24   we're going to set aside the 17 because I
25   want to know what you've done, because

Page 144

1                DOUGLAS J. SMITH

2    you spent time, you did this analysis,

3    you finished the declaration, you signed

4    it last week -- from your analysis today,

5    what's the surplus of Chime?

6         A.    I don't know. I would have to

7    go back to my analysis.

8         Q.    But sitting here today,

9    recognizing you don't know what's

10   happening with the 17 million, Chime is

11   not showing a deficit, correct?

12        A.    Correct.

13        Q.    DataMinr, are you familiar

14   with that stock or that company?

15        A.    Yes.

16        Q.    Okay. So for DataMinr, that is

17   a company that is part of an offering

18   that StraightPath has for DataMinr

19   pre-IPO shares, correct?

20        A.    Yes.

21        Q.    And you did a review to

22   determine whether DataMinr is -- had a

23   deficit, as of today, had a deficit --

24   sorry -- as of when you did your

25   declaration had a deficit in shares sold

Douglas J. Smith                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 145

1              DOUGLAS J. SMITH

2    versus purchased, right?

3         A.    Yes.

4         Q.    And sitting here today, based

5    on your analysis, DataMinr -- there is no

6    oversell with DataMinr?

7         A.    I don't know, if -- if that 17

8    million is accounted for that, I don't

9    know yes or no.

10        Q.    Okay. But sitting here today,

11   in your analysis DataMinr is not -- based

12   on what your analysis is today, DataMinr

13   is not oversold, correct?

14        A.    Correct.

15        Q.    Flexport, are you familiar

16   with that company?

17        A.    Yes.

18        Q.    Sorry. I have to go through

19   each of these.

20              So for Flexport, are you

21   familiar that had pre-IPO shares?

22        A.    Yes.

23        Q.    Did you conduct an analysis of

24   whether Flexport -- whether StraightPath

25   was oversold on Flexport?

Page 146

```
 1              DOUGLAS J. SMITH
 2       A.    Yes.
 3       Q.    Sitting here today, based on
 4  your analysis, Flexport is not oversold,
 5  correct?
 6       A.    Yes.
 7       Q.    Okay. Zebra, are you familiar
 8  with that company?
 9       A.    Yes.
10       Q.    Okay. Sitting here today, do
11  you remember doing an analysis of Zebra
12  -- the Zebra offering for StraightPath?
13       A.    Yes.
14       Q.    Okay. And sitting here today,
15  Zebra, from wherever your analysis is
16  today, is not oversold, correct?
17       A.    Yes.
18       Q.    And but just to kind of cover
19  each of the last ones, for Zebra,
20  Flexport, DataMinr, Chime and Triller,
21  sitting here today, you don't know what
22  the extra shares is based on your
23  analysis today, you don't remember?
24       A.    It's not that I don't
25  remember. I just don't have the data to
```

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 148 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 147

1            DOUGLAS J. SMITH
2   do it.
3        Q.    You have the data, it's just
4   not in front of you, correct?
5        A.    I'm talking about the 17
6   million.
7        Q.    I'm not talking -- sorry. Go
8   ahead.
9        A.    Okay.
10        Q.    I didn't mean to interrupt.
11        A.    So that's what I'm referring
12   to. And I can't say they're based on the
13   analysis today without having 17 million
14   unaccounted for, they're not in the
15   deficit column.
16        Q.    Okay. Klarna, do you know the
17   name Klarna?
18        A.    Yes.
19        Q.    Okay. And that was, just to
20   confirm, another offering of StraightPath
21   for pre-IPO shares of Klarna, correct?
22        A.    Yes.
23        Q.    And just to kind of
24   short-circuit, that is another one that's
25   not in the deficit column, sitting here

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                              Page 148

 1              DOUGLAS J. SMITH
 2  today, correct?
 3       A.    Correct.
 4       Q.    Meaning, based on your
 5  analysis today they're not oversold?
 6       A.    Yes.
 7       Q.    Okay.  Plaid, have you heard
 8  of that company?
 9       A.    Yes.
10       Q.    Okay. So with respect to
11  Plaid, do you know that -- do you
12  understand or did you do an analysis of
13  StraightPath's offering in connection
14  with pre-IPO shares of Plaid?
15       A.    Yes.
16       Q.    And sitting here today, Plaid
17  is not in your deficit column, correct?
18       A.    Correct.
19       Q.    Meaning, based on your
20  analysis today, Plaid is not oversold?
21       A.    Yes.
22       Q.    Okay. SpaceX, you know that
23  company?
24       A.    Yes.
25       Q.    Okay. Did you do an analysis

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 149

1              DOUGLAS J. SMITH
2    of StraightPath's offering related to
3    pre-IPO of SpaceX?
4         A.    Yes.
5         Q.    Okay. And sitting here today,
6    SpaceX is not in your deficit column,
7    correct?
8         A.    Correct.
9         Q.    Meaning that as of today,
10   based on your analysis today, SpaceX is
11   not oversold?
12        A.    Yes.
13        Q.    Okay. ThoughtSpot, do you know
14   that company?
15        A.    Yes.
16        Q.    Did you do an analysis of
17   ThoughtSpot, as far as the StraightPath's
18   offering of those pre-IPO shares?
19        A.    Yes.
20        Q.    And sitting here today,
21   ThoughtSpot is not in the deficit
22   category, correct?
23        A.    Correct.
24        Q.    Meaning as of today, based on
25   your analysis today, ThoughtSpot is not

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 150

1                    DOUGLAS J. SMITH
2   oversold?
3        A.    Correct.
4        Q.    And with Zipline -- last one,
5   I know this has been fun -- Zipline is a
6   company you are familiar with, correct?
7        A.    Yes.
8        Q.    You did an analysis of
9   StraightPath's offering on pre-IPO shares
10  of Zipline, correct?
11       A.    Yes.
12       Q.    And Zipline is not in the
13  deficit category, correct?
14       A.    Correct.
15       Q.    And so based on your analysis
16  today, Zipline is not oversold?
17       A.    Yes.
18       Q.    Okay.  So just to be clear, I
19  think we've touched on this but I want to
20  make sure I don't misremember that -- as
21  we talked about earlier, you've estimated
22  that StraightPath has at least 200
23  million, but possibly more, in current
24  assets and stock, correct?
25       A.    Yes.

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 151

1          DOUGLAS J. SMITH
2     Q.    So it's true that StraightPath
3  could have more than enough assets to
4  cover what you see as a perceived $14
5  million shortfall?
6          MR. GREENWOOD:  Objection to
7      form.
8     A.    I don't know.
9     Q.    Well, if they have -- there's
10  200 million in assets, isn't it true that
11  some of those assets could be
12  StraightPath's for their fees?
13     A.    Yes, but they're -- they are
14  funds sent for other pre-IPO companies,
15  they're not in the companies that have a
16  deficit.  So unless you transfer over,
17  you know, money that you've already paid
18  for other shares to purchase the deficit
19  ones, sure.
20     Q.    So if StraightPath
21  inadvertently sold -- oversold there is
22  enough assets to basically go out and
23  acquire the shares so there's no more
24  shortfall, correct?
25          MR. GREENWOOD:  Objection to

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 152

1                DOUGLAS J. SMITH

2        form.

3        A.    No.

4        Q.    They can't go out and acquire

5    shares -- sorry -- they can't go out and

6    acquire shares to cover the deficit?

7        A.    So you've already sold shares

8    to an investor that you haven't bought.

9    How do you -- you can do that afterwards

10   and say; you know, oh, I have them after

11   I sold them to you.

12       Q.    I'm sorry. Keep going. I

13   apologize.

14       A.    I'm finished.

15       Q.    I'm making a simple point.

16   There's at least 200 million in assets at

17   StraightPath and, correct, that what

18   we've talked about kind of numerous

19   times, correct?

20       A.    Yes.

21       Q.    Okay. And my simple point is

22   that what you've calculated at this point

23   is $14 million in deficit, roughly,

24   correct?

25       A.    Yes.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 153

1              DOUGLAS J. SMITH

2      Q.    Okay. And some of that $200

3  million is StraightPath's money, correct,

4  or stock, correct?

5              MR. GREENWOOD:  Objection to

6         form.

7      A.    They're shares that that they

8  purchased for the investors.

9      Q.    You're not aware, sitting here

10 today, that some of that -- that some of

11 the assets in StraightPath is actually

12 owned by StraightPath in forms of fees or

13 carried interest?

14             MR. GREENWOOD:  Objection to

15        form.

16     A.    I don't know.

17     Q.    Okay. So sitting here today,

18 you have no idea how much of the 200

19 million is actually StraightPath's

20 assets, meaning not investor assets?

21     A.    It's my understanding that

22 those are all belonging to investors. And

23 I think what you are referring to is if

24 it goes IPO and there is some kind of

25 profit or loss that's, you know, what

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 154

1              DOUGLAS J. SMITH
2    you're referring to.
3              So I haven't looked at that. I
4    don't know what that is. But that's a
5    hypothetical based on all of these going
6    IPO.
7              When they're pre-IPO they're
8    pledged to the investors that are sending
9    money to StraightPath. You can't just
10   move funds from one issuer to another to
11   account for these deficits.
12       Q.    Just to be clear, we've just
13   walked through a number of stocks that,
14   sitting here today, based on your current
15   calculation, StraightPath has more stock
16   than they sold, correct?
17              MR. GREENWOOD:   Objection to
18       form.
19       A.    As of today.
20       Q.    Right. So all I'm saying is
21   that StraightPath -- you don't know,
22   sitting here today, how much of the 200
23   million is actually owned by
24   StraightPath? Meaning, it's not
25   investors, since they have stock that

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 155

1              DOUGLAS J. SMITH

2    you've already said is more than has been

3    sold.

4              MR. GREENWOOD:  Objection to

5         form.

6         A.   I don't understand the

7    question.

8         Q.   StraightPath, bottom line, has

9    an inventory in excess of what has been

10   sold, correct?

11        A.   Umm, it has more shares than

12   it sold.

13        Q.   So do you understand that

14   there are --

15             MR. GREENWOOD:  Hold on. Hold

16        on.

17        A.   I don't really understand --

18             MR. GREENWOOD:  Let him finish

19        his answer.

20        A.   -- the question because

21   inventory, you know, accounts should be

22   zeroed out.

23             So we're referring to -- you

24   know, at any point in time there's

25   surpluses and deficits and those change

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 156

                    DOUGLAS J. SMITH

1
2    day by day.  For all of these pre-IPO

3    issuers they always had a deficit at one

4    point in time.  What my analysis shows is

5    that they have -- here is the deficit as

6    of today.

7         Q.    Let's try and make this clear.

8               When you say "deficit", you're

9    talking about oversell on a certain

10   number of offerings, correct?

11        A.    Yes. And --

12        Q.    And we walked -- go ahead.

13              MR. GREENWOOD:  Let him

14        finish.

15        A.    -- they've taken money in from

16   investors that they have no shares for.

17   That happened from day one in the bank

18   records.

19        Q.    And you -- I'm sorry. Go

20   ahead.

21              We just went through ten

22   stocks that there is no deficit as of

23   today, correct?

24        A.    Yes.

25        Q.    Do you understand that

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 157

1                    DOUGLAS J. SMITH
2      StraightPath buys stock it inventories it
3      and, therefore, can have stock it owns
4      that it has not yet sold to investors,
5      correct?
6                    MR. GREENWOOD:   Objection to
7           form.
8           A.    I don't know.
9           Q.    You have no idea how
10     StraightPath runs its business?
11                   MR. GREENWOOD:   Objection to
12          form.
13          A.    No. I do not work there an
14     it's commingled and it's a commingled
15     account, so you have to look at it
16     holistically enterprise-wide.
17          Q.    So when you look at
18     StraightPath, if it has, for example,
19     300,000 shares of Triller it has not
20     sold, it can go out in the market right
21     now and sell its shares and have money,
22     correct?
23          A.    I've seen instances where
24     they've used other investor money to
25     purchase shares that they didn't want to

Page 158

```
 1              DOUGLAS J. SMITH
 2   buy.
 3              So what I'm saying is, this is
 4   a whole big commingled mess.  And I think
 5   you're asking questions that do not
 6   really make sense to me because it's all
 7   commingled.
 8        Q.    I'm asking a simple question.
 9              If there is Triller and they
10   have 300,000 extra shares that has not
11   been sold, yes or no, they could go out
12   and sell those 300,000 shares, correct?
13              MR. GREENWOOD:  Objection to
14        form.
15        A.    So they're not putting any of
16   their own money into these bank accounts
17   to purchase the shares. The funds are
18   coming from the investors to purchase the
19   shares. So in my mind StraightPath
20   doesn't own these shares. You know, it's
21   not using its own money. The investors
22   are sending money to purchase the shares.
23        Q.    So what you're saying -- what
24   you're saying in your analysis, you have
25   actually -- you're telling me that you've
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 159

```
 1                 DOUGLAS J. SMITH
 2   never seen in all the bank records that
 3   StraightPath actually used money that it
 4   received from fees or anything and
 5   purchased stock, StraightPath never used
 6   money that was its to purchase stock;
 7   that's what you're saying?
 8             MR. GREENWOOD:  Objection to
 9        form.
10        A.    At the time they could have.
11   But what they're taking out at the end of
12   the day and paying themselves to third
13   parties is the difference between what
14   they're buying from third parties and
15   what they're selling to investors.
16   They've taken all that money, so I don't
17   agree with that.
18        Q.    You just said, during your
19   long statement, that StraightPath has
20   used at times its own money to buy stock.
21   And what I'm asking is --
22        A.    No, I didn't say that. Sorry.
23        Q.    It's a very simple question,
24   and I know you're talking around it, but
25   I need a simple answer to a simple
```

         1            DOUGLAS J. SMITH
         2    question.
         3               StraightPath, if it has
         4    300,000 shares -- it's a yes or no -- if
         5    StraightPath has 300,000 shares of
         6    Triller it has not sold to investors, it
         7    could go out today and sell that stock
         8    and have cash from that sale, correct?
         9               MR. GREENWOOD:  Objection to
        10         form.
        11         Q.    Yes or no?
        12               MR. GREENWOOD:  You've asked
        13         this three or four times.
        14               MR. SHERMAN:  I asked it.  He
        15         hasn't answered it.
        16         A.    No.
        17         Q.    It can't go out and sell
        18    Triller today if they had excess
        19    inventory, that's not possible?
        20               MR. GREENWOOD:  Objection to
        21         form.
        22         A.    They're selling -- they're
        23    selling the shares to investors.  So
        24    they're taking in money before they make
        25    those purchases. So your hypothetical

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 161

1                 DOUGLAS J. SMITH
2    doesn't make sense to what happened.
3         Q.    No. You're not answering the
4    question, sir.
5                 Triller, I am making a
6    statement that they have 300 shares
7    currently in inventory beyond what has
8    been sold.  With that understanding I'm
9    asking you; could they not go out with
10   that 300,000 shares they have, not shares
11   they don't have, but shares they have and
12   go sell them and make money today, could
13   they not do that, sir?
14                MR. GREENWOOD:  Objection to
15        form.
16        A.    Those funds are belonging to
17   investors.  Investors sent in money for
18   shares, so they belong to investors.
19        Q.    And this is under your notion
20   that StraightPath has never used its own
21   money to purchase stock?
22                MR. GREENWOOD:  Objection to
23        form.
24        A.    It's happened a very small
25   amount of time in the past few months.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 162

1                   DOUGLAS J. SMITH
2        Q.    So the past few months is the
3    first time StraightPath ever used funds
4    it got from fees or markup to pay for
5    stock?
6                   MR. GREENWOOD:  Objection to
7         form.
8        A.    StraightPath has already taken
9    out the fees to pay itself, so I don't
10   understand the question.
11       Q.    So are you not aware of the
12   fact that StraightPath gets fees,
13   including markups and carried interest
14   and uses that money to buy stock?
15                  MR. GREENWOOD:  Objection to
16        form.
17       A.    I don't understand the
18   question because at the end of the day
19   I'm looking at the analysis as of today,
20   what do the bank records show.
21       Q.    I'm asking a simple question.
22   I'm not asking a broad-picture question
23   of everything that you analyzed, I'm
24   asking a simple question.
25                  Are you aware of the fact that

Douglas J. Smith                        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 163

1              DOUGLAS J. SMITH
2    StraightPath received fees in forms of
3    various ways, whether it's carried
4    interest or otherwise, and used that
5    money to buy stock?
6              MR. GREENWOOD:  Objection to
7         form.
8         A.    I don't know. It's all
9    commingled and there's Ponzi-like
10   payments.  And unless I can have more
11   details, general ledgers and you know --
12   you know, profit and loss statements,
13   balance sheets to account for flows of
14   funds, there is money moving amongst all
15   of these bank accounts that are
16   unaccounted for. They're just simple
17   transfers.
18             So I guess what you're asking
19   is; if I found it in a financial record,
20   yes, I could say one way or the other but
21   the internal records at StraightPath
22   don't account for those scenarios.
23        Q.    Because you've never done any
24   -- back up.
25             You've done your own analysis

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 164

```
 1                DOUGLAS J. SMITH
 2    to see how much of each offering, such as
 3    Triller, how much stock they have,
 4    correct?
 5         A.    I don't understand the
 6    question.
 7         Q.    Okay. We just walked through
 8    ten stocks and you did an analysis
 9    whether it was a deficit or a surplus,
10    correct?
11         A.    I did an analysis of the
12    inventory for every pre-IPO company since
13    the beginning --
14         Q.    Right.
15         A.    -- on a daily running total.
16         Q.    Right. And at this point,
17    based on your analysis -- I'll do this
18    one more time because I know you don't
19    want to answer my question, but at the
20    end of the day --
21              MR. GREENWOOD:  Come on.
22              MR. SHERMAN:  He's not
23         answering the question, Lee.
24              MR. GREENWOOD:  You've asked
25         it three or four times.
```

Page 165

1              DOUGLAS J. SMITH

2              MR. SHERMAN:  Well, I'm asking

3         it again. We don't have all day, so

4         I'll move on.

5         Q.    At the end of the day, sir, by

6    way of example, if StraightPath currently

7    has an inventory 300,000 shares of stock

8    more than it has sold to investors, could

9    it sell that stock to investors or could

10   it not?

11             MR. GREENWOOD:  Objection to

12        form.

13        A.    If it purchased the shares

14   from itself and they sent funds to

15   purchase the shares, yes.

16        Q.    Okay. And then that -- then

17   ultimately.  That would be cash on hand

18   which could be used to cover deficits

19   from the stock that you've identified,

20   correct?

21        A.    I don't understand the

22   question.

23        Q.    If they have cash on hand from

24   the sale of stock they own they could use

25   that to cover the $14 million deficit,

Page 166

```
 1            DOUGLAS J. SMITH
 2   correct?
 3        A.    Right.  But I would have to
 4   look at what the investors are sending
 5   their money for.  Are they purchasing
 6   shares in that company that they're going
 7   to buy? I don't know.
 8        Q.    And you also understand, tell
 9   me if you don't, that StraightPath, in
10   connection with this matter, when they
11   learned of this action to be filed,
12   agreed to put $15 million in escrow to
13   cover the shortfall?  Are you aware of
14   that fact?
15            MR. GREENWOOD:  You can
16        answer.
17        A.    Yes.
18            MR. GREENWOOD:  Whenever it
19        makes sense to break for lunch,
20        we've been going an hour and
21        fifteen.
22            MR. SHERMAN:  I think we can
23        break, but there is a lot to get
24        through. How long do you need?
25            MR. GREENWOOD:  Do you want to
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 167

1                    DOUGLAS J. SMITH
2         do this on the record?
3                MR. SHERMAN:  We can go off
4         the record.
5                VIDEOGRAPHER:  Stand by. Off
6         the record 1:18 p.m.  This is the
7         end of Media Unit 2.
8                (Lunch recess is taken.)
9                VIDEOGRAPHER:  Going back on
10        the record at 2:20 p.m.  This is
11        the beginning of Media Unit 3. You
12        may proceed.
13        Q.    Mr. Smith, this is Scott
14    Sherman again from Nelson Mullins.  You
15    understand you're still under oath,
16    correct?
17        A.    Yes.
18                MR. SHERMAN:  So just to put
19        on the record from a discussion
20        that I had with the SEC, Lee
21        Greenwood, we understand that there
22        are a number of documents, Excels,
23        otherwise, that have been
24        identified on a privilege log,
25        including but not limited to

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 168

1              DOUGLAS J. SMITH
2       materials that relate to the 17 --
3       roughly -- million dollar analysis
4       you did and documentation related
5       to the ten other stocks that you
6       assessed that at the moment from
7       your assessment don't have a
8       shortfall.
9              In consultation with the SEC,
10      they have agreed and have provided
11      us one document just now, which we
12      understand relates to the 17
13      million. We have agreed to take
14      that document with the -- and told
15      them that we would not argue that
16      because we received that one
17      document that it was a
18      subject-matter waiver on any other
19      documents. It's by itself, just
20      they've agreed to produce it and
21      that will not be subject to any
22      privilege.
23             We do reserve the right to
24      contest all other documents that
25      are on the privilege log and

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 169

1              DOUGLAS J. SMITH
2       reserve the right for additional
3       testimony, as necessary.
4              So does that cover it, Lee?
5              MR. GREENWOOD:  I largely
6       agree to that, Scott. The SEC
7       agrees with that representation.
8              To be clear, the SEC has
9       asserted attorney work product over
10      the spreadsheets that Mr. Smith
11      filed during the course of this
12      investigation and litigation, and
13      continues to do so.
14 BY MR. SHERMAN:
15      Q.    So now back to the question,
16 question for you, just to understand,
17 with respect to -- you know, there's the
18 ten stocks we talked about that at this
19 moment from your analysis you did not see
20 a shortfall. Do you remember that
21 testimony?
22      A.    Yes.
23      Q.    Okay. So when you created or
24 did your analysis was each stock done
25 under one spreadsheet or multiple

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 170

1                DOUGLAS J. SMITH

2    spreadsheets? Like, how did you do your

3    analysis?

4         A.    Multiple spreadsheets.  But

5    it's all, you know, based on one master

6    spreadsheet of the bank record.

7         Q.    Do you have separate tabs --

8    sorry. I didn't mean to --

9         A.    Yes. Separate tabs. There's,

10   you know, pivot tables as well.

11        Q.    Can you just, for the court,

12   can you explain what is pivot table for

13   me? I'm not an expert on Excel.

14        A.    A pivot table, you just drag

15   and drop the columns that you're

16   assigning value to and the data run

17   pivots around that information.

18        Q.    So do you have a specific tab

19   that, like, called "Triller"?

20        A.    Yes. I have, for each IPO

21   issuer I have the shares, total shares

22   for each row and then the price.

23        Q.    Okay. So ultimately, you could

24   print out a spreadsheet solely showing

25   what your calculation is today of total

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 171

            1           DOUGLAS J. SMITH

            2    shares purchased and sold, correct?

            3         A.    Yes.

            4              MR. SHERMAN:  Okay. And just

            5         to confirm for the record, that

            6         specific spreadsheet, Lee, you are

            7         claiming work product, on that sole

            8         spreadsheet which can be printed

            9         up, you are claiming work product

           10         at this time?

           11              MR. GREENWOOD:  I don't think

           12         he said that he has a spreadsheet

           13         for the ten stocks in the way

           14         you're describing it.

           15              We are asserting work product,

           16         that Mr. Smith conducted the

           17         analysis at the direction of

           18         attorneys in anticipation of

           19         litigation.

           20              As to that analysis and his

           21         spreadsheets that he's used to

           22         derive that analysis we've

           23         obviously provided you copies of

           24         the documents provided to the

           25         court, which provide a fair amount

Page 172

```
 1              DOUGLAS J. SMITH
 2        of detail on exactly those issues
 3        that you're asking about, that is
 4        the share counts for the various
 5        deficit issuers.  But for the
 6        remainder, yes, for the remainder
 7        we're asserting work product.
 8        Q.    And so just, Mr. Smith, for
 9   question on exhibits on Exhibits 3 and 4
10   on shortfalls you took from this master
11   spreadsheet and then you've -- you've
12   included in your declaration the portion
13   related to the stocks that are deficits,
14   correct?
15        A.    Yes, I created a separate
16   spreadsheet.  For all of my exhibits I
17   created a separate spreadsheet.
18        Q.    Right. But you could literally
19   print off a single document that would
20   show Triller; how much you show was
21   purchased; how much you show as sold,
22   correct?
23        A.    I think -- I don't know.  I
24   would have to go back and look because
25   it's a lot of information.
```

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 173

1             DOUGLAS J. SMITH

2        Q.     Sure.

3        A.     So, you know, I'm taking data

4   from potentially more than one

5   spreadsheet. I just I don't know.

6        Q.     Okay.  But you could isolate

7   Triller information specific to

8   calculating, like, showing the purchase

9   total and the sale?

10       A.     Yes, it's something that I can

11  create.

12       Q.     And then in doing that, the

13  analysis, you considered that work that

14  you did in determining what should go

15  into your declaration and ultimate

16  attachments, correct?

17            MR. GREENWOOD:   Objection to

18       form.

19       A.     No.

20       Q.     So when you were trying to

21  determine which stocks may have a

22  deficit, you looked at your spreadsheet

23  information to determine that number,

24  correct?

25       A.     Yes.

Page 174

1            DOUGLAS J. SMITH

2        Q.      Okay. So in assessing the

3    spreadsheets that we've been talking

4    about, like Triller, at least in your

5    calculations at that time, there were --

6    there wasn't a deficit, right?

7        A.      Correct.

8        Q.      So you determined after

9    reviewing that material for Triller not

10   to include it in the materials here?

11       A.      No.

12       Q.      You didn't make a decision not

13   to include Triller?

14       A.      Correct.

15       Q.      Okay. But you did, in looking

16   at all of the information that you

17   created, you did use that information for

18   Triller and all the other stocks to

19   determine which ones were deficits,

20   correct?

21       A.      I mean, it's really done on a,

22   you know, a company-by-company basis, so

23   I just looked at the ones that had a

24   negative amount, and then I created an

25   exhibit accordingly.

Page 175

1                    DOUGLAS J. SMITH

2         Q.      And you understand that the

3    SEC has only included deficit -- stocks

4    that have companies that have deficits in

5    their materials, including your

6    declaration?

7         A.      Yes.

8         Q.      Okay. Moving on.

9                 You had talked -- we talked at

10   length about, like, the review of bank

11   statements and that was your key focus. I

12   just want to make sure I understand.

13                In reviewing the bank

14   statements, do you have a total number

15   from your analysis that was distributed

16   to investors, the cash?

17        A.      Investor distributions, yes.

18        Q.      And do you know how much that

19   is?

20        A.      I would have to go look at my

21   analysis, but I have that figure.

22        Q.      Is it in your report?

23        A.      No.

24        Q.      Okay. Is it more than 10

25   million?

Page 176

1              DOUGLAS J. SMITH

2       A.    Yes.

3       Q.    Is it more than -- huh? Sorry?

4       A.    I believe so, yes.

5       Q.    Is it more than 50 million?

6       A.    I think it's less than that.

7       Q.    Okay. So what document would

8   you have to look at to check that number?

9       A.    It's on a pivot table, so I'm

10  categorizing all inflows and outflows. So

11  all investor distributions already have a

12  figure.

13      Q.    Right. So there's -- again,

14  I'm no expert on Excel but some document

15  could be from your spreadsheet, you know,

16  master spreadsheet could be printed off

17  that would show solely, like, a total of

18  how much was distributed, right?

19      A.    Yes.

20      Q.    Okay. And so you think it may

21  be less than 50?  More than 40? Do you

22  remember?

23      A.    I don't know.

24      Q.    Okay. But -- go ahead.

25      A.    No. I mean, this is what I was

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 177

1          DOUGLAS J. SMITH

2    referring to earlier in terms of, you

3    know, money coming in from brokerage

4    accounts, deducting that from investor

5    distributions, as well as people turning

6    their IPO profits into another pre-IPO

7    company.  So you would have to deduct

8    those two categories to come up with the

9    net figure in what you're, you know,

10   asking me about.

11        Q.    Okay. So when you look at all

12   the cash sitting in the accounts, and you

13   see stocks sitting in the accounts, you

14   don't know for sure if every dollar,

15   every stock is investors' cash or

16   investors' stocks, correct?

17        A.    So there's no stock in the

18   bank account. So I'm not looking at

19   stocks in accounts.

20        Q.    Right. Because you haven't

21   analyzed the brokerage statements, right?

22             Okay.  So for cash, would you

23   say you know or don't know whether every

24   dollar that's sitting in there is

25   investor dollars or StraightPath dollars,

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 178

1               DOUGLAS J. SMITH

2    as far as --

3               MR. GREENWOOD:  Objection to

4       form.

5       A.     So we know all inflows and

6    outflows and categories associated with

7    that.  So I have a running total of all

8    investors, a running total of all money

9    coming from brokerage accounts, which

10   potentially represents IPO profits and

11   carried interest.  Those are the main two

12   categories of inflows into the bank

13   account.

14      Q.     So in your analysis did you

15   break out, accounting for fees and

16   carried interest earned, how much of the

17   car is StraightPath's?

18      A.     No, but after doing an

19   analysis, like I said just prior to this,

20   you know, taking all money coming in from

21   the brokerage accounts, deducting it from

22   the investor distributions, as well as

23   profits from IPO companies, we can easily

24   determine a figure that would be

25   representative of that.

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 179

1            DOUGLAS J. SMITH
2       Q.    Okay. But without getting into
3   your privileged communications, that was
4   not your charge to actually assess how
5   much -- what was investor money or what
6   was StraightPath money?
7            MR. GREENWOOD:  Let me just
8       object. Like, you can ask him what
9       he did or didn't do, but we're not
10      going to get into --
11           MR. SHERMAN:  Okay.  That's
12      fine.
13      Q.    So to confirm you did not do
14  that analysis, but you could do the
15  analysis pretty easily about what cash is
16  investor cash versus what cash is
17  StraightPath's for fees and carried
18  interest?
19           MR. GREENWOOD:  Objection to
20      form.
21      A.    No. You know, I know inflows
22  from investors and brokerage accounts,
23  cash coming in.  And the amounts, you
24  know, that are coming in, other than
25  that, are very minimal.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 180

1                    DOUGLAS J. SMITH

2          Q.    So when you say that you could

3    do a quick -- it wouldn't be hard to do

4    an analysis, what analysis were you

5    referring to?

6          A.    So documenting all inflow of

7    funds, money movements inflow and out and

8    you're categorizing what's incoming into

9    the bank accounts and what's going out,

10   and pivot tables are able to easily

11   summarize the amounts.

12         Q.    And doing that could help show

13   you ultimately how much went out to

14   investors in cash, correct?

15         A.    Yes.

16         Q.    And it could also show you --

17   that could also show you how much of the

18   cash sitting in the account is in the

19   accounts is StraightPath's for fees

20   earned or carried interest?

21              MR. GREENWOOD:  Objection to

22         form.

23         A.    No. I'm not doing that

24   analysis. I don't -- I'm only looking at

25   inflows of funds and outflows of funds.

Douglas J. Smith                        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 181

1              DOUGLAS J. SMITH

2    How they're accounting for whether those

3    are associated with fees or not, I don't

4    know.

5              I do know the total amount of

6    markups from what they purchased from

7    third parties and what they sell to

8    investors, I know that figure and that

9    figure they've taken out more than that

10   figure to pay themselves and the pay

11   third-party finders.

12       Q.    But to answer my question,

13   you've not done the analysis to show how

14   much of the cash sitting there or over

15   time is actually StraightPath's cash at

16   any point in time?

17       A.    I know if StraightPath is

18   putting in money, I can attribute that,

19   yes.

20       Q.    But besides --

21       A.    Whether they're accounting for

22   it in a specific way, I don't know but

23   it's not in the general ledger.

24       Q.    So besides markups, you can't

25   account for any other fees or monies

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 182

1            DOUGLAS J. SMITH

2   earned by StraightPath, correct?

3        A.    Correct.

4            Mr. Greenwood:  Objection to

5        form.

6        A.    Correct.  I didn't conduct

7   that analysis.

8        Q.    Say that again. You didn't

9   what?

10       A.    I didn't do that analysis.

11       Q.    Okay. So we touched on this a

12  little bit but I just want to understand

13  because some of the stuff you had said

14  earlier about knowledge and not having

15  knowledge of certain things.

16            So when you were reviewing

17  these documents up through even signing

18  of your declaration were you aware that

19  StraightPath was in the process of

20  collecting and reviewing documents to

21  produce to the SEC on this issue of

22  whether it was oversell or not in any

23  particular offering?

24            MR. GREENWOOD:  It's a "yes"

25       or "no" question.  I don't want you

Douglas J. Smith                     May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 183

1           DOUGLAS J. SMITH
2       to go beyond that.
3           MR. SHERMAN:  These are all
4       kind of yes or no's.
5       A.    Could you repeat it again?
6       Q.    Yeah. Sorry.
7           Basically, were you aware that
8    during, up until even right before the
9    filing, were you aware that StraightPath
10   was in the process of collecting or
11   reviewing documents to produce to the SEC
12   regarding a review of each offering and
13   whether they were oversold? Were you
14   aware of that; yes or no?
15      A.    No.
16      Q.    Okay. Did you know in
17   connection with -- let's see.
18           And do you know that in
19   connection with this review there was a
20   discussion specific that StraightPath
21   would audit each offering?
22           MR. GREENWOOD:  Objection to
23      form, foundation.
24      A.    I don't know.
25      Q.    Were you ever aware -- okay.

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 184

1              DOUGLAS J. SMITH
2              Were you aware that the SEC
3    staff, basically less than two months
4    ago, had asked StraightPath to start its
5    audit with four stocks; Rubrik, East
6    Just, Impossible Foods and Kraken?
7              MR. GREENWOOD:  Objection to
8         form.  And again, yes or no.
9         A.    Yes.
10        Q.    You were aware of that?
11        A.    Yes. I remembered that.
12        Q.    Okay. Without getting into
13   privileged discussions, were you asking
14   for those audits?
15             MR. GREENWOOD:  Objection. You
16        are explicitly asking for
17        privileged information.
18             MR. SHERMAN:  I mean, I'm
19        asking -- I could phrase it
20        differently.
21        Q.    I'm not asking for your
22   conversation with him.
23             I'm asking did, in doing your
24   review, did you believe at the time it
25   would be helpful for you to see these

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 185

```
 1              DOUGLAS J. SMITH
 2   audits?
 3        A.    Yes.
 4        Q.    Okay. And do you understand
 5   that the audits were in process but could
 6   not be completed in light of the SEC
 7   filing this emergency relief?
 8              MR. GREENWOOD:  Objection to
 9        form, foundation.
10        A.    I don't know.
11        Q.    So you weren't aware, yes or
12   no?
13        A.    No, I don't know.
14        Q.    Now, are you aware that in
15   doing its review StraightPath
16   self-reported to the SEC shortfalls in
17   both Rubrik and Eat Just?
18              MR. GREENWOOD:  Objection to
19        form. It's a yes or no question.
20        A.    Yes.
21        Q.    Okay. And are you aware that
22   with respect to Rubrik, Mr. Martinsen,
23   were you aware whether Martinsen used his
24   own funds to purchase additional shares
25   of Rubrik to account for part of the
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 186

```
 1              DOUGLAS J. SMITH
 2   shortfall?
 3        A.    Yes.  I do have it in one of
 4   my exhibits. It's in my declaration.
 5        Q.    And are you aware that
 6   Mr. Martinsen had lined up additional
 7   shares of Rubrik to finish taking care of
 8   the shortfall in Rubrik?
 9              MR. GREENWOOD:  Objection to
10        form.
11        A.    I don't know anything beyond
12   what I have in my declaration. I don't
13   know.
14        Q.    Are you aware whether
15   Mr. Martinsen -- whether Mr. Martinsen
16   had lined up shares to take care of the
17   shortfall of Eat Just?
18              MR. GREENWOOD:  Objection to
19        form.
20        A.    I don't know.
21        Q.    Are you aware that in February
22   18, 2020 you have mentioned or noted, and
23   we can go to it, that the investments by
24   investors stopped as of February 18,
25   2020; are you aware of that?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 187

1              DOUGLAS J. SMITH

2              MR. GREENWOOD:  Objection to

3        form.  I think you are getting the

4        date wrong on that, Scott.

5              MR. SHERMAN:  What did I say

6        February 18 --

7              MR. GREENWOOD:  You said 2020,

8        I think it's 2022.

9        Q.    Sorry. 2022. Let me rephrase.

10             On Exhibit 4, where you have

11   calculation of investments in the funds,

12   there is no investments after February

13   18, 2022, correct?

14             MR. GREENWOOD:  Let the

15        witness pull up the document.

16             MR. SHERMAN:  That's fine.

17             MR. GREENWOOD:  And Scott,

18        while he's doing that, did you mark

19        the entire declaration with

20        exhibits as Exhibit 1 or not?

21             MR. SHERMAN:  We should have.

22        Joshua.  Did we do that?

23             MR. LEWIN:  No. The exhibit is

24        -- the exhibits are all separate.

25        Any time you want to me to put in,

Page 188

```
         DOUGLAS J. SMITH
1
2      we can put the whole thing in and
3      replace it as one. It's a large
4      document.
5           MR. SHERMAN:  Go ahead, Lee.
6           MR. GREENWOOD:  It's up to
7      you.  I would have no objection to
8      you introducing it as a single
9      exhibit, the entire declaration
10     plus exhibits, just so it's all
11     there.
12          MR. SHERMAN:  Let's do that.
13     We'll replace it. We'll figure it
14     out off record about how to do
15     that. But for the record, we'll
16     make Exhibit 1 the full declaration
17     and exhibits.
18          MR. GREENWOOD:  Okay.
19     Q.    So let's get back. I should
20  have asked, you can you pull up Exhibit
21  4, have you looked at Exhibit 4 to your
22  declaration?
23     A.    Yes.
24     Q.    Okay. And in that it shows
25  that there are no investments from
```

Douglas J. Smith                     May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 189

```
 1              DOUGLAS J. SMITH
 2   investors into any StraightPath Fund
 3   after February 18, 2022, correct?
 4        A.    Yes.
 5        Q.    Okay. And you're aware -- were
 6   you aware at that time that StraightPath
 7   had voluntarily agreed to a standstill
 8   while they worked through the issues with
 9   the SEC?
10              MR. GREENWOOD:  Objection to
11        form.
12        A.    I know about the standstill
13   agreement, yes.
14        Q.    And that it went into place in
15   February 18, 2022?
16        A.    That sounds right. I don't
17   know.
18        Q.    And as we discussed earlier --
19   you know, you agree that since that time
20   you have seen no distributions of cash or
21   stock to any Defendant, correct?
22              MR. GREENWOOD:  Objection to
23        form.
24        A.    Just from the bank account I
25   just saw one distribution but from the
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 190

1            DOUGLAS J. SMITH
2    brokerage accounts I don't know. I
3    haven't looked there.
4        Q.    When you say you saw a
5    distribution, I'm saying to the
6    Defendants, not distributions to anyone.
7    Let me rephrase.
8            Earlier you testified that
9    there was one distribution from the bank
10   account that went to an investor,
11   correct?
12       A.    Yes.
13       Q.    Okay. Do you understand that
14   -- so you didn't look -- you did not look
15   at the brokerage account, so you can't
16   speak at all to the stock distributions
17   of any two investors at all after
18   February 2022 or otherwise?
19            MR. GREENWOOD:   Objection to
20       form.
21       A.    Yes.  I didn't -- I didn't do
22   any analysis in that regard.
23       Q.    Okay. So just to kind of give
24   dates and.  So in late March,
25   StraightPath -- were you aware that

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 192 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 191

```
 1              DOUGLAS J. SMITH
 2    StraightPath self-reported to the SEC
 3    that it was acquiring more Rubrik shares
 4    because investors had contributed more
 5    than they had, basically, that there was
 6    a potential shortfall?
 7              MR. GREENWOOD:   Objection to
 8         form.
 9         A.    I don't know.
10         Q.    Okay. Let me show you an
11    exhibit. It's a March 30th, 2022 email.
12              Josh, you want to pull that
13    up?
14              (Defendant's Exhibit 5, email
15         dated March 30, 2022, re: Rubrik
16         Acquisition, was received and
17         marked on this date for
18         identification.)
19         Q.    So this is Exhibit 5, it's an
20    email, it's not Bates labeled, but it's
21    an email from Meghan Genet from March
22    30th, 2022.  You're not on this email but
23    I want to speak to a specific issue.
24              Now, do you see bullet point
25    2?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 192

1                 DOUGLAS J. SMITH

2         A.    Yes.

3         Q.    Can you read that paragraph

4    and let me know when you're done?

5               And I'll just say for the

6    record it says, "The staff has reviewed

7    the document StraightPath identified

8    concerning Rubrik's share acquisition,

9    see Bates numbers below.  The general

10   ledger for StraightPath Venture Partners

11   LLC reflects the acquisition of 899,061

12   shares of Rubrik 575,484, which are

13   substantiated to one degree or another by

14   the documents identified in counsel's

15   March 16, 2022 email. However, the

16   investor list reflects SP Ventures Funds

17   1 through 9 have sold about 1,749,435

18   shares of Rubrik."  Do you see that?

19        A.    Yes.

20        Q.    Were you involved in that

21   calculation of the 1,749,435?

22              MR. GREENWOOD:  I'll object

23        and instruct the witness not to

24        answer. I mean, you can ask him

25        whether he conducted such

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 193

                    DOUGLAS J. SMITH
 1
 2      calculations at the same time and
 3      whether or not they were the same
 4      or different than what is described
 5      in the email, but we're not going
 6      to get -- we're not going to do
 7      questions --
 8              MR. SHERMAN:  That's not a
 9      privileged communication. This is
10      a, did he -- did he make that --
11      remember this is a number that's
12      been presented. I'm asking; did he
13      come up with that number?
14              I'm allowed to ask that
15      question.  I'm not asking him the
16      conversations about it.
17              MR. GREENWOOD:  Can you
18      restate the question?
19      Q.    There is a number 1,749,435
20   shares, I'm just asking did you do that
21   calculation?
22      A.    No.
23      Q.    Is this the first time you've
24   seen that number?
25      A.    Yes.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 194

1              DOUGLAS J. SMITH

2        Q.    Now, just to be clear, if you

3    look back at Exhibit 4 of your --

4    sorry -- Exhibit 4 of your declaration.

5    I saw you looking at the computer.

6        A.    Yes. Okay.

7        Q.    You had a number of 106,830

8    shares of Rubrik sold, right? And just

9    let me know once you get there.

10       A.    Okay.

11            MR. GREENWOOD:  Is there a

12       specific page you can direct him

13       to?

14            MR. SHERMAN:  Josh, do you

15       know which page it is?

16            MR. LEWIN:  Yeah. If you look

17       at page 146 of 166, that would show

18       you the end of the Rubrik

19       calculations.

20            THE WITNESS:  Oh, the end.

21       Okay. I see it.

22       Q.    Okay. So do you know -- well,

23    I'll ask; have you ever -- I guess

24    sitting here today, do you know why

25    there's a difference between the 1.7

Page 195

1                 DOUGLAS J. SMITH

2    million in the email and the 1,069,000

3    that you calculated?

4         A.    I don't know. I didn't do that

5    work that is in the email.

6         Q.    Okay. So are you aware whether

7    after StraightPath or before StraightPath

8    self-reported on Rubrik whether the SEC

9    ever identified to StraightPath any

10   perceived shortfalls in stock?

11              MR. GREENWOOD:  Objection to

12        form.

13        A.    I don't know.

14        Q.    When did you first, from your

15   analysis, learn that there may be -- or

16   from your calculation there were

17   shortfalls in any particular stock?

18        A.    In the very beginning, when I

19   was looking at bank records for Palantir,

20   they were taking in money from investors

21   and they didn't purchase shares from a

22   third party, so going back to 2017.

23        Q.    Just to confirm, Palantir is

24   not -- okay, I'm -- I'm trying to

25   understand.  Let me rephrase.

Page 196

```
 1              DOUGLAS J. SMITH
 2              You got a declaration that
 3    references seven stocks, right?
 4         A.    Yes.
 5         Q.    But you did an analysis of all
 6    24 stocks' stock offerings, correct?
 7         A.    Yes.
 8         Q.    So with respect to the
 9    offerings where you saw perceived
10    shortfall, you're saying that you thought
11    there may be a shortfall back as August
12    of last year?
13         A.    No, 2017, from the very
14    beginning of the bank records.
15         Q.    No, I apologize. I don't mean
16    the time of when there was a shortfall.
17         A.    Oh.
18         Q.    I'm talking about -- let me
19    rephrase. Just for a clear record.
20              You reviewed all 24 offerings,
21    with respect --
22         A.    Yes.
23         Q.    -- with respect to whether
24    there was a shortfall?
25         A.    Yes.
```

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 197

```
 1                   DOUGLAS J. SMITH

 2        Q.    And you're saying that you --

 3   from your analysis of bank records you

 4   thought there may be a shortfall of some

 5   -- initial shortfall as early as August

 6   in your analysis when you were doing it,

 7   as early as August 2021?

 8        A.    Yes. It could have been that

 9   early. I remember seeing it.

10        Q.    Okay. So with respect to the

11   seven offerings now, do you recall when

12   you first recognized a potential

13   shortfall of any of the seven?

14        A.    This would be very recently

15   because this work was a lot of work and

16   so -- you know, and I'm only one person.

17   So, you know, I mean, it was very recent.

18        Q.    So, like, February?

19        A.    No. It would probably be May.

20        Q.    So you're saying before May --

21   besides completing your analysis -- I'm

22   talking about any perceived shortfalls.

23             So I just want to make sure, I

24   just want to make sure that when you

25   first determined there may be a shortfall
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 198

1              DOUGLAS J. SMITH
2    in the seven, can you give me, as best
3    you can recall, when you thought when any
4    one of the seven may be short?
5              MR. GREENWOOD:  Objection to
6         form.
7         A.   I don't -- I don't understand
8    the question because all of the issuers
9    had shortfalls throughout time. So I was
10   just trying to do all of the work and
11   categorizing things accurately and
12   finding information as best as I could.
13   And at the end of the day, this is --
14   these are the ones with the deficits as
15   of today.
16        Q.   So you're saying in the last,
17   what, two weeks is the first you
18   concluded that there was any shortfall?
19             MR. GREENWOOD:  Objection to
20        form.
21        A.   So we're using, you know,
22   specific dates of the shortfall. The
23   shortfalls were throughout time that I'm
24   reviewing the bank records, right,
25   starting as early as 2017.  The very

Douglas J. Smith                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 199

1              DOUGLAS J. SMITH
2    first deposit into a bank account I saw
3    it there, and it fluctuates every time
4    for every IPO company.  And at the end of
5    the day, if we're looking at a specific
6    date.  Like we are in my declaration,
7    these are the ones with the deficits.
8         Q.    Okay. But I'm just trying to
9    understand that while there may be
10   various inflows and outflows, if it was
11   just in the last two weeks that you
12   determined that there was, as you viewed
13   it, a shortfall on these seven or if it
14   was at some earlier time for any one of
15   them?
16        A.    There's an inventory of every
17   pre-IPO company and that changes over
18   time.
19        Q.    So let me ask a different way.
20             For any one of the seven,
21   prior to May, did you believe there was a
22   shortfall?
23        A.    Yes.  At various points in
24   time there are shortfalls for all IPO
25   companies.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 200

1                    DOUGLAS J. SMITH

2        Q.    Dating back to the fall?

3        A.    Dating back as early as 2017.

4        Q.    When I say "dating back to the

5    fall", I mean dating back to the fall of

6    2021 in your analysis, you first

7    perceived a shortfall of these seven

8    dating back to the fall of 2021?

9              MR. GREENWOOD:  Objection to

10       form.

11       A.    Yes.

12       Q.    Okay. Are you aware that

13   StraightPath first learned of the SEC's

14   claim with respect to these seven only at

15   the time that the TRO was filed?

16       A.    No.

17             MR. GREENWOOD:  Objection to

18       form.

19       A.    I don't know.

20       Q.    Okay. Let's turn to paragraph

21   21. So 21 says, "In order to calculate

22   the number of Series Interest in pre-IPO

23   shares sold I also reviewed bank records

24   which show the actual investments by

25   investors and cross-referenced those

Page 201

```
 1              DOUGLAS J. SMITH
 2    amounts with other documents produced by
 3    the SP Fund Manager or otherwise obtained
 4    by the Commission staff during its
 5    investigation."
 6              So when you say that you
 7    reviewed bank records, these are the ones
 8    we've been talking about for the two
 9    banks that were with StraightPath,
10    Signature and JPMorgan?
11        A.    Yes.
12        Q.    What are the other documents
13    produced that you reviewed? Can you give
14    me some level of understanding?
15        A.    Yes. It's everything in
16    paragraph 5.
17        Q.    Oh. So any more detail than
18    just the summary of every document you
19    reviewed? I'm just trying -- I'm being
20    specific to this paragraph 22.  Let me
21    rephrase.
22              I understand you looked at
23    various documents over the course of
24    time, but I'm trying to understand what
25    documents you looked at related to
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 202

1                  DOUGLAS J. SMITH

2     paragraph 21, other than the bank

3     records.

4          A.     They would be investor lists,

5     the inventory spreadsheets, agreements

6     with third parties before they're

7     purchasing the shares, the detail, you

8     know, the amount of shares they're

9     purchasing, at what price, the fees,

10    stripping out all the fees.

11         Q.     And then did you ever have a

12    discrepancy between these sources of the

13    various documents? I mean, was there ever

14    -- let me rephrase.

15                In looking at these documents,

16    did you ever have a document that said

17    one thing but it was potentially

18    contradicted by another document you

19    looked at?

20         A.     Yes.

21         Q.     Okay. And how did you resolve

22    that, what I call a discrepancy?

23         A.     So I would account for the

24    actual inflow or outflow that's coming

25    out and do the math, so making sure that

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 203

```
 1              DOUGLAS J. SMITH
 2    the shares match up with the price and
 3    the money that's coming in or going out
 4    it, matches up.
 5         Q.    Where are the documents
 6    showing your calculation of investor
 7    purchases?
 8         A.    That would be in my master
 9    spreadsheet, Excel spreadsheet.
10         Q.    Okay. So that's a -- is that
11    another -- what's the thing you called
12    it, there's tabs and I'm trying to think
13    of the name.  When you look at the master
14    spreadsheet is it something that you
15    could pretty much, I mean, like, create a
16    print-off of all the purchases or whatnot
17    from Excel?
18         A.    Yes. Yes. There's pivot tables
19    based on whatever value you're assigning
20    for each row.
21         Q.    Okay. And so that's in the
22    master spreadsheet. When we say master --
23    just so I understand, there is a master
24    spreadsheet that has various, you know,
25    tabs and the rest, right?
```

Page 204

```
 1              DOUGLAS J. SMITH
 2        A.    Yes.
 3        Q.    Are there other spreadsheets
 4    too?
 5        A.    Yes. There could be, yes.
 6        Q.    Can you identify what other --
 7    I mean, I know we're just calling it
 8    master, but just try to describe what
 9    other spreadsheets you have that relate
10    to your work?
11        A.    Yes. So investors are using
12    their IPO proceeds to invest in a new
13    pre-IPO issuer, that doesn't -- it's not
14    reflected in the bank records, right?  I
15    can't account for any inflows or outflows
16    there, so I created a separate
17    spreadsheet that accounts for that.
18        Q.    Any other spreadsheets?
19        A.    Not that I can recall.
20        Q.    I think we've touched on this
21    but just to confirm.  If you look at
22    paragraph 22 of your document it says,
23    "Based on these documents, I created
24    various schedules, comparing the pre-IPO
25    shares that the SP Fund Manager purchased
```

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 206 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 205

1              DOUGLAS J. SMITH
2    including both price and quantity to the
3    Series Interest it sold in those pre-IPO
4    shares also price and quantity." Do you
5    see that?
6          A.    Yes.
7          Q.    So these are the spreadsheets
8    that, part of the master spreadsheet that
9    we talked about earlier, regarding
10   Triller, for example, where you could
11   show how much they purchased and how much
12   was sold, correct?
13         A.    Yes. It would be similar to
14   Exhibit 4.
15         Q.    Right. So it's referenced in
16   22 but you chose not to include it in
17   your declaration?
18              MR. GREENWOOD:  Objection to
19         form.
20         A.    I didn't choose not to.
21         Q.    Did you have any
22   decisionmaking with respect to what went
23   in and what went out of the declaration?
24         A.    I provided my comments and
25   edits, yes.

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 207 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 206

1              DOUGLAS J. SMITH
2       Q.    Who did you provide them to?
3       A.    Mr. Greenwood and Mr. Fortino.
4       Q.    Do you know who drafted this?
5       A.    I don't.
6       Q.    Okay. Hold on. So let's look
7   at paragraph 25.
8              With respect to the pre-IPO
9   UiPath, between February 2nd, 2021 and
10  March 8th, 2021 the SP Fund Manager sold
11  more than 25.5 million in Series
12  Interests in its pre-IPO shares; do you
13  see that?
14      A.    Yes.
15      Q.    It says, "The SP Fund Manager,
16  however, never paid for any UiPath
17  pre-IPO shares at all. Ultimately, more
18  than 17.5 million of these investments
19  were moved over to Series Interests and
20  other pre-IPO shares, and the SP Fund
21  Manager refunded more than 8 million to
22  investors who did not wish to do so."  Do
23  you see that?
24      A.    Yes.
25      Q.    Do you have any knowledge

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 207

1                 DOUGLAS J. SMITH
2    whether StraightPath had arranged for the
3    purchase of Ui shares?
4                 MR. GREENWOOD:   Objection to
5         form.
6         A.    I do recall seeing chats where
7    they're engaging with a broker to
8    purchase shares.
9         Q.    So to confirm, you have seen
10   what, text messages -- when you say
11   chats, you mean text messages?
12        A.    Yes, I think so.
13        Q.    Okay. From reviewing that do
14   you recall how things -- you know, how
15   things proceeded with UiPath as far as --
16   let me strike that.
17              Are you aware from reviewing
18   those documents what led to UiPath
19   ultimately not being purchased by
20   StraightPath?
21        A.    I don't know.
22        Q.    Okay. So do you think you --
23   did you take an effort to review all text
24   messages related to UiPath?
25        A.    I tried to, yes.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 208

1                    DOUGLAS J. SMITH

2          Q.     Okay. So you're not aware

3    whether a seller actually ended up

4    preventing the purchase from going

5    through?

6          A.     I don't know.

7                 MR. GREENWOOD:  Objection to

8          form.

9          A.     I don't know. All I know is I

10   didn't see funds being sent out of the

11   bank account to purchase those shares.

12         Q.     Okay. So all you know is that

13   they had arranged to purchase UiPath

14   shares?

15                MR. GREENWOOD:  Objection to

16         form.

17         A.     Yes.

18         Q.     I think we've got a sense of

19   your answer here, but just to confirm,

20   are you aware whether StraightPath is

21   able, under its offering documents, to

22   accept capital from investors before it

23   closes on the purchase of pre-IPO stock?

24                MR. GREENWOOD:  Objection to

25         form.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 209

1                    DOUGLAS J. SMITH
2        A.    I don't understand the
3    question.
4        Q.    Remind me, did you not review
5    any of the offering documents, correct,
6    for the purchases for the various
7    offerings?
8        A.    Yes.
9        Q.    Yes, you did not review?
10       A.    Correct, I did not.
11       Q.    So are you aware that purchase
12   documents, like -- are you aware of what
13   a Private Placement Memorandum is?
14       A.    Yes.
15       Q.    Are you aware what an
16   operating agreement is?
17       A.    I believe so. I would have --
18   it's been a long time since I looked at
19   one in detail.
20       Q.    Are you aware that these
21   offering documents usually articulate,
22   you know, the framework of what can
23   happen in an offering?
24            MR. GREENWOOD:  When you say
25       "offering documents" are we talking

Page 210

```
 1              DOUGLAS J. SMITH
 2       about --
 3            MR. SHERMAN:  Sorry.
 4       Q.   When I define "offering
 5  documents", I'll just, for the record,
 6  define them as Private Placement
 7  Memorandum, operating agreement for the
 8  funds and subscription agreement. That's
 9  how I'll define an operating agreement.
10            Have you ever reviewed a
11  subscription agreement before for any
12  private offering?
13       A.   Yes.
14       Q.   Okay. Have you ever reviewed
15  an operating agreement for any private
16  offering?
17       A.   I have in the past when I
18  worked for OC. I don't remember doing it
19  in a long time.
20       Q.   So do you understand from your
21  prior review of these documents that the
22  framework of what a manager can and can't
23  do is generally outlined in the offering
24  documents?
25            MR. GREENWOOD:  Objection to
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 211

1              DOUGLAS J. SMITH

2        form.

3        A.     Correct. Yes.

4        Q.     Okay. So are you aware -- so I

5   would say because you haven't reviewed

6   the offering documents here, you have no

7   knowledge of whether or not StraightPath

8   could accept capital from investors

9   before it closed on the purchase of

10  pre-IPO stock, correct?

11       A.     I don't know.

12       Q.     So you say StraightPath raised

13  more than 25.5 million in Series Interest

14  in pre-IPO shares for UiPath, right?

15       A.     Yes.

16       Q.     And that more than 17.5

17  million was moved to other Series

18  Interests, right?

19       A.     Yes.

20       Q.     And that other IPO -- and more

21  than 8 million was refunded, correct?

22       A.     Correct.

23       Q.     So all the UiPath money was

24  accounted for, correct?

25              MR. GREENWOOD:  Objection to

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 213 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 212

1              DOUGLAS J. SMITH
2         form.
3         Q.    Let me rephrase. All the money
4    that came in from investors, you know, as
5    far as the 25.5  --when I say accounted
6    for, you could trace where the money
7    went?
8         A.    For people that wanted -- for
9    investors that wanted to purchase UiPath,
10   I traced all incoming funds for that.
11   And when StraightPath didn't send funds
12   to third parties to purchase the shares,
13   I then tracked if its investors wanted a
14   refund because it wasn't getting UiPath
15   shares or it wanted to place its
16   investment in a different pre-IPO
17   company.
18        Q.    Are you aware of any
19   complaints by investors related to
20   UiPath?
21        A.    I don't know.
22        Q.    So I guess getting back to the
23   point, you accounted for the 25.5 million
24   coming in and where the 25.5 million went
25   either as refunds or other investments,

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                        Page 213

1                DOUGLAS J. SMITH
2      correct?
3                MR. GREENWOOD:   Objection to
4           form.
5           A.    Yes.
6           Q.    Okay. You state that you
7      calculated -- this is paragraph 23 of
8      your document, you say that you
9      calculated a collective shortfall in
10     pre-IPO shares of nearly 14 million
11     across seven pre-IPO companies. Do you
12     see that?
13          A.    Yes.
14          Q.    Did you do an analysis
15     comparing the percentage of total amount
16     raised to the alleged shortfall?
17          A.    No.
18          Q.    Okay. But just to do the quick
19     math, tell me if I'm wrong, you
20     calculated the amount raised as to which
21     you calculated roughly 411 million,
22     right?
23          A.    Yes.
24          Q.    And the deficit you've
25     calculated at this point is 14 -- roughly

Page 214

DOUGLAS J. SMITH

1
2   14 million, right?

3        A.    Yes.

4        Q.    So would you agree, if you can

5   do quick math, that's about 3.4%?

6        A.    That sounds about right. I

7   don't have a calculator.

8        Q.    So let's look at Exhibits 3

9   and 4. Exhibit 4 -- actually, let's turn

10  to Exhibit 4. Let me know when you're

11  ready.

12       A.    Yes, I'm ready.

13       Q.    So you include a spreadsheet,

14  this spreadsheet that purports to show

15  the shares purchased by StraightPath and

16  the shares investors purchased or

17  refunded, correct?

18       A.    Yes.

19       Q.    So we discussed a lot of this

20  methodology earlier, but just to kind of

21  close the loop, I just want to confirm

22  you told me exactly how you got the

23  numbers for these columns.

24            Do you know, can you tell me

25  what the underlying -- is the underlying

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 215

1            DOUGLAS J. SMITH
2   documents again solely the bank records
3   for the source of data?
4        A.    Yes. So the dates, all inflows
5   and outflows are based on, you know,
6   money coming in, money coming out.
7        Q.    Is there any other
8   spreadsheets that you used to create this
9   spreadsheet?
10        A.    No, I don't believe so. Other
11   than, you know, when someone -- as I said
12   before, when someone is using their IPO
13   proceeds to invest in another pre-IPO
14   company.
15        Q.    So -- okay. Go ahead. Sorry.
16   Finish?
17        A.    It's not reflected in the bank
18   records, so that's where that information
19   has to come from a different source.
20        Q.    And what's that source?
21        A.    It would be spreadsheets that
22   were produced by StraightPath and
23   paragraph 5.
24        Q.    Okay. So let's kind of switch
25   topics now.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 216

1              DOUGLAS J. SMITH

2              So the concept -- and you've

3    mentioned this word various times,

4    "commingling".  I just have a broader

5    question, not about -- hold on. By the

6    way, sidenote.  For the record, we're

7    trying to assess the document that your

8    counsel sent over. So I may have to

9    circle back on that Excel later in the

10   testimony, but we'll keep going now to

11   keep things moving.

12             So this is more of a broader

13   question, setting aside, you know, kind

14   of the concepts and how you look at

15   things, you know, with respect to

16   StraightPath.

17             So the concept of commingling,

18   in and of itself, commingling means

19   combining money from multiple sources,

20   correct?

21        A.   Yes.

22        Q.   And so, in and of itself,

23   commingling does not have a fraud

24   component to it, right, just the concept

25   of commingling? I'm not talking about

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 217

1            DOUGLAS J. SMITH
2    your views.
3            MR. GREENWOOD:  I didn't hear
4        the question there.
5        Q.    So in and of itself, I said
6    that commingling, basically combining
7    money from multiple sources, does not
8    have a fraud component, in and of itself.
9    I'm not talking about his views of
10   StraightPath.
11       A.    Yeah. Absent from what I'm
12   looking at, yes.
13       Q.    Now, we talked about this
14   previously, but I want to make sure that
15   we can go through some items, even though
16   you didn't review any of the offering
17   materials for StraightPath.
18            You had testified about the
19   fact that the one item of we'll call them
20   fees or other types of dollars
21   StraightPath could earn were under the
22   term markup, as you put in your
23   spreadsheet, correct?
24       A.    Yes.
25       Q.    Okay. So are you aware whether

Douglas J. Smith                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 218

1                  DOUGLAS J. SMITH
2    or not StraightPath disclosed to
3    investors that it would be marking up
4    stock or may mark up stock?
5          A.    I don't know.
6          Q.    Are you aware whether or not
7    StraightPath informed investors that they
8    could charge an expense fee?
9               MR. GREENWOOD:  Objection to
10         form on this line of questioning,
11         just on the foundation issue but I
12         don't want to interrupt it.
13              MR. SHERMAN:  I mean, look, at
14         the end of the day, you know, in
15         reviewing everything he chose not
16         to review the offering documents.
17         So I'm trying to understand if he
18         otherwise knew about key
19         information like the fees that they
20         disclosed.
21              MR. GREENWOOD:  He can answer
22         the question.
23         Q.    I'm asking -- I mean,
24    generally speaking, were you aware
25    whether or not the manager could charge

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 219

1              DOUGLAS J. SMITH
2    each member a fee equal to 1% of the
3    member's capital contribution defined as
4    an expense fee?
5         A.    I don't know.
6         Q.    Are you aware, generally, of
7    kind of the concept -- have you ever
8    heard the concept 2 and 20?
9         A.    Yes.
10        Q.    What's your understanding of 2
11   and 20?
12        A.    The 2% is when you take out
13   the percentage of what you're managing
14   for investors and the 20% is what you are
15   gaining or losing when you take money
16   from investors' gain or loss.
17        Q.    Do you know what a carried
18   interest is?
19        A.    Generally, yes.
20        Q.    What's your understanding?
21        A.    I mean, it can mean multiple
22   things. So, you know, I'd have to look at
23   the definition.
24        Q.    So sitting here today, you
25   don't have a definition of, even if

Page 220

```
 1              DOUGLAS J. SMITH
 2   there's multiple definitions, you can't
 3   provide me any definition of what a
 4   carried interest is?
 5        A.    No. I'm sorry.
 6        Q.    Okay. So just to back up. You
 7   went out and audited for OC 50 different
 8   funds and you're telling me right now you
 9   can't define what carried interest is?
10              MR. GREENWOOD:  Objection to
11        form.
12        A.    Not that I can recall.  I
13   worked for OC so long ago and I worked on
14   multiple different cases now that aren't
15   in hedge funds or private equity fund's
16   territory, so it's been a while. I would
17   have to refresh my memory and look
18   through and see those definitions in this
19   business.
20        Q.    Well, let's just understand.
21              Do you understand whether or
22   not StraightPath disclosed that it could
23   take a carried interest in connection
24   with its offerings?
25        A.    I don't know.
```

Page 221

1              DOUGLAS J. SMITH
2      Q.    Don't you think that would be
3  important if you're assessing and
4  analyzing information, including the fees
5  that StraightPath may earn?
6              MR. GREENWOOD:  Objection to
7      form.
8      A.    Right. So I only looked at the
9  bank account analysis. If I did a whole
10  analysis on the brokerage records I would
11  go down that road of figuring that out. I
12  just didn't have enough time to do it on
13  my own.
14      Q.    Okay. And ultimately -- but
15  understanding what fees StraightPath did
16  earn could be important to understand
17  what assets are StraightPath's sitting in
18  the bank accounts, correct?
19      A.    In the bank accounts there's
20  only $2 million left, less than $2
21  million.
22      Q.    I'm not talking today. I'm
23  saying, generally speaking, you looked at
24  bank accounts since 2017, that's the core
25  of what you looked at?

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 222

```
 1              DOUGLAS  J.  SMITH
 2      A.     Yes.
 3      Q.     And so I'm asking, wouldn't it
 4  be important to understand in your
 5  analysis, looking at bank records, how
 6  much those of those dollars were
 7  StraightPath's carried interest?
 8              MR. GREENWOOD:  Objection to
 9      form.
10      A.     Yes. And as I said before
11  multiple times, I can easily determine
12  this from the money that's coming in from
13  the brokerage accounts, subtracting the
14  money that's sent out for investor
15  distributions, and also investors that
16  chose to move their IPO profits in
17  another pre-IPO company. So we can do
18  this from the bank records' perspective.
19  It's not something that I cannot do.
20      Q.     But you didn't do it?
21      A.     I did do -- I mean, I know --
22  I know this.  This is why I'm telling you
23  this, it's just not in my declaration.
24      Q.     So you -- you are saying that
25  you calculated the carried interest owed
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 223

 1              DOUGLAS  J.  SMITH

 2    across  the  entire  time  period  to

 3    StraightPath  --

 4         A.    No.

 5              MR.  GREENWOOD:   Let  him  finish

 6         the  question.  Let  me  object  to

 7         form.  You  can  answer.

 8         Q.    I'm  just  trying  to  understand

 9    what  you  are  saying  you  calculated?

10         A.    Right.  I'm  calculating  all

11    inflows  and  outflows  of  money  in  the  bank

12    accounts.  The  inflows  that  could  pertain

13    to  carried  interest  are  coming  from

14    brokerage  accounts.  I  know  that  figure.

15    And  then  to  subtract  what  is  remaining

16    for  carried  interest,  you  have  to

17    subtract  the  investor  distributions,  and

18    then  the  amounts  that  investors  want  to

19    use  their  IPO  profits  to  invest  in

20    another  pre-IPO  company.

21         Q.    You  just  testified  --  sorry,

22    Mr.  Smith.  You  just  testified  that  you

23    don't  even  know  the  definition  of  carried

24    interest  and  never  looked  at  the  PPM  to

25    understand  what  carried  interest

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 224

 1              DOUGLAS J. SMITH
 2   StraightPath was entitled to.  But we're
 3   here to believe that somehow you could
 4   have still calculated carried interest,
 5   even though you can't define it?
 6              MR. GREENWOOD:  Objection to
 7       form.
 8       A.    So I said, generally I
 9   understand the concept. I did not do the
10   analysis of carried interest across the
11   board. But when it comes to the bank
12   accounts, I can arrive at a figure where
13   it could be carried interest.
14       Q.    But you have no idea because
15   you can't even define the term?
16       A.    I know the amounts that
17   represent what you're talking about and I
18   can do that.
19       Q.    Okay. Now, on the 2 and 20, we
20   talked about the 2, that's the concept of
21   typically that's 2% yearly management fee
22   based on assets under management that a
23   fund can charge, correct?
24       A.    Correct.
25       Q.    Are you aware whether or not

Page 225

1              DOUGLAS J. SMITH

2     StraightPath could charge the 2%

3     management fee?

4          A.    I don't know.

5          Q.    Okay. Are you aware whether

6     they did charge a 2% management fee?

7          A.    I don't know.

8          Q.    So let me just double check

9     here because you told me kind of at

10    length about how much stuff you looked

11    at, and on paragraph 5 you say that you

12    looked at welcome letters, correct?

13         A.    Yes.

14         Q.    So just to double check here,

15    are you aware whether or not these

16    welcome letters reference that there was

17    no management fee charged?

18         A.    There were a separate fee at

19    the bottom of welcome letters and it

20    would have said a percentage in the

21    amount of fees and in the vast majority

22    of the welcome letters there was zero

23    across the board for fees.

24         Q.    So then for the documents you

25    read, and you actually do know they

Page 226

 1            DOUGLAS J. SMITH
 2    didn't charge a management fee of 2%,
 3    right?
 4        A.    I'm saying I don't know
 5    because I would look to the general
 6    ledgers for this information, the profit
 7    and loss, the balance sheet, it's not in
 8    there.  So StraightPath is not
 9    categorizing how it collects its fees and
10    what its for.  So I'm looking at all
11    inflows and outflows and doing the math
12    to come up with a markup figure.
13        Q.    So also separate and apart
14    from this, are you aware whether or not
15    StraightPath, the manager, StraightPath
16    Venture Partner could charge a due
17    diligence fee?
18        A.    I don't know.
19        Q.    Do you know -- so you have no
20    idea if they could or if they did or
21    didn't charge a diligence fee?
22        A.    I don't know.
23            MR. GREENWOOD:  Objection to
24        form.
25        Q.    Do you know whether or not

Douglas J. Smith                                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 227

```
  1                 DOUGLAS J. SMITH
  2    they could charge or -- do you know
  3    whether or not they disclosed that they
  4    could charge a marketing agent or
  5    placement fee?
  6         A.    I don't know.
  7         Q.    So you have no idea if they
  8    paid placement agents?
  9              MR. GREENWOOD:  Objection to
 10         form.
 11         A.    What is -- I don't understand
 12    the question.
 13         Q.    Let me just ask, just to be
 14    clear.  You don't know the definition --
 15    you don't have a definition of placement
 16    agent?
 17              MR. GREENWOOD:  Objection to
 18         form.
 19         Q.    Let me ask, do you understand
 20    the term placement agent?
 21         A.    You'd have to explain it more
 22    to me.
 23         Q.    Do you understand the term
 24    marketing agent?
 25         A.    No.
```

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 228

```
 1                  DOUGLAS J. SMITH
 2      Q.    Do you know whether or not
 3  they could charge, a manager could charge
 4  and disclose that they could charge a
 5  performance bonus fee?
 6              MR. GREENWOOD:  Objection to
 7         form.
 8         A.    I don't know.
 9              MR. SHERMAN:  There is no
10         foundation.  I'm asking whether he
11         understands.
12              MR. GREENWOOD:  You're -- the
13         questions are compound. You're
14         asking at least two questions at a
15         time.
16              MR. SHERMAN:  I'm asking
17         whether or not he knows whether
18         they could charge a performance
19         fee.
20              MR. GREENWOOD:  That's fine.
21         A.    I don't know.
22         Q.    Sorry. Separate question.
23              Do you know whether or not
24  they disclosed to investors that they
25  could charge a performance fee?
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 229

1                   DOUGLAS J. SMITH

2        A.      I don't know.

3        Q.      Do you know what a waterfall

4    is?

5        A.      It's been a while.  I used to

6    know what that term meant. I don't

7    anymore.

8        Q.      Okay. So in understanding how

9    money -- how investor dollars get

10   distributed, do you think it's important

11   to know how StraightPath or any fund

12   looks at, you know, distributions -- let

13   me strike that.

14             In doing your analysis,

15   regarding, in dollars to investors or

16   otherwise, do you believe it's important

17   to understand the calculation that goes

18   into distributions?

19       A.      For investor distributions,

20   yes.

21       Q.      Okay. So what was the

22   calculation regarding distributions for

23   StraightPath?

24       A.      I don't know. I didn't do that

25   analysis. All I did was categorize

Douglas J. Smith                          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 230

1               DOUGLAS J. SMITH
2    whether it happened in the bank accounts,
3    the money moving from brokerage accounts
4    to bank account for distributions.
5               MR. GREENWOOD:  Scott,
6          whenever is a good time, we've been
7          going a little over an hour.
8               MR. SHERMAN:  That's fine. We
9          can take a break.
10              VIDEOGRAPHER:  Stand by. Going
11         off the record 3:20 p.m.  This is
12         the end of Media Unit 3.
13              (Recess is taken.)
14              VIDEOGRAPHER:  We're back on
15         the record 3:31 p.m.  This is the
16         beginning of Media Unit 4. You may
17         proceed.
18         Q.    Mr. Smith, Scott Sherman
19    again. You recognize you're still under
20    oath, correct?
21         A.    Yes.
22         Q.    So jut to close the loop on
23    the carried interest question, did you
24    ever calculate back in carried interest
25    earned by StraightPath at any point?

Page 231

```
 1                DOUGLAS J. SMITH
 2        A.     No.
 3        Q.     Just touching base on this 17
 4   million, we did get a spreadsheet, and I
 5   was just wanted to ask a couple of
 6   questions more high level.
 7                The 17 million spreadsheet,
 8   the one that -- with all this data, this
 9   is referencing $17 million that came in
10   from investors; is that what you are
11   saying that is?
12        A.     Yes.
13        Q.     What else is this showing,
14   besides that?
15             MR. GREENWOOD:  When you say
16        "what's this" --
17             MR. SHERMAN:  Well, I'm just
18        asking -- we can introduce it.
19        Josh, you want to just label it or
20        is there a way to label that one
21        real quick?
22             MR. GREENWOOD:  Can I ask him
23        to open it on his computer so he
24        looks at it?
25             MR. SHERMAN:  Yeah. We're
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 232

1              DOUGLAS J. SMITH
2       going to label it and it's going to
3       be put in the database.
4              MR. GREENWOOD:  That's good
5       too.
6              MR. SHERMAN:  You have it too,
7       however you want to open it.
8              MR. GREENWOOD:  I know but
9       typically we don't want him to open
10      documents that he's not being asked
11      to look at.
12             MR. SHERMAN:  Sure. Josh, let
13      me know when it's uploaded so we
14      have it for the record too.
15             (Defendants' Exhibit 6, Excel
16      spreadsheet re: Amounts raised and
17      refunded, was received and marked
18      on this date for identification.)
19             MR. LEWIN:  I've introduced
20      it. It would be Defendants' 6.
21      Because it's an Excel it says it
22      can't put the stamp on the
23      document, so I'm not sure what it's
24      going to show like but this is
25      going to be Defendants' 6.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 233

1                    DOUGLAS J. SMITH
2          Q.    Okay. So pulling this up, walk
3    me through so I understand, in looking at
4    this what -- why did you create this
5    separate spreadsheet?
6          A.    Because I was asked to --
7          Q.    I'm sorry. If it's a
8    privileged part -- let me ask you a
9    different question.
10               What was the -- what was the
11   purpose of this spreadsheet? Like, what
12   was it designed to show?
13         A.    Right. So inventory count, all
14   money coming in from investors or being
15   refunded to investors. I don't know which
16   pre-IPO companies they're purchasing, how
17   many shares, what price.
18         Q.    Is that because -- where would
19   you -- where would you normally look for
20   that information?
21         A.    So it would be the information
22   that I have in paragraph 5 and nothing
23   came up.
24         Q.    So you mean, like, if there
25   was a welcome letter?

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 234

1                DOUGLAS J. SMITH

2        A.     Correct.

3        Q.     What about Quickbooks?

4        A.     Same thing.

5        Q.     So for the record, we've

6    produced the reconciled updated

7    Quickbooks subject to accountant review

8    today that was just completed. So you

9    could look at that potentially to help

10   with this, correct?

11       A.     Correct.

12       Q.     I see on the right side it has

13   last name or entity?

14       A.     Yes.

15       Q.     Now, when you did your

16   original -- this spreadsheet here where,

17   that are in your declaration, none of the

18   spreadsheets for where the money came in

19   from investors has investor names. You do

20   understand that, right?

21       A.     Yes.

22       Q.     But when you did the

23   spreadsheet like originally or the

24   information where it came from, it did

25   have investor names, right?

Page 235

1              DOUGLAS J. SMITH

2              MR. GREENWOOD:  Objection to

3       form.

4         A.    I have these names in my work

5    product, yes.

6         Q.    So you could reproduce the

7    exhibits that show, like, Exhibit I think

8    it's 2, you could reproduce that with

9    investor names connected to each row,

10   right?

11        A.    Correct.

12        Q.    Just to go back to your

13   declaration, paragraph 30, it says "Based

14   on my review of the documents neither SP

15   Fund Manager nor Castillero, Martinsen or

16   Lanaia kept records of the fees that

17   either the SP Fund Manager or the SP Fund

18   purported to accrue, collect or pay out."

19   Do you see that?

20              Now, how do you define, just

21   so I understand since you -- let me ask

22   you, did you write this sentence?

23        A.    No.

24        Q.    Just to confirm because we've

25   gone through every paragraph, is there

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 236

1            DOUGLAS J. SMITH
2    any sentence you did write in here that
3    you -- I mean, you can look through it
4    for a minute, I'm trying to understand,
5    outside of edits or some modifications,
6    did you draft any of this?
7        A.    No.
8        Q.    So on this paragraph you used
9    -- well, somebody else who wrote this
10   used the word "fees", but you had
11   attested to it as being based on your
12   personal knowledge.  You understand that,
13   right?
14       A.    Yes.
15       Q.    So when you read this, since
16   it's your declaration, what is it
17   referring to in your mind when you use
18   the word "fees"?  What are the fees?
19       A.    Some of the fees that you were
20   talking about earlier that I don't know
21   if they took out those specific fees.
22       Q.    When you say the fees I was
23   talking about, just so I understand --
24   you testified earlier you have never read
25   the offering documents and had no

Page 237

DOUGLAS J. SMITH

1

2      knowledge about any of the fees I was

3      discussing, correct?

4           A.    I mean, we had talked about

5      the welcome letters and how there are

6      fees at the bottom and it says zero

7      percent, you know, zero amounts for some

8      of those. So I mean, that's the only fees

9      that I remember seeing.

10          Q.    Okay. So I just need to

11     understand, getting back to -- I know

12     memory is a challenge for you today, but

13     let's talk about last Wednesday when you

14     signed this.

15               Do you remember, as best you

16     can, when you saw the word "fees", what

17     specific fees you thought this was

18     referring to?

19          A.    So I don't have a specific

20     fees in my mind. It was just was not

21     accounted for in the Quickbooks as

22     anything.

23          Q.    So you are saying simply

24     because there is not a separate line item

25     that uses the word "fees", your view is

Page 238

```
1              DOUGLAS J. SMITH
2    that it's not accounted for?
3         A.    Yes.
4              MR. GREENWOOD:  Objection to
5         form.
6         A.    Yes. And there is no P&L
7    records or anything, so there is no --
8    there is no categorization from
9    StraightPath records that talk about the
10   fees.
11        Q.    And you understand, as
12   discussed earlier that, StraightPath has
13   been in the process of reconciling its
14   Quickbooks, correct?
15             MR. GREENWOOD:  Objection to
16        form.
17        A.    I don't know.
18        Q.    You have no knowledge. Okay.
19   And are you aware that StraightPath just,
20   subject to accountant review, has
21   completed reconciliation of its
22   Quickbooks and produced P&L and balance
23   sheet, trial balance as of current?
24             MR. GREENWOOD:  Objection to
25        form.
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 239

1                    DOUGLAS J. SMITH

2          A.    I don't know.

3          Q.    That information would be

4    helpful, as you said, to review for fees

5    and the rest, correct?

6          A.    It may be.

7          Q.    But you just told me that I

8    need a balance sheet, I need a P&L,

9    right?

10         A.    For multiple different data

11   points. But what I calculated in the bank

12   records is that the markup still exists

13   regardless of what fees will be in the

14   general ledger.  So my works will stand

15   irregardless of whatever other document

16   is there, because they're sending funds

17   out to third parties for shares at a

18   price and then they're selling to

19   investors at a higher price. I've

20   calculated that differential. So I have

21   accounted for all inflows and outflows

22   out of the bank account.

23         Q.    But what you haven't accounted

24   for is understanding of how much money

25   came in and what stock is there, how much

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 241 of 380
Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 240

1              DOUGLAS J. SMITH
2    of that is earned -- is fees that
3    StraightPath may be entitled to under its
4    PPM, correct?
5              MR. GREENWOOD:  Objection to
6         form.
7         A.    So as I said multiple times
8    before, we can easily calculate this from
9    money that's coming in from brokerage
10   accounts and subtracting that against
11   investor distributions, as well as
12   pre-IPO or IPO companies that have
13   profited and they're moving into another
14   IPO company, and that amount is far less
15   than the markup.
16        Q.    You said that amount is far
17   less than the markup. I don't understand
18   what you are saying.
19        A.    So the total amount of markup
20   is over $100 million.
21        Q.    Okay. And the total amount of
22   assets is 200 million, over 200 million,
23   from what you said?
24        A.    That's how much money they
25   sent out to third parties to acquire

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 241

1                    DOUGLAS J. SMITH

2    shares at that price when they sent out

3    the funds.

4         Q.    And you've also articulated

5    that the total amount raised was over 400

6    million, correct?

7         A.    Yes.

8         Q.    So getting back to very simply

9    the point I was trying to make is, you

10   reference the concept of there is no

11   record of fees, but at the end of the

12   day, very simply the point, yes or no,

13   you do not know all the fees that

14   StraightPath disclosed it could charge to

15   its investors?

16        A.    Correct.

17        Q.    Okay. Paragraph 31 you state

18   that the general ledger describes

19   transfers from the manager and the funds

20   as transfers, without identifying these

21   transfers as accrued fees or other

22   compensation.

23             You would agree that just

24   because a general ledger entry does not

25   describe the type of transfer doesn't

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 243 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 242

1                 DOUGLAS J. SMITH

2    make the transfer improper, right?

3         A.    That could be true, yes.

4         Q.    That transfer could be for

5    accrued fees or carried interest, for

6    example?

7         A.    It could be.

8         Q.    Okay. You never did an

9    analysis whether the manager, when it

10   earned fees from markups or back-end

11   carried interest, transferred money into

12   the manager's bank accounts, correct?

13              MR. GREENWOOD:  Objection to

14        form.

15        A.    I don't understand the

16   question.

17        Q.    Okay. So money went into the

18   manager's bank account, correct, at

19   times?

20        A.    Yes.

21        Q.    And my question is; you never

22   did an analysis to determine whether that

23   money was earned fee -- was for fees or

24   markups or back-end, correct?

25        A.    I did for markups, yes. And

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 243

                    DOUGLAS J. SMITH

 1                  DOUGLAS J. SMITH
 2   for anything else we can easily calculate
 3   that, yes.
 4        Q.    But you didn't calculate it?
 5        A.    I didn't -- I don't have it in
 6   my declaration.  I did calculate it.
 7        Q.    So you calculated other fees
 8   earned by StraightPath other than
 9   markups?
10             MR. GREENWOOD:  Objection to
11        form.
12        A.    No, that is not what I said.
13        Q.    What did you say?
14             MR. GREENWOOD:  Hold on.
15        Objection to form.
16             MR. SHERMAN:  I'm asking what
17        he just said. He said I didn't say
18        that, so I'm asking him what he
19        said. I don't know what that
20        objection is about. I'm asking what
21        his testimony was because I don't
22        understand what he is saying.
23        A.    As I said before, I haven't
24   calculated any kind of carried interest,
25   any other fees that are coming from the

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 245 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 244

```
 1              DOUGLAS J. SMITH
 2   brokerage accounts and then going to make
 3   investor distributions or to roll it into
 4   other pre-IPO companies but I have those
 5   figures.
 6        Q.    So you don't know whether
 7   money in a fund bank account was ever
 8   money that was accrued fees earned by the
 9   manager, right?
10        A.    I don't know.
11        Q.    So now, you stated that
12   StraightPath moved money across funds to
13   purchase pre-IPO shares, correct?
14        A.    Yes.
15        Q.    Okay. So now, we just talked
16   about fees that you didn't account for
17   outside of markups. Let me rephrase.
18              You just talked about the
19   analysis you did was markups, but we're
20   just talking about at times you will see
21   from the bank accounts, dollars in a
22   particular fund bank account, right?
23   You'll see them in the bank statements,
24   correct?
25        A.    I don't understand the
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 245

1              DOUGLAS J. SMITH

2    question.

3         Q.    Okay. When you were looking at

4    bank statements throughout the time

5    period, we're talking about from 2017

6    onwards, there were dollars, monies,

7    sitting in the fund bank accounts,

8    correct?

9         A.    Yes.

10        Q.    Okay. And you saw money moving

11   at times between one fund and another,

12   correct?

13        A.    Yes.

14        Q.    Sorry. Someone else is trying

15   to start a Teams call. I lost my train of

16   thought. I apologize.

17             So with those dollars it's

18   possible that StraightPath had accrued

19   fees in the fund bank account that it

20   earned but simply never moved them -- let

21   me say it differently.

22             They accrued fees in the fund

23   bank account and used those fees that

24   they had earned to pay for new pre-IPO

25   shares; is that a possibility?

Page 246

1                   DOUGLAS J. SMITH

2          A.    I don't know.

3          Q.    Right. Because you didn't

4    analyze the fees that they earned, other

5    than markups?

6          A.    Correct.

7          Q.    So it's possible that money

8    transferred -- transferring from one fund

9    to another was accrued fees that was

10   StraightPath's money that it used to buy

11   new stock, correct?

12         A.    I don't know.

13         Q.    Now, I want to walk you

14   through the sale of a stock and then ask

15   questions.

16               So you agree with me that

17   StraightPath went out and bought millions

18   of dollars of private company stock,

19   right?

20         A.    I see funds moving to third

21   parties to purchase shares. Whether they

22   exist, I don't know. I haven't tracked

23   the custody of those shares.

24         Q.    Okay. So you're saying that

25   from your analysis you didn't -- you

Page 247

1               DOUGLAS J. SMITH
2    don't have an analysis to confirm if
3    StraightPath bought one stock from its
4    own money?
5               MR. GREENWOOD:  Objection to
6          form.
7          A.    So, as I said, when funds are
8    going out from bank accounts to a third
9    party I know the amount of shares that
10   they purchased and the price and the fees
11   associated with that transaction. That's
12   what I looked at.
13         Q.    Let's make this easier. Let's
14   assume that StraightPath went out and
15   bought stock that it inventoried of its
16   own money, okay?
17              An investor that wants an
18   interest in the stock could then go to
19   StraightPath and invest in the fund,
20   correct?
21         A.    Okay.
22         Q.    Do you understand my
23   hypothetical so far?
24         A.    Not really.
25         Q.    Let's back up. If an investor

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 248

1              DOUGLAS J. SMITH

2    wants to invest in a fund that connects

3    to pre-IPO shares, they would have to put

4    money in, correct?

5          A.    They would send funds, yes,

6    into purchase shares.

7          Q.    Okay. So once that money is in

8    there the idea is -- in the fund, the

9    idea is that that money is going to be

10   used to buy the stock, correct?

11         A.    That's not my understanding of

12   what happened in the welcome letters.

13         Q.    Okay. So I'm not -- I'm just

14   talking generally speaking, that if an

15   investor wants to put money in, their

16   money is going to be used in exchange for

17   interest that tie to stock, correct?

18              MR. GREENWOOD:  Objection to

19         form.

20         A.    That's not how I understand

21   how it worked. StraightPath --

22         Q.    How do you understand it?

23         A.    StraightPath told investors in

24   the welcome letters that they already

25   owned the shares, and as I testified

Page 249

```
1                DOUGLAS J. SMITH
2    earlier, there were deficits across all
3    of them in the beginning.
4         Q.    Well -- sorry. Go ahead,
5    finish.
6         A.    That's it.
7         Q.    So you keep talking about
8    deficits. The only deficits I've seen
9    that you've identified are seven stocks
10   -- seven companies, correct?
11        A.    As of today.
12        Q.    Right. And so if you saw a
13   deficit I guess earlier on and that
14   deficit was taken care of, because as of
15   today that deficit doesn't exist for the
16   other stocks, correct?
17        A.    In my mind there should never
18   be a deficit.
19        Q.    I'm not asking that question.
20   I'm not asking you to advocate for the
21   SEC's position here.  I'm asking you a
22   simple question. I'm asking you --
23             MR. GREENWOOD:  Let's focus on
24        the question and try to answer the
25        question.
```

Page 250

1                 DOUGLAS J. SMITH

2        Q.     With the SEC -- with the --

3   you've noted at various times there were

4   deficits, but sitting here -- of various

5   stocks other than seven, but sitting here

6   today you have noticed and notified the

7   court that you see seven stocks with

8   deficits, correct?

9        A.     Yes.

10       Q.     Okay. And so, therefore, for

11  any other ones you saw over time if there

12  was a deficit, as you say, then clearly

13  that was made up so that there was no

14  more deficit, correct?

15       A.     I don't know if it was made up

16  or not.

17       Q.     How could it otherwise be if

18  there is no deficit today?

19       A.     I don't know what to tell you.

20  I mean, when you -- when you sell someone

21  a higher price, and you haven't even

22  purchased the shares at the lower price,

23  you know, it just defies logic to me to

24  engage in this, like, hypothetical -- the

25  shares don't exist.

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 252 of 380
Douglas J. Smith                        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 251

1                DOUGLAS J. SMITH
2              So yes, at the end of the day,
3     these are the deficits but just because
4     they're less than other shares now --
5         Q.    Here is the problem. You keep
6     talking about -- I want to make sure I
7     understand.  You keep discussing this
8     concept of some overall deficit.
9              We're talking about, as I
10    understand it, a total of 14 million,
11    3.4% deficit over 400 million raised,
12    correct?
13        A.    Yes.
14        Q.    Okay. So there's not deficits
15    on every stock, there's deficits that you
16    show in seven stocks, correct, sir?
17        A.    As of today, yes.
18        Q.    As of today. But we're here
19    today, this is why the SEC has sued,
20    because of 14 million and the other
21    allegations, correct?
22        A.    Yes.
23        Q.    So what I'm trying to say and
24    understand is when you're looking at the
25    stock, from looking at everything

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 252

1              DOUGLAS J. SMITH
2    StraightPath, clearly had an extensive
3    amount of stock that it sold to investors
4    that it had. There was not a deficit for
5    every stock that it sold. That is a false
6    statement, isn't it true, sir?
7              MR. GREENWOOD:  Objection to
8         form.
9         A.    No. No. Because when they're
10   selling shares to investors you had
11   deficits that existed at that time that
12   were cured later on.
13        Q.    You've seen deficits in every
14   stock -- for example, Triller, at any one
15   point in time had a deficit?
16        A.    Yes. All of them had deficits
17   at one point in time.
18        Q.    So I don't understand. So if
19   ultimately what you are saying is that
20   there is some deficit, I just want to
21   understand, you are saying at no point in
22   time StraightPath ever had a stock in
23   inventory through a contract with a third
24   party that it was selling to investors,
25   it never once had stock in inventory, is

Page 253

1                    DOUGLAS J. SMITH
2      that what you are testifying to?
3                    MR. GREENWOOD:  Objection to
4          form.
5          A.    No, it changed every day. You
6      have to look at the inventory of every
7      single pre-IPO company throughout time
8      and we're really talking about snapshots
9      in time.
10         Q.    I'm asking a simple question.
11     From what you just said, you will admit
12     that there was times, I'd say substantial
13     time, but very minor when there is
14     actually deficits, but there was clearly
15     times when StraightPath had plenty of
16     stock to sell to its investors; is that
17     true?
18                   MR. GREENWOOD:  Objection to
19         form.
20         A.    I don't know.
21         Q.    You don't know if StraightPath
22     -- I'm just trying to ask a simple
23     question.
24               You said that StraightPath had
25     stock to sell to its investors, it wasn't

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 255 of 380
Douglas J. Smith        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 254

1                   DOUGLAS J. SMITH
2    always in a deficit, correct?
3         A.    Yes.
4         Q.    So getting back to my -- which
5    really isn't a hypothetical, you've
6    confirmed now that StraightPath had stock
7    that it would go out and sell to
8    investors, correct?
9         A.    They've already been sold to
10   investors as of today, so --
11        Q.    I'm not talking about today.
12   I'm talking about a prior point in time.
13              StraightPath had stock that it
14   sold to investors -- sold through
15   investments in funds, correct?
16        A.    Yes.
17        Q.    Okay. And in exchange for
18   StraightPath selling the stock so that
19   investors would have their beneficial
20   interest, investors pay money, correct?
21        A.    Yes.
22        Q.    Okay. So then, therefore, in
23   that situation that money is now
24   StraightPath's because it has been -- it
25   has sold stock, it gets the money, the

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 255

```
 1              DOUGLAS J. SMITH
 2   stock goes to the funds for the
 3   investors, correct?
 4         MR. GREENWOOD:  Objection to
 5      form.
 6      A.   So the money is the markup
 7   differences.
 8      Q.   No. No. No. No. The money is
 9   not the markup differences. If I sell a
10   stock to an investor for $100 through a
11   fund and the investor gives me $100, the
12   $100 is mine because now they have the
13   interest in the stock. It has nothing to
14   do with the markup.
15         MR. GREENWOOD:  Objection to
16      form. Scott, you just want to argue
17      with the witness?
18         MR. SHERMAN:  No. I'm asking
19      him --
20         MR. GREENWOOD:  Ask him a
21      question.
22         MR. SHERMAN:  I'm asking him.
23      Q.   I'll say it again so it's very
24   clear as a question.
25         StraightPath sells a stock for
```

Douglas J. Smith                        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 256

1              DOUGLAS J. SMITH
2    $100 in the funds, the investor gives the
3    $100, the $100 is now StraightPath's, the
4    investor has an interest in the fund
5    equivalent to the $100 in stock, correct?
6         A.    Yes.
7         Q.    Okay. So, therefore, there is
8    nothing improper if StraightPath uses
9    that $100 to buy other stock, correct?
10              MR. GREENWOOD:  Objection to
11         form.
12         A.    I don't know.
13         Q.    You don't know if StraightPath
14   should have the right to use its money
15   when it sold stock?
16              MR. GREENWOOD:  Objection to
17         form.
18         A.    I don't know.
19         Q.    How do you not know? What is
20   confusing you on that question?
21              MR. GREENWOOD:  Objection to
22         form.
23         A.    I don't understand.
24         Q.    You don't understand. Okay.
25              So if StraightPath sells stock

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 258 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 257

```
 1              DOUGLAS J. SMITH
 2   through a fund for $100, and we've
 3   already talked about that the investor
 4   gave StraightPath that $100, we already
 5   agreed that StraightPath -- that $100 is
 6   StraightPath's, correct?
 7              MR. GREENWOOD:  Objection to
 8        form.
 9        A.    I don't know.
10        Q.    You don't know whose money the
11   $100 is?
12        A.    So I mean --
13              MR. GREENWOOD:  Objection to
14        form.
15        A.    -- I don't -- I don't
16   understand the question. I'm so off in
17   terms of where we're going and I'm just
18   totally confused.
19        Q.    Okay. I'm trying to understand
20   whether or not you ever accounted for the
21   fact that StraightPath sold stock it had
22   in inventory and then used that stock
23   cash, the cash it got to buy other -- buy
24   other stock, whether you analyzed that?
25        A.    Right. And as I've said
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 258

1                    DOUGLAS J. SMITH

2      multiple times, I can account for all

3      inflows and outflows of funds.

4              I guess you're trying to

5      categorize it in a way that I didn't and

6      I just don't understand. I don't

7      understand --

8          Q.    You've testified about this

9      concept of -- go ahead.

10         A.    -- it's not how I did my

11     analysis, and it doesn't -- all inflows

12     and outflows are categorized in a certain

13     way and the vast majority of what was

14     taken out at the end of the day, what was

15     paid to the StraightPath's employees and

16     finders results from those markups.  You

17     know, the inflows and outflows, the

18     dollars coming in and out is what it is.

19         Q.    Okay. You have a declaration

20     here where you have taken pains to argue

21     and you've even testified that this

22     commingling was bad, in your mind, and

23     establishes fraud in your mind?  Is that

24     what I understand from your testimony?

25                   MR. GREENWOOD:  Objection to

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 259

1                    DOUGLAS J. SMITH

2         form.

3         Q.    You have testified that the

4    commingling of StraightPath, you know,

5    was some -- at least as I understand it,

6    you testified and you put in your

7    declaration all sorts of concerning

8    statements and allegations that go into

9    this SEC Complaint related to

10   commingling, correct?

11               MR. GREENWOOD:   Objection to

12        form.

13        A.    Yes.

14        Q.    Okay. You have a concern about

15   the commingling here, correct?

16        A.    Yes.

17        Q.    Okay. And what I'm saying is,

18   when StraightPath -- if StraightPath, in

19   analyzing the dollars for example, in

20   fund bank accounts, some of those dollars

21   could be dollars that StraightPath got

22   for selling stock that it had in

23   inventory, correct?

24        A.    So, again --

25        Q.    Yes or no?

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 260

1                   DOUGLAS J. SMITH

2          A.    Yes.

3          Q.    Okay. And so when we talk

4     about -- and there very well could be

5     times, it's possible, that when

6     StraightPath earned, as I said earlier,

7     that $100 it simply left it in the fund

8     bank account, correct?  That's possible?

9          A.    Yes.

10         Q.    Okay. And it's possible that

11    StraightPath then used its $100 to buy

12    other stock, correct?

13         A.    Yes.

14         Q.    And it's possible at times

15    that that $100 was moved from one fund to

16    another fund to buy stock, correct?

17         A.    Yes.

18         Q.    But it's still StraightPath's

19    $100, right?

20         A.    I guess. I don't know.

21         Q.    Okay. Let me just move to

22    paragraph 39 of your declaration. Let me

23    know when you're ready.

24         A.    I'm ready.

25         Q.    You stated that the 48 million

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 261

```
 1              DOUGLAS J. SMITH
 2   was paid to unregistered sales agents in
 3   more than 5.6 million in Commission
 4   payments, correct?
 5        A.    Yes.
 6        Q.    So let me ask you this, you
 7   didn't write this, correct?
 8        A.    Correct.
 9        Q.    So did -- what analysis did
10   you do to confirm that all the 48 million
11   that you say here went to agents that
12   were unregistered?
13        A.    Yeah.  So on the outflows from
14   bank statements going to these
15   individuals' bank accounts and making the
16   determination if they were registered or
17   not from looking at FINRA database.
18        Q.    So you looked at each person
19   that got a dollar and determined whether
20   or not, from this 48 million, whether or
21   not they were registered or not?
22        A.    Yes.
23        Q.    Then let me ask, on this --
24   just looking at this, there is no backup,
25   so I'm just looking.  Where did you do
```

Page 262

```
 1              DOUGLAS J. SMITH
 2    this analysis?
 3         A.    So it would be in my master
 4    spreadsheet, in looking at the bank
 5    analysis and categorizing each row
 6    accordingly.
 7         Q.    Is that another spreadsheet or
 8    part of -- sorry.
 9              Is that another section of
10    your master that you could print out or
11    send in a smaller form that goes through
12    all the numbers?
13         A.    In the same spreadsheet that
14    we were talking about earlier, yes.
15         Q.    But you could, like, take that
16    information and create -- like, pull it
17    out? We wouldn't have to get -- we
18    wouldn't have to get your whole master
19    spreadsheet?
20         A.    Yeah, I think so.
21         Q.    Okay. Let's walk through a
22    couple of things.
23              Would you say you're generally
24    aware of the process that it takes to
25    acquire, like, for a company like
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 263

1            DOUGLAS J. SMITH
2    StraightPath to acquire pre-IPO stock?
3        A.    I don't -- I don't know, you
4    know, the legal agreements between that
5    and, you know -- I just don't know.
6        Q.    Let me -- let me try to
7    simplify.
8              Excluding the concept of legal
9    agreements, I'm just -- the more of the
10   kind of -- if you're a fund or trying to
11   find stock, are you familiar with the
12   process to go find and purchase stock,
13   like what it takes to find stock?
14       A.    Yes. You're trying to acquire
15   shares.
16       Q.    Right. But do you know -- are
17   you familiar with what kind of work it
18   takes to do that?
19       A.    I don't know.
20       Q.    You've never been part of that
21   process at a company or otherwise, right?
22       A.    No.
23       Q.    And so we know -- these are
24   all private companies, so none of this
25   stock is publicly traded at this point,

Page 264

```
 1              DOUGLAS J. SMITH
 2   right?
 3        A.    I think four or five went
 4   public.
 5        Q.    I'm sorry. I mean, sorry, when
 6   they're acquiring the stock, the
 7   offerings before they go public, all this
 8   is private stock that's going to be
 9   acquired by the fund, correct?
10        A.    Correct.
11        Q.    Okay. So are you familiar with
12   the kind of -- have you ever been through
13   the process or otherwise know what kind
14   of volume a fund may have to purchase in
15   order to have access to private stock?
16        A.    I don't know.
17        Q.    Do you have any sense or
18   understanding of the -- of what brokers
19   may charge, brokers may charge in finding
20   stock for funds like StraightPath?
21        A.    I don't know.
22        Q.    Do you have any idea of what
23   fees may be charged by the company that
24   -- the pre-IPO company to transfer stock?
25        A.    I don't know. All I know is
```

Douglas J. Smith                          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 265

1                   DOUGLAS J. SMITH
2    what I'm categorizing it in my bank
3    analysis as it's happening.  I just don't
4    know the context underlying it.
5         Q.    Do you have any knowledge
6    about -- do you know what a forward
7    contract is?
8         A.    I don't know.
9         Q.    Now, do you understand that
10   generally the concept here is investors,
11   at least are -- well, are investing in
12   this private company with the hope the
13   price they paid for it is less than what
14   it is if they go public, correct?
15        A.    Yes.
16        Q.    Okay. Have you ever personally
17   invested in anything like this?
18        A.    No.
19        Q.    Do you know anyone who has?
20        A.    No.
21        Q.    Okay. Now, you understand that
22   companies, you know, many companies never
23   go public, correct, private companies?
24        A.    Yes.
25        Q.    And some companies that do,

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 266

1           DOUGLAS J. SMITH
2    when they form, let's say a new company
3    forms it could take many years for a new
4    company to go public; do you understand
5    that?
6           A.    Yes.
7           Q.    Now, earlier you talked about
8    the concept of that you understood what 2
9    and 20 meant, right?
10          A.    Yes.
11          Q.    Okay. So you know that
12   managers can charge 2% -- sorry -- 2% of
13   management fee of assets they're holding
14   each year, correct?
15          A.    I know that that's -- yes,
16   that's an option that certain fund
17   managers can do, yes.
18          Q.    And you understand from
19   looking at the welcome letters that
20   StraightPath did not charge that, right?
21          A.    I don't know yes or no whether
22   StraightPath did that or not.
23          Q.    Okay. Well, what I'm really
24   referring to is you've seen no document
25   that they charged a management fee,

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 267

1                DOUGLAS J. SMITH

2    correct?

3          A.    I don't think so.

4          Q.    Now, the welcome letters said

5    they weren't charging a management fee,

6    is that what you saw?

7          A.    I think so.

8          Q.    You think that they did or

9    didn't?

10         A.    I don't know. I would have to

11   look at a welcome letter.

12         Q.    Are you aware that -- whether

13   StraightPath ever charged a due diligence

14   fee to any of its investors?

15         A.    No.

16         Q.    How about expense fees?

17         A.    I don't know.

18         Q.    Performance bonus fees?

19         A.    I don't know.

20         Q.    Now, just to confirm, in your

21   declaration you know that StraightPath

22   paid finders out of the markup that it

23   received, correct?

24         A.    I don't think I --

25               MR. GREENWOOD:  Objection to

Page 268

1             DOUGLAS J. SMITH

2        form.

3        A.      -- I say that.

4        Q.      Let me ask you a different

5   question.

6             Do you understand where the

7   money came from to pay finders or

8   broker-dealers their fee?

9        A.      Yes, from the bank account

10   records, it's either coming from the

11   investors or the brokerage account.

12        Q.      Okay. But as far as those

13   fees, if they're coming out of the

14   markup, the dollars from the markup that

15   StraightPath takes in, did you analyze

16   whether those fees that brokers were

17   getting paid was coming out of the

18   markup?

19        A.      No.

20        Q.      You didn't think it important

21   to kind of assess how much money was

22   going out from the markup?

23             MR. GREENWOOD:  Objection to

24        form.

25        A.      Yes.  And I would have done so

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 269

1                DOUGLAS J. SMITH
2      if all of the records were in one place,
3      but they just weren't accounted for for
4      every investor.
5           Q.    So -- wait.  But you spent a
6      lot of time in your report, in your
7      exhibits calculating markup, correct?
8           A.    Yes.
9           Q.    But there's no calculation you
10     did to try to assess how much of that
11     markup went to pay third-party fees in
12     acquiring the stock, correct?
13          A.    Correct. But I know where it
14     would have come from.
15          Q.    What does that mean?
16          A.    So all of the inflows into the
17     bank accounts are from investors or
18     brokerage accounts.
19          Q.    Right. But you focused very
20     heavily -- you focused a good part of
21     your brief on how high in your mind a
22     percentage markup there was, correct?
23          A.    Yes.
24          Q.    But in the analysis you didn't
25     focus at all on how much of that had to

Page 270

1                DOUGLAS J. SMITH

2    go out to third parties to pay the fees

3    it took to get the stock, did you?

4                MR. GREENWOOD:  Objection to

5        form.

6        A.    I didn't find any records for

7    all of the rows that accounted for fees.

8        Q.    Wait. But you calculated how

9    much went out to broker-dealers and

10   finders?

11       A.    Yes.

12       Q.    So you know how much went to

13   broker-dealers and finders.  Although,

14   you didn't provide the backup, you have a

15   number of 48 million that went out to

16   third parties?

17       A.    Yes.

18       Q.    Okay. So you have that number

19   and you have this markup number, but did

20   you ever take effort to tie the two to

21   understand how much of that markup was

22   being used to pay out these brokers?

23       A.    Yes. As I said before, in my

24   pivot tables you can see all inflows and

25   outflows and if we do simple math we can

Page 271

```
 1              DOUGLAS J. SMITH
 2   figure that out.
 3        Q.    But that's not in your
 4   declaration?
 5        A.    No.
 6        Q.    Let's go to paragraph 43 and
 7   44. Let me know when you're ready.
 8        A.    Yes. I'm ready.
 9        Q.    So you state --
10              MR. GREENWOOD:  43 or 44.
11              MR. SHERMAN:  I'll start with
12        43.
13        Q.    Now, this is where it
14   references the SP Fund Manager and SP
15   Adviser charged investor markups the
16   difference between the price the SP
17   Manager paid for the pre-IPO shares and
18   the price at which the SP Manager sold
19   the corresponding Series Interest. Do you
20   see that in 43?
21        A.    Yes.
22        Q.    Now, you state that
23   StraightPath charged investors markups
24   and that you calculated the average
25   markup price?
```

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 273 of 380
Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 272

1                 DOUGLAS J. SMITH
2         A.    Yes.
3         Q.    You also state that you
4    calculated not just the markup
5    percentages but the average underlying
6    sales price of the pre-IPO stock to
7    investors, right?  Do you want me to
8    repeat that?
9         A.    Yes.
10        Q.    You also state that you
11   calculated not just the markup percentage
12   but the average underlying sales price of
13   pre-IPO stock to an investor, right?
14        A.    Yes.
15        Q.    Did you do any analysis
16   comparing the average sales price to
17   investors and the market prices for which
18   an investor could have purchased an
19   interest in the same pre-IPO stock at the
20   same time from a different fund?
21        A.    No.
22        Q.    Okay. So you have no idea
23   whether or not what they were charging
24   was market at the time?
25        A.    I don't know.

Page 273

1                DOUGLAS J. SMITH

2        Q.      Okay. Just to confirm, you

3    didn't do any market analysis at any

4    point in time of what the prevailing

5    market price was at the time StraightPath

6    was selling stock to investors, right?

7                MR. GREENWOOD:   Objection to

8        form.

9        A.      Yes.

10       Q.      You did do a market analysis?

11       A.      No, I did not.

12       Q.      Do you know if anyone else at

13   the SEC did that?

14       A.      No.

15       Q.      Now, did you do any analysis

16   of how long StraightPath held stock that

17   it sold to investors -- let me back up.

18   Let me rephrase that.

19               We had talked earlier that

20   there were times when StraightPath owned

21   stock that it sold to investors. Do you

22   remember that testimony?

23               MR. GREENWOOD:   Objection to

24       form.

25       A.      I think so.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 274

1              DOUGLAS J. SMITH
2       Q.    Okay. Well, hold on. Okay. So
3  I know that you're getting confused and I
4  don't want to --
5              MR. GREENWOOD:  Let the
6         transcript speak for itself here,
7         okay?  If you want to recite the
8         transcripts it obviously says what
9         it says.
10             MR. SHERMAN:  He's looking
11        confused, that's all I'm saying.
12        And he said "I think so", so I'm
13        trying to help out and make sure we
14        know where things are at so I can
15        ask questions and he feels
16        comfortable with what I'm asking.
17      Q.    So previously we talked about,
18  at least in your analysis, tell me if I'm
19  mistaken, but my understanding from your
20  prior testimony there was times where
21  StraightPath had inventory of stock and
22  sold it to investors, correct?  We talked
23  about that previously?
24      A.    Yes. It depends on what they
25  were looking at.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 275

                        DOUGLAS J. SMITH

1

2       Q.    I'm not talking holistic, I'm

3   just talking over time.

4             So did you ever do an analysis

5   of how long StraightPath held a stock in

6   its own account before it sold?

7             MR. GREENWOOD:  Objection to

8       form.

9       A.    So, again, you're talking

10  about brokerage account records, when

11  something goes IPO and they hold stock?

12  That's the only way it would happen.

13            MR. GREENWOOD:  You want to

14      clarify what account you're talking

15      about?

16      Q.    Let me kind of back up.

17            So did you look at any

18  purchase documents where StraightPath had

19  purchased -- had purchased stock, I think

20  it's in your declaration, like, the date

21  that they purchased, you looked at some

22  of that, right?

23      A.    Yes.

24      Q.    Okay. So and there's a point

25  later in time where that stock was sold

Page 276

1              DOUGLAS J. SMITH

2    to investors?

3         A.    Yes.

4         Q.    So I'm asking, did you do any

5    analysis comparing the market price at

6    the time they bought the stock versus the

7    time they sold the stock?

8         A.    I mean, to come up with these

9    markups here, you know, that's in my

10   declaration, yes.  So the markup

11   percentages versus what they paid from a

12   third party and what they sold to

13   investors, I did that.

14        Q.    Right.

15        A.    I don't know if you're talking

16   about market prices -- okay.

17        Q.    Well, I'm just saying you

18   understand that StraightPath is not the

19   only fund out there that, since 2017, was

20   selling interest in funds that connected

21   to pre-IPO stock, right?

22        A.    Yes.

23        Q.    Okay. So I'm just saying that

24   if StraightPath bought a stock at a

25   particular price at one point and sold it

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 278 of 380
Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 277

1              DOUGLAS J. SMITH
2   at another point, did you take any effort
3   to look at what other people were selling
4   the stock at to see if -- at all? Did you
5   look at all what other people were
6   selling that same stock at?
7        A.    No.
8        Q.    Okay. So you understand that
9   when StraightPath buys stock that, at a
10  certain price and hasn't sold it to
11  investors, it carries market risk,
12  correct?
13       A.    Yes.
14       Q.    Some investors may never want
15  to buy the stock that it purchased,
16  correct?
17            MR. GREENWOOD:  Objection to
18       form.
19       Q.    Well, it's possible that an
20  investor -- that they could find no one
21  to purchase the stock that they acquired,
22  correct?
23       A.    It's possible, yes.
24       Q.    Okay. And do you not agree
25  that when StraightPath sells stock to

Page 278

1                    DOUGLAS J. SMITH

2    investors it has the right to sell it at

3    a price that is -- let me strike that.

4              Do you agree or disagree that

5    when StraightPath sells stock, that it

6    should have the right to sell the stock

7    at a reasonable market price that it

8    deems appropriate?

9              MR. GREENWOOD:  Objection to

10        form.

11        A.    Sure.

12        Q.    Did you do an analysis at all

13   of what costs may affect, like a markup,

14   you know, where the markup comes from?

15        A.    No.

16        Q.    And also, as far as the markup

17   goes, you did not do -- you didn't do an

18   analysis, did you, to determine what, if

19   any, portion of that markup StraightPath

20   kept after it paid out its fees for any

21   particular stock, correct?

22              MR. GREENWOOD:  Objection to

23        form.

24        A.    So we know the analysis of the

25   net inflows and outflows. We know how

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 279

1                   DOUGLAS J. SMITH

2    much they paid finders and themselves

3    versus what came in. So that's easily --

4    we can easily calculate that.

5         Q.     But just to be clear, you guys

6    -- sorry -- the SEC presented your

7    declaration which highly focuses on the

8    percent of markup, right?

9         A.     Yes.

10        Q.     But it nowhere in the

11   declaration or the exhibits does it show

12   that what portion of the markup

13   StraightPath actually kept after paying

14   out fees, correct?

15        A.     Well, there's only $2 million

16   left in the bank account. So all of

17   the -- vast majority of the money that

18   went out were attributed to markups.

19        Q.     That's not my question. I'm

20   asking, if you showed that there was a

21   percentage in dollar figure of the

22   markup, wouldn't you agree that it gives

23   the impression in your declaration that

24   StraightPath kept all of that money,

25   correct?

Page 280

```
 1              DOUGLAS J. SMITH
 2              MR. GREENWOOD:  Objection to
 3        form.
 4        A.    Yes.
 5        Q.    But that's not true, is it,
 6   sir?
 7        A.    No, it is true.
 8        Q.    That StraightPath kept the
 9   whole markup?
10        A.    Yes.
11        Q.    You didn't do an analysis of
12   what money -- there's no analysis in your
13   declaration showing that, of a markup for
14   a particular stock, that they had to then
15   pay -- StraightPath had to pay a broker,
16   like, the -- I'm not talking about the
17   back end. Let's just back up.
18              You buy stock, you know what
19   the markup is, but you don't have
20   anywhere in there showing that for a
21   particular stock sale to an investor that
22   some of that money went to pay for the
23   people that found the stock?
24              MR. GREENWOOD:  Are you asking
25        in his declaration?
```

Page 281

```
 1              DOUGLAS J. SMITH
 2              MR. SHERMAN:  In his
 3      declaration or in his exhibits.
 4         Q.    There's nothing that shows how
 5      much of that markup went to pay for those
 6      that found the stock, the broker fees,
 7      it's not in there, is it, sir?
 8         A.    I don't understand the
 9      question because I know how much came in
10      from the brokerage accounts to sell stock
11      of shares that have went IPO and what
12      they did with it in the bank accounts.
13      And on the other side, the vast majority
14      of funds I can attribute investor funds
15      coming in and over $100 million going
16      out.
17         Q.    Okay. Let's back this up and
18      make it simple.
19              You spent time in your
20      declaration identifying how much of a
21      percent markup StraightPath had on a
22      particular stock from your calculation,
23      correct?
24         A.    Yes.
25         Q.    But in that same declaration
```

Page 282

1                    DOUGLAS J. SMITH

2    you have no analysis in there or the

3    exhibits showing how much of that markup

4    actually had to go out to pay third

5    parties who found the stock, like

6    brokers, correct? There's no tie?

7                    MR. GREENWOOD:   Objection to

8         form.

9         A.    It's tied in the work that I

10   did and it's something that I can do.

11        Q.    But -- okay.  Yes or no, there

12   is nothing in the declaration or the

13   exhibits to your declaration that show

14   how much of the markup went to pay any

15   third parties associated with acquiring

16   the stock?

17                    MR. GREENWOOD:   Objection to

18        form.

19        A.    I don't understand. I would

20   have to rereview everything.

21        Q.    You'd have to rereview. Show

22   me. I mean, the declaration you said you

23   signed a week ago. Show me where you

24   identify how much of the markup -- how

25   much of the markup StraightPath kept and

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 283

1              DOUGLAS J. SMITH
2    where it went?
3              MR. GREENWOOD:  That's not the
4         same question you just asked.  You
5         can ask it but that's not quite the
6         same question you just asked.
7              MR. SHERMAN:  It's the same
8         premise, that you chose certain
9         things and ignored others.
10        Q.    Let me ask you that question
11   then so you can look at it.
12             There is nothing in here in
13   your declaration or your exhibits showing
14   how much StraightPath kept of the markup
15   and how much went out to third parties,
16   correct?
17        A.    I don't think so, no.
18        Q.    I know so. You said I don't
19   think so. It's not in there, right?
20        A.    Okay.
21        Q.    I want you to agree with me.
22             MR. GREENWOOD:  This is not
23        your deposition. Okay.
24             MR. SHERMAN:  Actually, it is
25        in my deposition.

Page 284

1          DOUGLAS J. SMITH
2          MR. GREENWOOD:  You're not
3     giving answers to questions under
4     oath.
5          MR. SHERMAN:  He said "I think
6     so".  I'm just trying to make sure
7     it's clear.
8     Q.    It's not in there, right, sir?
9     A.    I think you're correct, yes.
10         MR. SHERMAN:  Let's take a
11    five minute break and see where I'm
12    at.
13         VIDEOGRAPHER:  Stand by. Off
14    the record 4:23 p.m.  This is the
15    end of Media Unit 4.
16         (Recess is taken.)
17         VIDEOGRAPHER:  Going back on
18    the record 4:38 p.m.  This is the
19    beginning of Media Unit 5. Okay.
20    You may proceed.
21    Q.    Mr. Smith, again, Scott
22 Sherman. You understand that you're on
23 the record -- sorry -- that you're under
24 oath still?
25    A.    Yes.

Case 1:22-cv-03897-LAK  Document 23-5  Filed 05/20/22  Page 286 of 380
Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 285

1            DOUGLAS J. SMITH
2      Q.    Okay. Just so couple of
3  cleanup questions on a couple of things.
4            At one point, if you can
5  recall your testimony, you mentioned that
6  there was over $100 million going out. Do
7  you remember that testimony?
8      A.    I don't recall. I mean, I have
9  all inflows and outflows of money and
10  what you are referring to is the amounts
11  going to the StraightPath employees and
12  the finders.
13      Q.    So let me just kind of -- if
14  you bear with me.  There was a point
15  where I was asking:   "There is nothing
16  that shows how much of the markup went to
17  pay for those that found the stock?  The
18  broker is not there."  And you said, "I
19  don't understand the question because I
20  know how much came in from the brokerage
21  accounts to sell stock of shares that
22  went IPO and they did with it in the bank
23  account. And the other side, the vast
24  majority of funds I can attribute going
25  in, and then over 100 million going out."

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 286

1              DOUGLAS J. SMITH
2          MR. GREENWOOD:  He can't see
3      the transcript, you're reading the
4      transcript.  Typically a court
5      reporter would read back here.
6          MR. SHERMAN:  That's fine. I
7      was just trying to speed things
8      along. That's fine. Do we have when
9      that was, Josh?
10          (Pending question and answer
11      is read back by the reporter.)
12      Q.   Does that refresh your memory?
13          MR. GREENWOOD:  Do you need it
14      repeated?
15          THE WITNESS:  No.
16          MR. SHERMAN:  Wait. What are
17      we doing?
18          MR. GREENWOOD:  I just wanted
19      to make sure he understood it and
20      heard it before you ask your
21      question.
22      Q.   I was just trying to
23  understand when you said "100 million
24  going out" what you were referring to?
25      A.   So the total amount of

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 287

1              DOUGLAS J. SMITH

2    markups, like the delta between what

3    they're purchasing from third parties and

4    what they're selling to investors, it's

5    over $100 million.

6         Q.    Okay. Now, during your

7    testimony you've referred a couple of

8    times to Ponzi-like.

9              Can you tell me what you mean

10   by Ponzi-like in your mind?

11        A.    Yes. When you're paying an

12   investor their money back with funds from

13   a new investor coming in.

14        Q.    But so to confirm, though, we

15   talked earlier, you did not calculate

16   whether the money in the fund that went

17   out to -- wait. Repeat that again, so I

18   understand what you are saying, your

19   concept of Ponzi-like?

20        A.    When you're paying old

21   investors with new investor money.

22        Q.    And are you referring when

23   there was a refund to investors?

24        A.    Yes, that's one instance of a

25   Ponzi-like payment.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 288

1                    DOUGLAS J. SMITH
2         Q.    Okay. So if, now, we talked
3    earlier about the fact that there's cash
4    in the fund accounts, bank accounts, that
5    you did not calculate whether those were
6    fees earned by StraightPath, do you
7    remember that testimony?
8              MR. GREENWOOD:  Objection to
9         form.
10        A.    I don't understand the
11   question.
12        Q.    Well, when you say that money
13   from a bank account was from old
14   investors going to new investors, you're
15   making an assumption that that money, or
16   in our example, the refund is still the
17   old investor's money, correct?
18        A.    So when I look at Ponzi-like
19   payments, you have to look at the bank
20   balance of accounts and you have to look
21   at the specific time period when that --
22   when that investor is getting their money
23   back and how are they making that
24   investment -- how are they paying the
25   funds to that investor. And for some

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 289

1              DOUGLAS J. SMITH
2    instances, for Ponzi-like payments, you
3    use new investor money coming in.  The
4    only way to make that outgoing withdrawal
5    to an investor is from the new money
6    coming in, if you just look at the bank
7    balances at a specific time.
8         Q.    But let me ask you a question,
9    we talked about this earlier, just to
10   kind of touch base again on it, there's
11   times where StraightPath had stock, it
12   sold to investors and that money coming
13   in to pay for the stock, once it came in,
14   the investors got the stock and
15   StraightPath got the money, the $100 I
16   was talking about earlier. Do you
17   remember that?
18        A.    Yes, generally.
19        Q.    So if StraightPath takes in
20   $100 from selling stock it owns and then
21   distributes that $100 to a new investor,
22   for a refund, they have every right to
23   distribute it, don't they?
24        A.    I don't know.
25        Q.    Well, you're the one that used

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 290

1                 DOUGLAS J. SMITH
2    Ponzi-like but you don't know if they can
3    use their own money to distribute to new
4    investors?
5         A.    So I'm describing what
6    Ponzi-like behavior is, is when you pay
7    out old investors with new investor
8    money. And the way to do that is to look
9    at the bank accounts on specific dates
10   and periods of time.
11        Q.    Just so I understand, you're
12   looking at simple math, simply bank
13   accounts, dollars going in and out.
14        A.    Yes.
15        Q.    So the fact that money comes
16   in and then goes out, that's -- that
17   happens every day in bank accounts,
18   correct?
19        A.    Yes.
20        Q.    But you're making an
21   insinuation that because money came in
22   and then went out to an investor, in this
23   example a refund, the only answer is that
24   it has to be a Ponzi-like payment?
25                 MR. GREENWOOD:  Objection to

Page 291

1               DOUGLAS J. SMITH
2        form.
3        A.    Yes. The only way for that
4   investor to get their money back is from
5   new investor money coming in.
6        Q.    Unless that money is no longer
7   the investor's that came in because it
8   was used to purchase stock, correct?
9               MR. GREENWOOD:   Objection to
10       form.
11       A.    I guess.
12       Q.    So there's lots of reasons
13  that money that comes in, and legitimate
14  reasons that money that comes into a bank
15  account can be used to pay a refund,
16  correct?
17       A.    In Ponzi-like payments it's
18  very clear that there's no money in the
19  account and the person cannot be paid out
20  with new investor money coming in.
21  That's solely what I'm talking about.
22       Q.    But just to be clear, you're
23  making the assumption in your mind that
24  that new money, once it comes in, is
25  still the investor's money, correct?

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 293 of 380
Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 292

```
 1              DOUGLAS J. SMITH
 2              MR. GREENWOOD:  Objection to
 3      form.
 4       A.    It's still the new investor's
 5   money.
 6       Q.    But if the investor was
 7   putting we'll say the $100 in to pay for
 8   stock from StraightPath, then now that
 9   $100 isn't investor's money, is it?
10       A.    In the example I'm using, they
11   don't have that scenario. That's not
12   happening in my example.
13       Q.    And that's because you solely
14   looked at bank records and see that there
15   is only so much money in the account, so
16   you're making the determination that
17   because there is only so much money in
18   the account that it has to be a
19   Ponzi-like payment, correct?
20              MR. GREENWOOD:  Objection to
21      form.
22       A.    Correct.
23       Q.    That new investor money that
24   came in, do you know why it came in?
25       A.    Yes. They're purchasing shares
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 293

1                DOUGLAS J. SMITH
2       in the pre-IPO company.
3            Q.    And if there is a surplus when
4       the money comes in, then that stock that
5       they were buying is going to the investor
6       fund and that money is going to
7       StraightPath, correct?
8            A.    Not on the date in question.
9       It's going to pay off the old investor,
10      it's not being -- those new funds are not
11      being made to purchase shares, they're
12      being made to purchase old investors.
13           Q.    You're missing the question.
14      There is points that we've -- we're not
15      saying -- StraightPath doesn't have to go
16      and buy the stock because, as we've
17      discussed earlier, StraightPath already
18      has inventory.
19           A.    I don't know. I would have to
20      look on a case-by-case basis at a
21      specific time period.
22           Q.    Right. And so instead what you
23      did is you determined that every time
24      that money went in and went out it has to
25      be a Ponzi-like payment?

Page 294

```
 1              DOUGLAS J. SMITH
 2              MR. GREENWOOD:  No. Objection
 3       to form.
 4       A.    In the instances that I have,
 5   it's Ponzi-like behavior.
 6       Q.    Right.  Because it couldn't be
 7   something where money was just being used
 8   that was StraightPath's to pay, it would
 9   have to something that's Ponzi-like,
10   otherwise, there wouldn't be a basis to
11   make your claims here, correct?
12              MR. GREENWOOD:  Objection to
13       form.
14       A.    I don't know.
15       Q.    It's important to kind of
16   know, though, right? If there is not, as
17   you say, Ponzi-like behavior and it's a
18   legitimate use of funds, that creates a
19   problem for the SEC's case here, correct?
20              MR. GREENWOOD:  Objection to
21       form.
22       A.    I don't think -- I don't know
23   either way.
24       Q.    Bottom line let's ask this; if
25   the money comes in and StraightPath had
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 295

                    DOUGLAS J. SMITH

1    inventory and that money came in, and

2    StraightPath had the stock in surplus, it

3    would have every right to take that $100

4    and use it however it saw fit, correct?

5              MR. GREENWOOD:   Objection to

6        form.

7        A.    I don't know.

8        Q.    You don't know if StraightPath

9    has the right to use its own money how it

10   sees fit?

11       A.    I don't know.

12       Q.    Okay. Question just going

13   back, remember we talked about the 411

14   million?

15       A.    Yes.

16       Q.    Did that account for the fees

17   paid to broker-dealers and finders, that

18   48 million?

19       A.    No.

20       Q.    So that 48 million is above

21   the 411?

22       A.    Yes.

23             MR. GREENWOOD:   Objection to

24       form.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 296

```
 1                 DOUGLAS J. SMITH
 2        A.     I stripped out all of the fees
 3   they paid to registered broker-dealers.
 4   So in the welcome letters they described
 5   a portion of fees that they're taking out
 6   from the investment and the shares times
 7   the price is the amount less the fees.
 8             MR. GREENWOOD:  Are you guys
 9        talking past each other?  He's
10        asking about the amounts raised --
11             MR. SHERMAN:  I'm sorry.
12             MR. GREENWOOD:  Just to be
13        clear, the 411 million you are
14        referring to?
15             MR. SHERMAN:  Let me back up.
16        I'd rather you not testify.
17        Q.     Okay. Let's backup. In the
18   report you talked about $411 million
19   being raised, correct?
20        A.     Yes.
21        Q.     And so what I was trying to
22   say is, like, is the 411 million, do you
23   subtract the broker-dealer and finder
24   fees or is that on top of?
25        A.     I don't subtract the money
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 297

1                  DOUGLAS J. SMITH
2    coming in.  I mean, I guess I'm getting
3    kind of confused.
4        Q.    Let me ask you a different
5    way.
6              The 411 million was raised,
7    that's from investors, roughly?
8        A.    The share price equals the
9    dollar amount, you know, that they sold
10   to investors, that 411 million represents
11   the shares times the price.
12       Q.    Okay. So you had separately
13   referenced that $48 million went out to
14   broker-dealers and finders, correct?
15       A.    Yes.
16       Q.    So if there is 411 million
17   raised, do we -- does that include any
18   monies paid out to broker-dealers or
19   finders?
20       A.    No.
21       Q.    For example -- okay. So you're
22   saying there was an additional $48
23   million raised that went out?
24       A.    No.
25       Q.    So of the 411, 48 million was

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 299 of 380
Douglas J. Smith                        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 298

```
 1                DOUGLAS J. SMITH
 2    used to pay broker-dealers and finders?
 3         A.    I don't -- I don't know. All I
 4    know is investors coming into the bank
 5    accounts, what they purchased, their
 6    shares and the price and what went out
 7    the door, what is the outflow.
 8         Q.    And the inflow was 411, right?
 9         A.    Yes.
10         Q.    Okay. So, therefore, that
11    would be the money coming in.  So after
12    that money comes in there's payments out
13    so broker-dealers and finders would have
14    been paid out of, I guess, that 411,
15    correct?
16         A.    I assume so, yes. But there's
17    also money coming in from the brokerage
18    accounts as well that could be, you know,
19    they're getting paid from that as well, I
20    don't know.
21         Q.    Okay. And the 411 would be
22    used to pay, on the purchase side, like,
23    the commissions to buy the stock, right,
24    like, transfer fees and all?
25         A.    That would be the -- the
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 299

1                    DOUGLAS J. SMITH

2    amount that StraightPath is sending to

3    third parties, they have fees associated

4    with those transactions. They're not

5    associated with the investors money.

6         Q.    So let me ask you this, in

7    prior testimony you had said the markup

8    was net of fees to finders. Do you

9    remember that testimony?

10        A.    No.

11        Q.    So let me ask you, am I

12   remembering that correctly, was the

13   markup like a gross markup that you had

14   or after finders were paid?

15        A.    So I'm stripping out all the

16   fees. Like, I'm not accounting for -- I'm

17   giving StraightPath a credit for what

18   they paid, you know, to acquire the

19   shares and then on the flip side for the

20   investors, you know, if it's in the

21   welcome letters, they're paying for the

22   specific registered brokers those fees,

23   that's stripped out.

24        Q.    So let me you ask you this,

25   where it says on tab 8, where you have --

Page 300

1              DOUGLAS J. SMITH

2    sorry -- I'm in Exhibit 8 to your

3    document.

4         A.    Yes.

5         Q.    You have average markups?

6         A.    Yes.

7         Q.    Weighted average cost basis.

8    Can you explain what that means?

9         A.    Right. So StraightPath is

10   purchasing shares throughout time at

11   different quantities and different

12   prices, and in order to weight them all

13   in the same way you multiply by the

14   shares times the price and add up each

15   instance where they're making the

16   purchases, divided by the total amount of

17   shares, which gets you to the average

18   price.

19        Q.    So when we say the purchase

20   price is 17.12, that's what StraightPath

21   purchased the stock at on an average

22   basis, correct?

23        A.    Yes.

24        Q.    Like an average of their

25   purchase price for 23andMe was $17.12,

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 301

1              DOUGLAS J. SMITH
2    right?
3         A.    Correct.
4         Q.    And the average price they
5    sold it to investors was $23.65 is what
6    you're saying, correct?
7         A.    Yes.
8         Q.    And so just to be clear,
9    there's a markup between 17 and 23, which
10   you say -- I trust the math -- but you
11   say is 38%, correct?
12        A.    Yes.
13        Q.    So from that 23.65, they have
14   a delta between the 23 and the 17,
15   correct?
16        A.    Yes.
17        Q.    And from that delta money
18   comes out to pay for the cost of getting
19   the stock, like, the brokers who found
20   the stock, correct?
21        A.    I don't know.
22        Q.    Because you didn't do that
23   analysis, correct?
24        A.    I stripped out all the fees so
25   they don't apply in this situation.

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 303 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 302

1                    DOUGLAS J. SMITH
2        Q.    Well, when you say you strip
3   -- sorry. Go ahead. I apologize.
4        A.    I'm just looking at shares
5   that were bought and sold and the price
6   that they were bought and sold with.
7        Q.    Okay.  But --
8        A.    I'm removing the fees.
9        Q.    -- when you say "removing the
10  fees", are you telling me when you say
11  $23.65, that's not the actual share price
12  that an investor bought at?
13       A.    It is. These are the exact
14  share prices that they're buying and
15  selling from.
16       Q.    Okay. So you understand that
17  the difference between the purchase and
18  the sale price is a markup, but some of
19  that money that comes in and the markup
20  goes to pay the brokers to cover their
21  fees to buy the stock?
22            MR. GREENWOOD:  Objection to
23       form.
24       A.    Those are separate fees that
25  aren't related to the share price.

Douglas J. Smith                                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                                     Page 303

                          DOUGLAS J. SMITH

 1

 2        Q.      How can you say that? Back up.

 3                You're saying -- the whole

 4    concept of a markup, sir, do you not

 5    understand that StraightPath is

 6    accounting for the fees it has to incur

 7    to acquire the stock?

 8                MR. GREENWOOD:  Objection to

 9          form.

10        A.      Right. Those are separate

11    funds that they're spending to purchase

12    the shares that aren't reflected in the

13    share price.  So when you look at --

14        Q.      Go ahead. Go ahead.

15        A.       -- when you look at share

16    purpose agreements, there is the share

17    price and a quantity amount, and that

18    amount equals, you know, what they're

19    sending out the door. Anything extra

20    represents fees.

21        Q.      You're talking about bank

22    statements and you've segregated out

23    fees, correct?

24        A.      Yes.

25        Q.      What I'm talking about is when

Douglas J. Smith                         May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 304

                     DOUGLAS J. SMITH
1
2     -- what you can't see in the bank
3     statements because that's all you looked
4     at, which is when StraightPath purchases
5     stock and then figures out what the sale
6     price is, in addition to looking at the
7     market, it actually calculates out how
8     much it's going to cost to buy the stock.
9     Are you aware of that?
10                   MR. GREENWOOD:  Objection to
11          form, foundation.
12          A.    I don't know.
13          Q.    Well, did you ever do any
14    analysis to determine why StraightPath
15    would charge $23.65 on average for
16    23andMe?
17          A.    No.
18          Q.    You don't think that's kind of
19    important when you're talking about
20    markups and trying to use that as a basis
21    to say that StraightPath charged some
22    improper markup?
23                   MR. GREENWOOD:  Scott,
24          objection to form.
25          A.    I don't know.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 305

1              DOUGLAS J. SMITH
2              MR. SHERMAN:  I know we're
3         kind of mix and match, here but
4         before I get to my last part, can
5         we just have five minutes?  There
6         is one last part I got to go after
7         what I think we're going to look
8         at.
9              Actually, let me finish one
10        thing before I forget.
11        Q.   Now, one thing that you
12   articulated in your declaration on
13   markups, just to kind of cover that real
14   quick, you said the markups went up as
15   deficits increased, correct?
16        A.   Where are you looking?
17             MR. SHERMAN:  Josh, do you
18        know which part? Are you looking --
19             MR. LEWIN:  Yes. Give me one
20        second. At paragraph 47.
21        Q.   So on paragraph 47 you make
22   the statement "In 2021" -- sorry. I
23   should have put this on mute. (Telephone
24   rings).
25             You say, "In 2021 as the SP

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 306

1              DOUGLAS J. SMITH

2    Fund faced share deficits across multiple

3    series these markups increased as did the

4    payments to founders." Do you see that?

5         A.    Yes.

6         Q.    So now in 2021, because I

7    think I'm restating but I want to make

8    clear, you didn't do any analysis of what

9    was happening in the market in 2021 as

10   far as, you know, at times dramatic

11   increases in prices for stock, did you?

12        A.    No.

13        Q.    But you're making -- did you

14   write this sentence?

15        A.    No.

16        Q.    Okay. That's right. You didn't

17   write any of it.

18             But what this sentence is

19   trying to insinuate is that in 2021

20   markups increased because deficits

21   increased, that's what this is trying to

22   say, correct?

23             MR. GREENWOOD:  Objection to

24        form.

25        A.    They occurred in tandem.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 307

1           DOUGLAS J. SMITH
2       Q.    But the reason for this is to
3  try to insinuate there is something
4  nefarious about markups increasing in
5  2001, correct?
6           MR. GREENWOOD:   Objection to
7       form.
8       A.    I don't know.
9       Q.    Well, you wrote -- you
10  attested that this is your statement, so
11  you don't know why it's in there?
12           MR. GREENWOOD:   Objection to
13       form. It's not what he said.
14       Q.    Do you know why it's in there?
15       A.    It's a true statement. I don't
16  know.
17       Q.    But nothing in here assessing
18  that, quite frankly, markup increases
19  pricing -- well, we'll say prices for
20  stock was higher in 2021 because the
21  market prices were higher for the stock,
22  that could be equally true as to why the
23  prices for the stock went up, correct,
24  sir?
25       A.    It could be.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 308

1              DOUGLAS J. SMITH
2          MR. SHERMAN:  Let's take a few
3      minutes.  I just want to see if
4      we're going to do this other thing
5      on some docs and then I just have
6      one last group and then we'll be
7      done-ish. Okay? Five minutes.
8          VIDEOGRAPHER:  Stand by. Off
9      the record 5:05 p.m.
10         (Recess is taken.)
11         VIDEOGRAPHER:  Back on the
12     record 5:13 p.m.  Okay. You may
13     proceed.
14     Q.    Just a little bit more and I
15 appreciate your time today.
16         Again, Mr. Smith, Scott
17 Sherman here. You understand you're under
18 oath, correct?
19     A.    Yes.
20     Q.    Okay. Good.
21         MR. SHERMAN:  Josh, can you
22     pull up --
23     Q.    First of all, let's go back to
24 your declaration at page 25.
25     A.    Page 25 or paragraph 25?

Veritext Legal Solutions
800.808.4958                         770.343.9696

Page 309

1               DOUGLAS J. SMITH

2        Q.    Sorry.  Page 25. So just to be

3   clear, it says, "With respect to the

4   pre-IPO company" -- sorry.  I'll just

5   read it.

6               "With respect to the pre-IPO

7   company UiPath between February 2nd, 2021

8   and March 8th, 2021 the SP Fund Manager

9   sold more than 25.5 million in Series

10  Interests in its pre-IPO shares. The SP

11  Fund Manager, however, never paid for

12  UiPath pre-IPO shares at all. Ultimately

13  more than 17.5 million of these

14  investments were moved over to series

15  investments and other pre-IPO shares and

16  the SP Fund Manager refunded more than  8

17  million to investors who did not wish to

18  do so."  Do you see that?

19       A.    Yes.

20       Q.    And as we discussed

21  previously, basically, you accounted for

22  the money coming in, roughly 25.5

23  million, and accounted for all the money

24  being either refunded or folks getting

25  the funds put into other investments,

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 311 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 310

1              DOUGLAS J. SMITH

2    correct?

3          A.    Yes.

4              MR. SHERMAN:  Josh, can you

5          pull up the memorandum of law? This

6          is going to be page 14.

7          Q.    Let me know when you see it.

8    You have to refresh. This is the

9    Plaintiff's Securities and Exchange

10   Commission's memorandum of law in support

11   of its emergency application for an order

12   to show cause, temporary restraining

13   order, preliminary injunction, asset

14   freeze receiver and other relief. Do you

15   see that, sir?

16         A.    Yes.

17             MR. SHERMAN:  I was reading

18         the beginning, but I'm going to

19         page 14.

20             MR. GREENWOOD:  Page 14 or 14

21         on the top?

22             MR. SHERMAN:  Good question.

23         Hold on. Josh, do you know where it

24         is, actually, the pdf 14?

25             MR. GREENWOOD:  I think it's

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                              Page 311

                     DOUGLAS J. SMITH
 1
 2       on pdf page 14, printed page 8.
 3              MR. SHERMAN:   Josh, are you
 4       there?
 5              MR. LEWIN:   Yes. Yes. I think
 6       that's right.
 7       Q.    All right. Hold on a second.
 8   So this paragraph starts off and says --
 9   this is at the bottom of page 8.  Let me
10   know when you're there.
11       A.    Yes.
12       Q.    So it says, "The SP Fund
13   Manager has operated at pre-IPO share
14   deficit for years." Do you see that,
15   beginning of that sentence?
16       A.    Yes.
17       Q.    Now, just kind of walking down
18   a bit, do you see where it says, "When
19   the SP Fund Manager", it's like after the
20   Exhibit 24 at 9, at it's like four
21   sentences from the end?
22       A.    Yes.
23       Q.    So this says, "When the SP
24   Fund Manager was finally forced to admit
25   that it could not acquire the UiPath

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 312

```
 1              DOUGLAS J. SMITH
 2    pre-IPO shares that it had promised,
 3    Martinsen, Castillero and Lanaia urged
 4    their sales agents to convince these
 5    investors to move their investments to
 6    other pre-IPO companies."  Do you see
 7    that?
 8        A.    Yes.
 9        Q.    Guess what, you are the sole
10    source of that statement, Smith
11    declaration at 25.
12              Now, just to confirm, we can
13    look back at 25, but that statement about
14    being forced to admit and convincing
15    investors, none of that is in your
16    declaration, correct?
17              MR. GREENWOOD:  Objection to
18        form.
19        A.    Well --
20              MR. SHERMAN:  I'm just asking.
21        What's the objection for?
22              MR. GREENWOOD:  Are you asking
23        him to interpret whether the words
24        are not in the document?
25              MR. SHERMAN:  I'm asking --
```

Page 313

```
 1              DOUGLAS J. SMITH
 2      Q.    Well, reading this and reading
 3   your declaration paragraph 25, is what's
 4   stated here that's cited for you in your
 5   declaration?
 6      A.    I'm just -- in my declaration
 7   I'm looking at all inflows and outflows
 8   of bank statements, so that's what my
 9   paragraph 25 is saying.
10      Q.    Right. So just to make sure,
11   when it says, "The SP Fund Manager was
12   finally forced to admit that it could not
13   acquire the UiPath pre-IPO", you have no
14   knowledge about whether the SP Manager
15   was forced to or did anything in
16   connection with anybody; is that true?
17      A.    I don't know about the word
18   "forced" but I did see, you know, certain
19   text messages where they're, you know,
20   trying to purchase the shares and they
21   don't -- the deal fell through and then
22   they have to, you know, ask investors; do
23   you want your money back or do you want
24   to do another pre-IPO company?
25              So I know generally what
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 314

1              DOUGLAS J. SMITH
2    happened, I don't know the specifics.
3         Q.    Okay. So you didn't write this
4    in your declaration that they were forced
5    to admit that they could not acquire the
6    stock, correct?
7         A.    Correct.
8         Q.    That's not your words?
9         A.    Correct.
10        Q.    And where it says that,
11   "Martinsen, Castillero and Lanaia urged
12   their sales agents to convince
13   investors", do you have any personal
14   knowledge of whether either of these
15   people urged their sales agents to
16   convince investors?
17        A.    Again, I do remember seeing
18   texts and chats where they were going to,
19   you know, tell their salesforce to reach
20   out to investors and to see, you know,
21   what they wanted to do.
22        Q.    Right. Which is to tell their
23   sales -- so another plausible, from what
24   you saw in the text, is that they tried
25   to buy UiPath, it fell through, and that

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 315

```
 1              DOUGLAS J. SMITH
 2  they told their salesforce about it so
 3  that they could ask investors what they
 4  wanted to do, correct?
 5              MR. GREENWOOD:  Objection to
 6       form.
 7       A.    Yeah. I mean, that's possible.
 8  Yes.
 9       Q.    So this concept of urged and
10  convincing investors to move their
11  investments, you have no knowledge about
12  anyone urging or convincing investors to
13  do anything related to UiPath; isn't that
14  true?
15              MR. GREENWOOD:  Objection to
16       form.
17       A.    I don't know.
18       Q.    You have no knowledge -- do
19  you have any knowledge about Lanaia or
20  Martinsen or Castillero urging investors
21  or convincing -- urging investors to move
22  their investments?  Do you have any
23  knowledge about that?
24       A.    I don't know.
25       Q.    You don't know or you don't
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 316

                    DOUGLAS J. SMITH

1

2    have any knowledge? You don't know if you

3    have knowledge?

4         A.    I don't know. I would have to

5    look at what was produced and what was

6    discussed at the time. I've looked at a

7    lot of different documents.

8         Q.    But nothing in your

9    declaration paragraph 25 says anything

10   about convincing investors to move their

11   investments, does it?

12        A.    Correct.

13             MR. SHERMAN:  Okay. So because

14        of the outstanding issues related

15        to a number of your work product

16        documents -- sorry.  Let me

17        rephrase -- a number of your

18        documents that your counsel has

19        identified as work product, which

20        we dispute, including key documents

21        we need to see, we need to reserve

22        our rights to potentially call you

23        back to ask additional questions.

24             So at this point we'll hold

25        the record open, but I have no

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 317

1                    DOUGLAS J. SMITH
2         further questions at this time. And
3         I appreciate your time today.
4                    MR. GREENWOOD:  Well, I guess
5         the SEC would like to ask a few
6         questions. If we can just take
7         maybe five minutes and come back?
8                    MR. SHERMAN:  Sure. And then
9         I'll just reserve if I have any
10        other questions, depending on what
11        you ask.
12                   VIDEOGRAPHER:  Off the record
13        at 5:23 p.m.
14                   (Recess is taken.)
15                   VIDEOGRAPHER:  Back on the
16        record 5:28 p.m.  Okay. You may
17        proceed.
18   CROSS-EXAMINATION BY MR. SHERMAN:
19        Q.    Good afternoon, Mr. Smith. My
20   name is Lee Greenwood from the SEC. I
21   just have a couple of questions following
22   up for you.
23                You were asked during
24   Mr. Sherman's examination about the
25   documents you reviewed during the course

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 319 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 318

```
 1              DOUGLAS J. SMITH
 2    of this case.
 3              When did you start working on
 4    this case?
 5         A.   I was assigned it in July of
 6    last year and I started working on it in
 7    August of last year.
 8         Q.   Between August of 2021 and May
 9    of 2022 how many documents have you
10    reviewed in connection with this case?
11         A.   A lot.
12         Q.   When you say "a lot", can you
13    quantify that?
14         A.   There's -- I mean, there's
15    15,000-plus rows of bank records and
16    associated with that you have to look at
17    multiple different data points or shares
18    and price and what's coming in and coming
19    out.
20         Q.   Sitting here today, do you
21    recall every single document that you
22    reviewed in connection with this case?
23         A.   No.
24         Q.   If you were shown a document
25    that you had reviewed previously would
```

Douglas J. Smith          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 319

```
 1              DOUGLAS J. SMITH
 2   that refresh your recollection?
 3        A.    Yes.
 4        Q.    You were asked some questions
 5   by Mr. Sherman about how long your
 6   analysis of bank records and specifically
 7   share deficits took. Why did that --
 8   well, do you remember those questions?
 9        A.    Yes.
10        Q.    And approximately how long did
11   that analysis take?
12        A.    It took, from the beginning
13   that I started on the case, it took that
14   long up until, you know, sometime in May.
15        Q.    Why did it take that long?
16        A.    There were so many records and
17   we only started getting records from
18   Signature Bank from 2021 onwards, in
19   January 2022 and February or March 2022.
20   So it was just entering -- sorry.
21        Q.    Continue.
22        A.    -- and just entering that into
23   Excel and finding all points and
24   characterizing all inflows and outflows
25   takes an enormous amount of time and
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 320

 1            DOUGLAS J. SMITH

 2    work.

 3        Q.    And can you describe the steps

 4    that you took to identify a particular

 5    inflow or outflow in the bank record?

 6        A.    It's just looking at, you

 7    know, funds coming into the account and

 8    funds leaving the account and, you know,

 9    associating them with, you know; are they

10    investor; is it coming from the brokerage

11    accounts; is it coming from somewhere

12    else; and then where is it going to?

13        Q.    How did you -- how did you

14    make those determinations?

15        A.    By looking at documents that

16    StraightPath produced.

17        Q.    You were asked some questions

18    I think about Exhibit 10 to your report,

19    which is marked as Defendant's Exhibit 1.

20    Please turn to that. I think it's in

21    front of you or nearby.

22            Do you have that in front of

23    you?

24        A.    Yes.

25        Q.    What information is contained

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 321

1              DOUGLAS J. SMITH
2    in Exhibit 10?
3         A.    This represents funds that are
4    being sent to third parties to purchase
5    pre-IPO shares.
6         Q.    Do you know whether
7    StraightPath acquired pre-IPO shares in
8    all of the instances identified in this
9    chart?
10        A.    I know that funds are leaving
11   the account and there are purchased
12   shares in pre-IPO companies.
13        Q.    Did you ever verify, yourself,
14   that the shares exist?
15        A.    No.
16        Q.    Do you have a sense, sitting
17   here today, of the liabilities of the
18   StraightPath and investor entities,
19   including the SP Funds?
20             MR. SHERMAN:  Objection to
21        form.
22        A.    I guess I don't understand the
23   question.
24        Q.    Okay. Do you know how much
25   StraightPath has sold to investors in

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 322

1              DOUGLAS J. SMITH
2    interests in funds?
3              MR. SHERMAN:  Objection to
4         form.
5         A.    Yes. I know all inflows that
6    are coming from investors to purchase
7    specific shares.
8         Q.    And how much did those inflows
9    total, based on your analysis?
10        A.    I think it's in Exhibit 1,
11   which is over $411 million.
12        Q.    You were asked some questions
13   about beneficial ownership by
14   Mr. Sherman. Do you remember those
15   questions?
16        A.    I think so.
17        Q.    Did you conduct any analysis
18   of the amounts paid by StraightPath to
19   the individual Defendants in this case?
20        A.    Could you repeat the question?
21        Q.    Did you conduct any analysis
22   of the amounts paid by StraightPath to
23   the individual Defendants in this case?
24        A.    Yes.
25        Q.    And will you look at Exhibit 6

Page 323

1              DOUGLAS J. SMITH

2    and 7 of your report, which I don't think

3    you were asked about earlier?

4              Do you identify how much was

5    paid to each of the individual Defendants

6    based on the bank accounts that you

7    reviewed?

8         A.    Yes.

9         Q.    And what did you determine?

10        A.    A total of 75 million was paid

11   to those four individuals throughout

12   time.

13        Q.    How much was paid to each of

14   the individual Defendants?

15        A.    Over 25 million for Martinsen,

16   over 24 million for Castillero, Lanaia

17   and just under 100 million to Lachow.

18        Q.    Did you say 100 million?

19        A.    One million, sorry.

20        Q.    So the record is clear, how

21   much did you calculate was paid to

22   Mr. Lachow by the StraightPath entities?

23        A.    Just under a million dollars.

24              MR. GREENWOOD:  So the SEC has

25        no further questions at this time.

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 324

1              DOUGLAS J. SMITH

2      We just request under Rule 30(e)

3      the right to review and sign the

4      transcript.

5              MR. SHERMAN:  So in light --

6      just to be clear, in light of

7      timing we're going to be getting

8      the transcript tonight because we

9      have to -- we have our brief due

10     tomorrow, we'll be utilizing that.

11     And so in light of the expedited

12     nature we will need you to do that

13     tonight because we've got to be

14     able to utilize this for our brief

15     tomorrow.

16             MR. GREENWOOD:  As soon as you

17     provide it to us, we will conduct a

18     review as necessary.  But we're

19     requesting under Rule 30(e) to

20     review and sign.

21             MR. SHERMAN:  Either way, I'm

22     explaining, it will come to you as

23     quickly as we get, you will have it

24     and I will need you to promptly

25     finalize because we have to use it

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

                                            Page 325

 1              DOUGLAS J. SMITH
 2      for our brief tomorrow under the
 3      schedule court set in light of your
 4      demand for expedited discovery.
 5              MR. GREENWOOD:  Okay. We
 6      understand.
 7              MR. SHERMAN:  We'll get that
 8      to you. And then, we can go off the
 9      record just to clean up.
10              VIDEOGRAPHER:  Are we finished
11      with the deposition?
12              MR. SHERMAN:  It's going to
13      stay open for reasons I
14      articulated, but we're finished for
15      today.
16              VIDEOGRAPHER:  Okay. Finished
17      for today. Stand by.
18              Going off the record 5:36 p.m.
19      This concludes today's portion of
20      the deposition of Douglas J. Smith.
21      There are five Media Units and they
22      will be retained by Veritext. And
23      we are off the record.
24              (The proceedings were
25      adjourned at 5:36 p.m.)

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 326

```
 1              C E R T I F I C A T E

 2          I, MAUREEN M. RATTO, a

 3   Registered Professional Reporter, do

 4   hereby certify that prior to the

 5   commencement of the examination,

 6   DOUGLAS J. SMITH was sworn by me to

 7   testify the truth, the whole truth and

 8   nothing but the truth.

 9          I DO FURTHER CERTIFY that the

10   foregoing is a true and accurate

11   transcript of the proceedings as taken

12   stenographically by and before me at

13   the time, place and on the date

14   hereinbefore set forth.

15          I DO FURTHER CERTIFY that I am

16   neither a relative nor employee nor

17   attorney nor counsel of any of the

18   parties to this action, and that I am

19   neither a relative nor employee of such

20   attorney or counsel, and that I am not

21   financially inte

22       _____

23          MAUREEN M. RATTO, RPR

24          License No. 817125

25
```

Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 327

1              I N D E X

2    WITNESS:  DOUGLAS J. SMITH        7

3    DIRECT EXAMINATION BY             7

4    MR. SHERMAN

5    CROSS-EXAMINATION BY MR. SHERMAN 317

6              E X H I B I T S

7    Defendant's Exhibit 1,           53

8    Declaration and exhibits of

9    Douglas J. Smith,

10   Defendant's Exhibit 2, Operating 108

11   Agreement of StraightPath

12   Venture Partners, dated as of

13   May 11, 2017, Bates SVP000001,

14   Defendant's Exhibit 3, SP        112

15   Venture Partners Delaware filing

16   dated February 12, 2019, Bates

17   SVP000015,

18   Defendant's Exhibit 4, excerpt   120

19   of Use of Proceeds, Bates

20   SPVP-SEC-053939,

21   Defendant's Exhibit 5, email     191

22   dated March 30, 2022, re: Rubrik

23   Acquisition,

24   Defendants' Exhibit 6, Excel     232

25   spreadsheet Amounts raised

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 329 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 328

1              J U R A T

2

3       I do hereby certify that I
   have read the foregoing transcript of
4   my deposition.

5

   _____
6           DOUGLAS J. SMITH

7

8

9

10  Sworn and subscribed
   before me
11  this _____ day of
   _____, 2022

12

   _____
13  a Notary Public of
   the State of _____

14

15

16

17

18

19

20

21

22

23

24

25

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

Page 329

1              ERRATA SHEET

   I WISH TO MAKE THE FOLLOWING CHANGES:

2     Page   Line        From           To

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[& - 22]

Page 1

**&**

**&**   3:16 4:4

**0**

**0002**   109:17
**03897**   5:25
**053939**   121:2
  327:20

**1**

**1**   5:16 53:14,15,18
  56:9 58:14 73:11
  73:17,23,24 74:2
  74:23 75:3 83:20
  106:20 107:4
  113:7 116:7,25
  130:14 133:18
  187:20 188:16
  192:17 219:2
  320:19 322:10
  327:7
**1,069,000**   195:2
**1,749,435**   192:17
  192:21 193:19
**1.7**   194:25
**10**   36:15,17 38:2,3
  38:5 40:9 86:17
  86:17 90:8 175:24
  320:18 321:2
**100**   11:17,19 84:17
  86:4 98:25 240:20
  255:10,11,12
  256:2,3,3,5,9
  257:2,4,5,11 260:7
  260:11,15,19
  281:15 285:6,25
  286:23 287:5
  289:15,20,21
  292:7,9 295:4
  323:17,18
**10005**   4:6

**10281**   3:7
**106,830**   194:7
**108**   327:10
**10:30**   1:19
**10:33**   5:3
**11**   96:24 99:23
  101:24 108:16
  327:13
**112**   327:14
**11:50**   83:19
**11th**   114:22
**12**   104:17 112:12
  114:13 327:16
**120**   327:18
**12:01**   83:23
**13**   27:25 105:12
  106:16 116:6,24
**13,554,031**   132:21
**13th**   70:5 72:24
**14**   84:13 85:21,23
  138:18 151:4
  152:23 165:25
  213:10,25 214:2
  251:10,20 310:6
  310:19,20,20,24
  311:2
**146**   194:17
**15**   77:17 83:12
  166:12
**15,000**   29:12
  318:15
**15,400**   77:16 78:15
**16**   192:15
**166**   194:17
**17**   70:20 71:10
  113:9 117:5,7
  125:25 128:12,17
  132:11,12,15
  135:25 139:3
  141:5,25 143:11
  143:24 144:10

145:7 147:5,13
  168:2,12 231:3,7,9
  301:9,14
**17.12**   300:20,25
**17.5**   206:18 211:16
  309:13
**17425**   326:21
**17th**   3:17
**18**   31:21 32:18
  186:22,24 187:6
  187:13 189:3,15
**18th**   31:10
**19**   1:18 135:4,5
**191**   327:21
**19th**   5:4
**1:18**   167:6
**1s**   74:19 75:14,20
  76:3

**2**

**2**   53:14 55:24
  83:25 108:13
  110:20 111:17
  115:7,10 120:18
  121:17 130:14
  131:12,20 133:14
  133:16,19 167:7
  191:25 219:8,10
  219:12 221:20,20
  224:19,20,21
  225:2,6 226:2
  235:8 266:8,12,12
  279:15 327:10
**20**   12:22 14:11
  219:8,11,14
  224:19 266:9
**200**   3:6 36:11
  150:22 151:10
  152:16 153:2,18
  154:22 240:22,22
**2001**   307:5

**2006**   12:14
**2007**   15:24 17:18
**201**   3:17
**2010**   13:23
**2012**   18:12
**2014**   20:23
**2015**   20:23
**2017**   77:19 108:16
  195:22 196:13
  198:25 200:3
  221:24 245:5
  276:19 327:13
**2018**   93:5
**2019**   90:11 91:25
  97:3 106:19
  112:12 113:3
  114:13,22 327:16
**2020**   186:22,25
  187:7
**2021**   25:8,10 28:13
  51:23 61:21 75:11
  105:15 197:7
  200:6,8 206:9,10
  305:22,25 306:6,9
  306:19 307:20
  309:7,8 318:8
  319:18
**2022**   1:18 5:4
  27:25 31:10,21
  32:18 57:7,9
  77:19 187:8,9,13
  189:3,15 190:18
  191:11,15,22
  192:15 318:9
  319:19,19 327:22
  328:11
**21**   200:21,21 202:2
**212**   4:7
**212-336-1060**   3:8
**22**   1:6 5:25 201:20
  204:22 205:16

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[23 - accounted]**

Page 2

**23**  213:7 301:9,14
**23.65**  301:5,13
302:11 304:15
**232**  327:24
**23andme**  300:25
304:16
**24**  139:7,17 196:6
196:20 311:20
323:16
**25**  206:7 308:24,25
308:25 309:2
312:11,13 313:3,9
316:9 323:15
**25.5**  206:11 211:13
212:5,23,24 309:9
309:22
**2:20**  167:10
**2nd**  206:9 309:7

**3**

**3**  99:16,19 112:10
113:4 115:13
120:18 167:11
172:9 214:8
230:12 327:14
**3.4**  214:5 251:11
**30**  12:22 191:15
235:13 324:2,19
327:22
**300**  161:6
**300,000**  157:19
158:10,12 160:4,5
161:10 165:7
**30363**  3:18
**30th**  191:11,22
**31**  241:17
**317**  327:5
**32**  4:5
**322-6000**  3:19
**38**  301:11
**3897**  1:6

**39**  260:22
**3:20**  230:11
**3:31**  230:15

**4**

**4**  120:22,24 172:9
187:10 188:21,21
194:3,4 205:14
214:9,9,10 230:16
284:15 327:18
**40**  176:21
**400**  241:5 251:11
**404**  3:19
**411**  133:7,15
213:21 295:14,22
296:13,18,22
297:6,10,16,25
298:8,14,21
322:11
**411,591**  130:17
**43**  271:6,10,12,20
**44**  271:7,10
**47**  305:20,21
**48**  260:25 261:10
261:20 270:15
295:19,21 297:13
297:22,25
**4:23**  284:14
**4:38**  284:18

**5**

**5**  55:25 56:2 59:4
66:23 121:12
131:2,11 135:18
191:14,19 201:16
215:23 225:11
233:22 284:19
327:21
**5.6**  261:3
**50**  18:8 95:17,19
176:5,21 220:7

**5240291**  1:22
**53**  327:7
**53539**  120:23
**575,484**  192:12
**5:05**  308:9
**5:13**  308:12
**5:23**  317:13
**5:28**  317:16
**5:36**  325:18,25

**6**

**6**  77:13 232:15,20
232:25 322:25
327:24

**7**

**7**  60:23 63:13 80:4
323:2 327:2,3
**701-3125**  4:7
**75**  323:10

**8**

**8**  206:21 211:21
299:25 300:2
309:16 311:2,9
**817125**  2:10
326:24
**899,061**  192:11
**8th**  206:10 309:8

**9**

**9**  56:9 58:15 60:23
63:13 192:17
311:20
**9:30**  114:23

**a**

**a.m.**  1:19 5:3
83:19 114:23
**able**  30:15 57:3,10
125:20,20 180:10
208:21 324:14
**absent**  217:11

**absolutely**  52:18
**abundance**  110:16
**academy**  12:8
**accept**  208:22
211:8
**access**  39:15 57:10
264:15
**account**  30:2,3,4
30:18 40:3 59:17
79:22 82:15,20,21
83:7 88:8 102:9
117:13,13 118:20
123:18 124:23
125:22 128:16
130:24 131:4,13
137:11 138:3
154:11 157:15
163:13,22 177:18
178:13 180:18
181:25 185:25
189:24 190:10,15
199:2 202:23
204:15 208:11
221:9 230:4
239:22 242:18
244:7,16,22
245:19,23 258:2
260:8 268:9,11
275:6,10,14
279:16 285:23
288:13 291:15,19
292:15,18 295:17
320:7,8 321:11
**accountant**  11:9
18:15,17 75:12
87:5,25 88:12
234:7 238:20
**accounted**  50:4
129:19 145:8
211:24 212:5,23
237:21 238:2

Douglas J. Smith                                      May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[accounted - analysis]**                                      Page 3

| | | | |
|---|---|---|---|
| 239:21,23 257:20 | accurately 70:16 | 106:20,21 271:15 | 176:24 188:5 |
| 269:3 270:7 | 198:11 | advisor 138:16 | 215:15 249:4 |
| 309:21,23 | acquire 151:23 | advisors 18:4,7 | 258:9 302:3 |
| **accounting** 12:22 | 152:4,6 240:25 | advocacy 97:21 | 303:14,14 |
| 12:23 13:19 63:2 | 262:25 263:2,14 | advocate 249:20 | **al** 5:22 8:4 |
| 76:13 85:4 178:15 | 299:18 303:7 | advs 89:20 | allegations 96:7 |
| 181:2,21 299:16 | 311:25 313:13 | affect 9:22 82:17 | 251:21 259:8 |
| 303:6 | 314:5 | 278:13 | alleged 213:16 |
| **accounts** 30:5,17 | acquired 264:9 | afternoon 317:19 | allowed 193:14 |
| 37:19,21 45:7 | 277:21 321:7 | agent 18:25 21:9 | amended 115:9 |
| 59:12 60:5,6 67:9 | acquiring 191:3 | 227:4,16,20,24 | amendment |
| 77:18 79:23 82:22 | 264:6 269:12 | agents 18:5 227:8 | 114:20 115:3 |
| 82:24 83:3 84:17 | 282:15 | 261:2,11 312:4 | american 12:7 |
| 84:22 85:4 86:2,6 | acquisition 191:16 | 314:12,15 | amount 37:25 |
| 88:9 136:16 | 192:8,11 327:23 | ago 14:18 15:21 | 62:6 132:25 |
| 137:10 155:21 | acronym 16:14 | 20:21 70:6 108:7 | 161:25 171:25 |
| 158:16 163:15 | action 6:8 91:13 | 184:4 220:13 | 174:24 181:5 |
| 177:4,12,13,19 | 166:11 326:18,21 | 282:23 | 202:8 213:15,20 |
| 178:9,21 179:22 | activity 20:20 29:6 | agree 5:15 100:4 | 225:21 240:14,16 |
| 180:9,19 190:2 | actual 39:6 85:3 | 106:8,13 159:17 | 240:19,21 241:5 |
| 204:17 221:18,19 | 200:24 202:24 | 169:6 189:19 | 247:9 252:3 |
| 221:24 222:13 | 302:11 | 214:4 241:23 | 286:25 296:7 |
| 223:12,14 224:12 | **ad** 52:15 103:23 | 246:16 277:24 | 297:9 299:2 |
| 230:2,3 240:10 | **add** 133:8 300:14 | 278:4 279:22 | 300:16 303:17,18 |
| 242:12 244:2,21 | adding 115:13 | 283:21 | 319:25 |
| 245:7 247:8 | addition 117:8 | agreed 91:18 | amounts 37:20 |
| 259:20 261:15 | 304:6 | 99:21 104:6 | 129:14 131:17,21 |
| 269:17,18 281:10 | additional 169:2 | 166:12 168:10,13 | 132:5 133:19 |
| 281:12 285:21 | 185:24 186:6 | 168:20 189:7 | 179:23 180:11 |
| 288:4,4,20 290:9 | 297:22 316:23 | 257:5 | 201:2 223:18 |
| 290:13,17 298:5 | addresses 102:21 | agreement 108:11 | 224:16 232:16 |
| 298:18 320:11 | adjourned 325:25 | 108:14 109:12,18 | 237:7 285:10 |
| 323:6 | administer 6:7 | 189:13 209:16 | 296:10 322:18,22 |
| **accrue** 235:18 | administrative | 210:7,8,9,11,15 | 327:25 |
| **accrued** 241:21 | 20:11 22:19,20 | 327:11 | analyses 37:2,6 |
| 242:5 244:8 | admit 253:11 | agreements 92:12 | 38:9 90:4 |
| 245:18,22 246:9 | 311:24 312:14 | 202:5 263:4,9 | analysis 23:2,5 |
| **accuracy** 87:23 | 313:12 314:5 | 303:16 | 28:11 32:15 33:8 |
| **accurate** 81:24 | advances 96:6 | agrees 169:7 | 35:24 39:21 40:7 |
| 99:2 130:2,5 | adviser 56:7 58:9 | ahead 13:25 98:6 | 41:3,16,21,25 42:4 |
| 326:10 | 90:10,13 97:2 | 147:8 156:12,20 | 42:17,22,25 43:11 |

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[analysis - assess]
Page 4

| | | | |
|---|---|---|---|
| 43:12,21 44:18,20 | 262:2,5 265:3 | **ap** 22:13,18 | 233:6 283:4,6 |
| 45:3,5,25 47:2,14 | 269:24 272:15 | **apart** 226:13 | 317:23 319:4 |
| 48:23 49:7,17,21 | 273:3,10,15 | **apologies** 98:6 | 320:17 322:12 |
| 49:22,23 50:5 | 274:18 275:4 | **apologize** 14:2 | 323:3 |
| 51:15,17 52:4,7 | 276:5 278:12,18 | 33:5 152:13 | **asking** 10:5 24:15 |
| 57:5,11 70:15 | 278:24 280:11,12 | 196:15 245:16 | 27:4 28:18,20,22 |
| 71:10,21 82:12,17 | 282:2 301:23 | 302:3 | 35:11,15,20,22 |
| 83:7,8 84:22 86:9 | 304:14 306:8 | **appearances** 6:17 | 47:19 63:3 64:5 |
| 88:24 92:10 97:25 | 319:6,11 322:9,17 | **application** 8:21 | 65:3,25 66:6 |
| 102:3 104:4,11 | 322:21 | 310:11 | 71:19 72:9,16 |
| 126:22 127:7,16 | **analyze** 35:5 246:4 | **applied** 28:24 | 79:6,9 80:22 |
| 127:22 128:4,7,11 | 268:15 | **apply** 301:25 | 91:10 92:18 96:11 |
| 128:22 129:6 | **analyzed** 162:23 | **appreciate** 308:15 | 98:8 99:7,8 |
| 130:16 132:4,20 | 177:21 257:24 | 317:3 | 100:23,24 101:4,5 |
| 133:14 134:18 | **analyzing** 21:5,7 | **appropriate** 278:8 | 103:13 117:20 |
| 140:25 141:2 | 87:8 89:25 124:22 | **approximately** 5:3 | 118:16 122:11 |
| 142:3,6,12 143:3 | 221:4 259:19 | 319:10 | 125:15 131:18 |
| 144:2,4,7 145:5,11 | **answer** 9:15 10:16 | **april** 77:19 90:11 | 137:4,21 158:5,8 |
| 145:12,23 146:4 | 10:16 15:5 27:8 | **arbitration** 19:25 | 159:21 161:9 |
| 146:11,15,23 | 35:13 50:3 63:6,8 | **areas** 55:7 90:16 | 162:21,22,24 |
| 147:13 148:5,12 | 64:8,13,20 65:19 | **argue** 168:15 | 163:18 165:2 |
| 148:20,25 149:10 | 78:13 80:15,16 | 255:16 258:20 | 172:3 177:10 |
| 149:16,25 150:8 | 107:25 108:6 | **arranged** 207:2 | 184:13,16,19,21 |
| 150:15 156:4 | 124:25 155:19 | 208:13 | 184:23 193:12,15 |
| 158:24 162:19 | 159:25 164:19 | **arrangement** 6:12 | 193:20 218:23 |
| 163:25 164:8,11 | 166:16 181:12 | **arrive** 224:12 | 222:3 228:10,14 |
| 164:17 168:3 | 192:24 208:19 | **article** 115:13 | 228:16 231:18 |
| 169:19,24 170:3 | 218:21 223:7 | **articulate** 209:21 | 243:16,18,20 |
| 171:17,20,22 | 249:24 286:10 | **articulated** 78:21 | 249:19,20,21,22 |
| 173:13 175:15,21 | 290:23 | 241:4 305:12 | 253:10 255:18,22 |
| 178:14,19 179:14 | **answered** 112:5 | 325:14 | 274:16 276:4 |
| 179:15 180:4,4,24 | 160:15 | **aside** 143:24 | 279:20 280:24 |
| 181:13 182:7,10 | **answering** 161:3 | 216:13 | 285:15 296:10 |
| 190:22 195:15 | 164:23 | **asked** 21:2 43:20 | 312:20,22,25 |
| 196:5 197:3,6,21 | **answers** 107:17 | 50:18 52:7,11 | **assemble** 23:8 |
| 200:6 213:14 | 284:3 | 63:24 65:8 78:22 | **asserted** 169:9 |
| 221:9,10 222:5 | **anticipation** | 88:16 101:2 | **asserting** 171:15 |
| 224:10 229:14,25 | 171:18 | 107:21 112:5 | 172:7 |
| 242:9,22 244:19 | **anybody** 313:16 | 125:2,2 160:12,14 | **assess** 32:16 44:13 |
| 246:25 247:2 | **anymore** 229:7 | 164:24 184:4 | 46:8 52:8 71:2 |
| 258:11 261:9 | | 188:20 232:10 | 73:15 100:12 |

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 335 of 380
Douglas J. Smith

May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[assess - bank]

Page 5

179:4 216:7
268:21 269:10
**assessed** 50:7
141:18 168:6
**assessing** 174:2
221:3 307:17
**assessment** 168:7
**asset** 8:23 31:8
85:17 310:13
**assets** 36:12 85:15
91:13 94:15
150:24 151:3,10
151:11,22 152:16
153:11,20,20
221:17 224:22
240:22 266:13
**assigned** 25:7,12
25:12 318:5
**assigning** 170:16
203:19
**assisting** 11:10
**associated** 17:5
60:25 178:6 181:3
247:11 282:15
299:3,5 318:16
**associating** 320:9
**association** 14:20
**assume** 25:23,24
28:17 75:17,18
84:16 86:2,3
247:14 298:16
**assumption** 86:5
288:15 291:23
**atlanta** 3:18 6:2
7:22
**attach** 142:10,11
**attached** 36:24
37:10 77:22
114:19
**attachments**
173:16

**attempt** 10:7
**attest** 98:18
**attested** 236:11
307:10
**attorney** 10:13
64:11 65:21 78:9
80:17 100:18,19
169:9 326:17,20
**attorneys** 11:11
54:12 78:11
171:18
**attribute** 181:18
281:14 285:24
**attributed** 279:18
**audio** 5:13
**audit** 183:21 184:5
**audited** 220:7
**audits** 184:14
185:2,5
**august** 25:9 28:12
51:22,23,25 77:18
196:11 197:5,7
318:7,8
**authorized** 6:6
**available** 44:21
69:8,22 70:2,8
135:7,15,20
**average** 271:24
272:5,12,16 300:5
300:7,17,21,24
301:4 304:15
**aware** 27:23 29:5
31:13,22 35:22
36:4 40:25 42:9
42:13,15,20 46:15
63:23 66:10,13,14
66:18 71:18 72:18
72:20 74:6 75:11
82:9 139:23 153:9
162:11,25 166:13
182:18 183:7,9,14

183:25 184:2,10
185:11,14,21,23
186:5,14,21,25
189:5,6 190:25
195:6 200:12
207:17 208:2,20
209:11,12,15,20
211:4 212:18
217:25 218:6,24
219:6 224:25
225:5,15 226:14
238:19 262:24
267:12 304:9

**b**

**b** 59:4 327:6
**back** 8:16 27:21
30:10 32:9 47:24
51:18,20 60:7,10
77:4 83:23 85:18
89:10,24 92:4
124:24 133:4,21
134:2,4 136:8
139:11 141:23
144:7 163:24
167:9 169:15
172:24 188:19
194:3 195:22
196:11 200:2,3,4,5
200:8 212:22
216:9 220:6
230:14,24 235:12
237:11 241:8
242:10,24 247:25
254:4 273:17
275:16 280:17,17
281:17 284:17
286:5,11 287:12
288:23 291:4
295:14 296:15
303:2 308:11,23
312:13 313:23

316:23 317:7,15
**backing** 133:6
**backup** 20:13 39:6
42:14 43:19 57:25
71:20 77:7 131:24
133:12 261:24
270:14 296:17
**bad** 258:22
**baked** 132:16
**balance** 63:22
75:5,24 163:13
226:7 238:22,23
239:8 288:20
**balances** 27:17
289:7
**bank** 16:21 17:13
18:24 19:8 21:7
26:21 27:16,17
28:17,24 29:4,12
30:3,13 32:19,23
35:2 37:21 39:3
45:7 52:3,8,20
54:20,23 55:23
56:5,15,17,18,21
56:21 57:2,10
58:25 59:6,7,8,12
59:17 60:5,6,17,18
60:20 67:9,14
68:11 70:21 76:11
76:14 79:23 82:17
82:19,21,22 83:7
87:7 88:7 90:4,5
92:10 98:3 102:4
102:9 117:8,12,13
123:18 124:23
125:22 128:16
130:24 131:4,5
133:9 135:16
136:16 137:9,11
138:3 156:17
158:16 159:2

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 336 of 380
Douglas J. Smith                                             May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[bank - brokerage]                                                   Page 6

162:20 163:15
170:6 175:10,13
177:18 178:12
180:9 189:24
190:9 195:19
196:14 197:3
198:24 199:2
200:23 201:7
202:2 204:14
208:11 215:2,17
221:9,18,19,24
222:5,18 223:11
224:11 230:2,4
239:11,22 242:12
242:18 244:7,21
244:22,23 245:4,7
245:19,23 247:8
259:20 260:8
261:14,15 262:4
265:2 268:9
269:17 279:16
281:12 285:22
288:4,13,19 289:6
290:9,12,17
291:14 292:14
298:4 303:21
304:2 313:8
318:15 319:6,18
320:5 323:6
**banks** 77:18 201:9
**base** 85:17 231:3
289:10
**based** 40:12,13
98:2 99:17 101:7
105:22 128:5
130:16 132:20
133:2 135:6
137:13 145:4,11
146:3,22 147:12
148:4,19 149:10
149:24 150:15

154:5,14 164:17
170:5 203:19
204:23 215:5
224:22 235:13
236:11 322:9
323:6
**bases** 85:20
**basically** 19:25
51:8 151:22 183:7
184:3 191:5 217:6
309:21
**basis** 12:15 32:3
84:13 100:11
101:6,8,10,19
107:22 137:25
174:22 293:20
294:10 300:7,22
304:20
**bates** 108:16
109:24,25 110:19
110:22,25 112:12
113:6,7,8,21
120:25 191:20
192:9 327:13,16
327:19
**bear** 285:14
**beat** 125:16
**began** 51:25
**beginning** 6:17
52:6 83:24 113:25
164:13 167:11
195:18 196:14
230:16 249:3
284:19 310:18
311:15 319:12
**behalf** 6:24
**behavior** 290:6
294:5,17
**belabor** 132:9
**belief** 99:19

**believe** 10:8 13:2
28:5 57:15 70:15
81:7 92:23 98:13
102:8 106:5
110:14 118:10,17
120:16 176:4
184:24 199:21
209:17 215:10
224:3 229:16
**belong** 161:18
**belonging** 153:22
161:16
**beneficial** 86:22
87:11,17 88:3,15
88:18,25 89:7
90:9,12 91:5,20
93:8,10,13 95:14
96:5,13,18 103:21
104:2,8,19,23
112:18 254:19
322:13
**best** 10:20,22
198:2,12 237:15
**beyond** 161:7
183:2 186:11
**big** 158:4
**bit** 8:17 12:18
15:17 22:7 61:9
182:12 308:14
311:18
**blanking** 25:25
**blotters** 23:7
**bmarkley** 4:11
**board** 224:11
225:23
**bonus** 228:5
267:18
**books** 61:3,10,12
**boss** 25:14,15
**bottom** 121:17
155:8 225:19

237:6 294:24
311:9
**bought** 62:9 152:8
246:17 247:3,15
276:6,24 302:5,6
302:12
**break** 37:14 61:9
68:17 83:17 122:8
166:19,23 178:15
230:9 284:11
**brian** 1:8 4:10,14
115:18,21
**brief** 12:3 72:5
269:21 324:9,14
325:2
**briefly** 36:22
**bring** 108:10
125:21
**broad** 162:22
**broader** 216:4,12
**broadly** 73:4
**broker** 207:7
268:8 270:9,13
280:15 281:6
285:18 295:18
296:3,23 297:14
297:18 298:2,13
**brokerage** 18:25
21:8 28:18 29:4,6
29:8,19 30:2,3,5
30:17,18 31:4
32:21 34:23 37:19
46:21 47:19,23,25
52:12,19 82:15,19
82:24 83:3,8
84:17,21 85:3
86:2,6 126:17,20
126:25 128:7
177:3,21 178:9,21
179:22 190:2,15
221:10 222:13

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 337 of 380
Douglas J. Smith                                May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[brokerage - certain]                                            Page 7

223:14 230:3
240:9 244:2
268:11 269:18
275:10 281:10
285:20 298:17
320:10
brokercheck
68:16
brokering 46:22
brokers 48:15
49:13 264:18,19
268:16 270:22
282:6 299:22
301:19 302:20
brokertech 68:20
brooklyn 11:25
brought 20:7
bullet 191:24
bullock 114:17
bunch 20:8
business 74:9,11
157:10 220:19
button 108:22
buy 34:14 158:2
159:20 162:14
163:5 166:7
246:10 248:10
256:9 257:23,23
260:11,16 277:15
280:18 293:16
298:23 302:21
304:8 314:25
buyer 46:24
buying 159:14
293:5 302:14
buys 157:2 277:9

c

c 3:1 4:1 61:2
326:1,1
cahill 4:4 7:8

cahill.com 4:9,11
calculate 130:22
132:24 137:5
140:19 200:21
230:24 240:8
243:2,4,6 279:4
287:15 288:5
323:21
calculated 97:15
135:7 137:2
152:22 195:3
213:7,9,20,21,25
222:25 223:9
224:4 239:11,20
243:7,24 270:8
271:24 272:4,11
calculates 304:7
calculating 71:10
137:12 173:8
223:10 269:7
calculation 37:2
51:7,8 83:5 130:2
135:14,22 138:9
143:23 154:15
170:25 187:11
192:21 193:21
195:16 203:6
229:17,22 269:9
281:22
calculations 37:6
37:14 41:21,25
42:18,22 51:13
82:10 174:5 193:2
194:19
calculator 214:7
call 19:2 27:11
100:5 202:22
217:19 245:15
316:22
called 39:12 123:4
170:19 203:11

calling 204:7
calls 64:9,22 65:20
78:8 80:16 100:17
camera 5:8
capacity 7:4
capital 208:22
211:8 219:3
captured 129:22
capturing 129:24
car 178:17
care 186:7,16
249:14
carried 43:12,15
153:13 162:13
163:3 178:11,16
179:17 180:20
219:17 220:4,9,23
222:7,25 223:13
223:16,23,25
224:4,10,13
230:23,24 242:5
242:11 243:24
carries 277:11
case 1:6,22 5:24
8:2 15:9,9 19:4,25
20:7,12,14,15 21:6
22:24 23:3 40:20
45:18 51:24 78:12
79:16 82:4 96:15
97:23 119:10
123:13 293:20,20
294:19 318:2,4,10
318:22 319:13
322:19,23
cases 11:11 20:5
138:9 220:14
cash 19:9 28:14
29:3,21,25 30:12
30:16 31:15,23
32:17,24 37:20
82:20 160:8

165:17,23 175:16
177:12,15,22
179:15,16,16,23
180:14,18 181:14
181:15 189:20
257:23,23 288:3
castillero 1:9 4:15
59:3,18 86:18,21
87:10 88:14 90:8
90:12 91:5,19,23
92:5 95:13 97:3
106:17,18 115:14
235:15 312:3
314:11 315:20
323:16
categories 38:25
52:21 56:4 177:8
178:6,12
categorization
238:8
categorize 29:2
229:25 258:5
categorized
129:14 133:5
258:12
categorizing 39:3
176:10 180:8
198:11 226:9
262:5 265:2
category 149:22
150:13
cause 8:22 310:12
causes 124:15
caution 65:12
72:14 110:16
ccr 1:24
cdo 20:12 22:16
cdos 22:16
certain 22:15
26:20 37:3 59:16
62:21 63:10,12,14

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[certain - commission]**

Page 8

63:16 73:16 88:16
142:4 143:13
156:9 182:15
258:12 266:16
277:10 283:8
313:18
**certificate** 114:20
115:2,7
**certifications**
13:20 15:14
**certified** 2:7 13:22
14:10,21
**certify** 114:18
326:4,9,15 328:3
**cetera** 18:7 67:6
**challenge** 237:12
**chan** 32:10
**change** 155:25
**changed** 55:10
253:5
**changes** 199:17
329:1
**characterization**
19:11
**characterizing**
319:24
**charge** 45:13
179:4 218:8,25
224:23 225:2,6
226:2,16,21 227:2
227:4 228:3,3,4,18
228:25 241:14
264:19,19 266:12
266:20 304:15
**charged** 225:17
264:23 266:25
267:13 271:15,23
304:21
**charging** 267:5
272:23

**chart** 321:9
**chats** 207:6,11
314:18
**chau** 20:12
**check** 68:23
113:22 176:8
225:8,14
**chime** 143:17,22
144:5,10 146:20
**choose** 205:20
**chose** 205:16
218:15 222:16
283:8
**circle** 32:9 51:18
216:9
**circuit** 147:24
**cited** 313:4
**city** 11:20
**civ** 1:6
**civil** 91:12
**claim** 200:14
**claiming** 171:7,9
**claims** 294:11
**clarify** 19:5 32:5
275:14
**clarity** 33:10
137:14
**class** 13:3
**classes** 15:17,19
**clean** 325:9
**cleanup** 285:3
**clear** 35:9,18,19
63:11 64:14 87:4
121:9 123:21
125:17 128:21
130:16 131:3
139:9 150:18
154:12 156:7
169:8 194:2
196:19 227:14
255:24 279:5

284:7 291:18,22
296:13 301:8
306:8 309:3
323:20 324:6
**clearances** 17:4
**clearly** 79:12
128:9 250:12
252:2 253:14
**client's** 91:13
94:14
**close** 214:21
230:22
**closed** 211:9
**closes** 208:23
**coherent** 10:8
**colleague** 6:22
**collect** 41:6 235:18
**collected** 117:12
**collecting** 40:24
44:6 182:20
183:10
**collective** 213:9
**collectively** 33:11
33:15 34:7
**collects** 226:9
**college** 12:10,25
**column** 147:15,25
148:17 149:6
**columns** 170:15
214:23
**combined** 137:24
**combining** 216:19
217:6
**come** 18:19 51:16
108:23 164:21
177:8 193:13
215:19 226:12
269:14 276:8
317:7 324:22
**comes** 19:7 120:9
224:11 278:14

290:15 291:13,14
291:24 293:4
294:25 298:12
301:18 302:19
**comfortable** 95:2
95:4 98:17 274:16
**coming** 37:18 40:4
62:4 67:9 69:13
70:11 71:22 82:19
123:24 124:4
158:18 177:3
178:9,20 179:23
179:24 202:24
203:3 212:24
215:6,6 222:12
223:13 233:14
240:9 243:25
258:18 268:10,13
268:17 281:15
287:13 289:3,6,12
291:5,20 297:2
298:4,11,17
309:22 318:18,18
320:7,10,11 322:6
**commencement**
326:5
**comments** 8:14
9:17 54:14 205:24
**commingled**
157:14,14 158:4,7
163:9
**commingling**
124:10 216:4,17
216:18,23,25
217:6 258:22
259:4,10,15
**commission** 1:4
3:4 5:20 7:2 8:3
11:6 61:4 78:11
201:4 261:3

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 339 of 380
Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[commission's - contribution]
Page 9

commission's
310:10
commissions
298:23
communication
65:24 66:5 71:19
193:9
communications
21:3 24:20 25:18
35:21 40:23 64:17
80:23 81:3,9
100:24 103:14
179:3
companies  18:4
61:22 85:11,12
97:5 121:21 136:3
139:7,13 141:8,15
151:14,15 175:4
178:23 199:25
213:11 233:16
240:12 244:4
249:10 263:24
265:22,22,23,25
312:6 321:12
company  20:16,18
34:10 37:24 61:15
88:6,21 89:15,23
94:14 115:8
143:18 144:14,17
145:16 146:8
148:8,23 149:14
150:6 164:12
166:6 174:22,22
177:7 199:4,17
212:17 215:14
222:17 223:20
240:14 246:18
253:7 262:25
263:21 264:23,24
265:12 266:2,4
293:2 309:4,7

313:24
comparing  44:21
45:6 204:24
213:15 272:16
276:5
compensation
241:22
complaint  8:8,10
8:13,18 73:8 94:9
94:21,23 96:7,14
259:9
complaints  212:19
complete  57:17
63:15 71:21
127:16,23 128:11
129:5 130:10,13
131:15 133:14
135:21 141:24
completed  72:21
72:22 127:24
185:6 234:8
238:21
completing  197:21
compliance  17:25
18:2
complying  16:11
component  216:24
217:8
compound  50:18
228:13
computer  39:9
194:5 231:23
concentrated  35:2
concentration
12:13 13:16
concept  98:21
216:2,17,24 219:7
219:8 224:9,20
241:10 251:8
258:9 263:8
265:10 266:8

287:19 303:4
315:9
concepts  216:14
concern  107:24
108:5 116:5,11
118:11,17 119:3
123:16 124:4,15
125:7 259:14
concerning  35:13
68:14 138:21,22
192:8 259:7
concerns  125:5
concluded  198:18
concludes  325:19
conclusions  70:17
condition  9:21
conduct  41:20,24
42:4,17,25 43:20
44:20 45:5 49:22
145:23 182:6
322:17,21 324:17
conducted  5:5
35:23 42:21 43:10
171:16 192:25
conducting  97:25
confirm  22:17
23:22 43:11 49:20
54:16 55:2 60:13
68:17 70:4 79:9
91:23 95:12 99:15
103:24 104:5
107:3 110:8
112:15 134:12
141:15 142:25
147:20 171:5
179:13 195:23
204:21 207:9
208:19 214:21
235:24 247:2
261:10 267:20
273:2 287:14

312:12
confirmed  105:22
254:6
confused  140:3
257:18 274:3,11
297:3
confusing  27:9
256:20
confusion  121:9
121:13
connected  120:12
235:9 276:20
connection  5:9 8:6
15:2 26:23 27:3,5
46:11 48:3 49:6
78:25 81:11 94:13
148:13 166:10
183:17,19 220:23
313:16 318:10,22
connects  248:2
consent  6:11
considered  173:13
consultation  168:9
contain  37:2
contained  320:25
contest  168:24
context  59:13
265:4
continue  5:14
319:21
continued  4:1
continues  169:13
continuing  14:11
15:10
contract  252:23
265:7
contradicted
202:18
contributed  191:4
contribution
219:3

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[controlled - cpa]**                                              Page 10

controlled 59:2
controls 88:20
convenience 53:9
conversation
 64:23 91:8,11
 99:6 184:22
conversations
 72:15,17 78:10
 90:16 193:16
convince 312:4
 314:12,16
convincing 312:14
 315:10,12,21
 316:10
copied 142:21
copies 171:23
copy 53:5 98:11
 114:19
core 221:24
corporate 89:12
 92:12,21 112:19
corporation 34:9
 34:10
correct 8:8 11:20
 19:22 20:16 21:13
 22:9,20 23:10,12
 23:25 24:5 26:2
 27:6 29:22 30:13
 30:19 31:16,24
 34:15 36:12 37:4
 38:19 40:17 43:25
 45:14 48:5,10
 49:18,25 50:16
 51:24 52:9 53:23
 54:20 56:18 62:14
 62:23 63:18 66:2
 73:8 75:8,20 76:5
 76:19 77:23,24
 79:2 81:14,19
 82:15 84:6,14
 85:22 87:12,18,21

89:16 90:5 91:14
91:25 95:10 96:15
96:21 99:2,11
100:7 101:16
104:2,3,19 105:19
105:20 114:19
116:25 123:19,25
126:13,17 127:12
127:18 128:23
130:3,17 131:21
134:15 139:14
140:14 141:19,22
142:14,18,21
143:10,15,16
144:11,12,19
145:13,14 146:5
146:16 147:4,21
148:2,3,17,18
149:7,8,22,23
150:3,6,10,13,14
150:24 151:24
152:17,19,24
153:3,4 154:16
155:10 156:10,23
157:5,22 158:12
160:8 164:4,10
165:20 166:2
167:16 171:2
172:14,22 173:16
173:24 174:7,14
174:20 177:16
180:14 182:2,3,6
187:13 189:3,21
190:11 196:6
205:12 209:5,10
211:3,10,21,22,24
213:2 214:17
216:20 217:23
221:18 224:23,24
225:12 230:20
234:2,10,11

235:11 237:3
238:14 239:5
240:4 241:6,16
242:12,18,24
244:13,24 245:8
245:12 246:6,11
247:20 248:4,10
248:17 249:10,16
250:8,14 251:12
251:16,21 254:2,8
254:15,20 255:3
256:5,9 257:6
259:10,15,23
260:8,12,16 261:4
261:7,8 264:9,10
265:14,23 266:14
267:2,23 269:7,12
269:13,22 274:22
277:12,16,22
278:21 279:14,25
281:23 282:6
283:16 284:9
288:17 290:18
291:8,16,25
292:19,22 293:7
294:11,19 295:5
296:19 297:14
298:15 300:22
301:3,6,11,15,20
301:23 303:23
305:15 306:22
307:5,23 308:18
310:2 312:16
314:6,7,9 315:4
316:12
correctly 299:12
correspondence
 66:23
corresponding
 271:19

cost 300:7 301:18
 304:8
costs 278:13
counsel 3:3,14 4:3
 5:18 6:11,16,18
 7:7 216:8 316:18
 326:17,20
counsel's 192:14
count 23:17
 233:13
counts 172:4
couple 231:5
 262:22 285:2,3
 287:7 317:21
course 10:12
 13:20 14:4,5
 63:25 66:6,15
 120:21 169:11
 201:23 317:25
courses 12:25 14:6
 15:13
coursework 13:8
 13:18 15:3
court 1:1 2:7 5:23
 6:3 7:11 10:21
 12:5,18 16:13
 20:4 21:18 22:3
 22:12 23:18 67:3
 68:6 69:11 84:12
 84:20 86:8 104:24
 170:11 171:25
 250:7 286:4 325:3
cover 85:20
 146:18 151:4
 152:6 165:18,25
 166:13 169:4
 302:20 305:13
covers 113:8
cpa 23:12 74:25
 75:12

Douglas J. Smith

May 19, 2022

Securities and Exchange Commission v. StraightPath Venture Partners LLC

[craven - deficit]

Page 11

craven 20:8
create 173:11
  203:15 215:8
  233:4 262:16
created 27:23
  78:24 79:21
  169:23 172:15,17
  174:17,24 204:16
  204:23
creates 294:18
creating 80:2
credit 12:22 14:11
  299:17
credits 14:12
crime 12:12 13:15
criminal 12:11,20
  12:20 13:8,14
cross 200:25
  317:18 327:5
cured 252:12
current 11:13,15
  15:7 57:8 73:8
  102:8 138:23
  139:3,21,24
  150:23 154:14
  238:23
currently 43:14
  102:11 139:3
  140:9 143:23
  161:7 165:6
curriculum 14:22
custody 246:23
cv 5:25
cycle 27:21

**d**

d 1:10 7:14 109:17
  327:1
d003 113:6
daily 164:15
data 19:7 38:19
  40:13 54:10,19,22

146:25 147:3
  170:16 173:3
  215:3 231:8
  239:10 318:17
database 232:3
  261:17
dataminr 144:13
  144:16,18,22
  145:5,6,11,12
  146:20
date 15:12 53:21
  108:17 112:14
  121:3 187:4
  191:17 199:6
  232:18 275:20
  293:8 326:13
dated 108:15
  112:12 191:15
  327:12,16,22
dates 190:24
  198:22 215:4
  290:9
dating 200:2,3,4,5
  200:8
david 20:7
day 14:5 18:18,18
  27:18 89:22,22
  114:22 116:19,19
  138:14 156:2,2,17
  159:12 162:18
  164:20 165:3,5
  198:13 199:5
  218:14 241:12
  251:2 253:5
  258:14 290:17
  328:11
days 70:6 91:17
dead 125:17
deal 313:21
dealer 296:23

dealers 268:8
  270:9,13 295:18
  296:3 297:14,18
  298:2,13
debbie 32:10
december 12:14
decided 127:11
decision 174:12
decisionmaking
  205:22
declaration 20:6
  20:14 21:12,18
  22:23 23:24 27:19
  27:23 28:2 32:10
  33:6 36:22,25
  37:10,16 40:17
  41:4,17 43:6
  52:25 53:19,22
  54:2,3,9,11,18
  55:3 70:17 76:25
  77:8,14,23 78:25
  80:2,13 81:5,8
  82:7 84:11 87:18
  93:17 94:5,11,19
  95:4,24 96:14,19
  97:9,11,14,21
  98:12,16,25 99:17
  101:3,6 103:4
  105:6,13 106:13
  106:14 107:18
  108:6 117:6 118:2
  118:6 125:4
  130:15 135:4
  141:3 142:13
  144:3,25 172:12
  173:15 175:6
  182:18 186:4,12
  187:19 188:9,16
  188:22 194:4
  196:2 199:6
  205:17,23 222:23

234:17 235:13
  236:16 243:6
  258:19 259:7
  260:22 267:21
  271:4 275:20
  276:10 279:7,11
  279:23 280:13,25
  281:3,20,25
  282:12,13,22
  283:13 305:12
  308:24 312:11,16
  313:3,5,6 314:4
  316:9 327:8
declarations 23:15
  23:15,18
deduct 37:19
  177:7
deducted 47:20
deducting 37:22
  49:4 50:11 177:4
  178:21
deems 278:8
default 21:24
defendant 189:21
defendant's 53:18
  108:13 112:10
  120:24 191:14
  320:19 327:7,10
  327:14,18,21
defendants 1:12
  3:14 4:3 5:19 7:22
  21:23 31:9 34:7
  61:3 66:24 68:5
  68:15 190:6
  232:15,20,25
  322:19,23 323:5
  323:14 327:24
deficit 42:5 135:8
  136:20 137:2,5,12
  137:16,22 138:10
  140:2,14 141:4,6,9

143:9 144:11,23
144:23,25 147:15
147:25 148:17
149:6,21 150:13
151:16,18 152:6
152:23 156:3,5,8
156:22 164:9
165:25 172:5
173:22 174:6
175:3 213:24
249:13,14,15,18
250:12,14,18
251:8,11 252:4,15
252:20 254:2
311:14
**deficits** 141:8
143:15 154:11
155:25 165:18
172:13 174:19
175:4 198:14
199:7 249:2,8,8
250:4,8 251:3,14
251:15 252:11,13
252:16 253:14
305:15 306:2,20
319:7
**defies** 250:23
**define** 88:18 210:4
210:6,9 220:9
224:5,15 235:20
**defined** 134:6
137:5 219:3
**definition** 58:6
133:24 219:23,25
220:3 223:23
227:14,15
**definitions** 33:12
58:3 220:2,18
**degree** 12:16
13:12 23:10
192:13

**delaware** 92:21
112:8,11 113:5
114:12,18 115:2
116:17 327:15
**deleonardis** 25:16
**delta** 287:2 301:14
301:17
**demand** 325:4
**depending** 19:3
317:10
**depends** 5:7
274:24
**deponent** 7:3
**deposed** 19:21
**deposit** 199:2
**deposition** 1:15
2:3 5:5,17 7:25
10:2 82:7 99:9
283:23,25 325:11
325:20 328:4
**derive** 171:22
**describe** 204:8
241:25 320:3
**described** 193:4
296:4
**describes** 241:18
**describing** 22:15
55:22 171:14
290:5
**designed** 233:12
**detail** 12:18 22:7
45:19 74:21 172:2
201:17 202:7
209:19
**detailed** 61:25
62:25
**details** 133:20
163:11
**determination**
89:2 261:16
292:16

**determinations**
320:14
**determine** 59:16
88:2,14 89:14
102:5 140:13
144:22 173:21,23
174:19 178:24
222:11 242:22
278:18 304:14
323:9
**determined** 87:10
174:8 197:25
199:12 261:19
293:23
**determining**
173:14
**developed** 14:22
**difference** 44:5
159:13 194:25
271:16 302:17
**differences** 255:7
255:9
**different** 11:11
19:3 27:10 33:11
39:18 50:19 54:7
55:12 58:3 71:23
88:10 116:20
117:21 139:22
193:4 199:19
212:16 215:19
220:7,14 233:9
239:10 268:4
272:20 297:4
300:11,11 316:7
318:17
**differential** 239:20
**differently** 87:15
103:15 184:20
245:21
**diligence** 226:17
226:21 267:13

**direct** 7:17 194:12
327:3
**directed** 19:9
**direction** 171:17
**directly** 121:20
**director** 115:14,22
**disagree** 278:4
**disclose** 228:4
**disclosed** 46:6
119:16 218:2,20
220:22 227:3
228:24 241:14
**discovery** 107:16
110:6 325:4
**discrepancy**
202:12,22
**discussed** 34:17
76:17 90:3 131:16
138:25 189:18
214:19 238:12
293:17 309:20
316:6
**discussing** 84:10
237:3 251:7
**discussion** 64:22
65:2 167:19
183:20
**discussions** 25:18
35:12,14 64:5,10
65:14,21 80:24
184:13
**dispute** 316:20
**distinguish** 33:19
**distribute** 289:23
290:3
**distributed** 34:20
36:6 175:15
176:18 229:10
**distributes** 289:21
**distribution** 32:17
189:25 190:5,9

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**distributions**
28:14,25 30:11
31:8,14,23 32:24
37:21 82:21 127:9
175:17 176:11
177:5 178:22
189:20 190:6,16
222:15 223:17
229:12,18,19,22
230:4 240:11
244:3
**district**   1:1,2 5:23
5:24
**divided**   300:16
**division**   11:6
18:15
**docs**   308:5
**document**   26:21
27:13,15 39:13,18
40:25 41:10 47:16
55:25 59:15 71:23
77:6,21 79:15,19
79:25 92:4 93:3
98:22 107:2
108:12 109:17,21
109:24 110:3,15
111:7,12,20 112:3
113:2,5,6 114:7,10
116:3,8,22 120:8
168:11,14,17
172:19 176:7,14
187:15 188:4
192:7 201:18
202:16,18 204:22
213:8 216:7
232:23 239:15
266:24 300:3
312:24 318:21,24
**documentation**
131:24 168:4

**documenting**
180:6
**documents**   19:3
27:4 29:16 33:12
38:10,11,16,22
39:7,15,22 40:24
41:2,6 56:4 61:7
70:13 72:5,10,19
72:23,24 73:7,14
74:16,25 75:7
76:24 77:7 78:23
82:14 83:4 88:5,6
88:10,22 90:2
91:23 92:14,16
101:10 104:14
107:6 110:11,13
110:17 112:19,19
117:2,9 123:12
127:18 128:3,5,9
128:10,19 130:25
131:9,10 134:19
135:6,13,17,19
167:22 168:19,24
171:24 182:17,20
183:11 192:14
201:2,12,23,25
202:13,15 203:5
204:23 207:18
208:21 209:5,12
209:21,25 210:5
210:21,24 211:6
215:2 218:16
225:24 232:10
235:14 236:25
275:18 316:7,16
316:18,20 317:25
318:9 320:15
**doing**   17:4 27:22
28:11,16 29:13
45:24 51:22 52:2
83:10 97:9 126:22

146:11 173:12
178:18 180:12,23
184:23 185:15
187:18 197:6
210:18 226:11
229:14 286:17
**dollar**   50:10
134:11,11 168:3
177:14,24 261:19
279:21 297:9
**dollars**   51:2,9
177:25,25 217:20
222:6 229:9,15
244:21 245:6,17
246:18 258:18
259:19,20,21
268:14 290:13
323:23
**door**   298:7 303:19
**double**   113:22
225:8,14
**doug**   7:4
**douglas**   1:16 2:3
5:18 7:1 8:1 9:1
10:1 11:1,2 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1,19 54:1
55:1 56:1 57:1
58:1 59:1 60:1

61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 344 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[douglas - entities]                                        Page 14

184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
304:1 305:1 306:1

307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1,20 326:6
327:2,9 328:6
**draft** 54:2,3 55:3
87:20 90:14,20,24
98:11 99:22
102:23 103:24
105:18 106:24
117:23 236:6
**drafted** 54:12
206:4
**drafting** 8:13 9:16
18:21
**drag** 170:14
**dramatic** 12:8
306:10
**driven** 97:11
**drop** 170:15
**due** 226:16 267:13
324:9
**duly** 7:15

**e**

**e** 3:1,1 4:1,1 8:24
66:22 324:2,19
326:1,1 327:1,6
**earlier** 19:20
22:10 24:4 36:16
56:17 63:9 76:17
90:3 112:16
123:15 126:15
127:14 128:12
131:16 138:25
150:21 177:2
182:14 189:18
190:8 199:14
205:9 214:20

236:20,24 238:12
249:2,13 260:6
262:14 266:7
273:19 287:15
288:3 289:9,16
293:17 323:3
**early** 97:3 197:5,7
197:9 198:25
200:3
**earn** 46:6 217:21
221:5,16
**earned** 30:25 35:6
35:25 43:2,13
44:14 45:8 46:2
47:3 74:17 178:16
180:20 182:2
230:25 240:2
242:10,23 243:8
244:8 245:20,24
246:4 260:6 288:6
**ease** 33:18,20
**easier** 247:13
**easily** 178:23
179:15 180:10
222:11 240:8
243:2 279:3,4
**east** 184:5
**eat** 185:17 186:17
**economic** 13:15
**economics** 12:11
12:21
**edits** 8:15 9:17
54:14 55:6,8,14,21
205:25 236:5
**education** 12:3,5
13:10 14:12 15:10
**effort** 30:24 35:5
36:5 75:19 207:23
270:20 277:2
**efforts** 73:6

**either** 37:2 62:7
81:12,22 114:3
212:25 235:17
268:10 294:23
309:24 314:14
324:21
**electronic** 27:24
**electronically** 28:2
**else's** 104:7
**email** 66:23 67:17
191:11,14,20,21
191:22 192:15
193:5 195:2,5
327:21
**emails** 62:7 67:5,5
67:6,13,20
**emergency** 8:21
94:13 96:21 185:7
310:11
**employee** 7:5
326:16,19
**employees** 17:2
258:15 285:11
**employment** 69:4
**ended** 13:13 208:3
**enforcement** 11:7
18:16
**engage** 250:24
**engaging** 207:7
**enormous** 319:25
**entail** 14:4
**entering** 39:3,5
40:14 319:20,22
**enterprise** 157:16
**entire** 187:19
188:9 223:2
**entities** 20:8 27:12
33:25 56:10,23
57:11,20 58:19
59:2 60:19 86:23
92:22 321:18

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[entities - far]**                                                      Page 15

323:22
**entitled** 224:2
 240:3
**entity** 57:24 58:21
 65:25 66:6 88:21
 234:13
**entries** 76:10
**entry** 241:24
**enzer** 4:8 7:8
**equal** 219:2
**equally** 307:22
**equals** 297:8
 303:18
**equity** 220:15
**equivalent** 256:5
**eric** 1:10 111:16
**errands** 43:22
**errata** 329:1
**errors** 55:11
**escrow** 166:12
**esq** 3:9,11,20,22
 4:8,10
**establishes** 258:23
**estimated** 150:21
**et** 5:22 8:4 18:7
 67:6
**events** 80:6
**exact** 104:15
 302:13
**exactly** 12:17
 14:19 172:2
 214:22
**examination** 7:17
 317:18,24 326:5
 327:3,5
**examinations**
 17:25
**examiner** 13:22
 18:2
**examiners** 14:21

**example** 157:18
 165:6 205:10
 242:6 252:14
 259:19 288:16
 290:23 292:10,12
 297:21
**exams** 18:3,8 69:5
**excel** 38:17,18
 39:2,5 40:6,11,19
 41:10,14,15,18
 47:15 61:19
 133:10,11 142:9
 142:16 170:13
 176:14 203:9,17
 216:9 232:15,21
 319:23 327:24
**excels** 133:17
 167:22
**excerpt** 120:25
 327:18
**excess** 155:9
 160:18
**exchange** 1:4 3:4
 5:20 6:25 8:2 11:6
 16:7,16 248:16
 254:17 310:9
**excluded** 139:20
**excluding** 263:8
**executed** 111:15
 111:21
**exhibit** 36:15,17
 36:19 43:8 48:22
 48:22 53:14,18
 108:11,13 109:17
 110:20 112:10
 113:7 119:21,22
 120:22,24 121:12
 131:12,20 133:14
 133:16,18,19
 174:25 187:10,20
 187:23 188:9,16

188:20,21 191:11
 191:14,19 194:3,4
 205:14 214:9,10
 232:15 235:7
 300:2 311:20
 320:18,19 321:2
 322:10,25 327:7
 327:10,14,18,21
 327:24
**exhibits** 23:8
 27:19 28:6,8
 36:17,23,25 37:10
 37:16 40:16,17
 41:4 43:5 49:3
 50:6 53:19 82:8
 118:24 130:14
 172:9,9,16 186:4
 187:20,24 188:10
 188:17 214:8
 235:7 269:7
 279:11 281:3
 282:3,13 283:13
 327:8
**exist** 61:23 246:22
 249:15 250:25
 321:14
**existed** 252:11
**exists** 239:12
**expects** 121:18
**expedited** 107:16
 324:11 325:4
**expense** 218:8
 219:4 267:16
**expenses** 46:9,17
 46:20 49:9,25
 50:16
**expert** 124:16,21
 170:13 176:14
**expertise** 87:24
**explain** 12:15
 16:13 68:6 122:14

170:12 227:21
 300:8
**explaining** 324:22
**explicitly** 184:16
**express** 124:3
**expressed** 123:15
 125:8
**extensive** 252:2
**extent** 64:9,21
 65:19 78:8 80:16
 100:17
**extra** 146:22
 158:10 303:19

**f**

**f** 68:5 326:1
**faced** 306:2
**fact** 34:20 66:18
 72:3,21 80:6
 91:22 99:8 118:18
 121:24 127:15
 141:21 162:12,25
 166:14 217:19
 257:21 288:3
 290:15
**facts** 80:11 81:2,9
 81:14,23 82:9
**fair** 19:10 171:25
**fall** 75:11 200:2,5
 200:5,8
**false** 252:5
**familiar** 8:25 72:2
 73:10 75:10
 144:13 145:15,21
 146:7 150:6
 263:11,17 264:11
**far** 13:10 21:5
 25:3 31:12,13,15
 38:21 52:21 60:2
 67:20 97:11
 126:22 133:11,16
 149:17 178:2

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 346 of 380
Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[far - follows]**
Page 16

207:15 212:5
240:14,16 247:23
268:12 278:16
306:10
**fast** 10:17
**february** 31:10,21
32:18,22 90:11
91:24 93:5 97:3
106:19 112:12
113:3 114:12,22
186:21,24 187:6
187:12 189:3,15
190:18 197:18
206:9 309:7
319:19 327:16
**fee** 218:8 219:2,4
224:21 225:3,6,17
225:18 226:2,17
226:21 227:5
228:5,19,25
242:23 266:13,25
267:5,14 268:8
**feel** 69:24
**feels** 274:15
**fees** 43:2,21 44:13
45:7,14 46:4,16,22
47:2,3,10,20,25
48:2,8,14,15,16,23
49:4,12 50:8,11
51:3,12,14,15
61:17 151:12
153:12 159:4
162:4,9,12 163:2
178:15 179:17
180:19 181:3,25
202:9,10 217:20
218:19 221:4,15
225:21,23 226:9
235:16 236:10,18
236:18,19,21,22
237:2,6,8,16,17,20

237:25 238:10
239:4,13 240:2
241:11,13,21
242:5,10,23 243:7
243:25 244:8,16
245:19,22,23
246:4,9 247:10
264:23 267:16,18
268:13,16 269:11
270:2,7 278:20
279:14 281:6
288:6 295:17
296:2,5,7,24
298:24 299:3,8,16
299:22 301:24
302:8,10,21,24
303:6,20,23
**fell** 313:21 314:25
**field** 15:7 18:6
**fifteen** 166:21
**figure** 60:18 141:5
175:21 176:12
177:9 178:24
181:8,9,10 188:13
223:14 224:12
226:12 271:2
279:21
**figures** 244:5
304:5
**figuring** 221:11
**file** 38:15 113:5
**filed** 5:22 8:8,19
9:10 20:6 72:6
91:12 104:24
112:19 113:5
114:11,21 166:11
169:11 200:15
**filing** 9:2 73:7
92:21 112:9,11
183:9 185:7
327:15

**filings** 92:13 105:7
**final** 54:15
**finalize** 324:25
**finalizing** 66:17
**finally** 311:24
313:12
**financial** 12:12
13:16 56:23 59:7
59:23 82:14
163:19
**financially** 6:9
326:21
**find** 48:9 62:7
67:13 68:10 76:2
137:22 263:11,12
263:13 270:6
277:20
**finder** 296:23
**finders** 48:2
181:11 258:16
267:22 268:7
270:10,13 279:2
285:12 295:18
297:14,19 298:2
298:13 299:8,14
**finding** 198:12
264:19 319:23
**findings** 57:17
**fine** 53:8 64:19
65:15 179:12
187:16 228:20
230:8 286:6,8
**finish** 155:18
156:14 186:7
215:16 223:5
249:5 305:9
**finished** 144:3
152:14 325:10,14
325:16
**finra** 261:17

**finra's** 68:15,22
**firm** 7:8,21
**first** 7:15 15:25
16:4,6 20:14 56:5
86:16 89:18 98:10
98:11 113:8
121:14 162:3
193:23 195:14
197:12,25 198:17
199:2 200:6,13
308:23
**fit** 295:5,11
**five** 17:16 30:9
83:14,17 139:18
264:3 284:11
305:5 308:7 317:7
325:21
**flexport** 145:15,20
145:24,25 146:4
146:20
**flip** 299:19
**flipping** 109:20
**floor** 16:9
**florida** 103:10,17
**flow** 118:15
**flows** 163:13
**fluctuates** 199:3
**focus** 49:14 55:14
55:20 90:2 98:2
175:11 249:23
269:25
**focused** 52:4 60:3
82:22 269:19,20
**focuses** 279:7
**folder** 119:25
**folders** 109:3
**folks** 309:24
**following** 56:4
317:21 329:1
**follows** 7:16 115:9

Douglas J. Smith                                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[foods - funds]**                                                  Page 17

**foods** 184:6
**forced** 311:24
  312:14 313:12,15
  313:18 314:4
**foregoing** 326:10
  328:3
**forget** 305:10
**form** 15:5 21:16
  26:25 27:8 29:24
  30:21 31:18 32:2
  32:4 41:13 43:17
  45:16 46:14 47:8
  50:3,18 54:6
  55:18 57:13 63:5
  66:20 69:18 70:10
  72:8 73:2,21
  75:22 76:21 77:3
  78:19 79:10 81:16
  82:2 84:24 85:7
  87:14 89:4,20
  94:17 95:7 96:2,9
  97:17 99:4,13
  100:9 101:21
  102:14,19 103:7
  104:10 105:2,9
  106:2 107:12
  108:4 111:23
  112:5 116:13
  117:19 118:22
  119:19 122:4,20
  124:9,20 125:10
  127:4 128:15,25
  135:24 136:22
  139:5 140:23
  142:23 143:6
  151:7 152:2 153:6
  153:15 154:18
  155:5 157:7,12
  158:14 159:9
  160:10,21 161:15
  161:23 162:7,16

  163:7 165:12
  173:18 178:4
  179:20 180:22
  182:5 183:23
  184:8 185:9,19
  186:10,19 187:3
  189:11,23 190:20
  191:8 195:12
  198:6,20 200:10
  200:18 205:19
  207:5 208:8,16,25
  211:2 212:2 213:4
  218:10 220:11
  221:7 222:9 223:7
  224:7 226:24
  227:10,18 228:7
  235:3 238:5,16,25
  240:6 242:14
  243:11,15 247:6
  248:19 252:8
  253:4,19 255:5,16
  256:11,17,22
  257:8,14 259:2,12
  262:11 266:2
  268:2,24 270:5
  273:8,24 275:8
  277:18 278:10,23
  280:3 282:8,18
  288:9 291:2,10
  292:3,21 294:3,13
  294:21 295:7,25
  302:23 303:9
  304:11,24 306:24
  307:7,13 312:18
  315:6,16 321:21
  322:4
**formation** 88:5
  110:17 115:7
**forms** 153:12
  163:2 266:3

**forth** 80:5,12
  326:14
**fortino** 3:11 7:3
  26:2 206:3
**fortinop** 3:12
**forward** 61:21
  265:6
**found** 163:19
  280:23 281:6
  282:5 285:17
  301:19
**foundation** 32:6,7
  79:11 183:23
  185:9 218:11
  228:10 304:11
**founders** 86:22
  306:4
**four** 16:18 160:13
  164:25 184:5
  264:3 311:20
  323:11
**framework**
  209:22 210:22
**francine** 1:10 4:16
**frankly** 307:18
**fraud** 13:22 14:13
  14:21 15:8,9 20:9
  216:23 217:8
  258:23
**freeze** 8:23 310:14
**freezing** 91:13
**front** 53:5,23
  147:4 320:21,22
**full** 10:25 58:21
  100:14 121:12
  132:4 188:16
**fully** 62:13,22
  111:20
**fun** 150:5
**fund** 22:16 48:4
  56:5 58:4 60:10

  90:10,13 97:2
  101:9 105:16
  106:21 117:10,11
  118:8,12,19 119:5
  122:18 124:12
  126:12 135:10
  136:7 138:4 189:2
  201:3 204:25
  206:10,15,20
  224:23 229:11
  235:15,17,17
  244:7,22 245:7,11
  245:19,22 246:8
  247:19 248:2,8
  255:11 256:4
  257:2 259:20
  260:7,15,16
  263:10 264:9,14
  266:16 271:14
  272:20 276:19
  287:16 288:4
  293:6 306:2 309:8
  309:11,16 311:12
  311:19,24 313:11
**fund's** 220:15
**funds** 18:7 33:18
  34:9 41:22 42:18
  45:6 56:8,9 58:14
  58:14 59:16 60:4
  60:7,9,23,25 63:10
  63:13 70:21 71:8
  71:16 74:18 86:24
  117:8 118:7,12,15
  118:18 119:4
  121:25 122:2
  123:16,24 124:11
  125:6,21 128:23
  129:5 130:2,4
  131:13 135:9
  136:16,19 137:3
  137:17 138:2

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 348 of 380
Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[funds - greenwood]                                                    Page 18

141:12 151:14
154:10 158:17
161:16 162:3
163:14 165:14
180:7,25,25
185:24 187:11
192:16 208:10
210:8 212:10,11
220:8,15 239:16
241:3,19 244:12
246:20 247:7
248:5 254:15
255:2 256:2 258:3
264:20 276:20
281:14,14 285:24
287:12 288:25
293:10 294:18
303:11 309:25
320:7,8 321:3,10
321:19 322:2
**further** 90:7 317:2
323:25 326:9,15

**g**

**g** 7:14
**gain** 219:16
**gaining** 219:15
**general** 19:6 62:24
75:23 76:4,8,12
92:18 163:11
181:23 192:9
226:5 239:14
241:18,24
**generally** 10:14,17
14:23 21:4 24:9
25:5 28:21,22
73:12 74:3 122:21
210:23 218:24
219:6,19 221:23
224:8 248:14
262:23 265:10
289:18 313:25

**genet** 26:5 191:21
**georgetown** 15:16
**georgia** 3:18
**getting** 11:12 21:2
51:20 89:10
133:21 179:2
184:12 187:3
212:14,22 237:11
241:8 254:4
268:17 274:3
288:22 297:2
298:19 301:18
309:24 319:17
324:7
**give** 12:18 61:11
74:20,20 190:23
198:2 201:13
305:19
**given** 62:24,25
63:12,14
**gives** 255:11 256:2
279:22
**giving** 284:3
299:17
**go** 5:15 9:7 13:25
16:20 28:21 36:21
39:15 48:13 52:15
55:24 68:18,23
75:25 76:3 86:14
86:15,16 98:6
103:23 105:11
118:18 119:5
121:14 127:10
141:23 143:2
144:7 145:18
147:7 151:22
152:4,5 156:12,19
157:20 158:11
160:7,17 161:9,12
167:3 172:24
173:14 175:20

176:24 183:2
186:23 188:5
215:15 217:15
221:11 235:12
247:18 249:4
254:7 258:9 259:8
263:12 264:7
265:14,23 266:4
270:2 271:6 282:4
293:15 302:3
303:14,14 305:6
308:23 325:8
**goes** 75:2 153:24
229:17 255:2
262:11 275:11
278:17 290:16
302:20
**going** 5:2 10:5,18
12:2 15:11 20:23
29:21,25 30:4,8,12
30:16 32:24 33:19
35:10,12 37:20
39:20 40:4,22
50:9 61:21 65:13
65:18 66:5 74:19
74:20 80:14 83:11
83:18,22 86:15
90:15 98:4 99:5
100:21 108:19
110:4 118:8,12
123:16 124:5
130:14 135:3
138:15 140:5,16
143:24 152:12
154:5 166:6,20
167:9 179:10
180:9 193:5,6
195:22 203:3
208:4 216:10
230:7,10 232:2,2
232:24,25 244:2

247:8 248:9,16
257:17 261:14
264:8 268:22
281:15 284:17
285:6,11,24,25
286:24 288:14
290:13 293:5,6,9
295:13 304:8
305:7 308:4 310:6
310:18 314:18
320:12 324:7
325:12,18
**good** 5:1 7:18,19
230:6 232:4
269:20 308:20
310:22 317:19
**gordon** 4:4 7:9
**graduated** 12:13
**grammar** 55:14
**grammatical**
55:11
**great** 27:13 124:15
**greenwood** 3:9
6:24 7:2 15:4 17:9
21:15 24:14,21
25:24 26:24 27:7
29:23 30:20 31:17
31:25 32:6 33:23
34:11 35:8 41:12
43:16 45:15 46:13
47:7 50:2,17 53:4
54:5 55:17 57:12
63:3 64:7,19 65:9
65:12,16 66:19
69:17 70:9 72:7
72:12,25 73:20
75:21 76:20 77:2
78:7,18 79:3
80:14 81:15,25
83:11,15 84:23
85:6 87:13 89:3

Douglas J. Smith

May 19, 2022

Securities and Exchange Commission v. StraightPath Venture Partners LLC

[greenwood - hypothetical]

Page 19

| | | | |
|---|---|---|---|
| 90:19 94:16 95:6 | 208:15,24 209:24 | 79:11 90:25 102:4 | **hendleman** 25:15 |
| 95:25 96:8 97:16 | 210:25 211:25 | 103:22 163:18 | **hereinbefore** |
| 99:3,12 100:8,16 | 213:3 217:3 218:9 | 194:23 212:22 | 326:14 |
| 101:20 102:13,18 | 218:21 220:10 | 249:13 258:4 | **high** 8:17 12:6,8 |
| 103:6 104:9,25 | 221:6 222:8 223:5 | 260:20 291:11 | 84:2,8 231:6 |
| 105:8,25 107:11 | 224:6 226:23 | 297:2 298:14 | 269:21 |
| 108:3,19 109:23 | 227:9,17 228:6,12 | 312:9 317:4 | **higher** 44:5 |
| 110:18 111:22 | 228:20 230:5 | 321:22 | 239:19 250:21 |
| 112:4 113:10,15 | 231:15,22 232:4,8 | **guys** 279:5 296:8 | 307:20,21 |
| 116:12 117:18 | 235:2 238:4,15,24 | **h** | **highly** 279:7 |
| 118:21 119:18,24 | 240:5 242:13 | **h** 7:14 69:7,21 | **histories** 68:14 |
| 120:13 122:3,11 | 243:10,14 247:5 | 327:6 | **history** 12:3,6 |
| 122:19 123:5 | 248:18 249:23 | **hand** 165:17,23 | 69:3 |
| 124:8,19 125:9 | 252:7 253:3,18 | **happen** 141:11 | **hit** 108:22 |
| 127:3 128:14,24 | 255:4,15,20 | 209:23 275:12 | **hold** 50:20 64:7 |
| 135:23 136:21 | 256:10,16,21 | **happened** 57:7 | 65:9 72:12 109:7 |
| 139:4 140:22 | 257:7,13 258:25 | 156:17 161:2,24 | 155:15,15 206:6 |
| 142:22 143:5 | 259:11 267:25 | 230:2 248:12 | 216:5 243:14 |
| 151:6,25 153:5,14 | 268:23 270:4 | 314:2 | 274:2 275:11 |
| 154:17 155:4,15 | 271:10 273:7,23 | **happening** 18:24 | 310:23 311:7 |
| 155:18 156:13 | 274:5 275:7,13 | 124:11 144:10 | 316:24 |
| 157:6,11 158:13 | 277:17 278:9,22 | 265:3 292:12 | **holding** 73:16 |
| 159:8 160:9,12,20 | 280:2,24 282:7,17 | 306:9 | 266:13 |
| 161:14,22 162:6 | 283:3,22 284:2 | **happens** 290:17 | **holdings** 33:17 |
| 162:15 163:6 | 286:2,13,18 288:8 | **hard** 180:3 | 58:23 117:14 |
| 164:21,24 165:11 | 290:25 291:9 | **head** 140:25 | 136:14 138:2 |
| 166:15,18,25 | 292:2,20 294:2,12 | **hear** 217:3 | **holistic** 275:2 |
| 167:21 169:5 | 294:20 295:6,24 | **heard** 5:10 148:7 | **holistically** 157:16 |
| 171:11 173:17 | 296:8,12 302:22 | 219:8 286:20 | **home** 11:22 |
| 178:3 179:7,19 | 303:8 304:10,23 | **heavily** 269:20 | **hope** 265:12 |
| 180:21 182:4,24 | 306:23 307:6,12 | **hedge** 22:16 | **horse** 125:17 |
| 183:22 184:7,15 | 310:20,25 312:17 | 220:15 | **hosted** 2:5 |
| 185:8,18 186:9,18 | 312:22 315:5,15 | **held** 2:4 85:3,17 | **hour** 83:12 166:20 |
| 187:2,7,14,17 | 317:4,20 323:24 | 273:16 275:5 | 230:7 |
| 188:6,18 189:10 | 324:16 325:5 | **help** 70:16 74:16 | **hours** 12:22 14:11 |
| 189:22 190:19 | **greenwoodl** 3:10 | 180:12 234:9 | **huh** 176:3 |
| 191:7 192:22 | **gross** 299:13 | 274:13 | **hundreds** 39:21 |
| 193:17 194:11 | **group** 16:25 308:6 | **helpful** 75:8,9 | **hypothetical** |
| 195:11 198:5,19 | **grow** 141:7 | 121:7 184:25 | 154:5 160:25 |
| 200:9,17 205:18 | **guess** 9:13 37:17 | 239:4 | 247:23 250:24 |
| 206:3 207:4 208:7 | 39:25 75:17 79:11 | | 254:5 |

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[idea - interest]                                               Page 20

| **i** | | | |
|---|---|---|---|
| **idea** 41:10,17 70:7 73:5 77:10 82:23 83:2,4 93:3 94:18 95:14 96:4,12,17 103:2 104:21 116:22 117:25 118:5 123:22 124:6 125:18,22 134:5 136:11 153:18 157:9 224:14 226:20 227:7 248:8,9 264:22 272:22 | 105:5 106:11 221:3,16 222:4 229:10,16 268:20 294:15 304:19 **impossible** 184:6 **impression** 279:23 **improper** 242:2 256:8 304:22 **inaccurate** 69:25 81:19 **inadvertently** 151:21 **inception** 105:14 | **indirectly** 121:20 **individual** 34:6,6 73:24 111:16 322:19,23 323:5 323:14 **individual's** 30:3 68:20,24 **individuals** 20:18 34:2 59:25 89:7 118:9 261:15 323:11 **inflow** 180:6,7 | 262:16 320:25 **informed** 66:11 218:7 **initial** 133:2 134:3 197:5 **injunction** 8:23 107:16 310:13 **input** 38:19 **inquired** 103:9 **insider** 16:25 **insinuate** 306:19 307:3 |
| **identical** 120:11 **identification** 53:21 108:18 112:14 121:4 191:18 232:18 | **include** 81:4,14,18 117:21 131:25 174:10,13 205:16 214:13 297:17 | 202:24 298:8 320:5 **inflows** 29:3 39:4 40:3 79:22 124:22 128:17,18 135:25 | **insinuation** 290:21 **inspections** 17:25 **instance** 287:24 300:15 **instances** 49:11 |
| **identified** 33:9 34:13,18 36:5 62:4 126:13 129:9 136:17 139:25 140:8 165:19 167:24 192:7,14 195:9 249:9 316:19 321:8 | **included** 37:15 40:15 81:23 110:5 118:2 127:22 172:12 175:3 **includes** 81:8 **including** 41:4 61:5 75:13 82:14 93:19 118:6 162:13 167:25 | 176:10 178:5,12 179:21 180:25 199:10 204:15 215:4 223:11,12 226:11 239:21 258:3,11,17 269:16 270:24 278:25 285:9 313:7 319:24 | 60:8 124:14 126:7 134:13 157:23 289:2 294:4 321:8 **institution** 59:7,10 59:24 **institutions** 56:24 **instruct** 10:13 35:12 64:8 65:18 78:12 80:15 192:23 |
| **identify** 24:11 28:14 30:11,16,24 31:7 34:5,5 35:5 36:5 42:7 56:13 67:10 87:16 204:6 282:24 320:4 323:4 | 175:5 205:2 221:4 316:20 321:19 **incoming** 71:16 180:8 212:10 **incomplete** 60:21 **incorporation** 88:5,22 | 322:5,8 **information** 18:22 37:3 42:10 67:14 68:10,13 69:8,22 70:2,8 74:8 75:2 89:11 99:18 100:20 107:23 | **instructed** 10:15 **instructing** 64:12 64:20 **instruction** 80:19 **interest** 43:12,15 48:4 97:4 116:10 153:13 162:13 |
| **identifying** 35:24 241:20 281:20 **ignored** 283:9 **important** 74:15 79:24 84:20 85:5 86:8,12 94:24 98:15 101:14 | **increased** 305:15 306:3,20,21 **increases** 306:11 307:18 **increasing** 307:4 **incur** 303:6 **incurred** 47:4 | 142:12,17,20 170:17 172:25 173:7,23 174:16 174:17 184:17 198:12 215:18 218:19 221:4 226:6 233:20,21 234:24 239:3 | 163:4 178:11,16 179:18 180:20 200:22 205:3 211:13 219:18 220:4,9,23 222:7 222:25 223:13,16 223:24,25 224:4 |

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 351 of 380
Douglas J. Smith                     May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[interest - investors]                                        Page 21

224:10,13 230:23
230:24 242:5,11
243:24 247:18
248:17 254:20
255:13 256:4
271:19 272:19
276:20
**interested** 6:9
326:21
**interests** 61:8
115:17 206:12,19
211:18 309:10
322:2
**intermediate**
12:21
**internal** 35:11,14
61:5,19 117:9
126:2,3,8 163:21
**internally** 65:8,14
65:22 72:15
**internet** 5:8
**interpret** 312:23
**interrupt** 147:10
218:12
**interviews** 26:14
**intro** 13:3
**introduce** 121:11
231:18
**introduced** 232:19
**introducing** 188:8
**inventoried**
247:15
**inventories** 157:2
**inventory** 61:19
129:8 155:9,21
160:19 161:7
164:12 165:7
199:16 202:5
233:13 252:23,25
253:6 257:22
259:23 274:21

293:18 295:2
**invest** 37:24
121:19 129:10
204:12 215:13
223:19 247:19
248:2
**invested** 36:2
61:16 136:3
265:17
**investigation**
12:12,13 20:9
24:13,16 25:4
27:6 37:7,8 61:5
64:2 66:7,15 76:9
114:4 120:22
169:12 201:5
**investigations**
11:10 13:15,17
**investigative**
26:16
**investing** 265:11
**investment** 18:3,4
30:24 35:6,25
74:2 122:17
125:21 127:9
129:6 133:3 134:4
134:8,22 135:9
136:6,12,18 137:3
137:6,18,23
138:16 212:16
288:24 296:6
**investments** 73:16
73:19 126:11
186:23 187:11,12
188:25 200:24
206:18 212:25
254:15 309:14,15
309:25 312:5
315:11,22 316:11
**investor** 61:15,16
62:4,7,9 70:21

71:7 73:25 117:12
118:7,12 119:4
122:18,24 126:5,9
133:25 134:7
137:25 152:8
153:20 157:24
175:17 176:11
177:4,25 178:22
179:5,16 190:10
192:16 202:4
203:6 222:14
223:17 229:9,19
234:19,25 235:9
240:11 244:3
247:17,25 248:15
255:10,11 256:2,4
257:3 269:4
271:15 272:13,18
277:20 280:21
281:14 287:12,13
287:21 288:22,25
289:3,5,21 290:7
290:22 291:4,5,20
292:6,23 293:5,9
302:12 320:10
321:18
**investor's** 288:17
291:7,25 292:4,9
**investors** 28:15
29:2,21 30:12,25
31:16,24 32:25
34:21 35:7,25
36:7 42:2,23 44:4
46:6 61:8,24
71:16 74:17
118:19 122:2
123:17 124:5
125:6 127:10
129:20 130:12
132:22 133:3
136:2 137:10

153:8,22 154:8,25
156:16 157:4
158:18,21 159:15
160:6,23 161:17
161:17,18 165:8,9
166:4 175:16
177:15,16 178:8
179:22 180:14
181:8 186:24
189:2 190:17
191:4 195:20
200:25 204:11
206:22 208:22
211:8 212:4,9,13
212:19 214:16
218:3,7 219:14,16
222:15 223:18
228:24 229:15
231:10 233:14,15
234:19 239:19
241:15 248:23
252:3,10,24
253:16,25 254:8
254:10,14,19,20
255:3 265:10
267:14 268:11
269:17 271:23
272:7,17 273:6,17
273:21 274:22
276:2,13 277:11
277:14 278:2
287:4,21,23
288:14,14 289:12
289:14 290:4,7
293:12 297:7,10
298:4 299:5,20
301:5 309:17
312:5,15 313:22
314:13,16,20
315:3,10,12,20,21
316:10 321:25

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 352 of 380
Douglas J. Smith                        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[investors - j]                                              Page 22

| | | | |
|---|---|---|---|
| 322:6 | 309:12,15 311:13 | 53:1,20 54:1 55:1 | 176:1 177:1 178:1 |
| **invests** 122:18 | 312:2,6 313:13,24 | 56:1 57:1 58:1 | 179:1 180:1 181:1 |
| **involve** 21:23 | 321:5,7,12 | 59:1 60:1 61:1 | 182:1 183:1 184:1 |
| 34:19 128:6 | **irregardless** | 62:1 63:1 64:1 | 185:1 186:1 187:1 |
| **involved** 25:3,5 | 239:15 | 65:1 66:1 67:1 | 188:1 189:1 190:1 |
| 26:8,13 51:23 | **irrelevant** 98:23 | 68:1 69:1 70:1 | 191:1 192:1 193:1 |
| 114:2 192:20 | **ish** 308:7 | 71:1 72:1 73:1 | 194:1 195:1 196:1 |
| **involvement** 76:9 | **isolate** 173:6 | 74:1 75:1 76:1 | 197:1 198:1 199:1 |
| **involving** 20:15 | **issue** 48:3 118:11 | 77:1 78:1 79:1 | 200:1 201:1 202:1 |
| 68:4 | 182:21 191:23 | 80:1 81:1 82:1 | 203:1 204:1 205:1 |
| **ipo** 36:18 37:23,24 | 218:11 | 83:1 84:1 85:1 | 206:1 207:1 208:1 |
| 42:6 44:22 61:15 | **issuer** 37:23 | 86:1 87:1 88:1 | 209:1 210:1 211:1 |
| 61:22 85:11,12,13 | 129:11 132:14 | 89:1 90:1 91:1 | 212:1 213:1 214:1 |
| 126:12 129:10,11 | 154:10 170:21 | 92:1 93:1 94:1 | 215:1 216:1 217:1 |
| 132:14 135:8 | 204:13 | 95:1 96:1 97:1 | 218:1 219:1 220:1 |
| 136:3 137:2,17,22 | **issuers** 156:3 | 98:1 99:1 100:1 | 221:1 222:1 223:1 |
| 139:7 141:8 | 172:5 198:8 | 101:1 102:1 103:1 | 224:1 225:1 226:1 |
| 144:19 145:21 | **issues** 12:21 14:13 | 104:1 105:1 106:1 | 227:1 228:1 229:1 |
| 147:21 148:14 | 172:2 189:8 | 107:1 108:1 109:1 | 230:1 231:1 232:1 |
| 149:3,18 150:9 | 316:14 | 110:1 111:1 112:1 | 233:1 234:1 235:1 |
| 151:14 153:24 | **item** 93:19 217:19 | 113:1 114:1 115:1 | 236:1 237:1 238:1 |
| 154:6,7 156:2 | 237:24 | 116:1 117:1 118:1 | 239:1 240:1 241:1 |
| 164:12 170:20 | **items** 77:17 | 119:1 120:1 121:1 | 242:1 243:1 244:1 |
| 177:6,6 178:10,23 | 217:15 | 122:1 123:1 124:1 | 245:1 246:1 247:1 |
| 199:4,17,24 | | 125:1 126:1 127:1 | 248:1 249:1 250:1 |
| 200:22 204:12,13 | **j** | 128:1 129:1 130:1 | 251:1 252:1 253:1 |
| 204:24 205:3 | **j** 1:16 2:3 5:18 7:1 | 131:1 132:1 133:1 | 254:1 255:1 256:1 |
| 206:8,12,17,20 | 7:14 8:1 9:1 10:1 | 134:1 135:1 136:1 | 257:1 258:1 259:1 |
| 208:23 211:10,14 | 11:1,2 12:1 13:1 | 137:1 138:1 139:1 | 260:1 261:1 262:1 |
| 211:20 212:16 | 14:1 15:1 16:1 | 140:1 141:1 142:1 | 263:1 264:1 265:1 |
| 213:10,11 215:12 | 17:1 18:1 19:1 | 143:1 144:1 145:1 | 266:1 267:1 268:1 |
| 215:13 222:16,17 | 20:1 21:1 22:1 | 146:1 147:1 148:1 | 269:1 270:1 271:1 |
| 223:19,20 233:16 | 23:1 24:1 25:1 | 149:1 150:1 151:1 | 272:1 273:1 274:1 |
| 240:12,12,14 | 26:1 27:1 28:1 | 152:1 153:1 154:1 | 275:1 276:1 277:1 |
| 244:4,13 245:24 | 29:1 30:1 31:1 | 155:1 156:1 157:1 | 278:1 279:1 280:1 |
| 248:3 253:7 263:2 | 32:1 33:1 34:1 | 158:1 159:1 160:1 | 281:1 282:1 283:1 |
| 264:24 271:17 | 35:1 36:1 37:1 | 161:1 162:1 163:1 | 284:1 285:1 286:1 |
| 272:6,13,19 | 38:1 39:1 40:1 | 164:1 165:1 166:1 | 287:1 288:1 289:1 |
| 275:11 276:21 | 41:1 42:1 43:1 | 167:1 168:1 169:1 | 290:1 291:1 292:1 |
| 281:11 285:22 | 44:1 45:1 46:1 | 170:1 171:1 172:1 | 293:1 294:1 295:1 |
| 293:2 309:4,6,10 | 47:1 48:1 49:1 | 173:1 174:1 175:1 | 296:1 297:1 298:1 |
| | 50:1 51:1 52:1 | | |

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[j - know]**                                                Page 23

| | | | |
|---|---|---|---|
| 299:1 300:1 301:1 | jut   230:22 | klarna   147:16,17 | 139:16 140:13,24 |
| 302:1 303:1 304:1 | **k** | 147:21 | 141:12,16 143:7 |
| 305:1 306:1 307:1 | k   1:9 73:11,17,23 | knew   101:18 | 143:25 144:6,9 |
| 308:1 309:1 310:1 | 73:24 74:2,19,23 | 218:18 | 145:7,9 146:21 |
| 311:1 312:1 313:1 | 75:3,14,20 76:3 | know   9:15 10:11 | 147:16 148:11,22 |
| 314:1 315:1 316:1 | keep   17:10 38:12 | 15:9 18:23 20:17 | 149:13 150:5 |
| 317:1 318:1 319:1 | 38:23 39:16,22 | 23:17 24:8 32:12 | 151:8,17 152:10 |
| 320:1 321:1 322:1 | 79:10 152:12 | 33:11 34:22,24,25 | 153:16,25 154:4 |
| 323:1 324:1 325:1 | 216:10,11 249:7 | 35:4,22 37:13 | 154:21 155:21,24 |
| 325:20 326:6 | 251:5,7 | 38:6 40:2,19 | 157:8 158:20 |
| 327:2,9 328:1,6 | keeping   15:6 39:2 | 44:16 45:2 50:7 | 159:24 163:8,11 |
| james   101:25 | kept   49:10,12 | 51:13 55:11 58:21 | 163:12 164:18 |
| 102:6,21,24 103:5 | 51:11 129:9 | 59:11 60:8 62:15 | 166:7 169:17 |
| january   319:19 | 235:16 278:20 | 65:7,7 67:4,7 69:4 | 170:5,10 172:23 |
| jeffrey   114:17 | 279:13,24 280:8 | 69:19 70:22 71:15 | 173:3,5 174:22 |
| jim   4:17 6:1 | 282:25 283:14 | 71:17 73:3,9 74:8 | 175:18 176:15,23 |
| job   11:8,9,13 | key   175:11 218:18 | 75:15 76:12,22 | 177:3,9,14,23,23 |
| 15:25 16:4,6 | 316:20 | 77:4,9,12 78:5 | 178:5,20 179:21 |
| 17:19,23 18:18 | kind   8:17 13:3,19 | 79:5 80:6,11,23 | 179:21,24 181:4,5 |
| 19:7 21:4 52:13 | 14:16,16 18:20 | 81:10,12,22 83:6 | 181:8,17,22 |
| joined   17:22 71:24 | 27:20 33:10 34:24 | 84:10,20 89:5 | 183:16,18,24 |
| 72:10 | 38:9,10,12,22 39:8 | 91:21 92:2,3 93:6 | 185:10,13 186:11 |
| joining   7:9 23:19 | 44:17 45:3 50:12 | 93:14 94:12 95:8 | 186:13,20 189:12 |
| josh   3:22 6:22 | 51:21 52:25 53:2 | 95:20,23 96:3,10 | 189:17,19 190:2 |
| 53:3,17 108:12 | 62:15,18 67:4,25 | 96:16,22 97:25 | 191:9 192:4 194:9 |
| 109:8 112:7,23 | 68:6 74:7 84:8 | 98:4 101:14 | 194:15,22,24 |
| 121:11 191:12 | 98:23 103:22 | 102:15,16 103:8 | 195:4,13 197:16 |
| 194:14 231:19 | 109:20 111:10 | 103:12,19 104:13 | 197:17 198:21 |
| 232:12 286:9 | 125:16 131:25 | 105:3,10 106:10 | 200:19 202:8 |
| 305:17 308:21 | 146:18 147:23 | 106:12 107:24 | 203:24 204:7 |
| 310:4,23 311:3 | 152:18 153:24 | 109:9,21 111:3,9 | 206:4 207:14,21 |
| josh.lewin   3:23 | 183:4 190:23 | 111:19,24 112:22 | 208:6,9,9,12 |
| joshua   187:22 | 214:20 215:24 | 113:17,19 114:3 | 209:22 211:11 |
| jpmorgan   56:19 | 216:13 219:7 | 116:16 117:2,3 | 212:4,21 214:10 |
| 131:6 201:10 | 225:9 243:24 | 118:3,4 119:20 | 214:24 215:5,11 |
| judge   22:4,20 | 263:10,17 264:12 | 120:7 121:5 123:8 | 216:13,15 218:5 |
| judgment   21:24 | 264:13 268:21 | 124:2 125:23 | 218:14 219:5,17 |
| july   25:7,8,12 | 275:16 285:13 | 127:9 128:22 | 219:22 220:25 |
| 28:12 51:22 318:5 | 289:10 294:15 | 129:22,25 130:4 | 222:21,22 223:14 |
| justice   12:11,20 | 297:3 304:18 | 132:13,13 133:3 | 223:23 224:16 |
| 13:8,14 | 305:3,13 311:17 | 136:2 137:10 | 225:4,7,25 226:4 |

**[know - long]**                                   Page 24

226:18,19,22,25
227:2,6,14 228:2,8
228:21,23 229:2,3
229:6,11,12,24
232:8,13 233:15
236:20 237:7,11
238:17 239:2
241:13 243:19
244:6,10 246:2,12
246:22 247:9
250:15,19,23
253:20,21 256:12
256:13,18,19
257:9,10 258:17
259:4 260:20,23
263:3,4,5,5,16,19
263:23 264:13,16
264:21,25,25
265:4,6,8,19,22
266:11,15,21
267:10,17,19,21
269:13 270:12
271:7 272:25
273:12 274:3,14
276:9,15 278:14
278:24,25 280:18
281:9 283:18
285:20 289:24
290:2 292:24
293:19 294:14,16
294:22 295:8,9,12
297:9 298:3,4,18
298:20 299:18,20
301:21 303:18
304:12,25 305:2
305:18 306:10
307:8,11,14,16
310:7,23 311:10
313:17,18,19,22
313:25 314:2,19
314:20 315:17,24

315:25 316:2,4
319:14 320:7,8,9
321:6,10,24 322:5
**knowledge** 76:23
99:10,16,18 101:7
105:23 182:14,15
206:25 211:7
236:12 237:2
238:18 265:5
313:14 314:14
315:11,18,19,23
316:2,3
**knows** 228:17
**kraken** 184:6

**l**

**l** 7:14
**label** 113:7,8
231:19,20 232:2
**labeled** 110:2,22
115:4 191:20
**labeling** 113:21
**lachow** 1:11 59:3
59:18 105:13,15
106:19 107:3
111:16 116:7,25
323:17,22
**lanaia** 1:10 4:16
59:3,18 104:18
235:16 312:3
314:11 315:19
323:16
**language** 120:17
**large** 188:3
**largely** 169:5
**late** 25:7 66:15
190:24
**law** 6:20 7:8,15,21
8:20 9:9,18 12:20
12:24 15:16 22:20
23:10 93:18,25
94:25 95:10 96:20

310:5,10
**lawsuit** 25:4 37:9
**lay** 79:12
**learn** 195:15
**learned** 14:25
166:11 200:13
**leaving** 320:8
321:10
**led** 207:18
**ledger** 181:23
192:10 239:14
241:18,24
**ledgers** 62:25
75:24 76:5,8,12
163:11 226:6
**lee** 3:9 7:2 25:24
110:9 164:23
167:20 169:4
171:6 188:5
317:20
**left** 221:20 260:7
279:16
**legal** 2:6 4:17
88:25 102:11
263:4,8
**legitimate** 291:13
294:18
**length** 175:10
225:10
**letter** 233:25
267:11
**letters** 61:6,23,24
225:12,16,19,22
237:5 248:12,24
266:19 267:4
296:4 299:21
**letting** 109:21
**level** 8:17 84:2,9
116:19 201:14
231:6

**lewin** 3:22 6:22
53:11,15 108:25
109:10 110:3
112:24 120:3
187:23 194:16
232:19 305:19
311:5
**liabilities** 321:17
**liability** 115:8
**license** 2:8,10
326:24
**light** 185:6 324:5,6
324:11 325:3
**limited** 115:8
167:25
**line** 77:17 155:8
218:10 237:24
294:24 329:2
**lined** 186:6,16
**list** 24:19 192:16
**listed** 88:7
**lists** 17:4 61:15
202:4
**literally** 172:18
**litigation** 169:12
171:19
**little** 22:7 108:22
182:12 230:7
308:14
**llc** 1:7,8 5:22 8:4
57:23 114:21
115:23 192:11
**llm** 15:17,19
**llp** 3:16 4:4
**located** 11:16
**log** 167:24 168:25
**logic** 250:23
**long** 14:18 16:17
17:15 18:10 20:21
25:2,5 131:19
159:19 166:24

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 355 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[long - march]                                                    Page 25

209:18 210:19
220:13 273:16
275:5 319:5,10,14
319:15
**longer** 91:24 291:6
**look** 24:24 32:21
34:23 35:19 36:15
43:9 46:3,4 49:2
52:22 59:15 60:14
62:20 68:19 69:2
74:13,15,22,24
75:4 77:14 86:6
88:4,7,22 89:12,14
89:19,19,20 94:24
95:9 98:4 100:24
107:2 109:16
112:17,18 117:5
120:6 126:5
141:24 157:15,17
166:4 172:24
175:20 176:8
177:11 190:14,14
194:3,16 203:13
204:21 206:6
214:8 216:14
218:13 219:22
220:17 226:5
232:11 233:19
234:9 236:3 253:6
267:11 275:17
277:3,5 283:11
288:18,19,20
289:6 290:8
293:20 303:13,15
305:7 312:13
316:5 318:16
322:25
**looked** 29:19
32:23 39:17,23
56:17 59:10,22
61:23 67:7,21

74:11 78:24 82:6
82:13 89:11 92:11
92:14 98:22 102:8
103:16 104:13,15
116:23 117:2
126:16,18,20,21
129:7 131:4,9
134:20 135:20
140:12 154:3
173:22 174:23
188:21 190:3
201:22,25 202:19
209:18 221:8,23
221:25 223:24
225:10,12 247:12
261:18 275:21
292:14 304:3
316:6
**looking** 9:3 28:18
29:8,18 38:13,24
50:6 52:25 59:14
60:1 74:7 82:18
82:20 83:7 85:2
85:10,10,25 87:6
89:25 92:20 97:20
98:15 123:10,11
124:17 128:6
130:24 137:9
141:3 162:19
174:15 177:18
180:24 194:5
195:19 199:5
202:15 217:12
222:5 226:10
233:3 245:3
251:24,25 261:17
261:24,25 262:4
266:19 274:10,25
290:12 302:4
304:6 305:16,18
313:7 320:6,15

**looks** 48:17 229:12
231:24
**loop** 214:21
230:22
**losing** 219:15
**loss** 41:21,25
42:17,21 60:24
63:21 73:18,25
74:22 75:6,25
153:25 163:12
219:16 226:7
**lost** 245:15
**lot** 10:5 29:14,15
82:3 90:17 92:14
110:9 166:23
172:25 197:15
214:19 269:6
316:7 318:11,12
**lots** 291:12
**lower** 250:22
**lunch** 166:19
167:8

**m**

**m** 7:14 326:2,23
**main** 89:13 178:11
**majority** 88:21
90:9,12 91:5,20
92:6 93:8,9 95:13
95:15,22 96:25
99:25 100:7,14
101:9 134:10
225:21 258:13
279:17 281:13
285:24
**making** 16:10 17:3
55:8 70:14 86:4
88:9 152:15 161:5
202:25 261:15
288:15,23 290:20
291:23 292:16
300:15 306:13

**manage** 38:22
**managed** 135:10
136:6
**management** 1:8
33:16 56:8 57:23
58:10 136:15
224:21,22 225:3,6
225:17 226:2
266:13,25 267:5
**manager** 56:6
58:4 90:10,14
97:2 101:10
105:15,16 106:8
106:21 117:10,11
118:8,13 119:5
121:18,24 122:7
124:5 125:7
135:10 136:7
201:3 204:25
206:10,15,21
210:22 218:25
226:15 228:3
235:15,17 241:19
242:9 244:9
271:14,17,18
309:8,11,16
311:13,19,24
313:11,14
**manager's** 123:23
124:6 125:19,22
242:12,18
**managers** 119:16
123:18 266:12,17
**managing** 106:19
107:4 111:17
115:15,22 219:13
**manhattan** 11:20
**manner** 6:13
**march** 190:24
191:11,15,21
192:15 206:10

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 356 of 380
Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[march - microcap]                                              Page 26

309:8 319:19
327:22
**mark** 53:12,13
187:18 218:4
**marked** 53:20
108:17 109:17
112:13 121:3
191:17 232:17
320:19
**market** 44:21
157:20 272:17,24
273:3,5,10 276:5
276:16 277:11
278:7 304:7 306:9
307:21
**marketing** 227:4
227:24
**marking** 218:3
**markley** 4:10
**markup** 44:10
49:8,21,22,23 51:9
51:10,11,15 162:4
217:22 226:12
239:12 240:15,17
240:19 255:6,9,14
267:22 268:14,14
268:18,22 269:7
269:11,22 270:19
270:21 271:25
272:4,11 276:10
278:13,14,16,19
279:8,12,22 280:9
280:13,19 281:5
281:21 282:3,14
282:24,25 283:14
285:16 299:7,13
299:13 301:9
302:18,19 303:4
304:22 307:18
**markups** 44:12
46:9 47:18 49:6

49:18 50:7,13,14
50:23,25 162:13
181:6,24 242:10
242:24,25 243:9
244:17,19 246:5
258:16 271:15,23
276:9 279:18
287:2 300:5
304:20 305:13,14
306:3,20 307:4
**martinsen** 1:9
4:14 59:3,18 93:4
96:24 97:5 99:24
100:13 101:24
103:10,17 104:5
115:18,21 116:9
185:22,23 186:6
186:15,15 235:15
312:3 314:11
315:20 323:15
**martinsen's** 102:6
104:12
**master** 170:5
172:10 176:16
203:8,13,22,22,23
204:8 205:8 262:3
262:10,18
**match** 203:2 305:3
**matched** 134:10
**matches** 203:4
**matching** 50:10
**material** 174:9
**materials** 79:8
168:2 174:10
175:5 217:17
**math** 202:25
213:19 214:5
226:11 270:25
290:12 301:10
**matter** 5:19 7:23
8:7 19:6 22:8,9

24:5 25:6 28:12
81:11 90:2 166:10
168:18
**matters** 30:6 89:8
**maureen** 1:24 2:7
6:4 326:2,23
**mean** 15:6 22:18
24:24 70:7 74:12
91:6 95:16 100:21
102:20 106:9
122:15 126:24
147:10 170:8
174:21 176:25
184:18 192:24
196:15 197:17
200:5 202:13
203:15 204:7
207:11 218:13,23
219:21,21 222:21
233:24 236:3
237:4,8 250:20
257:12 264:5
269:15 276:8
282:22 285:8
287:9 297:2 315:7
318:14
**meaning** 140:20
148:4,19 149:9,24
153:20 154:24
**means** 95:15
111:19 122:10
123:7 138:5
216:18 300:8
**meant** 61:12 101:2
229:6 266:9
**media** 5:16 83:20
83:24 167:7,11
230:12,16 284:15
284:19 325:21
**medical** 9:21

**medications** 9:22
**meghan** 26:4
191:21
**mellon** 16:22
17:13
**member** 106:20
107:4 111:17
115:15,17,22
219:2
**member's** 219:3
**members** 95:23
**membership**
116:9
**memorandum**
8:20 9:9,18 45:22
93:18,23,24,25
94:6,24,25 95:3,10
96:20 119:10
120:10,16 209:13
210:7 310:5,10
**memory** 220:17
237:12 286:12
**mentioned** 22:9
24:4 57:24 62:20
118:9 186:22
216:3 285:5
**mercantile** 16:7
16:15
**merits** 96:6
**mess** 158:4
**message** 68:8
**messages** 62:8
68:4 207:10,11,24
313:19
**met** 18:7
**methodology**
214:20
**michael** 1:9 4:15
115:13
**microcap** 20:9,15
20:18,19 24:5

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 357 of 380
Douglas J. Smith                                        May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[million - multiple]                                                    Page 27

**million**  36:11 38:2
38:3,5 40:9 70:20
71:11 84:13,17
85:22,24 86:4
128:12,18 132:11
132:12,15 133:7
135:25 138:18
141:5,25 143:11
144:10 145:8
147:6,13 150:23
151:5,10 152:16
152:23 153:3,19
154:23 165:25
166:12 168:3,13
175:25 176:5
195:2 206:11,18
206:21 211:13,17
211:21 212:23,24
213:10,21 214:2
221:20,21 231:4,7
231:9 240:20,22
240:22 241:6
251:10,11,20
260:25 261:3,10
261:20 270:15
279:15 281:15
285:6,25 286:23
287:5 295:15,19
295:21 296:13,18
296:22 297:6,10
297:13,16,23,25
309:9,13,17,23
322:11 323:10,15
323:16,17,18,19
323:23
**millions**  246:17
**mind**  69:13 70:11
82:11 95:16
109:20 158:19
236:17 237:20
249:17 258:22,23

269:21 287:10
291:23
**mine**  255:12
**minimal**  179:25
**minimally**  74:12
**minimum**  130:8
130:13
**minor**  253:13
**minority**  93:12
**minute**  83:17
108:24 109:5
133:6 236:4
284:11
**minutes**  305:5
308:3,7 317:7
**mischaracterizing**
127:19
**misremember**
150:20
**missing**  136:4
293:13
**misstate**  125:13
**misstates**  125:10
**mistaken**  274:19
**mistakenly**  138:2
**mix**  305:3
**modifications**
236:5
**module**  14:16,17
**modules**  14:8,15
15:3
**moment**  9:6 168:6
169:19
**money**  37:18 46:2
50:9,23 59:12,24
117:12 122:24
123:2,3 124:4
125:5 127:8
129:20 133:4
134:2 151:17
153:3 154:9

156:15 157:21,24
158:16,21,22
159:3,6,16,20
160:24 161:12,17
161:21 162:14
163:5,14 166:5
177:3 178:8,20
179:5,6 180:7
181:18 195:20
203:3 211:23
212:3,6 215:6,6
216:19 217:7
219:15 222:12,14
223:11 229:9
230:3 233:14
234:18 239:24
240:9,24 242:11
242:17,23 244:7,8
244:12 245:10
246:7,10 247:4,16
248:4,7,9,15,16
254:20,23,25
255:6,8 256:14
257:10 268:7,21
279:17,24 280:12
280:22 285:9
287:12,16,21
288:12,15,17,22
289:3,5,12,15
290:3,8,15,21
291:4,5,6,13,14,18
291:20,24,25
292:5,9,15,17,23
293:4,6,24 294:7
294:25 295:2,10
296:25 298:11,12
298:17 299:5
301:17 302:19
309:22,23 313:23
**monies**  137:11
181:25 245:6

297:18
**monitored**  16:25
**monitoring**  16:10
**month**  57:9
**months**  16:19
17:16 82:4 98:9
98:22 161:25
162:2 184:3
**morning**  5:1 7:9
7:18,19
**motion**  8:19 96:20
**move**  27:20 40:6
51:19 117:4 127:5
129:18 135:3
137:15 154:10
165:4 222:16
260:21 312:5
315:10,21 316:10
**moved**  206:19
211:17 244:12
245:20 260:15
309:14
**movements**  180:7
**moving**  133:22
163:14 175:8
216:11 230:3
240:13 245:10
246:20
**mullins**  3:15 6:21
6:23 7:21 84:4
167:14
**multiple**  11:11
38:25 50:20 71:23
76:10 169:25
170:4 216:19
217:7 219:21
220:2,14 222:11
239:10 240:7
258:2 306:2
318:17

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 358 of 380
Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[multiply - objection]
Page 28

multiply   300:13
musical   12:8
mute   305:23

**n**

n   3:1,20 4:1 327:1
name   6:1,19 7:20
  10:25 11:2 24:7
  26:2 58:19,21
  147:17 203:13
  234:13 317:20
names   13:4 24:19
  34:6 234:19,25
  235:4,9
nature   324:12
nauseam   52:15
  103:23
nearby   320:21
nearly   213:10
necessarily   70:3
necessary   169:3
  324:18
need   40:3 124:24
  159:25 166:24
  237:10 239:8,8
  286:13 316:21,21
  324:12,24
needed   22:4 68:10
  128:10
nefarious   307:4
negative   174:24
neil   25:15
neither   235:14
  326:16,19
nelson   3:15 6:21
  6:23 7:21 84:3
  167:14
nelsonmullins.c...
  3:21,23
net   37:25 121:18
  177:9 278:25
  299:8

never   19:21 21:23
  52:11,16 64:16
  71:3,5 124:21
  126:16 159:2,5
  161:20 163:23
  206:16 223:24
  236:24 242:8,21
  245:20 249:17
  252:25 263:20
  265:22 277:14
  309:11
new   1:2 3:5,7,7
  4:6,6 5:24 11:19
  16:7,15,21 17:13
  101:25 102:7,11
  102:21 103:11,18
  126:11,11 129:11
  204:12 245:24
  246:11 266:2,3
  287:13,21 288:14
  289:3,5,21 290:3,7
  291:5,20,24 292:4
  292:23 293:10
night   110:7
nine   28:5 36:16
no's   183:4
nominal   105:15
  106:8
normally   233:19
notary   2:10
  328:13
notation   40:5
note   5:4
noted   36:16
  186:22 250:3
notice   2:6 7:25
noticed   250:6
noticing   6:18
notified   250:6
notion   161:19

number   38:5 40:9
  74:20 84:18
  109:24 110:19
  128:13 130:23
  154:13 156:10
  167:22 173:23
  175:14 176:8
  193:11,13,19,24
  194:7 200:22
  270:15,18,19
  316:15,17
numbers   19:8,8
  55:15 97:11,14
  110:25 192:9
  214:23 262:12
numerous   120:11
  152:18
nw   3:17
nymex   16:12,16

**o**

o   7:14 8:24
o'clock   114:23
oath   6:7 84:6 87:6
  98:19 167:15
  230:20 284:4,24
  308:18
object   10:13
  100:16 179:8
  192:22 223:6
objecting   63:5
  79:10
objection   15:4
  21:15 26:24 27:7
  29:23 30:20 31:17
  31:25 32:4 41:12
  43:16 45:15 46:13
  47:7 50:2,17 54:5
  55:17 57:12 66:19
  69:17 70:9 72:7
  72:25 73:20 75:21
  76:20 77:2 78:18

81:15,25 84:23
  85:6 87:13 89:3
  94:16 95:6,25
  96:8 97:16 99:3
  99:12 100:8
  101:20 102:13,18
  103:6 104:9,25
  105:8,25 107:11
  108:3 111:22
  112:4 116:12
  117:18 118:21
  119:18 122:3,19
  123:5 124:8,19
  125:9 127:3
  128:14,24 135:23
  136:21 139:4
  140:22 142:22
  143:5 151:6,25
  153:5,14 154:17
  155:4 157:6,11
  158:13 159:8
  160:9,20 161:14
  161:22 162:6,15
  163:6 165:11
  173:17 178:3
  179:19 180:21
  182:4 183:22
  184:7,15 185:8,18
  186:9,18 187:2
  188:7 189:10,22
  190:19 191:7
  195:11 198:5,19
  200:9,17 205:18
  207:4 208:7,15,24
  210:25 211:25
  213:3 218:9
  220:10 221:6
  222:8 224:6
  226:23 227:9,17
  228:6 235:2 238:4
  238:15,24 240:5

Douglas J. Smith                              May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[objection - okay]**                                              Page 29

| | | | |
|---|---|---|---|
| 242:13 243:10,15 | 208:21 209:5,21 | 78:14 79:18 82:9 | 183:16,25 184:12 |
| 243:20 247:5 | 209:23,25 210:4 | 83:25 84:16 86:14 | 185:4,21 188:18 |
| 248:18 252:7 | 210:12,16,23 | 87:24 88:23 90:7 | 188:24 189:5 |
| 253:3,18 255:4,15 | 211:6 217:16 | 90:23 91:16 92:9 | 190:13,23 191:10 |
| 256:10,16,21 | 218:16 236:25 | 93:12,22 94:3,10 | 194:6,10,21,22 |
| 257:7,13 258:25 | **offerings** 119:11 | 94:22 95:9,12 | 195:6,24 197:10 |
| 259:11 267:25 | 120:11 121:19 | 96:23 97:20 98:14 | 199:8 200:12,20 |
| 268:23 270:4 | 129:21 138:23 | 100:3,11 102:3 | 202:21 203:10,21 |
| 273:7,23 275:7 | 139:3,11,12,21,24 | 103:2,9,20 104:4 | 206:6 207:13,22 |
| 277:17 278:9,22 | 140:9 141:16 | 104:17 105:11,18 | 208:2,12 210:14 |
| 280:2 282:7,17 | 156:10 196:6,9,20 | 105:21 106:4,7,16 | 211:4 213:6,18 |
| 288:8 290:25 | 197:11 209:7 | 107:21 109:13 | 215:15,24 217:25 |
| 291:9 292:2,20 | 220:24 264:7 | 111:25 113:2,15 | 220:6 221:14 |
| 294:2,12,20 295:6 | **office** 3:5 6:20 | 114:15 116:2,5 | 224:19 225:5 |
| 295:24 302:22 | 11:15 17:24 | 117:25 118:10 | 229:8,21 233:2 |
| 303:8 304:10,24 | 114:22 | 119:7 120:6 | 237:10 238:18 |
| 306:23 307:6,12 | **officer** 7:16 | 121:14,16 122:6 | 240:21 241:17 |
| 312:17,21 315:5 | **oh** 152:10 194:20 | 122:16,22 123:2 | 242:8,17 244:15 |
| 315:15 321:20 | 196:17 201:17 | 123:10,15 124:3 | 245:3,10 246:24 |
| 322:3 | **okay** 7:10 8:6,16 | 125:12 127:21 | 247:16,21 248:7 |
| **objections** 6:13 | 9:5,20 10:22,24 | 128:20 129:4,16 | 248:13 250:10 |
| **observed** 36:9 | 12:2,24 13:18 | 129:24 130:6 | 251:14 254:17,22 |
| **obtain** 57:3 | 14:3 17:19 20:21 | 131:3,8,12 132:4 | 256:7,24 257:19 |
| **obtained** 201:3 | 21:11,25 22:6,17 | 132:18 133:21 | 258:19 259:14,17 |
| **obviously** 25:23 | 23:9 24:3,7 25:11 | 134:5 136:5,11,25 | 260:3,10,21 |
| 58:13 120:20 | 26:22 27:20 28:8 | 139:9,16 140:5,12 | 262:21 264:11 |
| 171:23 274:8 | 32:8,12,14,20,22 | 140:16 142:10,25 | 265:16,21 266:11 |
| **oc** 210:18 220:7,13 | 33:4,21 36:14,21 | 143:22 144:16 | 266:23 268:12 |
| **occurred** 306:25 | 38:18 39:16 40:7 | 145:10 146:7,10 | 270:18 272:22 |
| **occurrences** 80:7 | 42:13 44:8,12,16 | 146:14 147:9,16 | 273:2 274:2,2,7 |
| 81:2,10 | 45:11,17,20,24 | 147:19 148:7,10 | 275:24 276:16,23 |
| **occurring** 55:23 | 46:8 47:13 48:11 | 148:22,25 149:5 | 277:8,24 281:17 |
| **offered** 44:23 | 51:18 52:6,24 | 149:13 150:18 | 282:11 283:20,23 |
| **offering** 122:8,10 | 53:6,16 54:16 | 152:21 153:2,17 | 284:19 285:2 |
| 123:25 126:10 | 55:2,13,24 56:20 | 164:7 165:16 | 287:6 288:2 |
| 140:6,14 143:18 | 57:2,19 59:6 | 169:23 170:23 | 295:13 296:17 |
| 143:19,20 144:17 | 60:16 61:2 66:22 | 171:4 173:6 174:2 | 297:12,21 298:10 |
| 146:12 147:20 | 67:19 68:3 69:15 | 174:15 175:8,24 | 298:21 302:7,16 |
| 148:13 149:2,18 | 71:13,18 72:20 | 176:7,20,24 | 306:16 308:7,12 |
| 150:9 164:2 | 73:10 74:4,14 | 177:11,22 179:2 | 308:20 314:3 |
| 182:23 183:12,21 | 75:7 77:10,13 | 179:11 182:11 | 316:13 317:16 |

Douglas J. Smith

May 19, 2022

Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[okay - part]**

Page 30

321:24 325:5,16
**old** 4:5 287:20
288:13,17 290:7
293:9,12
**once** 39:7 40:5
194:9 248:7
252:25 289:13
291:24
**ones** 67:20 92:24
104:15 117:3
146:19 151:19
174:19,23 198:14
199:7 201:7
250:11
**online** 68:18,19
**onwards** 245:6
319:18
**open** 231:23 232:7
232:9 316:25
325:13
**operated** 116:18
311:13
**operating** 92:12
108:11,14 109:12
109:18 209:16
210:7,9,15 327:10
**operations** 89:22
**opined** 89:6
**opportunity** 38:7
**option** 266:16
**order** 8:21,22
200:21 264:15
300:12 310:11,13
**organize** 38:10
**original** 110:23
234:16
**originally** 234:23
**outcome** 6:10
**outflow** 202:24
298:7 320:5

**outflows** 39:4 40:3
79:23 124:22
128:17 176:10
178:6 180:25
199:10 204:15
215:5 223:11
226:11 239:21
258:3,12,17
261:13 270:25
278:25 285:9
313:7 319:24
**outgoing** 289:4
**outline** 97:14
**outlined** 210:23
**outside** 13:18
15:13 19:14 28:17
32:17 44:12 52:19
54:23 55:13 57:8
81:2,8 236:5
244:17
**outstanding**
316:14
**overall** 85:14,17
86:9,10 251:8
**oversell** 145:6
156:9 182:22
**oversold** 145:13
145:25 146:4,16
148:5,20 149:11
150:2,16 151:21
183:13
**owed** 222:25
**owned** 153:12
154:23 248:25
273:20
**owner** 87:11,17
88:3,15,19,25
89:15 90:9,13
91:6,20,24 92:6
93:4,8,10,13 95:14
96:5,13,18,25

99:25 100:6,14,14
101:9 103:22
104:2,8,19,23
106:20 107:4
112:18 116:7,25
**owners** 86:22 88:7
89:7
**ownership** 104:12
322:13
**owns** 157:3 289:20

**p**

**p** 3:1,1 4:1,1
**p&l** 238:6,22
239:8
**p.m.** 83:23 167:6
167:10 230:11,15
284:14,18 308:9
308:12 317:13,16
325:18,25
**page** 55:24 58:2
111:15 114:16
115:3 121:17
194:12,15,17
308:24,25 309:2
310:6,19,20 311:2
311:2,9 329:2
**pages** 120:18
**paid** 46:22 48:24
49:24 59:13 61:17
151:17 206:16
227:8 258:15
261:2 265:13
267:22 268:17
271:17 276:11
278:20 279:2
291:19 295:18
296:3 297:18
298:14,19 299:14
299:18 309:11
322:18,22 323:5
323:10,13,21

**pains** 258:20
**palantir** 195:19,23
**paper** 38:23 90:8
90:24 91:4,19
92:5,7
**papers** 104:24
**paragraph** 55:25
56:2 59:4 66:23
77:13 80:4 86:17
90:8 92:17 96:24
99:16,19,23
101:24 104:17
105:12 106:16
113:4 115:7,10
116:6,24 117:5
131:2,11 135:4,5
135:18 192:3
200:20 201:16,20
202:2 204:22
206:7 213:7
215:23 225:11
233:22 235:13,25
236:8 241:17
260:22 271:6
305:20,21 308:25
311:8 313:3,9
316:9
**paragraphs** 86:16
90:18 118:24
119:2,3
**part** 13:7 26:15
30:23 32:14 34:13
46:8 52:13 57:4,5
64:5 65:2 69:21
74:9,14 75:18
76:5 84:10,22
88:11 92:10 95:18
112:16 144:17
185:25 205:8
233:8 262:8
263:20 269:20

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 361 of 380
Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

305:4,6,18
participants  5:9
participate  8:12
participating  9:16
  20:19
particular  39:9,17
  73:18 182:23
  195:17 244:22
  276:25 278:21
  280:14,21 281:22
  320:4
parties  5:15 26:15
  44:3 46:10 47:21
  49:9,25 66:25
  72:17 159:13,14
  181:7 202:6
  212:12 239:17
  240:25 246:21
  270:2,16 282:5,15
  283:15 287:3
  299:3 321:4
  326:18
partner  226:16
partners  1:7 5:22
  8:4 33:16 56:7
  58:5 108:15
  109:19 112:11
  114:11,21 115:23
  192:10 327:12,15
party  6:8 50:16
  61:18 181:11
  195:22 247:9
  252:24 269:11
  276:12
pay  46:11 48:9,17
  49:9 50:15 51:3
  162:4,9 181:10,10
  235:18 245:24
  254:20 268:7
  269:11 270:2,22
  280:15,15,22

281:5 282:4,14
  285:17 289:13
  290:6 291:15
  292:7 293:9 294:8
  298:2,22 301:18
  302:20
paying  71:7
  159:12 279:13
  287:11,20 288:24
  299:21
payment  287:25
  290:24 292:19
  293:25
payments  59:11
  124:14 163:10
  261:4 288:19
  289:2 291:17
  298:12 306:4
pdf  310:24 311:2
pdf's  38:23
pearl  11:17,19
pending  286:10
people  17:2 26:18
  37:22 39:13 73:15
  129:9 177:5 212:8
  277:3,5 280:23
  314:15
perceived  42:7
  136:19 138:10
  151:4 195:10
  196:9 197:22
  200:7
percent  237:7
  279:8 281:21
percentage  213:15
  219:13 225:20
  269:22 272:11
  279:21
percentages  272:5
  276:11

perform  37:7
performance
  228:5,18,25
  267:18
period  63:14
  113:4 223:2 245:5
  288:21 293:21
periods  69:5
  290:10
person  29:13
  65:25 197:16
  261:18 291:19
personal  17:2
  99:10,16,18 101:7
  105:22 236:12
  314:13
personally  265:16
perspective
  222:18
pertain  223:12
pertaining  68:10
phil  7:2 25:24,25
  26:2
philip  3:11
phone  19:2,8
phrase  9:8 103:4
  103:21 124:18
  184:19
picked  126:24
picture  130:10,13
  131:16 141:24
  162:22
piece  97:22
pirro  75:12
pivot  40:12 170:10
  170:12,14 176:9
  180:10 203:18
  270:24
pivots  170:17
place  5:14 189:14
  212:15 269:2

326:13
placement  45:21
  119:10 120:9,14
  120:16 209:13
  210:6 227:5,8,15
  227:20
plaid  148:7,11,14
  148:16,20
plaintiff  1:5
plaintiff's  310:9
plaintiffs  3:3 6:25
plausible  314:23
play  51:16
please  5:4 6:16
  7:11 10:24 11:3
  12:4,5 20:4 56:13
  122:14 320:20
pledged  154:8
plenty  253:15
plus  188:10
  318:15
point  13:20 30:11
  44:24 48:12 54:17
  55:10 63:4 67:20
  69:24 75:14 86:6
  92:16 143:3
  152:15,21,22
  155:24 156:4
  164:16 181:16
  191:24 212:23
  213:25 230:25
  241:9,12 252:15
  252:17,21 254:12
  263:25 273:4
  275:24 276:25
  277:2 285:4,14
  316:24
points  199:23
  239:11 293:14
  318:17 319:23

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 362 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[ponzi - process]                                    Page 32

ponzi  124:14,17
  163:9 287:8,10,19
  287:25 288:18
  289:2 290:2,6,24
  291:17 292:19
  293:25 294:5,9,17
pop  68:12
portfolio  121:20
portion  49:7 50:14
  123:11 172:12
  278:19 279:12
  296:5 325:19
portions  49:10
position  18:11,13
  18:14 19:15 97:22
  249:21
positions  22:15
possibility  245:25
possible  10:22
  160:19 245:18
  246:7 260:5,8,10
  260:14 277:19,23
  315:7
possibly  95:21
  150:23
potential  191:6
  197:12
potentially  29:22
  173:4 178:10
  202:17 234:9
  316:22
ppm  45:13,18,20
  46:4 119:17,22
  120:9 121:12
  123:11 223:24
  240:4
ppms  120:18
practice  74:10
pre  17:4 36:18
  37:24 42:6 44:22
  61:15,22 85:11

126:12 129:11
  132:14 135:8
  136:3 137:2,17,22
  139:7 141:8
  144:19 145:21
  147:21 148:14
  149:3,18 150:9
  151:14 154:7
  156:2 164:12
  177:6 199:17
  200:22 204:13,24
  205:3 206:8,12,17
  206:20 208:23
  211:10,14 212:16
  213:10,11 215:13
  222:17 223:20
  233:16 240:12
  244:4,13 245:24
  248:3 253:7 263:2
  264:24 271:17
  272:6,13,19
  276:21 293:2
  309:4,6,10,12,15
  311:13 312:2,6
  313:13,24 321:5,7
  321:12
precise  126:12
preliminary  8:23
  107:15 310:13
premise  283:8
preparation  51:24
prepare  22:23
  54:8
prepared  20:14
  21:11,25 23:16,19
  23:24 54:4,18
preparing  82:6
present  4:13 53:3
presented  49:3
  84:12 193:12
  279:6

pretty  179:15
  203:15
prevailing  273:4
preventing  208:4
previously  217:14
  274:17,23 309:21
  318:25
price  44:5,23
  50:10 61:17 62:2
  62:5,10 70:23
  71:7 170:22 202:9
  203:2 205:2,4
  233:17 239:18,19
  241:2 247:10
  250:21,22 265:13
  271:16,18,25
  272:6,12,16 273:5
  276:5,25 277:10
  278:3,7 296:7
  297:8,11 298:6
  300:14,18,20,25
  301:4 302:5,11,18
  302:25 303:13,17
  304:6 318:18
prices  44:21
  272:17 276:16
  300:12 302:14
  306:11 307:19,21
  307:23
pricing  307:19
primarily  60:4,11
  98:3
print  170:24
  172:19 203:16
  262:10
printed  53:5 171:8
  176:16 311:2
prior  11:12 54:17
  60:2 73:7 76:8
  89:8 113:11,20
  119:8 126:10

178:19 199:21
  210:21 254:12
  274:20 299:7
  326:4
private  45:21
  119:10 120:9,11
  120:13,15 143:18
  209:13 210:6,12
  210:15 220:15
  246:18 263:24
  264:8,15 265:12
  265:23
privilege  167:24
  168:22,25
privileged  21:3
  24:20 35:20 40:23
  64:16,23 81:3,9
  90:16 179:3
  184:13,17 193:9
  233:8
probably  197:19
problem  251:5
  294:19
proceed  83:25
  167:12 230:17
  284:20 308:13
  317:17
proceeded  207:15
proceeding  20:11
  22:13,19
proceedings
  325:24 326:11
proceeds  37:23
  82:19 119:23
  120:7,25 121:19
  122:7,10 123:4,7
  129:10 204:12
  215:13 327:19
process  10:4 72:4
  76:18 107:16
  182:19 183:10

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[process - question]**

Page 33

185:5 238:13
262:24 263:12,21
264:13
**produce** 72:23
73:7 78:6 168:20
182:21 183:11
**produced** 40:20
41:7,11,18 42:11
61:4,14 66:24
68:4 71:4,5 74:25
75:13,15 76:8,24
77:11 78:17 79:5
110:11,13 114:3
120:20 142:21
201:2,13 215:22
234:6 238:22
316:5 320:16
**producing** 72:5
**product** 47:15
64:12 65:21 78:2
78:10 80:18
100:19 169:9
171:7,9,15 172:7
235:5 316:15,19
**production** 27:16
72:22 77:5 78:22
110:5,22 113:11
113:12,21,25
**productions** 26:21
39:13 71:24
110:24 132:10
**professional** 2:9
326:3
**profit** 30:25 41:20
41:24 42:17,21
44:10 46:2 60:24
63:21 73:18,25
74:22 75:6,25
153:25 163:12
226:6

**profited** 240:13
**profits** 35:6,24
43:2,22 44:13
46:5 74:16 126:10
177:6 178:10,23
222:16 223:19
**promised** 312:2
**promptly** 324:24
**provide** 90:4
171:25 206:2
220:3 270:14
324:17
**provided** 15:18
53:25 54:3,19,24
128:5 168:10
171:23,24 205:24
**providing** 8:14
9:17
**public** 2:10 139:13
139:17 264:4,7
265:14,23 266:4
328:13
**publicly** 69:8,22
70:2,8 263:25
**publish** 108:25
**pull** 53:2,9 109:13
112:8 187:15
188:20 191:12
262:16 308:22
310:5
**pulling** 233:2
**purchase** 47:5,21
48:7,14,17 51:3
85:24 141:12
151:18 157:25
158:17,18,22
159:6 161:21
165:15 173:8
185:24 195:21
207:3,8 208:4,11
208:13,23 209:11

211:9 212:9,12
244:13 246:21
248:6 263:12
264:14 275:18
277:21 291:8
293:11,12 298:22
300:19,25 302:17
303:11 313:20
321:4 322:6
**purchased** 48:25
50:25 70:23 71:17
145:2 153:8 159:5
165:13 171:2
172:21 181:6
204:25 205:11
207:19 214:15,16
247:10 250:22
272:18 275:19,19
275:21 277:15
298:5 300:21
321:11
**purchases** 36:18
160:25 203:7,16
209:6 300:16
304:4
**purchasing** 46:11
46:17 47:4 62:2
122:25 166:5
202:7,9 233:16
287:3 292:25
300:10
**purported** 96:25
99:24 100:5 101:2
101:9 235:18
**purportedly** 97:4
106:18
**purports** 214:14
**purpose** 117:16
118:5 233:11
303:16

**purposes** 33:13
**pursuant** 2:6
18:20 45:12
**put** 59:17 91:19
101:3,8 107:18,22
127:2 134:11
166:12 167:18
187:25 188:2
217:22 232:3,22
248:3,15 259:6
305:23 309:25
**putting** 158:15
181:18 292:7

**q**

**quality** 5:6,7
**quantify** 318:13
**quantities** 300:11
**quantity** 205:2,4
303:17
**question** 9:14
10:17 31:20 35:10
35:15 37:11 43:23
45:10 49:15,16
50:20 54:8 59:20
63:6 64:9,21,25
65:20 78:8 79:2
85:19 90:19 92:19
97:19 100:6,13,17
117:22 122:5
124:25 129:3,18
136:24 140:4
155:7,20 158:8
159:23 160:2
161:4 162:10,18
162:21,22,24
164:6,19,23
165:22 169:15,16
172:9 181:12
182:25 185:19
193:15,18 198:8
209:3 216:5,13

Douglas J. Smith                                       May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[question - records]**                                        Page 34

217:4 218:22
223:6 227:12
228:22 230:23
233:9 242:16,21
245:2 249:19,22
249:24,25 253:10
253:23 255:21,24
256:20 257:16
268:5 279:19
281:9 283:4,6,10
285:19 286:10,21
288:11 289:8
293:8,13 295:13
310:22 321:23
322:20
**questioning** 33:21
218:10
**questions** 10:6,8
35:11 50:19 98:7
121:10 131:18
158:5 193:7
228:13,14 231:6
246:15 274:15
284:3 285:3
316:23 317:2,6,10
317:21 319:4,8
320:17 322:12,15
323:25
**quick** 180:3
213:18 214:5
231:21 305:14
**quickbook** 60:22
**quickbooks** 60:14
60:17,21 62:3,13
62:16,20,22 63:2
63:13,15,17 66:18
75:5 76:19 234:3
234:7 237:21
238:14,22
**quickly** 324:23

**quite** 283:5 307:18

**r**

**r** 3:1,22 4:1 8:24
326:1 328:1
**raised** 130:2,5,12
131:13,17,21
132:5 211:12
213:16,20 232:16
241:5 251:11
296:10,19 297:6
297:17,23 327:25
**ratto** 1:24 2:7 6:4
326:2,23
**rawlings** 26:10,11
**rbc** 26:20 27:14
**reach** 314:19
**read** 8:10 93:22
192:3 225:25
236:15,24 286:5
286:11 309:5
328:3
**reading** 137:7
286:3 310:17
313:2,2
**ready** 109:14,15
109:22 111:4,5
112:23,24 113:17
121:5,6 214:11,12
260:23,24 271:7,8
**real** 231:21 305:13
**really** 82:23 97:14
155:17 158:6
174:21 247:24
253:8 254:5
266:23
**reason** 76:3 79:20
307:2
**reasonable** 278:7
**reasons** 89:18
291:12,14 325:13

**recall** 9:16 26:18
27:25 28:6,9
54:25 55:7 56:16
65:5,6,23 66:4
69:21 89:9 92:9
104:15 111:6
112:2 123:11
125:7 197:11
198:3 204:19
207:6,14 220:12
285:5,8 318:21
**recalls** 125:14
**received** 15:2
53:20 55:3 108:17
110:5 112:13
121:2 159:4 163:2
168:16 191:16
232:17 267:23
**receiver** 8:24
310:14
**recess** 83:21 167:8
230:13 284:16
308:10 317:14
**recite** 274:7
**recognize** 230:19
**recognized** 197:12
**recognizing** 82:13
94:11 144:9
**recollection** 14:24
91:18 111:11
119:8,15 319:2
**recommind** 39:12
134:25
**reconciled** 62:13
62:23 63:10 234:6
**reconciliation**
62:16 63:4 66:17
238:21
**reconciling** 76:19
238:13

**reconfirm** 23:9
**record** 5:2,15 7:7
10:22,25 13:12
52:3 54:20,23
58:5 62:17 83:8
83:19,23 87:6
110:9 113:23
121:11 133:9
139:2 163:19
167:2,4,6,10,19
170:6 171:5
188:14,15 192:6
196:19 210:5
216:6 230:11,15
232:14 234:5
241:11 284:14,18
284:23 308:9,12
316:25 317:12,16
320:5 323:20
325:9,18,23
**recorded** 5:12,17
**recording** 5:7,13
**records** 18:19,24
18:25 19:2,2,8
21:8,8,9,10,13
23:7 27:14 28:17
28:19,25 29:5,7,9
29:13 32:19,23
34:23 35:3 39:4
41:3 52:8,12,20,20
56:5,15,18,21,22
57:3,10,16 59:2,6
59:8 60:17,18,20
60:21,23 61:3,11
61:13 62:3,12,22
63:2,15,25 65:4
66:2,8 68:11
69:12,16 70:22
74:13 75:5 83:7,9
87:7 88:8 89:12
90:4,5 92:10 98:3

Veritext Legal Solutions
800.808.4958                                    770.343.9696

Douglas J. Smith                                          May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

102:4,9,9 117:8
128:7,16 130:25
131:5 135:16
156:18 159:2
162:20 163:21
195:19 196:14
197:3 198:24
200:23 201:7
202:3 204:14
215:2,18 221:10
222:5,18 235:16
238:7,9 239:12
268:10 269:2
270:6 275:10
292:14 318:15
319:6,16,17
**refer** 53:7
**reference** 59:23
77:15 135:17
225:16 241:10
**referenced** 37:9
110:6 131:10
200:25 205:15
297:13
**references** 196:3
271:14
**referencing** 92:4
231:9
**referred** 40:8
287:7
**referring** 33:24,25
59:8 92:7 123:9
136:13 147:11
153:23 154:2
155:23 177:2
180:5 236:17
237:18 266:24
285:10 286:24
287:22 296:14
**refers** 69:12
132:14

**reflected** 204:14
215:17 303:12
**reflects** 192:11,16
**refresh** 112:25
220:17 286:12
310:8 319:2
**refund** 133:23,24
134:7,13 212:14
287:23 288:16
289:22 290:23
291:15
**refunded** 49:13
131:21 132:5
133:2 206:21
211:21 214:17
232:17 233:15
309:16,24
**refunds** 133:22
134:17 135:2
212:25
**regard** 22:23
190:22
**regarding** 21:18
54:19 69:3 138:10
143:15 183:12
205:9 229:15,22
**regardless** 239:13
**regional** 3:5
**registered** 2:9
18:3,4 138:16
261:16,21 296:3
299:22 326:3
**registration** 68:14
69:3
**regulations** 16:12
17:6
**reindel** 4:4
**reinvest** 127:11
**reinvested** 126:5,9
128:23 132:21

**reinvesting** 129:5
**reinvestment**
127:22
**reinvestments**
127:8 129:20
**relate** 14:13 168:2
204:9
**related** 6:7 13:8
14:13 20:15 25:19
26:15 41:3 43:2
43:21 56:10,23
57:20 58:18 61:7
65:17 77:7 127:18
132:5 149:2 168:4
172:13 201:25
207:24 212:19
259:9 302:25
315:13 316:14
**relates** 15:8 80:24
168:12
**relative** 326:16,19
**relied** 56:3 76:25
**relief** 94:14 96:21
185:7 310:14
**relying** 60:16
**remainder** 172:6,6
**remaining** 37:25
42:6 223:15
**remember** 9:3,6
9:12,13 13:4
14:19 15:20 20:25
21:4 33:4 36:19
43:23 56:14 66:9
71:22 79:2 82:5
91:7 92:6,8,15,20
92:25 94:6 98:5,8
101:12 104:14
107:8 108:8,9
111:8 116:2
119:13 124:12
146:11,23,25

169:20 176:22
193:11 197:9
210:18 237:9,15
273:22 285:7
288:7 289:17
295:14 299:9
314:17 319:8
322:14
**remembered**
184:11
**remembering**
299:12
**remind** 209:4
**remote** 6:14
**removing** 302:8,9
**repeat** 31:19 37:11
62:18 183:5 272:8
287:17 322:20
**repeated** 286:14
**rephrase** 25:22
27:2 41:15 47:9
73:23 81:17 82:25
97:12 131:14,19
187:9 190:7
195:25 196:19
201:21 202:14
212:3 244:17
273:18 316:17
**replace** 188:3,13
**report** 40:16
143:10,14 175:22
269:6 296:18
320:18 323:2
**reported** 1:23
185:16 191:2
195:8
**reporter** 2:8,9 6:4
7:11 10:21 286:5
286:11 326:3
**reporting** 6:14

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 366 of 380
Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[reports - round]                                              Page 36

reports 63:17
  68:20
repository 39:11
represent 7:22
  224:17
representation
  169:7
representative
  178:25
represented 67:11
representing 6:2
  7:3 116:17
represents 178:10
  297:17 303:20
  321:3
reproduce 235:6,8
reproduced
  110:16
reproducing 114:5
request 40:25 77:6
  79:7,15 324:2
requesting 324:19
requests 18:20,21
  27:14 71:24
rereview 282:20
  282:21
reserve 168:23
  169:2 316:21
  317:9
residence 102:6
resident 102:11,17
  103:11,18,18
residents 103:11
resides 101:24
  102:24 103:5
resigned 106:18
  115:14
resolve 202:21
respect 8:18 51:6
  55:6 123:24
  125:19 129:4

131:24 132:9
141:14 148:10
169:17 185:22
196:8,21,23
197:10 200:14
205:22 206:8
216:15 309:3,6
response 77:6
responses 100:22
  110:7
responsibilities
  17:12
rest 203:25 239:5
restate 62:19
  193:18
restating 306:7
restraining 310:12
restricted 17:3
results 44:6
  258:16
retained 325:22
return 134:7,8
returns 30:25 35:6
  35:25 74:9,11
  75:13,20 127:9
  134:23
reveal 65:20 72:14
  78:9 80:17 100:18
revenue 44:7
review 18:19
  28:13,23 30:18
  31:4,13 32:10
  47:10 52:9,12
  54:4,20,23 55:4
  67:17 68:8 69:23
  75:19,19 86:3
  90:4 119:9 123:12
  144:21 175:10
  183:12,19 184:24
  185:15 207:23
  209:4,9 210:21

217:16 218:16
234:7 235:14
238:20 239:4
324:3,18,20
reviewed 45:17
  54:13 67:24 77:15
  87:22 90:25
  105:21 143:17,20
  143:21 192:6
  196:20 200:23
  201:7,13,19
  210:10,14 211:5
  317:25 318:10,22
  318:25 323:7
reviewing 32:8
  38:11 62:12 67:5
  102:4 174:9
  175:13 182:16,20
  183:11 198:24
  207:13,17 218:15
right 21:19 24:16
  29:15 32:21 45:13
  59:25 60:10 69:14
  70:12 82:16 90:25
  94:22 98:23
  110:18 116:21
  119:11 128:2
  130:9 131:6
  133:18 135:16
  138:19 145:2
  154:20 157:20
  164:14,16 166:3
  168:23 169:2
  172:18 174:6
  176:13,18 177:20
  177:21 183:8
  189:16 194:8
  196:3 198:24
  203:25 204:14
  205:15 211:14,18
  213:22 214:2,6

216:24 220:8
221:8 223:10
226:3 233:13
234:12,20,25
235:10 236:13
239:9 242:2 244:9
244:22 246:3,19
249:12 256:14
257:25 260:19
263:16,21 264:2
266:9,20 269:19
272:7,13 273:6
275:22 276:14,21
278:2,6 279:8
283:19 284:8
289:22 293:22
294:6,16 295:4,10
298:8,23 300:9
301:2 303:10
306:16 311:6,7
313:10 314:22
324:3
rights 119:16
  123:23 124:6
  125:19,23 316:22
riley 3:15
rings 305:24
risk 277:11
road 221:11
rob 25:15
roberts 4:17 6:1
role 19:13 51:21
  52:8 88:13
roll 244:3
roughly 38:5
  51:22 84:13 85:21
  152:23 168:3
  213:21,25 297:7
  309:22
round 50:12 143:2

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**row** 40:6 170:22
203:20 235:9
262:5
**rows** 29:12 270:7
318:15
**rpr** 1:24 326:23
**rubrik** 184:5
185:17,22,25
186:7,8 191:3,15
192:12,18 194:8
194:18 195:8
327:22
**rubrik's** 192:8
**rule** 324:2,19
**rules** 16:11
**run** 67:12 68:11
170:16
**running** 164:15
178:7,8
**runs** 157:10

**s**

**s** 3:1 4:1 7:14,14
327:6
**sale** 48:4 160:8
165:24 173:9
246:14 280:21
302:18 304:5
**sales** 61:7 261:2
272:6,12,16 312:4
314:12,15,23
**salesforce** 314:19
315:2
**sam** 7:7
**samson** 4:8
**sat** 9:25
**save** 67:19
**saw** 59:23 124:14
126:25 189:25
190:4 194:5 196:9
199:2 237:16
245:10 249:12

250:11 267:6
295:5 314:24
**saying** 26:11 37:12
51:7 85:23 87:12
102:10 118:14
119:2 122:16
126:19 128:3
130:20 132:15
133:13 138:17
154:20 158:3,23
158:24 159:7
190:5 196:10
197:2,20 198:16
221:23 222:24
223:9 226:4
231:11 237:23
240:18 243:22
246:24 252:19,21
259:17 274:11
276:17,23 287:18
293:15 297:22
301:6 303:3 313:9
**says** 55:25 58:25
61:2,10 66:23
68:3 69:7,7 81:17
86:20 90:11 92:5
93:9 95:13 99:17
99:23 102:24
105:13 113:23
114:16,25 115:6
115:12 121:18
122:6 131:20
136:25 192:6
200:21 204:22
206:15 232:21
235:13 237:6
274:8,9 299:25
309:3 311:8,12,18
311:23 313:11
314:10 316:9

**scarborough** 3:16
**scenario** 292:11
**scenarios** 163:22
**schedule** 19:9 23:6
78:16 79:20 325:3
**scheduled** 77:15
129:15
**schedules** 78:23
204:24
**scheduling** 18:23
21:10,12 34:25
77:22 133:10
**school** 12:6,9,9
13:21 16:2,5
**scope** 67:16 68:7
**scott** 3:20 6:19
7:20 84:3 167:13
169:6 187:4,17
230:5,18 255:16
284:21 304:23
308:16
**scott.sherman**
3:21
**screen** 5:11
**scroll** 114:15,25
**search** 57:4 62:6
67:12 68:11
**searches** 67:8
**sec** 7:4 8:7 9:9
15:18,23 17:20,22
20:7,12 22:14
23:19 24:10,11
25:19 26:10 27:4
35:5,23 42:16,16
42:21 44:17 45:3
54:13 63:24 64:11
64:17 66:11,16
72:4 74:10 76:24
77:5 78:22 79:15
90:17 91:12 93:17
94:4,13 96:7

103:3 104:22
105:6 120:20
121:2 138:7
167:20 168:9
169:6,8 175:3
182:21 183:11
184:2 185:6,16
189:9 191:2 195:8
250:2 251:19
259:9 273:13
279:6 317:5,20
323:24 327:20
**sec's** 33:12 97:22
200:13 249:21
294:19
**sec.gov** 3:10,12
**sec0533938** 120:23
**second** 22:9 23:20
23:23 42:14 86:20
114:16 305:20
311:7
**secretary** 114:17
**section** 49:17
103:24 262:9
**securities** 1:4 3:4
5:20 6:25 8:2 11:5
18:2 310:9
**see** 32:24 40:2
56:11 58:15 59:4
69:9 71:15 77:19
79:14 80:7,9
86:11,18,24 93:9
97:5,10,13 99:19
101:25 105:16
106:22 111:14,15
111:17 114:9,13
114:23 115:4,9,15
115:19,24 116:10
117:14 121:21
132:18,22 133:12
135:11 137:18

Douglas J. Smith

May 19, 2022

Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[see - shares]**

Page 38

151:4 164:2
169:19 177:13
183:17 184:25
191:24 192:9,18
194:21 205:5
206:13,23 208:10
213:12 220:18
234:12 235:19
244:20,23 246:20
250:7 270:24
271:20 277:4
284:11 286:2
292:14 304:2
306:4 308:3
309:18 310:7,15
311:14,18 312:6
313:18 314:20
316:21
**seeing** 66:4 111:6
112:2 116:2 197:9
207:6 237:9
314:17
**seeking** 27:4
**seen** 5:11 72:18
91:22 92:3 114:6
142:7 157:23
159:2 189:20
193:24 207:9
249:8 252:13
266:24
**sees** 295:11
**segregate** 67:24
**segregated** 124:13
124:13 303:22
**self** 185:16 191:2
195:8
**sell** 157:21 158:12
160:7,17 161:12
165:9 181:7
250:20 253:16,25
254:7 255:9 278:2

278:6 281:10
285:21
**seller** 46:23 208:3
**selling** 44:3,4
159:15 160:22,23
239:18 252:10,24
254:18 259:22
273:6 276:20
277:3,6 287:4
289:20 302:15
**sells** 255:25
256:25 277:25
278:5
**send** 141:11
212:11 248:5
262:11
**sending** 47:21
60:4,6 71:8 154:8
158:22 166:4
239:16 299:2
303:19
**sends** 122:24
137:25
**sense** 10:15 61:11
158:6 161:2
166:19 208:18
264:17 321:16
**sent** 27:13 60:8,10
61:24 123:3
137:11 138:4
151:14 161:17
165:14 208:10
216:8 222:14
240:25 241:2
321:4
**sentence** 86:21
87:2,21 90:14,21
102:23 136:13
137:7 235:22
236:2 306:14,18
311:15

**sentences** 311:21
**senzer** 4:9
**separate** 48:3
77:16 170:7,9
172:15,17 187:24
204:16 225:18
226:13 228:22
233:5 237:24
302:24 303:10
**separately** 33:18
67:23 297:12
**september** 105:14
114:2
**series** 14:5,7 61:8
69:5 126:11,13
200:22 205:3
206:11,19 211:13
211:17 271:19
306:3 309:9,14
**served** 26:23 41:2
79:15 105:15
110:7
**set** 80:5,12 143:24
325:3 326:14
**setting** 216:13
**seven** 138:22,23
139:24 140:8
196:3 197:11,13
198:2,4 199:13,20
200:7,14 213:11
249:9,10 250:5,7
251:16
**share** 61:25 62:5,6
108:20 138:18
139:25 141:18
172:4 192:8 297:8
302:11,14,25
303:13,15,16
306:2 311:13
319:7

**shared** 109:2
137:12
**shares** 30:4 36:18
44:3 47:22 50:10
61:16,25 62:9
70:22,24 71:6
84:18 126:12
134:3 135:8
137:17,22 138:10
140:18 144:19,25
145:21 146:22
147:21 148:14
149:18 150:9
151:18,23 152:5,6
152:7 153:7
155:11 156:16
157:19,21,25
158:10,12,17,19
158:20,22 160:4,5
160:23 161:6,10
161:10,11,18
165:7,13,15 166:6
170:21,21 171:2
185:24 186:7,16
191:3 192:12,18
193:20 194:8
195:21 200:23
202:7,8 203:2
204:25 205:4
206:12,17,20
207:3,8 208:11,14
211:14 212:12,15
213:10 214:15,16
233:17 239:17
241:2 244:13
245:25 246:21,23
247:9 248:3,6,25
250:22,25 251:4
252:10 263:15
271:17 281:11
285:21 292:25

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 369 of 380
Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[shares - sitting]                                                      Page 39

293:11 296:6
297:11 298:6
299:19 300:10,14
300:17 302:4
303:12 309:10,12
309:15 312:2
313:20 318:17
321:5,7,12,14
322:7
**sheet** 63:22 75:5
75:24 226:7
238:23 239:8
329:1
**sheets** 163:13
**sherman** 3:20 6:19
6:20 7:6,17,20
17:8 24:18,24
27:2 32:3 34:4
53:8,13,16 63:7
64:24 65:10,15
72:16 79:6 83:13
83:16 84:3 108:21
109:4,8,25 110:8
110:21 112:7,22
113:13,19 120:2
120:15 122:13
125:12 160:14
164:22 165:2
166:22 167:3,14
167:18 169:14
171:4 179:11
183:3 184:18
187:5,16,21 188:5
188:12 193:8
194:14 210:3
218:13 228:9,16
230:8,18 231:17
231:25 232:6,12
243:16 255:18,22
271:11 274:10
281:2 283:7,24

284:5,10,22 286:6
286:16 296:11,15
305:2,17 308:2,17
308:21 310:4,17
310:22 311:3
312:20,25 316:13
317:8,18 319:5
321:20 322:3,14
324:5,21 325:7,12
327:4,5
**sherman's** 317:24
**short** 22:15 85:21
85:23 147:24
198:4
**shorten** 9:6
**shortfall** 42:7
84:14 85:15
138:18 141:19
151:5,24 166:13
168:8 169:20
186:2,8,17 191:6
196:10,11,16,24
197:4,5,13,25
198:18,22 199:13
199:22 200:7
213:9,16
**shortfalls** 85:5
86:11 172:10
185:16 195:10,17
197:22 198:9,23
199:24
**shortly** 85:19
**show** 8:22 29:20
29:25 30:4 73:18
73:24 74:16 93:3
109:2 117:11
119:21 128:17
162:20 172:20,20
172:21 176:17
180:12,16,17
181:13 191:10

194:17 200:24
205:11 214:14
232:24 233:12
235:7 251:16
279:11 282:13,21
282:23 310:12
**showed** 21:24 22:3
279:20
**showing** 43:14
49:23 84:13
133:15 142:12,17
144:11 170:24
173:8 203:6
231:13 280:13,20
282:3 283:13
**shown** 116:8
318:24
**shows** 51:8 75:2
116:8 156:4
188:24 281:4
285:16
**shrink** 141:9
**side** 48:7,14
234:12 281:13
285:23 298:22
299:19
**sidenote** 216:6
**sign** 324:3,20
**signatory** 88:8
**signature** 26:21
27:16,25 56:18
131:5 201:10
319:18 326:21
**signed** 27:24 28:3
54:15 91:2 101:15
107:10 108:7
144:3 237:14
282:23
**signifies** 102:17
**signing** 97:9
182:17

**similar** 120:10
205:13
**simple** 129:17
152:15,21 158:8
159:23,25,25
162:21,24 163:16
249:22 253:10,22
270:25 281:18
290:12
**simplify** 263:7
**simply** 118:14,15
124:22 237:23
241:8,12 245:20
260:7 290:12
**single** 82:5 172:19
188:8 253:7
318:21
**sir** 80:9 107:19
111:4 161:4,13
165:5 251:16
252:6 280:6 281:7
284:8 303:4
307:24 310:15
**sits** 43:13
**sitting** 9:5 41:9
70:6,15 73:5
84:21 91:7,16
93:2,15 94:10
95:15 98:24 106:4
107:14 111:25
116:21 119:14
125:18 129:16
144:8 145:4,10
146:3,10,14,21
147:25 148:16
149:5,20 153:9,17
154:14,22 177:12
177:13,24 180:18
181:14 194:24
219:24 221:17
245:7 250:4,5

Case 1:22-cv-03897-LAK  Document 23-5  Filed 05/20/22  Page 370 of 380
Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[sitting - sorry]**                                                Page 40

| | | | |
|---|---|---|---|
| 318:20 321:16 | 99:1 100:1 101:1 | 218:1 219:1 220:1 | **snapshots** 253:8 |
| **situation** 254:23 | 102:1 103:1 104:1 | 221:1 222:1 223:1 | **sold** 140:21 144:25 |
| 301:25 | 105:1 106:1 107:1 | 223:22 224:1 | 151:21 152:7,11 |
| **six** 139:18 | 108:1 109:1 110:1 | 225:1 226:1 227:1 | 154:16 155:3,10 |
| **skills** 14:25 | 111:1 112:1 113:1 | 228:1 229:1 230:1 | 155:12 157:4,20 |
| **slip** 4:5 | 114:1 115:1 116:1 | 230:18 231:1 | 158:11 160:6 |
| **slow** 10:18 | 117:1 118:1 119:1 | 232:1 233:1 234:1 | 161:8 165:8 171:2 |
| **small** 161:24 | 120:1 121:1,15 | 235:1 236:1 237:1 | 172:21 192:17 |
| **smaller** 262:11 | 122:1 123:1 124:1 | 238:1 239:1 240:1 | 194:8 200:23 |
| **smith** 1:16 2:4 | 125:1 126:1 127:1 | 241:1 242:1 243:1 | 205:3,12 206:10 |
| 5:18 7:1,4,18 8:1 | 128:1 129:1 130:1 | 244:1 245:1 246:1 | 252:3,5 254:9,14 |
| 9:1 10:1 11:1,2 | 131:1 132:1 133:1 | 247:1 248:1 249:1 | 254:14,25 256:15 |
| 12:1 13:1 14:1 | 134:1 135:1 136:1 | 250:1 251:1 252:1 | 257:21 271:18 |
| 15:1 16:1 17:1 | 137:1 138:1 139:1 | 253:1 254:1 255:1 | 273:17,21 274:22 |
| 18:1 19:1 20:1 | 140:1 141:1 142:1 | 256:1 257:1 258:1 | 275:6,25 276:7,12 |
| 21:1 22:1 23:1 | 143:1 144:1 145:1 | 259:1 260:1 261:1 | 276:25 277:10 |
| 24:1 25:1 26:1 | 146:1 147:1 148:1 | 262:1 263:1 264:1 | 289:12 297:9 |
| 27:1 28:1 29:1 | 149:1 150:1 151:1 | 265:1 266:1 267:1 | 301:5 302:5,6 |
| 30:1 31:1 32:1 | 152:1 153:1 154:1 | 268:1 269:1 270:1 | 309:9 321:25 |
| 33:1 34:1 35:1 | 155:1 156:1 157:1 | 271:1 272:1 273:1 | **sole** 171:7 312:9 |
| 36:1 37:1 38:1 | 158:1 159:1 160:1 | 274:1 275:1 276:1 | **solely** 34:8 35:2 |
| 39:1 40:1 41:1 | 161:1 162:1 163:1 | 277:1 278:1 279:1 | 52:4 82:22 170:24 |
| 42:1 43:1 44:1 | 164:1 165:1 166:1 | 280:1 281:1 282:1 | 176:17 215:2 |
| 45:1 46:1 47:1 | 167:1,13 168:1 | 283:1 284:1,21 | 291:21 292:13 |
| 48:1 49:1 50:1 | 169:1,10 170:1 | 285:1 286:1 287:1 | **solutions** 2:6 |
| 51:1 52:1 53:1,20 | 171:1,16 172:1,8 | 288:1 289:1 290:1 | **somebody** 236:9 |
| 54:1 55:1 56:1 | 173:1 174:1 175:1 | 291:1 292:1 293:1 | **soon** 324:16 |
| 57:1 58:1 59:1 | 176:1 177:1 178:1 | 294:1 295:1 296:1 | **sorry** 13:25 19:17 |
| 60:1 61:1 62:1 | 179:1 180:1 181:1 | 297:1 298:1 299:1 | 25:25 31:19 41:14 |
| 63:1 64:1 65:1 | 182:1 183:1 184:1 | 300:1 301:1 302:1 | 46:16 47:3 52:20 |
| 66:1 67:1 68:1 | 185:1 186:1 187:1 | 303:1 304:1 305:1 | 54:2 56:2 57:4 |
| 69:1 70:1 71:1 | 188:1 189:1 190:1 | 306:1 307:1 308:1 | 98:6 113:7 131:18 |
| 72:1,13 73:1 74:1 | 191:1 192:1 193:1 | 308:16 309:1 | 132:17 134:8 |
| 75:1 76:1 77:1 | 194:1 195:1 196:1 | 310:1 311:1 312:1 | 138:22,22 144:24 |
| 78:1 79:1 80:1,23 | 197:1 198:1 199:1 | 312:10 313:1 | 145:18 147:7 |
| 81:1 82:1 83:1 | 200:1 201:1 202:1 | 314:1 315:1 316:1 | 152:5,12 156:19 |
| 84:1,5 85:1 86:1 | 203:1 204:1 205:1 | 317:1,19 318:1 | 159:22 170:8 |
| 87:1 88:1 89:1 | 206:1 207:1 208:1 | 319:1 320:1 321:1 | 176:3 183:6 187:9 |
| 90:1 91:1 92:1 | 209:1 210:1 211:1 | 322:1 323:1 324:1 | 194:4 210:3 |
| 93:1 94:1 95:1 | 212:1 213:1 214:1 | 325:1,20 326:6 | 215:15 220:5 |
| 96:1 97:1 98:1 | 215:1 216:1 217:1 | 327:2,9 328:6 | 223:21 228:22 |

233:7 245:14
249:4 262:8 264:5
264:5 266:12
279:6 284:23
296:11 300:2
302:3 305:22
309:2,4 316:16
319:20 323:19
**sort** 57:16
**sorts** 29:20 259:7
**sounded** 59:22
**sounds** 22:8
189:16 214:6
**source** 89:13
215:3,19,20
312:10
**sources** 44:22
202:12 216:19
217:7
**southern** 1:2 5:24
**sp** 56:5,7,8 58:14
90:9,10,13,13 97:2
97:2 101:9 105:16
106:20,21,21
112:10 117:8,10
117:11,13 118:8
118:12,19,19
119:5 126:12
135:8,10 136:6,14
136:14 137:3,17
138:2 192:16
201:3 204:25
206:10,15,20
235:14,17,17
271:14,14,16,18
305:25 309:8,10
309:16 311:12,19
311:23 313:11,14
321:19 327:14
**space** 39:9

**spacex** 148:22
149:3,6,10
**spanning** 77:17
**speak** 36:14
104:18 190:16
191:23 274:6
**speaking** 10:14
14:23 24:8 26:14
66:16 218:24
221:23 248:14
**specialist** 4:17
**specific** 27:18
28:21 50:9 59:9
63:24 65:3 66:2,7
67:13 71:6,20
86:15 92:16
135:17 170:18
171:6 173:7
181:22 183:20
191:23 194:12
198:22 199:5
201:20 236:21
237:17,19 288:21
289:7 290:9
293:21 299:22
322:7
**specifically** 56:2,3
57:24 126:3,4
319:6
**specifics** 314:2
**specify** 126:9
**speed** 286:7
**spending** 303:11
**spent** 144:2 269:5
281:19
**spoke** 127:14
**spoken** 25:23 26:4
26:7 110:14
**sponsored** 14:20
**spreadsheet** 40:11
71:9 142:17

169:25 170:6,24
171:6,8,12 172:11
172:16,17 173:5
173:22 176:15,16
203:9,9,14,22,24
204:17 205:8
214:13,14 215:9
217:23 231:4,7
232:16 233:5,11
234:16,23 262:4,7
262:13,19 327:25
**spreadsheets** 61:6
61:20 117:10
126:2,4,8 129:8
132:2 169:10
170:2,4 171:21
174:3 202:5 204:3
204:9,18 205:7
215:8,21 234:18
**spvp** 120:23 121:2
327:20
**st** 101:25 102:6,21
102:24 103:5
**staff** 11:9 15:18
18:15,17 19:10
21:3 24:11 26:11
35:21 40:24 54:19
54:24 63:24 64:11
64:18 80:25 81:3
87:5,25 88:12
90:17 103:14
184:3 192:6 201:4
**stamp** 232:22
**stand** 83:18 167:5
230:10 239:14
284:13 308:8
325:17
**standstill** 189:7,12
**start** 12:2 15:22
75:23 76:4 140:16
184:4 245:15

271:11 318:3
**started** 25:8,9
28:16 61:20
138:15 139:8
318:6 319:13,17
**starting** 198:25
**starts** 311:8
**state** 6:16 7:6
10:24 11:3 80:4
90:7 95:22 96:23
101:23 104:6,7,18
112:20 113:4
114:12,17,18
115:2 116:17
119:4 125:25
135:6,15 213:6
241:17 271:9,22
272:3,10 328:13
**stated** 81:13
244:11 260:25
313:4
**statement** 55:23
63:21 81:19 98:18
102:12 103:25
104:22 105:19,23
106:5 116:24
117:17,23 125:3
126:25 159:19
161:6 252:6
305:22 307:10,15
312:10,13
**statements** 29:4
29:20 30:13,19
31:5 76:11,15
82:15 88:17 93:18
95:3,5 126:17,20
163:12 175:11,14
177:21 244:23
245:4 259:8
261:14 303:22
304:3 313:8

Douglas J. Smith                                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[states - straightpath]**                                    Page 42

| | | | |
|---|---|---|---|
| **states** 1:1 5:23 | 263:2,11,12,13,25 | 43:22 44:9,14,23 | 201:9 207:2,20 |
| **stating** 87:9 | 264:6,8,15,20,24 | 45:12 46:2,10,16 | 208:20 211:7,12 |
| **status** 73:6 | 269:12 270:3 | 46:24 47:5 48:8 | 212:11 214:15 |
| **stay** 325:13 | 272:6,13,19 273:6 | 48:13,16,24 49:10 | 215:22 216:16 |
| **staying** 15:11 | 273:16,21 274:21 | 49:12 50:24 51:10 | 217:10,17,21 |
| **stenographically** | 275:5,11,19,25 | 56:6,7,9,10 57:11 | 218:2,7 220:22 |
| 326:12 | 276:6,7,21,24 | 57:20,22,23 58:5,9 | 221:5,15 223:3 |
| **steps** 320:3 | 277:4,6,9,15,21,25 | 58:14,18,20,23 | 224:2 225:2 226:8 |
| **steve** 26:10,11 | 278:5,6,21 280:14 | 59:12 60:5,6,9,10 | 226:15,15 229:11 |
| **stock** 28:14 29:21 | 280:18,21,23 | 60:14,17 61:14 | 229:23 230:25 |
| 30:16 31:15,23 | 281:6,10,22 282:5 | 65:3,25 66:5,11,14 | 238:9,12,19 240:3 |
| 32:17 34:14,20 | 282:16 285:17,21 | 71:8,19 72:3,21 | 241:14 243:8 |
| 36:6,12 42:5,6 | 289:11,13,14,20 | 74:17 76:17 77:5 | 244:12 245:18 |
| 43:13 44:22 46:12 | 291:8 292:8 293:4 | 79:16 85:17,21 | 246:17 247:3,14 |
| 46:17 47:5,11 | 293:16 295:3 | 86:10,23 92:22 | 247:19 248:21,23 |
| 48:10,18,25 50:25 | 298:23 300:21 | 93:5 100:15 | 252:2,22 253:15 |
| 51:3 84:14,18,21 | 301:19,20 302:21 | 108:14 109:19 | 253:21,24 254:6 |
| 85:3,5,16,22,24 | 303:7 304:5,8 | 114:11,21 115:12 | 254:13,18 255:25 |
| 86:4,9,11 139:13 | 306:11 307:20,21 | 115:23 116:19 | 256:8,13,25 257:4 |
| 144:14 150:24 | 307:23 314:6 | 120:12 121:25 | 257:5,21 259:4,18 |
| 153:4 154:15,25 | **stocks** 71:13 | 123:18 129:8 | 259:18,21 260:6 |
| 157:2,3 159:5,6,20 | 154:13 156:22 | 131:4 136:15,19 | 260:11 263:2 |
| 160:7 161:21 | 164:8 168:5 | 138:3 140:10 | 264:20 266:20,22 |
| 162:5,14 163:5 | 169:18 171:13 | 141:17 143:19 | 267:13,21 268:15 |
| 164:3 165:7,9,19 | 172:13 173:21 | 144:18 145:24 | 271:23 273:5,16 |
| 165:24 169:24 | 174:18 175:3 | 146:12 147:20 | 273:20 274:21 |
| 177:15,17 189:21 | 177:13,16,19 | 150:22 151:2,20 | 275:5,18 276:18 |
| 190:16 195:10,17 | 184:5 196:3,6 | 152:17 153:11,12 | 276:24 277:9,25 |
| 196:6 208:23 | 249:9,16 250:5,7 | 154:9,15,21,24 | 278:5,19 279:13 |
| 211:10 218:4,4 | 251:16 | 155:8 157:2,10,18 | 279:24 280:8,15 |
| 239:25 246:11,14 | **stopped** 186:24 | 158:19 159:3,5,19 | 281:21 282:25 |
| 246:18 247:3,15 | **store** 39:8 | 160:3,5 161:20 | 283:14 285:11 |
| 247:18 248:10,17 | **stored** 39:14 | 162:3,8,12 163:2 | 288:6 289:11,15 |
| 251:15,25 252:3,5 | **straightpath** 1:7,8 | 163:21 165:6 | 289:19 292:8 |
| 252:14,22,25 | 5:21 8:3 23:21,23 | 166:9 177:25 | 293:7,15,17 |
| 253:16,25 254:6 | 24:13,16 25:3,6,20 | 179:6 181:17 | 294:25 295:3,9 |
| 254:13,18,25 | 26:9,15 31:9 | 182:2,19 183:9,20 | 299:2,17 300:9,20 |
| 255:2,10,13,25 | 32:18 33:9,14,15 | 184:4 185:15 | 303:5 304:4,14,21 |
| 256:5,9,15,25 | 33:16,17,17,20,24 | 189:2,6 190:25 | 320:16 321:7,18 |
| 257:21,22,24 | 34:8,14,20 36:2,6 | 191:2 192:7,10 | 321:25 322:18,22 |
| 259:22 260:12,16 | 36:10 43:3,13,14 | 195:7,7,9 200:13 | 323:22 327:11 |

Veritext Legal Solutions

Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[straightpath's - talking]**                                                        Page 43

**straightpath's**
45:6 58:4,10
60:20 73:6 75:12
148:13 149:2,17
150:9 151:12
153:3,19 178:17
179:17 180:19
181:15 221:17
222:7 246:10
254:24 256:3
257:6 258:15
260:18 294:8
**straining** 8:22
**street** 3:6,17 11:17
11:19
**strike** 56:15 66:12
100:18 103:13
207:16 229:13
278:3
**strip** 302:2
**stripped** 296:2
299:23 301:24
**stripping** 202:10
299:15
**studied** 12:11,19
14:9
**studies** 15:9
**studying** 12:17
**stuff** 80:24 99:10
106:12 110:17
182:13 225:10
**subject** 7:25 74:2
168:18,21 234:7
238:20
**submitted** 54:13
70:5
**subpoenas** 18:21
26:23
**subscribed** 328:10
**subscription** 210:8
210:11

**subsection** 66:22
68:5
**substance** 35:16
**substantial** 126:22
253:12
**substantiated**
192:13
**subtract** 223:15
223:17 296:23,25
**subtracted** 50:5,8
**subtracting** 51:9
51:14 222:13
240:10
**sued** 251:19
**suite** 86:23
**summaries** 34:25
**summarize** 180:11
**summarizing**
21:12
**summary** 22:14
36:18 37:3 133:18
133:20 201:18
**supervision** 16:9
**support** 8:20
71:20 93:17 94:20
96:20 116:23
119:3 133:7
310:10
**supporting** 38:21
94:22
**supports** 95:5
**sure** 10:10 16:10
17:3 31:21 34:3
40:10 59:9 83:15
87:9 94:25 95:2,3
98:17,24 99:9
128:20 129:25
150:20 151:19
173:2 175:12
177:14 197:23,24
202:25 217:14

232:12,23 251:6
274:13 278:11
284:6 286:19
313:10 317:8
**surplus** 42:5
140:13,19 141:22
142:5 143:4 144:5
164:9 293:3 295:3
**surpluses** 155:25
**svp000001** 108:16
111:2 327:13
**svp0000014** 111:2
**svp000015** 112:13
113:9 327:17
**svp000017** 115:4
**svp00016** 113:23
**swear** 7:11
**swearing** 6:15
**switch** 215:24
**sworn** 7:15 326:6
328:10
**syracuse** 12:10
**system** 39:14
68:23 134:25

**t**

**t** 7:14 326:1,1
327:6 328:1
**tab** 170:18 299:25
**table** 170:12,14
176:9
**tables** 40:13
170:10 180:10
203:18 270:24
**tabs** 170:7,9
203:12,25
**take** 5:14 10:21
12:24 14:8 15:19
19:7 30:24 37:17
75:18 83:13,16
94:14 168:13
186:16 207:23

219:12,15 220:23
230:9 262:15
266:3 270:20
277:2 284:10
295:4 308:2 317:6
319:11,15
**taken** 5:18 83:21
156:15 159:16
162:8 167:8 181:9
230:13 249:14
258:14,20 284:16
308:10 317:14
326:11
**takes** 108:23 109:4
262:24 263:13,18
268:15 289:19
319:25
**talk** 10:17,18,20
27:15 36:22
237:13 238:9
260:3
**talked** 23:14
126:15 128:12
150:21 152:18
169:18 175:9,9
205:9 217:13
224:20 237:4
244:15,18 257:3
266:7 273:19
274:17,22 287:15
288:2 289:9
295:14 296:18
**talking** 41:15
47:17 48:19 56:20
56:22 71:14 85:12
85:14,15,16,20
86:10 94:8 136:7
147:5,7 156:9
159:24 174:3
196:18 197:22
201:8 209:25

Douglas J. Smith                                      May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

**[talking - time]**                                            Page 44

216:25 217:9
221:22 224:17
236:20,23 244:20
245:5 248:14
249:7 251:6,9
253:8 254:11,12
262:14 275:2,3,9
275:14 276:15
280:16 289:16
291:21 296:9
303:21,25 304:19
**talks** 49:17 86:17
**tandem** 306:25
**tasked** 52:22
**taught** 138:14
**tax** 73:14 74:9,11
74:13 75:13,20
**team** 71:25
**teams** 245:15
**teleconference** 2:5
**telephone** 305:23
**telework** 11:22
**teleworking** 11:18
**tell** 12:5 18:17
20:4 22:6,12
23:17 57:21 67:3
69:11 78:4 109:13
166:8 213:19
214:24 250:19
274:18 287:9
314:19,22
**telling** 158:25
220:8 222:22
302:10
**temporary** 8:22
310:12
**ten** 14:12 28:8
36:17,25 139:23
156:21 164:8
168:5 169:18
171:13

**term** 33:20 96:12
217:22 224:15
227:20,23 229:6
**terms** 67:12 68:11
177:2 257:17
**territory** 220:16
**test** 14:9
**testified** 19:20,24
20:5 21:17 56:17
59:21 62:11 63:9
81:21 94:3 134:21
190:8 217:18
223:21,22 236:24
248:25 258:8,21
259:3,6
**testifies** 7:16
**testify** 21:21 22:2
22:8 79:4 296:16
326:7
**testifying** 253:2
**testimony** 9:23
19:6,11 20:2
21:23 60:2 62:19
63:11 94:7 119:9
123:22 125:10
169:3,21 216:10
243:21 258:24
273:22 274:20
285:5,7 287:7
288:7 299:7,9
**text** 62:8 68:3,7
207:10,11,23
313:19 314:24
**texts** 314:18
**thank** 34:11
113:15
**thanks** 53:16
**thing** 48:20 68:9
82:5 89:18 107:10
120:19 136:4
188:2 202:17

203:11 234:4
305:10,11 308:4
**things** 11:14 52:21
55:12 89:22
101:14,15 107:18
182:15 198:11
207:14,15 216:11
216:15 219:22
262:22 274:14
283:9 285:3 286:7
**think** 9:15 26:20
27:18 31:11 33:2
33:7 38:2 39:25
40:8 48:19 53:4
56:14 57:6,22
60:7,22 64:3,4
69:4 74:15 81:6
84:19 85:2 86:7
94:23 101:13
105:4 106:11
113:6 139:7,18
150:19 153:23
158:4 166:22
171:11 172:23
176:6,20 187:3,8
203:12 204:20
207:12,22 208:18
221:2 229:10
235:7 262:20
264:3 267:3,7,8,24
268:20 273:25
274:12 275:19
283:17,19 284:5,9
294:22 304:18
305:7 306:7
310:25 311:5
320:18,20 322:10
322:16 323:2
**third** 26:14 44:3
46:10 47:21 49:9
49:24 50:16 61:18

66:24 72:17 115:3
159:12,14 181:7
181:11 195:22
202:6 212:12
239:17 240:25
246:20 247:8
252:23 269:11
270:2,16 276:12
282:4,15 283:15
287:3 299:3 321:4
**thought** 94:8
196:10 197:4
198:3 237:17
245:16
**thoughtspot**
149:13,17,21,25
**thousands** 39:22
**three** 16:18 50:19
86:21 160:13
164:25
**tian** 26:12
**tie** 248:17 270:20
282:6
**tied** 282:9
**time** 25:17 29:11
30:8,18 31:4
32:21 44:24 52:17
54:24 63:14 64:15
69:5 71:2 72:24
100:15 113:3
141:2 144:2
155:24 156:4
159:10 161:25
162:3 164:18
171:10 174:5
181:15,16 184:24
187:25 189:6,19
193:2,23 196:16
198:9,23 199:3,14
199:18,24 200:15
201:24 209:18

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 375 of 380
Douglas J. Smith                     May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[time - trying]                                               Page 45

210:19 221:12
223:2 228:15
230:6 245:4
250:11 252:11,15
252:17,22 253:7,9
253:13 254:12
269:6 272:20,24
273:4,5 275:3,25
276:6,7 281:19
288:21 289:7
290:10 293:21,23
300:10 308:15
316:6 317:2,3
319:25 323:12,25
326:13
**timeframe** 24:23
**times** 110:15
138:12,13 152:19
159:20 160:13
164:25 216:3
222:11 240:7
242:19 244:20
245:11 250:3
253:12,15 258:2
260:5,14 273:20
274:20 287:8
289:11 296:6
297:11 300:14
306:10
**timing** 324:7
**titled** 109:18
**today** 9:20 10:19
18:16 41:9 70:6
70:16 73:5 91:8
91:17 93:2,15
94:10 95:15 98:25
101:19 106:4
107:14,25 110:6
110:23 111:13,25
116:4,22 119:14
125:18 129:16

141:4 142:5 144:4
144:8,23 145:4,10
145:12 146:3,10
146:14,16,21,23
147:13 148:2,5,16
148:20 149:5,9,10
149:20,24,25
150:16 153:10,17
154:14,19,22
156:6,23 160:7,18
161:12 162:19
170:25 194:24
198:15 219:24
221:22 234:8
237:12 249:11,15
250:6,18 251:17
251:18,19 254:10
254:11 308:15
317:3 318:20
321:17 325:15,17
**today's** 113:11
325:19
**told** 17:9 52:3 78:2
78:5 87:5 168:14
214:22 225:9
239:7 248:23
315:2
**tom** 75:12
**tomorrow** 324:10
324:15 325:2
**tonight** 324:8,13
**top** 140:24 296:24
310:21
**topic** 27:21 65:17
**topics** 12:20 14:13
15:7 215:25
**total** 130:17
132:21 137:13
164:15 170:21,25
173:9 175:14
176:17 178:7,8

181:5 213:15
240:19,21 241:5
251:10 286:25
300:16 322:9
323:10
**totally** 257:18
**touch** 84:2,8
289:10
**touched** 150:19
182:11 204:20
**touching** 231:3
**trace** 212:6
**traced** 212:10
**track** 38:12,23
39:2,16,23
**tracked** 212:13
246:22
**tracking** 61:6,19
117:9 118:15
126:2,3,8
**traded** 263:25
**traders** 16:10
**trading** 16:25 17:2
23:6
**train** 245:15
**training** 14:14,16
15:15
**transaction** 46:23
78:16 247:11
**transactions** 77:17
88:9 299:4
**transcript** 274:6
286:3,4 324:4,8
326:11 328:3
**transcripts** 274:8
**transfer** 18:5,25
21:8 48:15 151:16
241:25 242:2,4
264:24 298:24
**transferred** 97:4
115:18 242:11

246:8
**transferring** 246:8
**transfers** 163:17
241:19,20,21
**trial** 238:23
**tried** 207:25
314:24
**triller** 140:17,20
141:14,22 142:3
142:13 143:4,14
146:20 157:19
158:9 160:6,18
161:5 164:3
170:19 172:20
173:7 174:4,9,13
174:18 205:10
252:14
**tro** 72:5 200:15
**true** 31:14 105:24
106:5 114:19
121:23 151:2,10
242:3 252:6
253:17 280:5,7
307:15,22 313:16
315:14 326:10
**trust** 301:10
**truth** 326:7,7,8
**try** 32:5 67:13
137:8 156:7 204:8
249:24 263:6
269:10 307:3
**trying** 24:18,22
48:9,21 63:7,11
67:10 79:12 80:21
80:25 107:17
129:17 137:14
139:20 173:20
195:24 198:10
199:8 201:19,24
203:12 216:7
218:17 223:8

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 376 of 380
Douglas J. Smith
May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[trying - use]                                                              Page 46

236:4 241:9
245:14 251:23
253:22 257:19
258:4 263:10,14
274:13 284:6
286:7,22 296:21
304:20 306:19,21
313:20
**turn** 200:20 214:9
320:20
**turning** 177:5
**two** 13:2 56:23
60:7 77:18 136:15
177:8 178:11
184:3 190:17
198:17 199:11
201:8 228:14
270:20
**type** 14:14,15,25
15:14 19:4,25
20:2 37:13 241:25
**types** 46:5 48:16
55:7 63:17 217:20
**typically** 18:24
224:21 232:9
286:4

**u**

**u** 7:14 328:1
**ui** 207:3
**uipath** 206:9,16
207:15,18,24
208:13 211:14,23
212:9,14,20 309:7
309:12 311:25
313:13 314:25
315:13
**ultimate** 173:15
**ultimately** 29:18
49:8 125:16
165:17 170:23
180:13 206:17

207:19 221:14
252:19 309:12
**umm** 155:11
**unaccounted**
128:18 141:6
142:2 143:12
147:14 163:16
**underlying** 74:21
75:7 214:25,25
265:4 272:5,12
**undermine** 82:10
82:12 83:4,9
**understand** 7:24
8:7,19 10:10
16:14 24:21,22
45:9,11,21,25 46:4
48:5,12,21 50:13
50:21,22,22 51:4
58:6,7,11,17 59:19
63:8 72:11 73:17
73:22 74:5 76:7
76:16 80:18,21,25
84:5,11 86:8
91:12 93:16,20
97:18 105:5
107:15,19,23
114:10 122:9,12
122:17 123:3,6
127:6 128:8 129:2
136:23 137:8
139:2,20 140:4,7
141:10 142:11
143:23 148:12
155:6,13,17
156:25 162:10,17
164:5 165:21
166:8 167:15,21
168:12 169:16
175:2,12 182:12
185:4 190:13
195:25 198:7

199:9 201:22,24
203:23 209:2
210:20 218:17
220:20,21 221:16
222:4 223:8,25
224:9 227:11,19
227:23 229:17
233:3 234:20
235:21 236:4,12
236:23 237:11
238:11 240:17
242:15 243:22
244:25 247:22
248:20,22 251:7
251:10,24 252:18
252:21 256:23,24
257:16,19 258:6,7
258:24 259:5
265:9,21 266:4,18
268:6 270:21
276:18 277:8
281:8 282:19
284:22 285:19
286:23 287:18
288:10 290:11
302:16 303:5
308:17 321:22
325:6
**understandable**
10:9
**understanding**
38:4 44:9 46:19
73:13 74:8 78:14
88:13 110:12
113:14 122:23
129:19 134:17
139:10 153:21
161:8 201:14
219:10,20 221:15
229:8 239:24
248:11 264:18

274:19
**understands** 79:7
79:13 228:11
**understood** 62:12
62:21 94:4 105:23
266:8 286:19
**undertake** 19:14
28:13,23 46:25
47:10
**undertaking**
123:12
**undertook** 15:2
47:6
**unit** 5:16 83:20,24
167:7,11 230:12
230:16 284:15,19
**united** 1:1 5:23
**units** 325:21
**university** 12:10
**unknown** 132:13
**unregistered**
261:2,12
**updated** 54:14
234:6
**uploaded** 232:13
**urged** 312:3
314:11,15 315:9
**urging** 315:12,20
315:21
**use** 33:10,19 38:19
45:6 79:19 96:5,6
96:18 99:21 100:4
103:25 119:22
120:7,25 121:18
121:24 122:7
125:20 165:24
174:17 223:19
236:17 256:14
289:3 290:3
294:18 295:5,10
304:20 324:25

327:19
**useful** 63:18
**uses** 162:14
  237:25 256:8
**usually** 209:21
**utica** 12:9
**utilize** 324:14
**utilized** 48:22
**utilizing** 324:10

**v**

**value** 73:15
  170:16 203:19
**variety** 12:19 19:3
  55:12 88:10 89:17
  89:21 104:14
  107:5
**various** 23:7 45:13
  61:2,10,14 118:23
  118:25 124:11
  130:25 163:3
  172:4 199:10,23
  201:23 202:13
  203:24 204:24
  209:6 216:3 250:3
  250:4
**vast** 88:20 134:9
  225:21 258:13
  279:17 281:13
  285:23
**vehicles** 135:9
  136:6,12,18 137:4
  137:6,18,23
**venture** 1:7 5:21
  8:3 33:15 56:6
  58:5 108:15
  109:19 112:11
  114:11 115:23
  192:10 226:16
  327:12,15
**ventures** 115:13
  118:20 192:16

**verified** 134:25
**verify** 27:17 88:16
  321:13
**veritext** 2:5 6:2,5
  325:22
**version** 54:15
**versus** 5:21 8:3
  20:12 44:4 145:2
  179:16 276:6,11
  279:3
**vesey** 3:6
**video** 4:17 5:13,17
  6:12
**videoconference**
  1:17
**videographer** 5:1
  6:3 7:10 83:18,22
  167:5,9 230:10,14
  284:13,17 308:8
  308:11 317:12,15
  325:10,16
**videotape** 1:15 2:3
**view** 44:8 88:23
  95:17 97:21,24
  237:25
**viewed** 199:12
**viewing** 124:12
**views** 217:2,9
**virtually** 2:4 5:6
**voice** 17:10
**volume** 264:14
**voluntarily** 189:7

**w**

**w** 114:17
**wait** 269:5 270:8
  286:16 287:17
**waiting** 60:22
  112:16
**waive** 6:12
**waiver** 168:18

**walk** 11:13 140:5
  233:2 246:13
  262:21
**walked** 154:13
  156:12 164:7
**walking** 311:17
**want** 10:10 34:2
  35:17 36:21 37:13
  53:2,11 58:17
  65:10 74:24 75:4
  78:5 83:13 86:16
  87:8 98:24 99:8
  109:13 134:3
  143:25 150:19
  157:25 164:19
  166:25 175:12
  182:12,25 187:25
  191:12,23 197:23
  197:24 214:21
  217:14 218:12
  223:18 231:19
  232:7,9 246:13
  251:6 252:20
  255:16 272:7
  274:4,7 275:13
  277:14 283:21
  306:7 308:3
  313:23,23
**wanted** 133:4
  212:8,9,13,15
  231:5 286:18
  314:21 315:4
**wants** 133:25
  247:17 248:2,15
**waste** 64:15
**waterfall** 229:3
**way** 27:10 33:10
  37:12 38:12 39:19
  40:2 50:6 58:7,11
  58:15 81:12,22
  82:17 96:11 97:24

114:3 139:22
  143:7 163:20
  165:6 171:13
  181:22 199:19
  216:6 231:20
  258:5,13 275:12
  289:4 290:8 291:3
  294:23 297:5
  300:13 324:21
**ways** 163:3
**we've** 72:9 78:20
  110:14 150:19
  152:18 154:12
  166:20 171:22
  174:3 201:8
  204:20 208:18
  230:6 234:5
  235:24 257:2
  293:14,16 324:13
**webcrd** 68:15,22
**websites** 89:21
**wedcrd** 68:24
**wednesday** 98:13
  98:16 101:15,18
  107:9 237:13
**week** 98:13 108:7
  144:4 282:23
**weeks** 198:17
  199:11
**weight** 300:12
**weighted** 300:7
**welcome** 10:4 61:6
  61:23,24 225:12
  225:16,19,22
  233:25 237:5
  248:12,24 266:19
  267:4,11 296:4
  299:21
**wen** 26:12
**went** 12:7,9 15:16
  18:6 31:15 49:8

Case 1:22-cv-03897-LAK   Document 23-5   Filed 05/20/22   Page 378 of 380
Douglas J. Smith                    May 19, 2022
Securities and Exchange Commission v. StraightPath Venture Partners LLC

[went - zoom]                                              Page 48

59:24 67:25 68:18
125:5 139:13
156:21 180:13
189:14 190:10
205:22,23 212:7
212:24 220:7
242:17 246:17
247:14 261:11
264:3 269:11
270:9,12,15
279:18 280:22
281:5,11 282:14
283:2,15 285:16
285:22 287:16
290:22 293:24,24
297:13,23 298:6
305:14 307:23
**whatnot** 203:16
**wide** 157:16
**wing** 20:12
**wish** 206:22
309:17 329:1
**withdrawal** 289:4
**witness** 5:10 6:15
7:12 20:10 22:14
65:13 80:20 109:6
187:15 192:23
194:20 255:17
286:15 327:2
**word** 96:5 100:4,4
102:16 103:25
106:8 123:7
134:13 216:3
236:10,18 237:16
237:25 313:17
**words** 96:18
312:23 314:8
**work** 10:18 11:4,5
11:10 26:16 27:22
28:11,16 29:8,14
30:23 32:15 34:14

34:19,19 36:10
46:9 47:15 54:11
64:11 65:21 67:4
74:10,14 78:2,3,9
80:17 82:3 88:11
98:2 100:19 138:7
157:13 169:9
171:7,9,15 172:7
173:13 195:5
197:15,15 198:10
204:10 235:4
263:17 282:9
316:15,19 320:2
**worked** 16:24
17:24 54:11 82:6
189:8 210:18
220:13,13 248:21
**working** 16:6
24:12 25:8,9 30:7
38:9 72:4,23
79:25 138:15
318:3,6
**works** 122:17
239:14
**world** 15:11
**worth** 12:23
**wrap** 84:9
**write** 87:2 93:16
106:12 136:9
235:22 236:2
261:7 306:14,17
314:3
**writing** 69:21
91:17 104:7
**wrong** 55:9 187:4
213:19
**wrote** 91:11 236:9
307:9

**x**

**x** 1:3,13 51:9
327:1,6
**xi01165** 2:8

**y**

**yeah** 12:19 15:6
21:9 47:23 48:19
139:6 183:6
194:16 217:11
231:25 261:13
262:20 315:7
**year** 14:10 17:17
110:10 196:12
266:14 318:6,7
**yearly** 224:21
**years** 266:3
311:14
**york** 1:2 3:5,7,7
4:6,6 5:24 11:19
16:7,15,21 17:13
101:25 102:7,11
102:21 103:11,18
**yup** 12:7

**z**

**zebra** 146:7,11,12
146:15,19
**zero** 225:22 237:6
237:7
**zeroed** 155:22
**zipline** 150:4,5,10
150:12,16
**zoom** 1:17 2:4

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.