# **<u>Exhibit 6</u>**

### Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Zipline Shares | Zipline Price |
|---|---|---|---|---|---|
| 2/24/2021 | Wire | $ (108,750.00) | Andrew Rothgaber | 3,750 | $ 29.00 |
| 2/24/2021 | Wire | $ (197,316.00) | Brendan O'Donoghue | 6,804 | $ 29.00 |
| 2/24/2021 | Wire | $ (435,000.00) | Mark L Hubbard | 15,000 | $ 29.00 |
| 2/24/2021 | Wire | $ (522,000.00) | Charm Family Trust | 18,000 | $ 29.00 |
| 2/25/2021 | Wire | $ (793,875.00) | Pablo A Maurin Kristen Leigh Pude | 27,375 | $ 29.00 |
| 3/10/2021 | Wire | $ (2,912,000.00) | Iron Edge Global Technology Fund | 91,000 | $ 32.00 |
| 4/16/2021 | Wire | $ (170,000.00) | Zhefei Li | 5,000 | $ 34.00 |
| 4/19/2021 | Wire | $ (71,400.00) | Ryan Alam | 2,100 | $ 34.00 |
| 4/30/2021 | Wire | $ (850,000.00) | Puneet Khattar | 25,000 | $ 34.00 |
| | | | **Share Total** | | |
| | | | **194,029** | | |
| | | | **Amount Total** | | |
| | | | **(6,060,341)** | | |

### Sold Zipline to Investors

| Price | $33.00 | $40.00 | $45.00 | $50.00 |
|---|---|---|---|---|
| Shares | (1,621) | (4,066) | (79,439) | (33,460) |
| Amount | $53,493 | $162,640 | $3,574,755 | $1,673,000 |

| Share Total |
|---|
| (118,586) |
| **Amount Total** |
| **$5,463,888** |

### Net Amount

| Share Total |
|---|
| 75,443 |
| **Amount Total** |
| **($596,453)** |

### Re-Investments

| Price | $45.00 |
|---|---|
| Shares | (1,666) |
| Amount | $74,970 |

| Share Total |
|---|
| (1,666) |
| **Amount Total** |
| **$74,970** |

### Net Amount

| Share Total |
|---|
| 73,777 |
| **Amount Total** |
| **($521,483)** |

### Cost Basis

| SP |
|---|
| $31.23 |
| Investors |
| $46.06 |
| Average Markup |
| 47% |

### Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Chime Shares | Chime Price |
|---|---|---|---|---|---|
| 3/2/2021 | Wire | $ (1,090,380.00) | Equidate Investments LLC/Forge Inv | 18,173 | $ 60.00 |
| 3/5/2021 | Wire | $ (141,900.00) | Equidate Investments LLC/Forge Inv | 2,365 | $ 60.00 |
| 3/31/2021 | Wire | $ (360,000.00) | Equidate Investments LLC/Forge Inv | 6,000 | $ 60.00 |
| | | | **Share Total** | | |
| | | | **26,538** | | |
| | | | **Amount Total** | | |
| | | | **(1,592,280)** | | |

### Sold Chime to Investors

| Price | $64.00 | $69.00 | $80.00 | $85.00 |
|---|---|---|---|---|
| Shares | (530) | (9,249) | (1,284) | (13,310) |
| Amount | $33,920 | $638,181 | $102,720 | $1,131,350 |
| **Share Total** | | | | |
| **(24,373)** | | | | |
| **Amount Total** | | | | |
| **$1,906,171** | | | | |

### Re-Investments

| Price | $85.00 |
|---|---|
| Shares | (1,618) |
| Amount | $137,530 |
| **Share Total** | |
| **(1,618)** | |
| **Amount Total** | |
| **$137,530** | |

