

**New York Regional Office**



ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-24-22

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**MEMO ENDORSED**

May 24, 2022

**By ECF**

Hon. Lewis A. Kaplan
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *SEC v. StraightPath Venture Partners LLC, et al.*, 22 Civ. 3897 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

     Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes, jointly with all Defendants, to request that the Court adjourn (1) the Order to Show Cause hearing scheduled for May 26, 2022, for approximately one week (to the afternoon on June 2 or any time on June 3, subject to the Court's schedule), and (2) the deadlines for the Commission to file its reply brief, for the Commission to oppose Defendants' letter motion to compel (Dkt. No. 26), and for Defendants to oppose the Commission's letter motion for a protective order (Dkt. Nos. 28, 29) for two days each, to May 27. The parties make this request in light of ongoing settlement negotiations that, if successful, would resolve the Commission's emergency application for a preliminary injunction and other relief without the need for additional litigation.

     The parties further agree that the Order to Show Cause should remain in effect pursuant to Fed. R. Civ. P. 65(b) until the Court resolves the Commission's emergency application for a preliminary injunction and other relief.

                                            Respectfully submitted,

                                            /s/ Lee A. Greenwood

                                            Lee A. Greenwood
                                            Senior Trial Counsel

cc:    All counsel of record by ECF

**SO ORDERED**

*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ
5/24/22

The argument is adjourned until June 1, 2022 at 3 pm. The deadlines are extended as requested. The temporary restraining order and order freezing assets and granting other relief shall remain in effect, by consent, pending the determination of the motion for a preliminary injunction and other relief.