

NEW YORK
REGIONAL OFFICE

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/22

May 26, 2022

**MEMO ENDORSED**

**By ECF**

Hon. Lewis A. Kaplan
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *SEC v. StraightPath Venture Partners LLC, et al.*, 22 Civ. 3897 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

      Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes, jointly with all Defendants, to seek adjournments of the deadlines and hearing on the Commission's emergency application for a preliminary injunction and other relief because the parties have reached a resolution in principle of the Commission's application.

      Specifically, the parties intend to submit to the Court for its consideration (1) proposed consent orders resolving the Commission's emergency application by imposing a preliminary injunction, appointing a receiver, and ordering three of the individual Defendants to escrow more than $15 million within three calendar days and prohibiting them from disposing of or encumbering their real or commercial property (but otherwise lifting the personal asset freeze), and (2) proposals concerning the parties' respective receivership candidates. Accordingly, the parties request that the Court adjourn (1) the Order to Show Cause hearing scheduled for June 1, 2022, and (2) the dates for the Commission to file its reply brief, for the Commission to oppose Defendants' letter motion to compel (Dkt. No. 26), and for Defendants to oppose the Commission's letter motion for a protective order (Dkt. No. 28), until such time as the Court is able to consider the parties' proposed orders.

      This resolution remains subject to Commission review and approval, which we expect to receive by **Tuesday, May 31**. If the Commission approves the resolution, the parties will promptly submit these proposed orders to the Court for its review.

                                    Respectfully submitted,

                                    /s/ Lee A. Greenwood

                                  Lee A. Greenwood
                                  Senior Trial Counsel

cc:      All counsel of record by ECF

*Granted. The existing order remains in effect until further order of the court.*

/s/ Lewis A. Kaplan
5/26/22