UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXHANGE COMMISSION,

                  Plaintiff,

        -against-

STRAIGHTPATH VENTURE PARTNERS LLC, et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22-cv-3897 (LAK)

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/22**

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The parties have submitted proposed consent orders imposing a preliminary injunction, granting other relief, and appointing a receiver.

        The parties are to notify the Court promptly whether any of them intends to propose candidates for the position of receiver and, if so, shall provide the Court with appropriate information concerning the qualifications of any candidates as well as the economic terms on which any proposes to serve.  If none of the parties intends to propose any candidates, the Court shall be notified no later than tomorrow.

        SO ORDERED.

Dated:      June 1, 2022

                                                  Lewis A. Kaplan
                                       United States District Judge