UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      -against-                                          22-cv-3897 (LAK)

STRAIGHTPATH VENTURE PARTNERS LLC, et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court conferred with counsel on October 18, 2022. On consent of the parties, the motion of the United States for leave to intervene for the purpose of seeking a stay of proceedings in light of a pending criminal investigation is granted. All proceedings in this action are stayed pending further order of the Court.

        SO ORDERED.

Dated:     October 19, 2022

                                                            Lewis A. Kaplan
                                                     United States District Judge