Case 1:22-cv-03897-LAK   Document 106   Filed 10/24/22   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-25-22
```

---

SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF,

v.

STRAIGHTPATH VENTURE PARTNERS LLC, *ET AL.*,

DEFENDANTS.

22 Civ. 3897 (LAK)

---

## STIPULATION REGARDING INTERVENING PARTY UNITED STATES OF AMERICA'S MOTION FOR STAY OF DISCOVERY

This Stipulation comes before this Court with respect to the Motion to Stay Discovery (the "Motion to Stay") filed by Intervening Party United States of America by and through the United States Attorney for the Southern District of New York (the "Government") filed on October 18, 2022 [Dkt. No. 102].

Upon conferring, the Government, Plaintiff Securities and Exchange Commission ("SEC"), the Individual Defendants Brian K. Martinsen, Michael A. Castillero, Francine A. Lanaia and Eric D. Lachow[1] (collectively, the "Individual Defendants") and Melanie L. Cyganowski in her capacity as Receiver (the "Receiver") for the Receivership Entities (as defined in the Consent Order Appointing Receiver [Dkt. No. 56] (the "Receivership Order")) stipulate as follows:

1.      Any responses to the Government's Motion to Stay, including the Individual Defendants' opposition, shall be filed on or before November 8, 2022;

---

[1] As set forth in filings with this Court, Defendant Eric D. Lachow is in the process of retaining separate counsel and has therefore not taken a position on the Government's Motion to Stay. The parties to this Stipulation agree that Mr. Lachow has preserved his right to respond to the Motion to Stay in accordance with the timeframe set forth in this Stipulation.

7193607.1

2.      Any reply briefs in response to the Individual Defendants' opposition to the Government's Motion to Stay shall be filed on or before November 18, 2022;

3.      The SEC, Receiver, and Individual Defendants agree that written responses to the pending document requests and interrogatories shall be due, (a) if the Motion to Stay is granted, fourteen days after the Court orders discovery reopened or, (b) if the Motion to Stay is denied, seven days after the Court decides the Motion to Stay; and

4.      Nothing herein shall be construed to limit or otherwise modify the Receiver's powers, duties, and responsibilities as set forth in the Receivership Order and any other Orders of this Court.

**IT IS SO STIPULATED.**

Dated: October 24, 2022
       New York, New York

**STIPULATED AND AGREED TO BY:**

/s/ Lee A. Greenwood
Lee A. Greenwood and Philip A. Fortino
Securities and Exchange Commission
*Attorneys for Plaintiff*

/s/ Erik B. Weinick
Erik B. Weinick
Otterbourg P.C.
*Attorney for the Receiver Judge Melanie Cyganowski*

/s/ Allison Nichols
Allison Nichols and Jason Richman
Assistant United States Attorneys for
The Southern District of New York
*Attorneys for United States of America*

/s/ Scott N. Sherman
Scott N. Sherman and Josh Lewin
Nelson Mullins Riley & Scarborough LLP
*Attorneys for the Individual Defendants*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

10/25/22

2

7193607.1