UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,

-v-

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-22

No. 1:22-cv-03897-LAK

Granted without opposition.

SO ORDERED

*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ
12/5/22

**SECOND JOINT INTERIM APPLICATION OF THE RECEIVER AND
OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JULY 1, 2022 THROUGH AND INCLUDING SEPTEMBER 30, 2022**

Melanie L. Cyganowski, the receiver (the "*Receiver*") for StraightPath Venture Partners LLC (the "*SP Fund Manager*"), StraightPath Management LLC (the "*SP Advisor*"), SP Ventures Fund LLC, SP Ventures Fund 2 LLC, SP Ventures Fund 3 LLC, SP Ventures Fund 4 LLC, SP Ventures Fund 5 LLC, SP Ventures Fund 6 LLC, SP Ventures Fund 7 LLC, SP Ventures Fund 8 LLC, SP Ventures Fund 9 LLC (collectively, the "*SP Funds*" and together with the SP Fund Manager and the SP Advisor, the "*Receivership Entities*"), and Otterbourg P.C., as counsel to the Receiver ("*Otterbourg*" and, together with the Receiver, "*Applicants*"), hereby submit this Second Joint Interim Application (the "*Second Interim Application*" or "*Application*") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from July 1, 2022 through and including September 30, 2022 (the "*Application Period*").

1