UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                          Plaintiff,

-v-

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                          Defendants.
------------------------------------------------------------X

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-22

No. 1:22-cv-03897-LAK

Granted without opposition

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
12/5/22

**SECOND INTERIM APPLICATION OF STOUT RISIUS ROSS, LLC FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED DURING THE PERIOD
JULY 1, 2022 THROUGH AND INCLUDING SEPTEMBER 30, 2022**

Stout Risius Ross, LLC ("*Stout*" or "*Applicant*") as financial advisor to Melanie L. Cyganowski in her capacity as receiver (the "*Receiver*") for StraightPath Venture Partners LLC (the "*SP Fund Manager*"), StraightPath Management LLC (the "*SP Advisor*"), SP Ventures Fund LLC, SP Ventures Fund 2 LLC, SP Ventures Fund 3 LLC, SP Ventures Fund 4 LLC, SP Ventures Fund 5 LLC, SP Ventures Fund 6 LLC, SP Ventures Fund 7 LLC, SP Ventures Fund 8 LLC, SP Ventures Fund 9 LLC (collectively, the "*SP Funds*" and together with the SP Fund Manager and the SP Advisor, the "*Receivership Entities*"), hereby submits this Second Interim Application (the "*Second Interim Application*" or "*Application*") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from July 1, 2022 through and including September 30, 2022 (the "*Application Period*").

1