USDC SNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12·5·22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

                 Plaintiff, :

        -v- :

STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC, :
BRIAN K. MARTINSEN, :
MICHAEL A. CASTILLERO, :
FRANCINE A. LANAIA, and :
ERIC D. LACHOW, :

               Defendants. :

-----------------------------------------------------------------X

**MEMO ENDORSED**

No. 1:22-cv-03897-LAK

*Granted in the absence of opposition.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

12/5/22

### SECOND INTERIM APPLICATION OF STRETTO, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JULY 1, 2022 THROUGH AND INCLUDING SEPTEMBER 30, 2022

Stretto, Inc. ("***Stretto***" or "***Applicant***") as administrative and claims agent for Melanie L. Cyganowski in her capacity as receiver (the "***Receiver***") for StraightPath Venture Partners LLC (the "***SP Fund Manager***"), StraightPath Management LLC (the "***SP Advisor***"), SP Ventures Fund LLC, SP Ventures Fund 2 LLC, SP Ventures Fund 3 LLC, SP Ventures Fund 4 LLC, SP Ventures Fund 5 LLC, SP Ventures Fund 6 LLC, SP Ventures Fund 7 LLC, SP Ventures Fund 8 LLC, SP Ventures Fund 9 LLC (collectively, the "***SP Funds***" and together with the SP Fund Manager and the SP Advisor, the "***Receivership Entities***"), hereby submits this Second Interim Application (the "***Second Interim Application***") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from July 1, 2022 through and including September 30, 2022 (the "***Application Period***").

Stretto requests interim approval of fees in the amount of $45,956.10 and reimbursement of expenses in the amount of $1,998.60 for the Application Period.

1