**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**   MEMO ENDORSED
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,

-v-                             No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                Defendants.
-----------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-22

**FIRST INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JULY 1, 2022 THROUGH AND INCLUDING SEPTEMBER 30, 2022**

Berkeley Research Group, LLC ("***BRG***") as tax advisor to Melanie L. Cyganowski in her capacity as receiver (the "***Receiver***") for StraightPath Venture Partners LLC (the "***SP Fund Manager***"), StraightPath Management LLC (the "***SP Advisor***"), SP Ventures Fund LLC, SP Ventures Fund 2 LLC, SP Ventures Fund 3 LLC, SP Ventures Fund 4 LLC, SP Ventures Fund 5 LLC, SP Ventures Fund 6 LLC, SP Ventures Fund 7 LLC, SP Ventures Fund 8 LLC, SP Ventures Fund 9 LLC (collectively, the "***SP Funds***" and together with the SP Fund Manager and the SP Advisor, the "***Receivership Entities***"), hereby submits this First Interim Application (the "***First Interim Application***" or "***Application***") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from July 1, 2022 through and including September 30, 2022 (the "***Application Period***").

Granted without opposition

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
12/5/22

1