


**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff,*

v.

STRAIGHTPATH VENTURE PARTNERS LLC, *ET AL.*,

    *Defendants.*

Case No. 22 Civ. 3897 (LAK)

## [PROPOSED] ORDER GRANTING DEFENDANT MICHAEL A. CASTILLERO'S MOTION FOR LEAVE TO SELL REAL PROPERTY

The Court has reviewed Defendant Michael A. Castillero's ("Mr. Castillero") Motion for Leave to Sell Real Property located at 1772 NE Ocean Blvd., Stuart, FL (the "Motion"). Good cause appearing therefor, the Motion is GRANTED. The Court hereby orders as follows:

1. Mr. Castillero may sell the real property located at 1772 NE Ocean Blvd., Stuart, FL as described in the Motion.

2. Upon closing, the net proceeds of the sale to be paid to Mr. Castillero and his wife ("Net Proceeds") shall be retained by Michael Weissman through Closing Express, Inc., the settlement agent on the sale and the owner of the title company, pending further order of this Court.

3. If the Parties are able to reach an agreement on distribution of the Net Proceeds within 14 days of the entry of this Order, they will file a stipulation and request for amendment of this Order setting out the terms of their agreement. If the Parties cannot reach an agreement

on distribution within 14 days of the entry of this Order, Mr. Castillero may file a noticed motion seeking an order proposing a distribution of the net proceeds of sale, which motion shall proceed as provided by the Local Rules of this District and the Court's Individual Rules of Practice.

**IT IS SO ORDERED.**

DATED: January 25, 2023

_____
Hon. Lewis A. Kaplan
United States District Judge