**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2023

*Request to File Under Seal*

**BY ECF**
The Honorable Louis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

[SDNY ECF stamp: DATE FILED 3-10-2023]

Re:   **Extension Request for Complete Stay of Discovery,
      22 Civ. 3897 (LAK)**

Dear Judge Kaplan:

    The Government respectfully writes to request a further 30-day extension of the complete stay of discovery in this case. The Government first moved to intervene in this litigation and sought a stay of discovery on October 18, 2022 in order to avoid prejudice to an ongoing criminal investigation being conducted in the Southern District of New York. (Dkt. 101, 102). In its initial moving papers, the Government indicated that it expected to make a charging decision within 90 days.

    In its reply papers, the Government sought and the Court approved a 30-day extension of the 90-day period it had initially requested. (Dkt. 141, 148). The Government now requests a further 30-day extension, which would extend the current stay of discovery through March 17, 2023. The Receiver consents to this extension, and the SEC and the individual defendants take no position.

    While the Government had hoped to complete its investigation and its charging decision within the 90-day period initially sought, ███████████████████████████████████████████████████████████████████████████████████████████████████████████.[1]

    Accordingly, the Government respectfully requests a further 30-day extension of the stay in this case ███████████████████████████████████████████████. To the extent additional time is required to resolve these issues, the Government will make a further application to the Court.

---

[1] To the extent the Court has concerns, the Government will furnish additional details regarding ███████████████████████████████████████████.

As this letter discusses ███████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████ the Government further requests permission to file this letter under seal and to file a redacted version of the letter publicly.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                           By: _____
                                      Allison Nichols
                                      Assistant United States Attorney
                                      Tel: (212) 637-2366

cc:    All counsel of record
       Via ECF

*Granted*
*[signature]*
3/10/23