UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                                              :
                        Plaintiff,                            :
                                                              :
        -v-                                                   :        No. 1:22-cv-03897-LAK
                                                              :
STRAIGHTPATH VENTURE PARTNERS LLC,  :
STRAIGHTPATH MANAGEMENT LLC,                  :
BRIAN K. MARTINSEN,                                  :
MICHAEL A. CASTILLERO,                              :
FRANCINE A. LANAIA, and                             :
ERIC D. LACHOW,                                         :
                                                              :
                        Defendants.                         :
----------------------------------------------------------------X

### THIRD JOINT INTERIM APPLICATION OF THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD OCTOBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

Melanie L. Cyganowski, the receiver (the "*Receiver*") for StraightPath Venture Partners

LLC ("*SP Fund Manager*"), StraightPath Management LLC ("*SP Advisor*"), SP Ventures Fund

LLC, SP Ventures Fund 2 LLC, SP Ventures Fund 3 LLC, SP Ventures Fund 4 LLC, SP Ventures

Fund 5 LLC, SP Ventures Fund 6 LLC, SP Ventures Fund 7 LLC, SP Ventures Fund 8 LLC, SP

Ventures Fund 9 LLC (collectively, the "*SP Funds*" and together with the SP Fund Manager and

the SP Advisor, the "*Receivership Entities*"), and Otterbourg P.C., as counsel to the Receiver

("*Otterbourg*" and, together with the Receiver, "*Applicants*"), hereby submit this Third Joint

Interim Application (the "*Third Interim Application*" or "*Application*") for Allowance of

Compensation and Reimbursement of Expenses Incurred During the Period from October 1, 2022

through and including December 31, 2022 (the "*Application Period*").

SO ORDERED without opposition

_____
LEWIS A. KAPLAN, USDJ
3/13/23

1