UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                    Plaintiff,

-v-                                            No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                    Defendants.
-------------------------------------------------------------X

[PROPOSED]
ORDER APPROVING SECOND INTERIM APPLICATION OF BERKELEY
RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
OCTOBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

THIS MATTER coming before the Court on the Second Interim Application of Berkeley Research Group, LLC ("BRG") as tax advisor to Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2022 through December 31, 2022 (the "Interim Application")[1] [Dkt. No. ____]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

7294172.1

**ORDERED** that the Interim Application for the period covering October 1, 2022 through December 31, 2022 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by BRG for the Application Period are allowed on an interim basis in the amount of $35,433.85 (the "Allowed Fees"); and it is further

**ORDERED** that BRG's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $2,650.25; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less the Holdback Amount, plus (ii) 100% of the allowed out-of-pocket expenses of BRG.

**SO ORDERED.**

Dated: 3/15, 2023
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge

7294172.1