**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2023

**BY ECF**

The Honorable Louis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Extension Request for Complete Stay of Discovery,
22 Civ. 3897 (LAK)

Dear Judge Kaplan:

The Government respectfully writes to request a further 60-day extension of the complete stay of discovery in this case. As noted in the Government's last request for an extension of the stay, dated January 31, 2023, the Government was previously engaged in litigation regarding outstanding document requests. The Government is continuing to obtain and review certain records relevant to its investigation. To the extent additional time is required to resolve these issues, the Government will make a further application to the Court.

The Receiver consents to this extension, and the SEC and the individual defendants take no position.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Allison Nichols
Assistant United States Attorney
Tel: (212) 637-2366

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

cc:  All counsel of record
     Via ECF