**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                         Plaintiff,

   -v-                                       No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,                   SO ORDERED Granted
FRANCINE A. LANAIA, and
ERIC D. LACHOW,
                      Defendants.         LEWIS A. KAPLAN, USDJ  5/17/23
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-23

## NOTICE OF THE RECEIVER'S MOTION, ON CONSENT, TO MODIFY THE RECEIVERSHIP ORDER

**PLEASE TAKE NOTICE** that Melanie L. Cyganowski, as Receiver in this Action (the "**Receiver**") will move before the Honorable Lewis A. Kaplan, United States District Judge for the United States District Court for the Southern District of New York (the "**Court**"), located at Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, NY 10007-1312 for entry of an Order granting the Receiver's Motion, on Consent, to Modify the Receivership Order (the "**Motion**").[1]

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be (i) made in writing; (ii) if by a party, electronically filed with the Court[2]; or (iii) if by a non-party, electronically mailed to the Receiver, at her e-mail address, StraightPathReceiver@otterbourg.com, or mailed to StraightPath Receivership c/o Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attention: Erik B. Weinick, Esq., in either case, so

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

[2] As set forth in the Motion, the Securities and Exchange Commission and the four (4) named individual defendants consent to the relief requested in the Motion.

1

as to be actually received no later than **May 23, 2023**. The Receiver will consolidate and file such non-party opposition(s) as a single ECF docket entry no later than two (2) business days following May 23, 2023.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any timely served written opposition, the Court may approve the proposed Order Modifying the Receivership Order.

Dated:  May 9, 2023

By:    By: /s/ Erik B. Weinick
Erik B. Weinick
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100
Fax: (212) 682-6104
eweinick@otterbourg.com

On Behalf of Melanie L. Cyganowski, as Receiver

2