U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-1-23

May 31, 2023

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**     **Extension Request for Complete Stay of Discovery,
22 Civ. 3897 (LAK)**

Dear Judge Kaplan:

    The Government respectfully writes to request a further 90-day extension of the complete stay of discovery in this case. As noted in previous extension requests, the Government has been engaged in dialogue with counsel to the parties regarding its investigation. The Government is continuing to obtain and review certain records relevant to its investigation, and the additional time is necessary to continue this review and make prosecutive decisions. To the extent additional time is required to resolve these issues, the Government will make a further application to the Court.

    The Receiver consents to this extension, the SEC takes no position, and the individual defendants do not object.

                                             Respectfully submitted,

                                             DAMIAN WILLIAMS
                                             United States Attorney

                                    By: _____
                                           Allison Nichols
                                           Assistant United States Attorney
                                           Tel: (212) 637-2366

cc:     All counsel of record
       Via ECF

SO ORDERED: /s/ Granted 6/1/23
LEWIS A. KAPLAN USDJ