UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

                       Plaintiff,

-v-                                  No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                       Defendants.
----------------------------------------------------------------X

[PROPOSED]

## ORDER APPROVING FOURTH INTERIM APPLICATION OF STOUT RISIUS ROSS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JANUARY 1, 2023 THROUGH AND INCLUDING MARCH 31, 2023

THIS MATTER coming before the Court on the Fourth Interim Application of Stout Risius Ross, LLC ("Stout") as financial advisor to Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2023 through March 31, 2023 (the "Interim Application")[1] [Dkt. No. _____]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

**ORDERED** that the Interim Application for the period covering January 1, 2023 through March 31, 2023 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by Stout for the Application Period are allowed on an interim basis in the amount of $488,865.15 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver is authorized, at the time the Receiver deems prudent, to pay from the Receivership Assets the Allowed Fees, less the Holdback Amount.

**SO ORDERED.**

Dated: 9/11, 2023
New York, New York

Hon. Lewis A. Kaplan
United States District Judge