UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :
               :
       Plaintiff,      :
               :
  -v-              :     No. 1:22-cv-03897-LAK
               :
STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC,    :
BRIAN K. MARTINSEN,       :
MICHAEL A. CASTILLERO,      :
FRANCINE A. LANAIA, and      :
ERIC D. LACHOW,        :
               :
       Defendants.     :
-------------------------------------------------------------------X

[PROPOSED]

## ORDER APPROVING FOURTH JOINT INTERIM APPLICATION OF THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JANUARY 1, 2023 THROUGH AND INCLUDING MARCH 31, 2023

    THIS MATTER coming before the Court on the Fourth Joint Interim Application of the

Receiver (the "Receiver") and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for

Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January

1, 2023 Through and Including March 31, 2023 (the "Interim Application")[1] [Dkt. No. _____]; and

the Court having considered the Interim Application and exhibits and other documents filed in

support of the Interim Application; and the Court having found that the Interim Application

complies with applicable standards for awarding fees and expenses; and after due deliberation and

for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

**ORDERED** that the Interim Application for the period covering January 1, 2023 through and including March 31, 2023 (the "Application Period") is granted; and it is further

**ORDERED** that the Receiver's compensation for the Application Period is allowed on an interim basis in the amount of $27,121.50 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Application Period are allowed on an interim basis in the amount of $588,296.25 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $7,155.75; and it is further

**ORDERED** that the Receiver is authorized, at the time she seems prudent, to pay from the Receivership Assets (i) the Allowed Fees, less the Holdback Amount, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

**SO ORDERED.**

Dated: _____9/11_____, 2023
New York, New York

Hon. Lewis A. Kaplan
United States District Judge