UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff, :
:
    -v- :    No. 1:22-cv-03897-LAK
:
STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC, :
BRIAN K. MARTINSEN, :
MICHAEL A. CASTILLERO, :
FRANCINE A. LANAIA, and :
ERIC D. LACHOW, :
:
                Defendants. :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-22-2023

## [PROPOSED] ORDER APPROVING THE RETENTION OF LIQUID ADVISORS, INC. AS THE RECEIVER'S INVESTMENT ADVISOR EFFECTIVE AS OF THE ENGAGEMENT DATE

Upon the Application (the "*Application*")[1] of Melanie L. Cyganowski, Court-appointed receiver (the "*Receiver*") in the above-captioned action (the "*Underlying Action*"), for entry of an order, approving the retention of Liquid Advisors, Inc. ("*Liquid Advisors*") as investment advisor to the Receiver, and upon consideration of the Application, the Declaration of Annemarie Tierney in Support of the Application (the "*Declaration*"), and it appearing that, based on the Application and the Declaration, Liquid Advisors is qualified to provide services to the Receiver in the Underlying Action; the relief requested in the Application is warranted; the relief requested is authorized by applicable law; and notice of the Application, given as described therein, was good and sufficient notice thereof.

---

[1] Capitalized terms not defined herein have the meanings set forth in the Application.

NOW, THEREFORE, based upon the Application and all of the proceedings before this Court, and after due deliberation and sufficient cause appearing therefor, and no objection to the Application having been raised, it is hereby:

ORDERED, that the Application is granted, and, pursuant to the Application, the Receiver is authorized to retain Liquid Advisors for the purposes set forth in the Application, effective as of October 27, 2023, the date that the Engagement Agreement was signed; and it is further

ORDERED, that Liquid Advisors shall be compensated for such services, and the reasonable expenses and costs it incurs in providing such services shall be reimbursed, in accordance with the Receivership Order, as it may be amended, any other applicable Orders of the Court, and the SEC Receivership Billing Instructions; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

SO ORDERED, this 22 day of November 2023.

_____
Hon. Lewis A. Kaplan
United States District Court Judge