UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC, BRIAN
K. MARTINSEN, MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and ERIC D.
LACHOW,

                Defendants.

------------------------------------- x

**PROPOSED ORDER**

No. 22 Civ. 3897 (LAK)

WHEREAS, on December 5, 2023, the Government submitted a motion seeking to stay this matter in its entirety, except for the work of the Receiver, in light of the pendency of the parallel criminal action *United States v. Castillero, et al.*, 23 Cr. 622 (JMF), in which an indictment has been returned; and

WHEREAS, plaintiff Securities and Exchange Commission takes no position on the stay sought by the Government;

WHEREAS, the Receiver Melanie L Cyganowski on behalf of StraightPath Venture Partners LLC and StraightPath Management LLC consents to the stay sought by the Government;

WHEREAS, defendants Brian K. Martinsen, Michael A. Castillero, and Francine A. Lanaia have not yet taken a position on the stay sought by the Government;

WHEREAS, defendant Eric D. Lachow consents to the stay sought by the Government;

WHEREAS, the Court finds that the stay sought by the Government is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that that this matter is stayed in its entirety until the completion of the Criminal Case.

This Order does not apply to the Receiver or to any work performed or matters related to the Receivership.

SO ORDERED.

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

12/13/23
DATE