

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                                            :
                            Plaintiff,                      :
                                                            :
            -v-                                             :        No. 1:22-cv-03897-LAK
                                                            :
STRAIGHTPATH VENTURE PARTNERS LLC,   :
STRAIGHTPATH MANAGEMENT LLC,              :
BRIAN K. MARTINSEN,                               :
MICHAEL A. CASTILLERO,                            :
FRANCINE A. LANAIA, and                           :
ERIC D. LACHOW,                                      :
                                                            :
                            Defendants.               :
-----------------------------------------------------------------------X

~~[PROPOSED]~~

**ORDER APPROVING SIXTH INTERIM APPLICATION OF STOUT RISIUS ROSS,
LLC FOR ALLOWANCE OF COMPENSATION INCURRED DURING THE PERIOD
JULY 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

THIS MATTER coming before the Court on the Sixth Interim Application of Stout Risius

Ross, LLC ("Stout") as financial advisor to Melanie L. Cyganowski, the court appointed receiver

herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses

Incurred During the Period July 1, 2023 through September 30, 2023 (the "Interim Application")[1]

[Dkt. No. 250 ]; and the Court having considered the Interim Application and exhibits and other

documents filed in support of the Interim Application; and the Court having found that the Interim

Application complies with applicable standards for awarding fees and expenses; and after due

deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering July 1, 2023 through

September 30, 2023 (the "Application Period") is granted; and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

ORDERED that the fees requested by Stout for the Application Period are allowed on an

interim basis in the amount of $487,298.70 (the "Allowed Fees"); and it is further

ORDERED that the Receiver will not pay any portion of the Allowed Fees until further

Court Order authorizing the payment of the Allowed Fees less the Holdback Amount.

**SO ORDERED.**

Dated: _____2/2/_____, 2023
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge