**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,       :

       -v-                  :     No. 1:22-cv-03897-LAK

                            :
STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC,     :
BRIAN K. MARTINSEN,              :
MICHAEL A. CASTILLERO,         :
FRANCINE A. LANAIA, and        :
ERIC D. LACHOW,                :

            Defendants.     :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE  3-13-24

**[PROPOSED]**
**ORDER APPROVING**
**SEVENTH INTERIM APPLICATION OF STRETTO, INC. FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING**
**THE PERIOD OCTOBER 1, 2023 THROUGH AND INCLUDING DECEMBER 31, 2023**

      THIS MATTER coming before the Court on the Seventh Interim Application of Stretto,

Inc. ("Stretto") as administrative and claims agent for Melanie L. Cyganowski, the court appointed

receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses

Incurred During the Period October 1, 2023 through December 31, 2023 (the "Interim

Application")[1] [Dkt. No. 283 ]; and the Court having considered the Interim Application and

exhibits and other documents filed in support of the Interim Application; and the Court having

found that the Interim Application complies with applicable standards for awarding fees and

expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim
Application.

**ORDERED** that the Interim Application for the period covering October 1, 2023 through December 31, 2023 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by Stretto for the Application Period are allowed on an interim basis in the amount of $3,431.88 (the "Allowed Fees"); and it is further

**ORDERED** that Stretto's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $753.60; and it is further

**ORDERED** that the Receiver is authorized, at the time the Receiver deems prudent, to pay to Stretto from the Receivership assets (i) the Allowed Fees, less the Holdback Amount, plus (ii) 100% of the allowed out-of-pocket expenses of Applicant.

**SO ORDERED.**

Dated: _____3/13_____, 2024
New York, New York

Hon. Lewis A. Kaplan
United States District Judge

2