USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,

  -v-                                          :     No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                Defendants.
------------------------------------------------------------X

[~~PROPOSED~~]
ORDER APPROVING
THIRD INTERIM APPLICATION OF LIQUID ADVISORS, INC. FOR
ALLOWANCE OF COMPENSATION INCURRED DURING THE PERIOD
APRIL 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024 AND PAYMENT OF
PREVIOUSLY APPROVED FEES

THIS MATTER coming before the Court on the Third Interim Application of Liquid Advisors, Inc. ("Liquid Advisors") as investment advisor for Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation Incurred During the Period April 1, 2024 through June 30, 2024, and authority for the Receiver to use certain cash-on-hand to pay the previously approved but unpaid fees of Liquid Advisors for the Fourth Quarter 2023 [Dkt 302] and the First Quarter 2024 [Dkt. 341] (the "Interim Application")[1] [Dkt. No. 363]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

1

complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering April 1, 2024 through June 30, 2024 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by Liquid Advisors for the Application Period are allowed on an interim basis in the amount of $5,382.69 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver is authorized to pay Liquid Advisors the Allowed Fees from the Pre-Receivership Cash; and it is further

**ORDERED** that the Receiver is authorized to pay Liquid Advisors the Q1 2024 Allowed Fees in the amount of $2,055.35 from the Pre-Receivership Cash; and it is further

**ORDERED** that the Receiver is authorized to pay Liquid Advisors of the Q1 2024 Allowed Fees in the amount of $2,771.80 from the Pre-Receivership Cash.

**SO ORDERED.**

Dated: September 3, 2024
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge