UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-                                        22-cv-3897 (LAK)

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court's order dated September 17, 2024 (Dkt 379) is vacated. The motion to approve the Receiver's proposed plan of distribution (Dkt 366) is reopened, and the parties are to continue abiding by the schedule for consideration of the Receiver's proposed plan of distribution as set forth in Dkt 340.

        SO ORDERED.

Dated:     September 18, 2024

                                                         Lewis A. Kaplan
                                              United States District Judge