**Otterbourg**    230 Park Avenue        Erik B. Weinick
                                New York, NY 10169     Member of the Firm
                                otterbourg.com         eweinick@otterbourg.com
                                212 661 9100           212 905 3672

**MEMO ENDORSED**

October 22, 2024

VIA HAND DELIVERY AND ECF

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/24
```

Re:   *SEC v. StraightPath Venture Partners LLC, et al.*, 22-cv-03897 (S.D.N.Y.) -
      Request to Formally Seal Dkt. 389

Dear Judge Kaplan:

    This firm is counsel to Melanie L. Cyganowski, Esq., who was appointed receiver (the "Receiver") of StraightPath Venture Partners LLC and certain of its affiliates pursuant to the Consent Order Appointing Receiver [Dkt. 56], dated June 14, 2022. We write in accordance with Rule 21.7 of the Local ECF Rules.

    On October 21, 2024, the Receiver filed her reply papers in support of her Motion to approve her Plan of Distribution. Among the papers was the Reply Declaration of Michael A. Pantzer [Dkt. 389] (the "Declaration"). Although we endeavored to redact all Personally Identifiable Information ("PII"), earlier today it was discovered that one reference to PII was inadvertently not redacted in Exhibit C to the Declaration (the "Exhibit").

    In accordance with ECF Rule 21.7(a), we immediately contacted the Clerk's office to request a temporary seal of the Exhibit which we were advised was applied. In accordance with ECF Rule 21.7(b), we now respectfully request that the Court formally seal the Declaration. In accordance with ECF Rule 21.7(c), we will refile the Declaration with the PII redacted but in all other ways identical to the Declaration that was filed on October 21, 2024.

*Granted*
/s/ Lewis A. Kaplan
10/22/24