

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Erik B. Weinick
Member of the Firm
eweinick@otterbourg.com
212 905 3672

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-24

December 6, 2024

VIA ECF

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *SEC v. StraightPath Venture Partners LLC, et al.*, 22-cv-03897 (S.D.N.Y.) -
      Request to Formally Seal Dkt. 410

Dear Judge Kaplan:

This firm is counsel to Melanie L. Cyganowski, Esq., who was appointed receiver (the "Receiver") of StraightPath Venture Partners LLC and certain of its affiliates pursuant to the Consent Order Appointing Receiver [Dkt. No. 56], dated June 14, 2022. We write in accordance with Rule 21.7 of the Local ECF Rules.

On December 6, 2024, the Receiver filed her Submission of Responses to the Receiver's Motion for Entry of an Order Authorizing the Receiver's Payment of Certain Previously Court-Approved Fees and Expenses of the Receiver's Professionals [Dkt. No. 410] (the "Submission of Investor Responses"). Although we endeavored to redact all Personally Identifiable Information ("PII"), earlier today it was discovered that one reference to PII was inadvertently not redacted in Exhibit C to the Submission of Investor Responses (the "Exhibit").

In accordance with ECF Rule 21.7(a), we immediately contacted the Clerk's office to request a temporary seal of the Exhibit which we were advised was applied. In accordance with ECF Rule 21.7(b), we now respectfully request that the Court formally seal the Submission of Investor Responses. In accordance with ECF Rule 21.7(c), we will refile the Submission of Investor Responses with the PII redacted but in all other ways identical to the Submission of Investor Responses that was filed at Docket Number 410.

SO ORDERED *presented*

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
12/9/24



December 6, 2024
Hon. Lewis A. Kaplan
Page 2

We thank the Court for your consideration of this request.

Respectfully submitted,

*/s/ Erik B. Weinick*
Erik B. Weinick