UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

                   Plaintiff,

-v-

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,

                   Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-3-25

No. 1:22-cv-03897-LAK

### [PROPOSED]
### ORDER APPROVING TENTH JOINT INTERIM APPLICATION OF THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JULY 1, 2024 THROUGH AND INCLUDING SEPTEMBER 30, 2024

THIS MATTER coming before the Court on the Tenth Joint Interim Application of the Receiver (the "Receiver") and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2024 Through and Including September 30, 2024 (the "Interim Application")[1] [Dkt. No. 417]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

1

**ORDERED** that the Interim Application for the period covering July 1, 2024 through and including September 30, 2024 (the "Application Period") is granted; and it is further

**ORDERED** that the Receiver's compensation for the Application Period is allowed on an interim basis in the amount of $12,678.75 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Application Period are allowed on an interim basis in the amount of $664,054.20 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $2,490.97 (the "Allowed Expenses"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Allowed Fees or Allowed Expenses until further Court Order authorizing the payment of the Allowed Fees and Allowed Expenses, except for the Holdback Amount, which unless otherwise approved by the Court will not be paid until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: 1/7, 2025
New York, New York

Hon. Lewis A. Kaplan
United States District Judge

2