USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-3-25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　-v-　　　　　　　　　　　　　　　　　　　:　　No. 1:22-cv-03897-LAK
　　　　　　　　　　　　　　　　　　　　　　　:
STRAIGHTPATH VENTURE PARTNERS LLC,  :
STRAIGHTPATH MANAGEMENT LLC,　　　　 :
BRIAN K. MARTINSEN,　　　　　　　　　　　:
MICHAEL A. CASTILLERO,　　　　　　　　　 :
FRANCINE A. LANAIA, and　　　　　　　　　 :
ERIC D. LACHOW,　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　:
------------------------------------------------------------X

## [PROPOSED]
## ORDER APPROVING NINTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION INCURRED DURING THE PERIOD JULY 1, 2024 THROUGH AND INCLUDING SEPTEMBER 30, 2024

THIS MATTER coming before the Court on the Ninth Interim Application of Berkeley Research Group, LLC ("BRG") as tax advisor to Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation Incurred During the Period July 1, 2024 through September 30, 2024 (the "Interim Application")[1] [Dkt. No. 426]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering July 1, 2024 through September 30, 2024 (the "Application Period") is granted; and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

**ORDERED** that the fees requested by BRG for the Application Period are allowed on an interim basis in the amount of $15,770.40 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Allowed Fees until further Court Order authorizing the payment of the Allowed Fees, except for the Holdback Amount, which unless otherwise approved by the Court will not be paid until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: __1/3__, 2025
New York, New York

Hon. Lewis A. Kaplan
United States District Judge

2