UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                                               Plaintiff,     :

   -v-                                              :     No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC,          :
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,                      :
FRANCINE A. LANAIA, and                  :
ERIC D. LACHOW,

                                         Defendants.    :
------------------------------------------------------------X

**RECEIVER'S REPORT SUMMARIZING THE AMOUNT OF ESCROW FUNDS
USED TO COVER THE SHORTFALL FOR THE MONTH OF JANUARY 2025**

Melanie L. Cyganowski, the receiver (the "***Receiver***") for the Receivership Entities[1], hereby submits this report summarizing the amount of Escrow Funds used to cover the Shortfall for the month of January 2025 (the "***Report***").[2]

This Report is being filed in accordance with the Court's March 13, 2024 Order (the "***Order***") [Dkt. 297], granting the Receiver's motion [Dkt. 228], to authorize, but not require, the Receiver to acquire Pre-IPO Shares in the Shortfall Companies up to the number of Pre-IPO Shares required to cover the Shortfall in each such Pre-IPO Company. Pursuant to the Order, the Receiver

---

[1] The "***Receivership Entities***" include, collectively, StraightPath Venture Partners LLC, StraightPath Management LLC, SP Ventures Fund LLC, SP Ventures Fund 2 LLC, SP Ventures Fund 3 LLC, SP Ventures Fund 4 LLC, SP Ventures Fund 5 LLC, SP Ventures Fund 6 LLC, SP Ventures Fund 7 LLC, SP Ventures Fund 8 LLC, and SP Ventures Fund 9.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the *Memorandum of Law in Support of Receiver's Motion for Entry of an Order (i) Authorizing the Receiver's Use of Escrow Funds to Cover Pre-IPO Share Shortfall; (ii) Establishing a Procedure Therefor; and (iii) Granting Related Relief*. [Dkt. 231].

is required to file a report on the docket in this action each month summarizing the amount of Escrow Funds used to cover the Shortfall for the preceding month.

The Receiver did not use any Escrow Funds to cover the Shortfall during the month of January 2025.

Dated: February 18, 2025
      New York, New York

**OTTERBOURG P.C.**

By: */s/ Erik B. Weinick*
Erik B. Weinick
Michael A. Pantzer
230 Park Avenue
New York, NY 10169
(212) 661-9100
Email: eweinick@otterbourg.com
*Counsel for Melanie L. Cyganowski,
as Court-Appointed Receiver*