USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,

-v-                                                   No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC,
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and
ERIC D. LACHOW,
                Defendants.
------------------------------------------------------------X

### [PROPOSED] ORDER APPROVING THE RETENTION OF SNELL & WILMER LLP AS CALIFORNIA COUNSEL

Upon the Motion (the "*Motion*")[1] of Melanie L. Cyganowski, Court-appointed receiver (the "*Receiver*"), for entry of an order, approving the retention of Snell & Wilmer LLP ("*S&W*") as counsel for the Receiver, and upon consideration of the Motion and the Declarations of the Receiver and Michael Reynolds (together, the "*Declarations*") and it appearing that, based on the Motion and the Declarations, S&W consists of attorneys who are qualified to represent the Receiver as California Counsel; S&W does not hold any interests adverse to the Receiver that would preclude S&W from accepting this engagement as California Counsel for the Receiver and from performing legal services for the Receiver; the relief requested in the Motion is warranted; the relief requested is authorized by applicable law; and notice of the Motion given as described therein, was good and sufficient notice thereof.

---

[1] Capitalized terms not defined herein have the meanings set forth in the Motion.

**NOW, THEREFORE**, based upon all of the proceedings before this Court, and after due deliberation and sufficient cause appearing therefor, and no objection to Motion having been raised, it is hereby:

**ORDERED**, that the Motion is granted, and, pursuant to the Motion, the Receiver is authorized to employ S&W effective as of the date hereof; and it is further

**ORDERED**, that S&W shall be compensated for such services, and the reasonable expenses and costs it incurs in providing such services shall be reimbursed, in accordance with the Receivership Order, as it may be amended, any other applicable Orders of the Court, and the SEC Receivership Billing Instructions; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**SO ORDERED**, this 25 day of Feb, 2025.

_____
Hon. Lewis A. Kaplan
United States District Court Judge