**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 -/2 -2

--------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

               Plaintiff,          :

           -v-              :      No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC,   :
BRIAN K. MARTINSEN,         :
MICHAEL A. CASTILLERO,      :
FRANCINE A. LANAIA, and      :
ERIC D. LACHOW,           :

           Defendants.     :

--------------------------------------------------------------X

[PROPOSED]

## ORDER APPROVING TENTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD OCTOBER 1, 2024 THROUGH AND INCLUDING DECEMBER 31, 2024

THIS MATTER coming before the Court on the Tenth Interim Application of Berkeley

Research Group, LLC ("BRG") as tax advisor to Melanie L. Cyganowski, the court appointed

receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses

Incurred During the Period October 1, 2024 through December 31, 2024 (the "Interim

Application")[1] [Dkt. No. 461 ]; and the Court having considered the Interim Application and

exhibits and other documents filed in support of the Interim Application; and the Court having

found that the Interim Application complies with applicable standards for awarding fees and

expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

**ORDERED** that the Interim Application for the period covering October 1, 2024 through December 31, 2024 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by BRG for the Application Period are allowed on an interim basis in the amount of $34,197.60 (the "Allowed Fees"); and it is further

**ORDERED** that BRG's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $11.45 (the "Allowed Expenses"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Allowed Fees or Allowed Expenses until further Court Order authorizing the payment of the Allowed Fees and Allowed Expenses, except for the Holdback Amount, which unless otherwise approved by the Court will not be paid until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____3/12_____, 2025
        New York, New York

Hon. Lewis A. Kaplan
United States District Judge