**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                              Plaintiff,  :

-v-  :  No. 1:22-cv-03897-LAK

STRAIGHTPATH VENTURE PARTNERS LLC,  :
STRAIGHTPATH MANAGEMENT LLC,
BRIAN K. MARTINSEN,  :
MICHAEL A. CASTILLERO,
FRANCINE A. LANAIA, and  :
ERIC D. LACHOW,
                              Defendants.  :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/25

**[~~PROPOSED~~]**
**ORDER APPROVING**
**SIXTH INTERIM APPLICATION OF LIQUID ADVISORS, INC. FOR**
**ALLOWANCE OF COMPENSATION INCURRED DURING THE PERIOD**
**JANUARY 1, 2025 THROUGH AND INCLUDING MARCH 31, 2025**

THIS MATTER coming before the Court on the Sixth Interim Application of Liquid Advisors, Inc. ("Liquid Advisors") as investment advisor for Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation Incurred During the Period January 1, 2025 through March 31, 2025 (the "Interim Application")[1] [Dkt. No. 502]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

1

**ORDERED** that the Interim Application for the period covering January 1, 2025 through March 31, 2025 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by Liquid Advisors for the Application Period are allowed on an interim basis in the amount of $1,370.20 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver is authorized to pay Liquid Advisors the Allowed Fees from the Pre-Receivership Cash.

**SO ORDERED.**

Dated: ____6/9____, 2025
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge