UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    -against-                               22-cv-3897 (LAK)

STRAIGHTPATH VENTURE PARTNERS LLC, et al.,

        Defendants.
------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge*.

        The government, on or before July 2, 2025, shall reply to the individual defendants' opposition to the government's motion to modify.

        SO ORDERED.

Dated:    June 25, 2025

                                                Lewis A. Kaplan
                                         United States District Judge