UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

            -against-                            22-cv-3897 (LAK)

STRAIGHTPATH VENTURE PARTNERS LLC, et al.,

                Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Upon application of the United States and having heard counsel via teleconference, defendants Castillero, Martinsen and Lanaia each shall produce to the Receiver (1) no later than September 5, 2025 all previously logged StraightPath documents, and (2) no later than September 8, 2025, all other StraightPath documents, in each case that are within his or her possession, custody or control.

        SO ORDERED.

Dated:      September 4, 2025

                                                        Lewis A. Kaplan
                                                United States District Judge