UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

       -against-                                      22-cv-3897 (LAK)

STRAIGHTPATH VENTURE PARTNERS LLC, et al.,

                Defendants.
------------------------------------------x

                           **ORDER**

LEWIS A. KAPLAN, *District Judge*.

        By letter dated September 19, 2025 (Dkt 552), which the Court treats as a motion, the Receiver seeks an order (a) determining that Martinsen's attorney-client privilege was waived when he shared any allegedly privileged documents regarding certain FINRA and SEC investigations (the "Investigation") with Castillero and/or Lanaia prior to the first retention agreement, dated November 4, 2021 (the "November 4 Agreement"), between the Nelson Mullins firm ("NM") and Martinsen, Castillero and Lanaia (collectively "Defendants"), and (b) authorizing the Receiver to produce any allegedly privileged documents concerning NM's advice dated on or after November 4, 2021, pursuant to the advance waiver provision if the November 4 Agreement (the "AWP").

        The motion is granted in all respects, substantially for the reasons stated in the Receiver's papers (Dkt 552, Dkt 558). While much more could be said, the Receiver's papers adequately cover the necessary ground. Moreover, without limiting the generality of the foregoing, the Defendants' contentions that the November 4 Agreement terminated and that the AWP does not apply to the United States Attorneys Office are or, at least border on being, frivolous.

        SO ORDERED.

Dated:       October 2, 2025

                                                            Lewis A. Kaplan
                                               United States District Judge