UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,        :

                         :

-v-                    :

STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC,   :
BRIAN K. MARTINSEN,          :
MICHAEL A. CASTILLERO,       :
FRANCINE A. LANAIA, and       :
ERIC D. LACHOW,           :

                         :

           Defendants.    :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-26

No. 1:22-cv-03897-LAK

### [PROPOSED]
### ORDER APPROVING
### FOURTEENTH INTERIM APPLICATION OF STRETTO, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JULY 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025

THIS MATTER coming before the Court on the Fourteenth Interim Application of Stretto, Inc. ("Stretto") as administrative and claims agent for Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2025 through and including September 30, 2025 (the "Interim Application")[1] [Dkt. No. 576 ]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

1

**ORDERED** that the Interim Application for the period covering July 1, 2025 through and including September 30, 2025 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by Stretto for the Application Period are allowed on an interim basis in the amount of $82,921.11 (the "Allowed Fees"); and it is further

**ORDERED** that Stretto's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $8,459.95; and it is further

**ORDERED** that the Receiver will not pay any portion of the Holdback Amount until the conclusion of the Receivership, if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____2/4_____, 2026
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge

2