**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,        :

          Plaintiff,        :

     -v-        :        No. 1:22-cv-03897-LAK

                  :

STRAIGHTPATH VENTURE PARTNERS LLC,        :
STRAIGHTPATH MANAGEMENT LLC,        :
BRIAN K. MARTINSEN,        :
MICHAEL A. CASTILLERO,        :
FRANCINE A. LANAIA, and        :
ERIC D. LACHOW,        :

          Defendants.        :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-26

## [PROPOSED]
## ORDER APPROVING
## FIFTEENTH INTERIM APPLICATION OF STRETTO, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD OCTOBER 1, 2025 THROUGH AND INCLUDING DECEMBER 31, 2025

THIS MATTER coming before the Court on the Fifteenth Interim Application of Stretto, Inc. ("Stretto") as administrative and claims agent for Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2025 through and including December 31, 2025 (the "Interim Application")[1] [Dkt. No. 593]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

1

**ORDERED** that the Interim Application for the period covering October 1, 2025 through and including December 31, 2025 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by Stretto for the Application Period are allowed on an interim basis in the amount of $77,327.68 (the "Allowed Fees"); and it is further

**ORDERED** that Stretto's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $13,519.61 (the "Allowed Expenses"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Holdback Amount, unless otherwise approved by the Court, until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____3/4_____, 2026
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge

2