

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**DIVISION OF
ENFORCEMENT**

April 13, 2026

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, New York 10007

> Re:   *Securities and Exchange Commission v. StraightPath Venture Partners, LLC, et al.,* 22-cv-3897 (LAK)

Dear Judge Kaplan:

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully submits this update concerning recent developments in the parallel criminal prosecutions of Michael D. Castillero, Francine A. Lanaia, and Brian K. Martinsen ("Criminal Case Defendants") in *United States v. Castillero*, No. 23-cr-622 (JMF) (S.D.N.Y. filed Nov. 28, 2023).

Following their conviction at trial in November 2025, Judge Furman scheduled sentencing for all Criminal Case Defendants on Wednesday, April 15, 2026. (*See* Order, *Castillero*, Dkt. No. 210.) As part of its sentencing request, the Government seeks a judgment of forfeiture against specific property "traceable to the proceeds of the [Criminal Case Defendants'] scheme." (*See* Gov't's Sentencing Subm. at 47, *Castillero*, Dkt. No. 217.)

The Government has advised SEC staff that it intends to include certain of the properties subject to the asset freeze entered in this matter in its proposed list of properties to be forfeited. (*See* Stip. & Consent Order Imposing Prelim. Inj. & Other Relief at § IX, Dkt. No. 55 (June 14, 2022) (freezing "any real or commercial property owned by [Criminal Case Defendants]"); Order, Dkt. No. 181 (Mar. 30, 2023) (net proceeds from permitted sale to be retained in escrow account).)

Accordingly, should any frozen properties be forfeited in the parallel criminal action, SEC counsel anticipates seeking authorization from the Commission to request that this Court modify the asset freeze as to those properties.

Respectfully submitted,

*/s/ Sushila Rao*
Senior Trial Counsel

cc:  All counsel of record (by ECF)