UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

             Plaintiff,           :

                         :

  -v-                :      No. 1:22-cv-03897-LAK

                         :

STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC,    :
BRIAN K. MARTINSEN,         :
MICHAEL A. CASTILLERO,      :
FRANCINE A. LANAIA, and      :
ERIC D. LACHOW,          :

                         :

           Defendants.    :

---------------------------------------------------------------X

[PROPOSED]
**ORDER APPROVING FIFTEENTH INTERIM APPLICATION OF BERKELEY
RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JANUARY 1, 2026 THROUGH AND INCLUDING MARCH 31, 2026**

THIS MATTER coming before the Court on the Fifteenth Interim Application of Berkeley

Research Group, LLC ("BRG") as tax advisor to Melanie L. Cyganowski, the court appointed

receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses

Incurred During the Period January 1, 2026 through and including March 31, 2026 (the "Interim

Application")[1] [Dkt. No. 614]; and the Court having considered the Interim Application and

exhibits and other documents filed in support of the Interim Application; and the Court having

found that the Interim Application complies with applicable standards for awarding fees and

expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

ORDERED that the Interim Application for the period covering January 1, 2026 through and including March 31, 2026 (the "Application Period") is granted; and it is further

ORDERED that the fees requested by BRG for the Application Period are allowed on an interim basis in the amount of $11,149.70 (the "Allowed Fees"); and it is further

ORDERED that BRG's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $94.00 (the "Allowed Expenses"); and it is further

ORDERED that the Receiver will not pay any portion of the Holdback Amount, unless otherwise approved by the Court, until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____ 2026
       New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge

2

8841209.1