UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

               Plaintiff, :

            :

  -v- :

            :

STRAIGHTPATH VENTURE PARTNERS LLC, :
STRAIGHTPATH MANAGEMENT LLC, :
BRIAN K. MARTINSEN, :
MICHAEL A. CASTILLERO, :
FRANCINE A. LANAIA, and :
ERIC D. LACHOW, :

            :

          Defendants. :
-----------------------------------------------------------------X

No. 1:22-cv-03897-LAK

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-26**

**[PROPOSED]**
**ORDER APPROVING SIXTEENTH INTERIM APPLICATION OF STOUT RISIUS
ROSS, LLC FOR ALLOWANCE OF COMPENSATION INCURRED DURING THE
PERIOD  JANUARY 1, 2026 THROUGH MARCH 31, 2026**

THIS MATTER coming before the Court on the Sixteenth Interim Application of Stout

Risius Ross, LLC ("Stout") as financial advisor to Melanie L. Cyganowski, the court appointed

receiver herein (the "Receiver"), for Allowance of Compensation Incurred During the Period

January 1, 2026 through March 31, 2026 (the "Interim Application")[1] [Dkt. 608 ]; and the Court

having considered the Interim Application and exhibits and other documents filed in support of

the Interim Application; and the Court having found that the Interim Application complies with

applicable standards for awarding fees and expenses; and after due deliberation and for good and

sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering  January 1, 2026 through

March 31, 2026 (the "Application Period") is granted; and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim
Application.

1

8841277.1

**ORDERED** that Stout's compensation for the Application Period is allowed on an interim basis in the amount of $280,308.60 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Holdback Amount, until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____6/17____, 2026
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge

2

8841277.1