# **EXHIBIT A**

SFAR

**STANDARDIZED FUND ACCOUNTING REPORT for STRAIGHTPATH RECEIVERSHIP - Cash Basis**
**Receivership; Civil Court Docket No. 1.22-cv-03897-LAK**

| | | FUND ACCOUNTING | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Reporting Period July 1, 2026 to September 30, 2026 | | | Cumulative Total from June 14, 2022 to September 30, 2026 | | |
| | | | Detail | Subtotal | Grand Total | Detail | Subtotal | Grand Total |
| | Line 1 | **Beginning Period Balance** | | | $ 29,420,521.84 | | | $ - |
| | | ***Increase in Fund Balance:*** | | | | | | |
| | Line 2 | Business Income | $ - | | | $ - | | |
| | Line 3 | Cash and Securities | (221,469.21) | | | 1,855,046.63 | | |
| | Line 4 | Interest and Dividend Income | 171,383.53 | | | 893,337.23 | | |
| [1] | Line 5 | Business Asset Liquidation | - | | | 102,441,624.03 | | |
| | Line 6 | Personal Asset Liquidation | - | | | - | | |
| [2] | Line 7 | Third-Party Litigation Income | - | | | 107,870.27 | | |
| [3] | Line 8 | Miscellaneous - Other | - | | | 15,188,197.45 | | |
| | | **Total Funds Available (Lines 1 - 8)** | | **$ (50,085.68)** | **$ 29,370,436.16** | | **$ 120,486,075.61** | **$ 120,486,075.61** |
| | | ***Decrease in Fund Balance:*** | | | | | | |
| | Line 9 | **Disbursements to Investors** | (217,331.50) | **(217,331.50)** | | (55,903,009.48) | **(55,903,009.48)** | |
| | Line 10 | Disbursements for Receivership Operations: | | | | | | |
| [4] | Line 10a | Disbursements to Receiver or Other Professionals | (465,988.46) | | | (12,210,283.51) | | |
| | Line 10b | Business Asset and Operating Expenses | (6,060.70) | | | (450,965.96) | | |
| | Line 10c | Personal Asset Expenses | - | | | - | | |
| | Line 10d | Investment Expenses | - | | | (354,068.94) | | |
| | Line 10e | Third-Party Litigation Expenses | - | | | - | | |
| | Line 10f | Tax Administrator Fees and Bonds | - | | | - | | |
| | Line 10g | Federal and State Tax Expenses | - | | | (22,858,188.22) | | |
| | | **Total Disbursements for Receivership Operations** | | **(472,049.16)** | | | **(35,873,506.63)** | |
| [5] | Line 11 | **Disbursements for Distribution Expenses Paid by the Fund** | **-** | **-** | | **-** | **-** | |
| | Line 12 | Disbursements to Court/Other: | | | | | | |
| | Line 12a | Court Filing Fees | - | | | (4,214.00) | | |
| | Line 12b | Bank and Technology Fees | (900.00) | | | (25,015.00) | | |
| | Line 12c | Bank Legal Fees | - | | | (175.00) | | |
| | | **Total Disbursements to Court/Other** | | **(900.00)** | | | **(29,404.00)** | |
| | | **Total Funds Disbursed (Lines 9 - 11)** | | **$ (690,280.66)** | **$ (690,280.66)** | | **$ (91,805,920.11)** | **$ (91,805,920.11)** |
| | Line 13 | **Ending Balance (as of 9/30/2026)** | | | **$ 28,680,155.50** | | | **$ 28,680,155.50** |
| | Line 14 | **Ending Balance of Fund - Net Assets:** | | | | | | |
| | Line 14a | Cash & Cash Equivalents | 28,659,616.02 | | | 28,659,616.02 | | |
| | Line 14b | Investments | 20,539.48 | | | 20,539.48 | | |
| | Line 14c | Other Assets or Uncleared Funds | - | | | - | | |
| | | **Total Ending Balance of Fund - Net Assets:** | | | **$ 28,680,155.50** | | | **$ 28,680,155.50** |
| | | **OTHER SUPPLEMENTAL INFORMATION:** | | | | | | |
| | | **Report of Items NOT to be Paid by the Fund:** | | | | | | |
| | Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | $ - | | | $ - | | |
| | Line 16 | Disbursements to Court/Other Not Paid by the Fund | - | | | - | | |
| | Line 17 | DC and State Tax Payments | - | | | - | | |
| | Line 18 | **No. of Claims:** | | | | | | |
| | | # of Claims Received This Reporting Period | | | 0 | | | 0 |
| | | # of Claims Received Since Inception of Fund | | | 174 | | | 174 |
| | Line 19 | **No. of Claimants/Investors:** | | | | | | |
| | | # of Claimants/Investors Paid This Reporting Period | | | 49 | | | 49 |
| | | # of Claimants/Investors Paid Since Inception of Fund | | | 1,772 | | | 1,772 |

