# **EXHIBIT B**

Summary of Hours Billed
by Professionals

**Summary of Hours Billed by Professionals**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Joel Cohen | Managing Director | 8.0 | 900.0 | $ 7,200.00 |
| Sook Lee | Managing Director | 19.0 | 750.0 | 14,250.00 |
| Amy Coomes | Director | 146.5 | 600.0 | 87,900.00 |
| Anson Smuts | Director | 60.3 | 600.0 | 36,180.00 |
| Anna Avery | Senior Manager | 0.2 | 500.0 | 100.00 |
| Jacqueline Rogers | Manager | 199.2 | 430.0 | 85,656.00 |
| Kyle Lietz | Associate | 11.4 | 380.0 | 4,332.00 |
| Katherine Xu | Analyst | 1.2 | 340.0 | 408.00 |
| Freddie Rhodes | Analyst | 5.0 | 315.0 | 1,575.00 |
| Zander Walker | Analyst | 3.4 | 315.0 | 1,071.00 |

| | |
|---|---|
| **Total Professional Fees** | $ 238,672.00 |
| **Professional Discount** | (23,867.20) |
| **Total Professional Fees Net of Professional Discount** | 214,804.80 |
| **Out-of-Pocket Expenses** | - |
| **Total** | **$ 214,804.80** |