# **EXHIBIT C**

Fees by Project Category

**Summary by Task**

**ACCOUNTING/AUDITING**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sook Lee | 3.0 | 750.00 | $ 2,250.00 |
| Amy Coomes | 41.4 | 600.00 | 24,840.00 |
| Jacqueline Rogers | 3.7 | 430.00 | 1,591.00 |
| **Total** | **48.1** | | **$ 28,681.00** |

**ASSET DISPOSITION**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Joel Cohen | 4.4 | 900.0 | $ 3,960.00 |
| Sook Lee | 3.7 | 750.0 | 2,775.00 |
| Amy Coomes | 16.7 | 600.0 | 10,020.00 |
| Anson Smuts | 0.7 | 600.0 | 420.00 |
| Jacqueline Rogers | 1.0 | 430.0 | 430.00 |
| **Total** | **26.5** | | **$ 17,605.00** |

**BUSINESS OPERATIONS**
TASK

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sook Lee | 0.2 | 750.00 | $ 150.00 |
| Amy Coomes | 0.9 | 600.00 | 540.00 |
| **Total** | **1.1** | | **$ 690.00** |

**CASE ADMINISTRATION**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Joel Cohen | 3.6 | 900.00 | $ 3,240.00 |
| Sook Lee | 5.2 | 750.00 | 3,900.00 |
| Amy Coomes | 16.9 | 600.00 | 10,140.00 |
| Anson Smuts | 58.3 | 600.00 | 34,980.00 |
| Anna Avery | 0.2 | 500.00 | 100.00 |
| Jacqueline Rogers | 3.6 | 430.00 | 1,548.00 |
| Kyle Lietz | 9.6 | 380.00 | 3,648.00 |
| Katherine Xu | 1.2 | 340.00 | 408.00 |
| Zander Walker | 3.4 | 315.00 | 1,071.00 |
| **Total** | **102.0** | | **$ 59,035.00** |

**Summary by Task**

**CLAIMS ADMINISTRATION AND OBJECTIONS**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sook Lee | 0.7 | 750.00 | $ 525.00 |
| Amy Coomes | 12.6 | 600.00 | 7,560.00 |
| Anson Smuts | 0.2 | 600.00 | 120.00 |
| Jacqueline Rogers | 137.7 | 430.00 | 59,211.00 |
| **Total** | **151.2** | | **$ 67,416.00** |

**STATUS REPORTS**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sook Lee | 0.4 | 750.00 | $ 300.00 |
| Amy Coomes | 7.0 | 600.00 | 4,200.00 |
| **Total** | **7.4** | | **$ 4,500.00** |

**TAX ISSUES**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sook Lee | 5.8 | 750.00 | $ 4,350.00 |
| Amy Coomes | 51.0 | 600.00 | 30,600.00 |
| Anson Smuts | 1.1 | 600.00 | 660.00 |
| Jacqueline Rogers | 53.2 | 430.00 | 22,876.00 |
| Kyle Lietz | 1.8 | 380.00 | 684.00 |
| Freddie Rhodes | 5.0 | 315.00 | 1,575.00 |
| **Total** | **117.9** | | **$ 60,745.00** |

| | Hours | | Amount |
|---|---|---|---|
| **Total Summary by Task** | **454.2** | | **$ 238,672.00** |