### Net Amount

| Share Total |
|---|
| 2,165 |
| **Amount Total** |
| **$313,891** |

### Net Amount

| Share Total |
|---|
| 547 |
| **Amount Total** |
| **$451,421** |

### Cost Basis

| SP |
|---|
| $60.00 |
| Investors |
| $78.63 |
| Investors |
| 31% |

### Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Dataminr Shares | Dataminr Price |
|---|---|---|---|---|---|
| 7/8/2021 | Wire | $ (3,300,000.00) | UMB Trust Department - Sharespost | 75,000 | $ 44.00 |
| 11/12/2021 | Wire | $ (1,050,000.00) | Scott R Mueller | 25,000 | $ 42.00 |
| 1/21/2022 | Wire | $ (1,050,000.00) | Vulcan Capital Growth Equity II LLC | 25,000 | $ 42.00 |
| | | | **Share Total** | | |
| | | | **125,000** | | |
| | | | **Amount Total** | | |
| | | | **(5,400,000)** | | |

### Sold Dataminr to Investors

| Price | $41.00 | $54.00 | $57.00 | $60.00 | $65.00 |
|---|---|---|---|---|---|
| Shares | (1,707) | (32,764) | (3,233) | (3,165) | (36,963) |
| Amount | $69,987 | $1,769,256 | $184,281 | $189,900 | $2,402,595 |

**Share Total**
**(77,832)**
**Amount Total**
**$4,616,019**

### Re-Investments

| Price | $65.00 |
|---|---|
| Shares | (10,269) |
| Amount | $667,485 |

**Share Total**
**(10,269)**
**Amount Total**
**$667,485**

### Net Amount

**Share Total**
47,168
**Amount Total**
**($783,981)**

### Net Amount

**Share Total**
36,899
**Amount Total**
**($116,496)**

### Cost Basis

| SP |
|---|
| $43.20 |
| **Investors** |
| $59.97 |
| **Investors** |
| 39% |

### Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Flexport Shares | Flexport Price |
|---|---|---|---|---|---|
| 3/31/2021 | Wire | $ (320,500.00) | Vishnu Nair | 25,000 | $ 12.82 |
| 3/31/2021 | Wire | $ (645,500.00) | Blake D Johnson | 50,000 | $ 12.91 |
| | | | **Share Total** | | |
| | | | **75,000** | | |
| | | | **Amount Total** | | |
| | | | **(966,000)** | | |

### Sold Flexport to Investors

| Price | $14.00 | $18.50 | $19.50 |
|---|---|---|---|
| Shares | (12,556) | (2,432) | (49,190) |
| Amount | $175,784 | $44,992 | $959,205 |
| **Share Total** | | | |
| **(64,178)** | | | |
| **Amount Total** | | | |
| **$1,179,981** | | | |

### Re-Investments

| Price | $19.50 |
|---|---|
| Shares | (6,245) |
| Amount | $121,778 |
| **Share Total** | |
| **(6,245)** | |
| **Amount Total** | |
| **$121,778** | |

### Net Amount

| Share Total |
|---|
| 10,822 |
| **Amount Total** |
| **$213,981** |

### Net Amount

| Share Total |
|---|
| 4,577 |
| **Amount Total** |
| **$335,759** |

### Cost Basis

| SP |
|---|
| $12.88 |
| Investors |
| $18.48 |
| Investors |
| 44% |

## Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Klarna Shares | Klarna Price |
|---|---|---|---|---|---|
| 3/4/2021 | Wire | $ (2,501,280.00) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture P. | 1,930 | $ 1,296.00 |
| 3/4/2021 | Wire | $ (4,998,786.00) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture P. | 3,800 | $ 1,315.47 |
| 3/5/2021 | Wire | $ (410,426.64) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture P. | 312 | $ 1,315.47 |
| 7/16/2021 | Wire | $ (1,664,067.60) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture P. | 1,209 | $ 1,376.40 |

**Share Total**: 7,251
**Amount Total**: (9,574,560)

## Sold Klarna to Investors

| Price | $1,425.00 | $1,450.00 | $1,600.00 | $1,750.00 | $1,900.00 |
|---|---|---|---|---|---|
| Shares | (80) | (2,468) | (104) | (156) | (3,486) |
| Amount | $114,000 | $3,578,600 | $166,400 | $273,000 | $6,623,400 |