**STANDARDIZED FUND ACCOUNTING REPORT for STRAIGHTPATH RECEIVERSHIP - Cash Basis**
**Receivership; Civil Court Docket No. 1.22-cv-03897-LAK**

**Notes:**

**[1]** On April 5, 2023, Scopely announced that it signed an agreement to be acquired by Savvy Games Group ("Savvy"). On July 12, 2023, Savvy announced that it completed its acquisition of Scopely for $4.9 billion in cash (the "Scopely Buy-Out"). On or around September 7, 2023, the Receiver received cash proceeds of $15,026,428.73 from the Scopely Buy-Out transaction.

On January 5, 2024, the Receiver received additional cash proceeds of $94,837.80 from the Scopely Buy-Out, which are funds previously withheld by the Scopely purchaser for expenses.

In December 2024, the Receiver sold 496,000 shares of Rubrik resulting in net cash proceeds of $34,861,133.47, after deducting fees.

In October 2025, the Receiver subsequently paid $5,632.00 to a special purpose vehicle (SPV) for claimed additional operating expenses not accounted for prior to their Rubrik share distribution to StraightPath.

In January 2025, the Receiver sold 478,486 shares of Rubrik resulting in net cash proceeds of $33,665,464.29, after deducting fees.

In February and March 2025, the Receiver sold 10,462 shares of Airbnb resulting in net cash proceeds of $1,469,178.44, after deducting fees.

In February and March 2025, the Receiver sold 638,827 shares of GRAB resulting in net cash proceeds of $3,045,778.78, after deducting fees.

In February 2025, the Receiver sold 3,984 shares of 23andMe resulting in net cash proceeds of $8,685.27, after deducting fees.

In March 2025, the Receiver sold 21,914 shares of Palantir resulting in net cash proceeds of $1,895,882.55, after deducting fees.

In February and March 2025, the Receiver sold 118,635 shares of SOFI resulting in net cash proceeds of $1,614,490.40, after deducting fees.

On May 20, 2025, the Receiver sold 2,698 units of SpaceX resulting in net cash proceeds of $5,165,725.70, after deducting fees.

In July 2025, the Receiver sold 50,277 shares of Blend resulting in net cash proceeds of $173,169.08, after deducting fees.

In November 2025, the Receiver sold 15,310 shares of SpaceX resulting in net cash proceeds of $2,985,450.00.

In March 2026, the Receiver sold 26,538 shares of Chime resulting in net cash proceeds of $527,754.50, after deducting fees.

In March 2026, the Receiver sold 23,160 shares of Klarna resulting in net cash proceeds of $315,822.08, after deducting fees.

In May 2026, the Receiver sold 62,232 shares of Klarna resulting in net cash proceeds of $945,433.84, after deducting fees.

**[2]** In April 2026, the Receiver received $107,870.27 from the class action litigation known as In re Grab Holdings Ltd. Securities Litigation, which relates to StraightPath's pre-receivership interests in Grab Holdings Ltd. public securities.

**[3]** The Preliminary Injunction Order (ECF 55) requires that the three individual defendants, Brian Martinsen, Francine Lanaia and Michael Castillero, collectively pay $15 million, plus the remainder of retainer funds provided to Nardello & Co., into an account established by the Receiver (the "Escrow Funds"). As of July 8, 2022, the account for the Escrow Funds have been fully funded by $3,275,000 from Mr. Castillero, $5,862,500 from Ms. Lanaia, and $5,862,500 from Mr. Martinsen. The remainder of retainer funds of $188,182.45 from Nardello & Co. were also deposited into the account for the Escrow Funds.

**[4]** The Receivership Order provides that the Receiver shall not use more than $1,150,000 of the Escrow Funds for fees and expenses associated with the operation of the Receivership.

Through the Reporting Period, the receivership incurred and paid total disbursements of $35,902,910.63, of which $1,150,000.00 was paid from the Escrow Funds, leaving a balance $0.00 available for fees and expenses of the Receivership available from the Escrow Funds.

Of the $12,210,283.51 in professional fees and expenses paid through the Reporting Period, $964,102.58 was paid from the Escrow Funds, $1,456,348.04 was paid from cash that was transferred to the Receivership operating account from the SP Legacy bank account, and $9,789,832.89 was paid from the Reserves allocated from asset liquidation proceeds.

**[5]** Disbursements for Distribution Expenses Paid by the Fund are accounted for in Disbursements for Receivership Operations (Line 10 and related sub-lines).

**Receiver:**

**By:** */s/ Melanie L. Cyganowski, as Receiver*
(signature)

Melanie L. Cyganowski, as Receiver
(printed name)

Court Appointed Receiver
(title)

**Date:** 11/16/2026