**Share Total**: (6,294)
**Amount Total**: $10,755,400

## Re-Investments

| Price | $1,900.00 |
|---|---|
| Shares | (208) |
| Amount | $395,200 |

**Share Total**: (208)
**Amount Total**: $395,200

## Net Amount

**Share Total**: 957
**Amount Total**: $1,180,840

## Net Amount

**Share Total**: 749
**Amount Total**: $1,576,040

## Cost Basis

| SP |
|---|
| $1,320.45 |
| **Investors** |
| $1,714.95 |
| **Average Markup** |
| 30% |

## Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Plaid Shares | Plaid Price |
|---|---|---|---|---|---|
| 2/25/2021 | Wire | $ (2,625,000.00) | Charles J & Heather Cheda | 2,500 | $ 1,050.00 |
| 3/10/2021 | Wire | $ (10,500,000.00) | Sharon Rapoport | 10,000 | $ 1,050.00 |
| 4/13/2021 | Wire | $ (2,250,000.00) | Helen Min | 2,500 | $ 900.00 |
| 8/25/2021 | Wire | $ (200,220.00) | Aaron Smith | 213 | $ 940.00 |
| 8/25/2021 | Wire | $ (752,000.00) | Bryan Liu | 800 | $ 940.00 |
| 9/3/2021 | Wire | $ (739,780.00) | Aaron Smith | 787 | $ 940.00 |
| 10/6/2021 | Wire | $ (360,000.00) | Jake Davis | 400 | $ 900.00 |
| 10/6/2021 | Wire | $ (630,000.00) | Thomas Bartzen | 700 | $ 900.00 |
| 10/6/2021 | Wire | $ (810,000.00) | Mattis Kancans Envall | 900 | $ 900.00 |
| 12/6/2021 | Wire | $ (485,000.00) | Nithya Rajagopalan | 500 | $ 970.00 |
| 12/22/2021 | Wire | $ (582,000.00) | Luke McCandless | 600 | $ 970.00 |
| 12/29/2021 | Wire | $ - | Hardeepsingh Randhava | - | $ - |
| 12/30/2021 | Wire | $ - | Hardeepsingh Randhava | - | $ - |
| 1/4/2022 | Wire | $ (242,500.00) | Nithya Rajagopalan | 250 | $ 970.00 |

**Share Total**
20,150

**Amount Total**
(20,176,500)

## Sold Plaid to Investors

| Price | $1,300.00 | $1,350.00 | $1,400.00 | $1,500.00 | $1,600.00 |
|---|---|---|---|---|---|
| Shares | (2,627) | (2,059) | (1,580) | (694) | (8,402) |
| Amount | $3,415,100 | $2,779,650 | $2,212,000 | $1,041,000 | $13,443,200 |

**Share Total**
(15,362)

**Amount Total**
$22,890,950

## Re-Investments

| Price | $1,350.00 | $1,500.00 | $1,600.00 |
|---|---|---|---|
| Shares | (303) | (33) | (1,538) |
| Amount | $409,050 | $49,500 | $2,460,800 |

**Share Total**
(1,874)

**Amount Total**
$2,919,350

## Net Amount

**Share Total**
4,788

**Amount Total**
$2,714,450

## Net Amount

**Share Total**
2,914

**Amount Total**
$5,633,800

## Cost Basis

| SP |
|---|
| $1,001.32 |
| **Investors** |
| $1,497.46 |
| **Average Markup** |
| 50% |

### Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | SpaceX Shares | SpaceX Price |
|---|---|---|---|---|---|
| 5/20/2020 | Wire | $ (311,808.00) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture | 1,344 | $ 232.00 |
| 5/21/2020 | Wire | $ (43,384.00) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture | 187 | $ 232.00 |
| 8/3/2020 | Wire | $ (728,460.00) | Equidate Investments LLC/Forge Investments LLC/First Mile | 2,698 | $ 270.00 |
| | | | **Share Total** | | |
| | | | **4,229** | | |
| | | | **Amount Total** | | |
| | | | **(1,083,652)** | | |

### Sold SpaceX to Investors

| Price | $295.00 | $310.00 | $325.00 |
|---|---|---|---|
| Shares | (1,831) | (2,141) | (220) |
| Amount | $540,145 | $663,710 | $71,500 |
| **Share Total** | | | |
| **(4,192)** | | | |
| **Amount Total** | | | |
| **$1,275,355** | | | |

### Net Amount

| Share Total |
|---|
| 37 |
| Amount Total |
| $191,703 |

### Cost Basis

| Share Total |
|---|
| $256.24 |
| Amount Total |
| $304.24 |
| Average Markup |
| 19% |

## Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | ThoughtSpot Shares | ThoughtSpot Price |
|---|---|---|---|---|---|
| 2/16/2021 | Wire | $ (1,499,992.60) | Unicorn Pre-IPO Fund LLC (Dennis Riordan - owner of SEC Reg | 90,361 | $ 16.60 |
| 4/19/2021 | Wire | $ 1,499,992.60 | Unicorn Pre-IPO Fund LLC (Dennis Riordan - owner of SEC Reg | (90,361) | $ 16.60 |
| 5/10/2021 | Wire | $ - | Francis & Mireille Lamprea | | |
| 5/10/2021 | Wire | $ - | Francis & Mireille Lamprea | | |
| 5/12/2021 | Wire | $ (263,466.03) | Francis & Mireille Lamprea | 14,727 | $ 17.89 |
| 6/3/2021 | Wire | $ (1,045,000.00) | Rickie Goyal | 55,000 | $ 19.00 |
| 10/15/2021 | Wire | $ (866,020.00) | Brian McCarthy | 45,580 | $ 19.00 |
| | | **Share Total** | | | |
| | | 115,307 | | | |
| | | **Amount Total** | | | |
| | | **(2,174,486)** | | | |

## Sold ThoughtSpot to Investors

| Price | $19.00 | $22.00 | $25.00 | $30.00 | $34.00 |
|---|---|---|---|---|---|
| Shares | (1,315) | (2,418) | (60,285) | (15,966) | (735) |
| Amount | $24,985 | $53,196 | $1,507,125 | $478,980 | $24,990 |

**Share Total**
**(80,719)**
**Amount Total**
**$2,089,276**

## Re-Investments

| Price | $25.00 |
|---|---|
| Shares | (4,500) |
| Amount | $112,500 |

**Share Total**
**(4,500)**
**Amount Total**
**$112,500**

## Net Amount

**Share Total**
34,588
**Amount Total**
**($85,210)**

## Net Amount

**Share Total**
30,088
**Amount Total**
**$27,290**

## Cost Basis

| SP |
|---|
| $18.86 |
| **Investors** |
| $25.84 |
| **Average Markup** |
| 37% |

## Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Triller Shares | Triller Price |
|---|---|---|---|---|---|
| 2/2/2021 | Wire | $ (3,002,400.00) | Equity Acquisition Company Ltd (Berm | 360,000 | $ 8.34 |
| 2/4/2021 | Wire | $ (3,002,400.00) | Equity Acquisition Company Ltd (Berm | 360,000 | $ 8.34 |
| 4/27/2021 | Wire | $ (2,502,000.00) | Equity Acquisition Company Ltd (Berm | 300,000 | $ 8.34 |
| 6/16/2021 | Wire | $ (2,812,500.00) | Equity Acquisition Company Ltd (Berm | 250,000 | $ 11.25 |
| 6/24/2021 | Wire | $ (2,250,000.00) | Equity Acquisition Company Ltd (Berm | 200,000 | $ 11.25 |
| 6/30/2021 | Wire | $ (1,960,000.00) | Equity Acquisition Company Ltd (Berm | 160,000 | $ 12.25 |
| 7/16/2021 | Wire | $ (2,940,000.00) | Equity Acquisition Company Ltd (Berm | 240,000 | $ 12.25 |
| 8/19/2021 | Wire | $ (1,225,000.00) | Equity Acquisition Company Ltd (Berm | 100,000 | $ 12.25 |
| 12/13/2021 | Wire | $ (1,249,999.13) | BAS Living Trust | 187,468 | $ 6.67 |
| 12/13/2021 | Wire | $ (1,249,999.13) | The AS Trust | 187,468 | $ 6.67 |
| 12/13/2021 | Wire | $ (2,499,998.26) | Proxima Media LLC | 374,936 | $ 6.67 |
| 12/30/2021 | Wire | $ (2,499,985.00) | Proxima Media LLC | 269,160 | $ 9.29 |
| 2/7/2022 | Wire | $ (499,997.00) | The AS Trust | 53,832 | $ 9.29 |
| 2/7/2022 | Wire | $ (499,997.00) | BAS Living Trust | 53,832 | $ 9.29 |
| 2/7/2022 | Wire | $ (999,994.00) | Proxima Media LLC | 107,664 | $ 9.29 |
| 2/11/2022 | Wire | $ (499,997.00) | BAS Living Trust | 53,832 | $ 9.29 |
| 2/11/2022 | Wire | $ (499,997.00) | The AS Trust | 53,832 | $ 9.29 |
| 2/15/2022 | Wire | $ (999,994.00) | Proxima Media LLC | 107,664 | $ 9.29 |
| | | **Share Total** | | | |
| | | **3,419,688** | | | |
| | | **Amount Total** | | | |
| | | **(31,194,258)** | | | |

## Sold Triller to Investors

| Price | $9.00 | $10.00 | $10.50 | $11.00 | $11.34 | $11.50 | $12.00 | $13.00 | $13.50 | $15.00 | $16.00 | $18.00 | $20.00 | $25.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shares | (21,666) | (200,000) | (4,760) | (11,791) | (47,284) | (17,060) | (413,369) | (159,733) | (229,465) | (169,689) | (6,250) | (509,202) | (245,335) | (249,859) |
| Amount | $194,994 | $2,000,000 | $49,980 | $129,701 | $536,201 | $196,190 | $4,960,428 | $2,076,529 | $3,097,778 | $2,545,335 | $100,000 | $9,165,636 | $4,906,700 | $6,246,475 |

**Share Total**
**(2,285,463)**
**Amount Total**
**$36,205,946**

## Re-Investments

| Price | $12.00 | $13.50 | $20.00 | $25.00 |
|---|---|---|---|---|
| Shares | (63,427) | (18,161) | (49,983) | (184,869) |
| Amount | $761,124 | $245,174 | $999,660 | $4,621,725 |

**Share Total**
**(316,440)**
**Amount Total**
**$6,627,683**

## Net Amount

| **Share Total** |
|---|
| 1,134,225 |
| **Amount Total** |
| $5,011,689 |

## Net Amount

| **Share Total** |
|---|
| 817,785 |
| **Amount Total** |
| $11,639,371 |

## Cost Basis

| **SP** |
|---|
| $9.12 |
| **Investors** |
| $11.05 |
| **Investors** |
| 21% |

## Purchased from Third Parties

| Date | Transaction | Amount | Purchased From | Insurance Zebra Shares | Insurance Zebra Price |
|---|---|---|---|---|---|
| 10/28/2021 | Wire | $ (3,499,992.20) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture Pa | 251,798 | $ 13.90 |
| 1/4/2022 | Wire | $ (2,914,997.40) | Quadrant Information Services (Michael Macauley) | 231,349 | $ 12.60 |
| 1/26/2022 | Wire | $ (320,756.40) | World Equity Group Inc/WEG Fund 1 LLC/Midway Venture Pa | 23,076 | $ 13.90 |
|  |  |  | **Share Total** |  |  |
|  |  |  | **506,223** |  |  |
|  |  |  | **Amount Total** |  |  |
|  |  |  | **(6,735,746)** |  |  |

## Sold Insurance Zebra to Investors

| Price | $16.50 | $19.00 | $20.00 | $22.00 |
|---|---|---|---|---|
| Shares | (5,500) | (52,631) | (34,285) | (221,894) |
| Amount | $90,750 | $999,989 | $685,700 | $4,881,668 |

**Share Total**
**(314,310)**
**Amount Total**
**$6,658,107**

## Re-Investments

| Price | $22.00 |
|---|---|
| Shares | (26,340) |
| Amount | $579,480 |

**Share Total**
**(26,340)**
**Amount Total**
**$579,480**

## Net Amount

**Share Total**
**191,913**
**Amount Total**
**($77,639)**

## Net Amount

**Share Total**
**165,573**
**Amount Total**
**$501,841**

## Cost Basis

| SP |
|---|
| $13.31 |
| **Investors** |
| $21.25 |
| **Average Markup** |
| 60% |