# <u>EXHIBIT E</u>

Previously Submitted Fee Applications

| Q2 2022 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $26,790.75 | $5,358.15 | $21,432.60 | $0.00 | $21,432.60 | $21,432.60 | $0.00 |
| Otterbourg | 123,745.95 | 24,749.19 | 98,996.76 | 269.12 | 99,265.88 | 99,265.88 | 0.00 |
| Stout | 90,067.50 | 18,013.50 | 72,054.00 | 1,520.88 | 73,574.88 | 73,574.88 | 0.00 |
| BRG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Stretto | 8,082.65 | 0.00 | 8,082.65 | 5,415.95 | 13,498.60 | 13,498.60 | 0.00 |
| **Total** | **$248,686.85** | **$48,120.84** | **$200,566.01** | **$7,205.95** | **$207,771.96** | **$207,771.96** | **$0.00** |

| Q3 2022 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $51,817.50 | $10,363.50 | $41,454.00 | $73.66 | $41,527.66 | $41,527.66 | $0.00 |
| Otterbourg | 697,421.25 | 139,484.25 | 557,937.00 | 6,439.92 | 564,376.92 | 564,376.92 | 0.00 |
| Stout | 713,958.30 | 142,791.66 | 571,166.64 | 0.00 | 571,166.64 | 571,166.64 | 0.00 |
| BRG | 215,827.15 | 43,165.43 | 172,661.72 | 9,711.56 | 182,373.28 | 182,373.28 | 0.00 |
| Stretto | 45,956.10 | 9,191.22 | 36,764.88 | 1,998.60 | 38,763.48 | 38,763.48 | 0.00 |
| **Total** | **$1,724,980.30** | **$344,996.06** | **$1,379,984.24** | **$18,223.74** | **$1,398,207.98** | **$1,398,207.98** | **$0.00** |

| Q4 2022 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $44,100.00 | $13,230.00 | $30,870.00 | $0.00 | $30,870.00 | $30,870.00 | $0.00 |
| Otterbourg | 703,187.10 | 210,956.13 | 492,230.97 | 4,383.02 | 496,613.99 | 496,613.99 | 0.00 |
| Stout | 563,153.85 | 168,946.16 | 394,207.69 | 0.00 | 394,207.69 | 394,207.69 | 0.00 |
| BRG | 35,433.85 | 10,630.16 | 24,803.69 | 2,650.25 | 27,453.94 | 27,453.94 | 0.00 |
| Stretto | 4,086.80 | 817.36 | 3,269.44 | 3.40 | 3,272.84 | 3,272.84 | 0.00 |
| **Total** | **$1,349,961.60** | **$404,579.81** | **$945,381.79** | **$7,036.67** | **$952,418.46** | **$952,418.46** | **$0.00** |

| Q1 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $27,121.50 | $8,136.45 | $18,985.05 | $0.00 | $18,985.05 | $18,985.05 | $0.00 |
| Otterbourg | 588,296.25 | 176,488.88 | 411,807.37 | 7,155.75 | 418,963.12 | 418,963.12 | 0.00 |
| Stout | 488,865.15 | 146,659.55 | 342,205.60 | 0.00 | 342,205.60 | 342,205.60 | 0.00 |
| BRG | 15,139.30 | 4,541.79 | 10,597.51 | 1,115.38 | 11,712.89 | 11,712.89 | 0.00 |
| Stretto | 11,611.85 | 2,322.37 | 9,289.48 | 594.88 | 9,884.36 | 9,884.36 | 0.00 |
| **Total** | **$1,131,034.05** | **$338,149.04** | **$792,885.01** | **$8,866.01** | **$801,751.02** | **$801,751.02** | **$0.00** |

| Q2 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $13,230.00 | $3,969.00 | $9,261.00 | $0.00 | $9,261.00 | $9,261.00 | $0.00 |
| Otterbourg | 383,994.90 | 115,198.47 | 268,796.43 | 3,064.62 | 271,861.05 | 271,861.05 | 0.00 |
| Stout | 492,992.55 | 147,897.77 | 345,094.78 | 0.00 | 345,094.78 | 345,094.78 | 0.00 |
| BRG | 26,374.90 | 7,912.47 | 18,462.43 | 3,017.60 | 21,480.03 | 21,480.03 | 0.00 |
| Stretto | 30,483.55 | 6,096.71 | 24,386.84 | 23,443.35 | 47,830.19 | 47,830.19 | 0.00 |
| **Total** | **$947,075.90** | **$281,074.42** | **$666,001.48** | **$29,525.57** | **$695,527.05** | **$695,527.05** | **$0.00** |

| Q3 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $43,879.50 | $13,163.85 | $30,715.65 | $0.00 | $30,715.65 | $30,715.65 | 0.00 |
| Otterbourg | 463,684.50 | 139,105.35 | 324,579.15 | 3,485.76 | 328,064.91 | 328,064.91 | 0.00 |
| Stout | 487,298.70 | 146,189.61 | 341,109.09 | 0.00 | 341,109.09 | 341,109.09 | 0.00 |
| BRG | 127,436.00 | 38,230.80 | 89,205.20 | 18,791.30 | 107,996.50 | 107,996.50 | 0.00 |
| Stretto | 6,386.05 | 1,277.21 | 5,108.84 | 986.31 | 6,095.15 | 6,095.15 | 0.00 |
| **Total** | **$1,128,684.75** | **$337,966.82** | **$790,717.93** | **$23,263.37** | **$813,981.30** | **$813,981.30** | **$0.00** |

| Q4 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $15,435.00 | $4,630.50 | $10,804.50 | $0.00 | $10,804.50 | $10,804.50 | $0.00 |
| Otterbourg | 571,783.95 | 171,535.19 | 400,248.76 | 9,075.38 | 409,324.14 | 409,324.14 | 0.00 |
| Stout | 209,418.75 | 62,825.63 | 146,593.12 | 0.00 | 146,593.12 | 146,593.12 | 0.00 |
| BRG | 145,608.30 | 43,682.49 | 101,925.81 | 1,555.46 | 103,481.27 | 103,481.27 | 0.00 |
| Stretto | 3,431.88 | 686.38 | 2,745.50 | 753.60 | 3,499.10 | 3,499.10 | 0.00 |
| Liquid Advisors | 2,055.35 | 0.00 | 2,055.35 | 0.00 | 2,055.35 | 2,055.35 | 0.00 |
| **Total** | **$947,733.23** | **$283,360.19** | **$664,373.04** | **$11,384.44** | **$675,757.48** | **$675,757.48** | **$0.00** |

| Q1 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Receiver / Firm | Approved Fees $ | Holdback (Unpaid) $ | Approved Fees Exclusive of Holdback $ | Approved Expenses $ | Total Approved Fees & Exp. Exclusive of Holdback $ | Total Paid $ | Total Outstanding Exclusive of Holdback $ |
| Receiver | $14,122.00 | $4,236.60 | $9,885.40 | $0.00 | 9,885.40 | $9,885.40 | $0.00 |
| Otterbourg | 506,949.75 | 152,084.93 | 354,864.82 | 1,648.69 | 356,513.51 | 356,513.51 | 0.00 |
| Stout | 281,106.90 | 84,332.07 | 196,774.83 | 0.00 | 196,774.83 | 196,774.83 | 0.00 |
| BRG | 12,486.20 | 3,745.86 | 8,740.34 | 24.09 | 8,764.43 | 8,764.43 | 0.00 |
| Stretto | 4,040.05 | 808.01 | 3,232.04 | 783.66 | 4,015.70 | 4,015.70 | 0.00 |
| Liquid Advisors | 2,771.80 | 0.00 | 2,771.80 | 0.00 | 2,771.80 | 2,771.80 | 0.00 |
| **Total** | **$821,476.70** | **$245,207.47** | **$576,269.23** | **$2,456.44** | **$578,725.67** | **$578,725.67** | **$0.00** |

| Q2 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Receiver / Firm | Approved Fees $ | Holdback (Unpaid) $ | Approved Fees Exclusive of Holdback $ | Approved Expenses $ | Total Approved Fees & Exp. Exclusive of Holdback $ | Total Paid $ | Total Outstanding Exclusive of Holdback $ |
| Receiver | $29,657.25 | $8,897.18 | $20,760.07 | $0.00 | $20,760.07 | $20,760.07 | $0.00 |
| Otterbourg | 449,510.40 | 134,853.12 | 314,657.28 | 2,365.86 | 317,023.14 | 317,023.14 | 0.00 |
| Stout | 161,182.80 | 48,354.84 | 112,827.96 | 0.00 | 112,827.96 | 112,827.96 | 0.00 |
| BRG | 29,253.50 | 8,776.05 | 20,477.45 | 270.67 | 20,748.12 | 20,748.12 | 0.00 |
| Stretto | 11,195.77 | 2,239.15 | 8,956.62 | 6,482.59 | 15,439.21 | 15,439.21 | 0.00 |
| Liquid Advisors | 5,382.69 | 0.00 | 5,382.69 | 0.00 | 5,382.69 | 5,382.69 | 0.00 |
| **Total** | **$686,182.41** | **$203,120.34** | **$483,062.07** | **$9,119.12** | **$492,181.19** | **$492,181.19** | **$0.00** |

| Q3 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Receiver / Firm | Approved Fees $ | Holdback (Unpaid) $ | Approved Fees Exclusive of Holdback $ | Approved Expenses $ | Total Approved Fees & Exp. Exclusive of Holdback $ | Total Paid $ | Total Outstanding Exclusive of Holdback $ |
| Receiver | $12,678.75 | $3,803.63 | $8,875.12 | $0.00 | $8,875.12 | $8,875.12 | $0.00 |
| Otterbourg | 664,054.20 | 199,216.26 | 464,837.94 | 2,490.97 | 467,328.91 | 467,328.91 | 0.00 |
| Stout | 124,168.95 | 37,250.69 | 86,918.26 | 0.00 | $86,918.26 | $86,918.26 | 0.00 |
| BRG | 15,770.40 | 4,731.12 | 11,039.28 | 0.00 | 11,039.28 | 11,039.28 | 0.00 |
| Stretto | 7,237.11 | 1,447.42 | 5,789.69 | 3,845.34 | 9,635.03 | 9,635.03 | 0.00 |
| Liquid Advisors | 3,588.75 | 0.00 | 3,588.75 | 0.00 | 3,588.75 | 3,588.75 | 0.00 |
| **Total** | **$827,498.16** | **$246,449.12** | **$581,049.04** | **$6,336.31** | **$587,385.35** | **$587,385.35** | **$0.00** |

| Q4 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Receiver / Firm | Approved Fees $ | Holdback (Unpaid) $ | Approved Fees Exclusive of Holdback $ | Approved Expenses $ | Total Approved Fees & Exp. Exclusive of Holdback $ | Total Paid $ | Total Outstanding Exclusive of Holdback $ |
| Receiver | $22,601.25 | $6,780.38 | $15,820.87 | $0.00 | $15,820.87 | $15,820.87 | $0.00 |
| Otterbourg | 642,141.45 | 192,642.44 | 449,499.01 | 5,503.71 | 455,002.72 | 455,002.72 | 0.00 |
| Stout | 107,996.40 | 32,398.92 | 75,597.48 | 0.00 | 75,597.48 | 75,597.48 | 0.00 |
| BRG | 34,197.60 | 10,259.28 | 23,938.32 | 11.45 | 23,949.77 | 23,949.77 | 0.00 |
| Stretto | 19,257.81 | 3,851.56 | 15,406.25 | 9,624.03 | 25,030.28 | 25,030.28 | 0.00 |
| Liquid Advisors | 717.70 | 0.00 | 717.70 | 0.00 | 717.70 | 717.70 | 0.00 |
| **Total** | **$826,912.21** | **$245,932.58** | **$580,979.63** | **$15,139.19** | **$596,118.82** | **$596,118.82** | **$0.00** |

| Q1 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $17,860.50 | $5,358.15 | $12,502.35 | $0.00 | $12,502.35 | $0.00 | $12,502.35 |
| Otterbourg | 683,082.00 | 204,924.60 | 478,157.40 | 6,522.67 | 484,680.07 | $0.00 | 484,680.07 |
| Stout | 516,238.20 | 154,871.46 | 361,366.74 | $0.00 | 361,366.74 | $0.00 | 361,366.74 |
| BRG | 43,531.70 | 13,059.51 | 30,472.19 | 105.92 | 30,578.11 | $0.00 | 30,578.11 |
| Stretto | $130,297.34 | 26,059.47 | 104,237.87 | 3,825.61 | 108,063.48 | 108,063.48 | $0.00 |
| Liquid Advisors | 1,370.20 | $0.00 | 1,370.20 | $0.00 | 1,370.20 | 1,370.20 | $0.00 |
| **Total** | **$1,392,379.94** | **$404,273.19** | **$988,106.75** | **$10,454.20** | **$998,560.95** | **$109,433.68** | **$889,127.27** |

| Q2 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $35,235.00 | $10,570.50 | $24,664.50 | $0.00 | $24,664.50 | $0.00 | $24,664.50 |
| Otterbourg | 627,943.50 | 188,383.05 | 439,560.45 | 7,309.34 | 446,869.79 | 0.00 | 446.869.79 |
| Stout | 455,823.00 | 136,746.90 | 319,076.10 | 27,000.00 | 346,076.10 | 0.00 | 346,076.10 |
| BRG | 9,431.50 | 2,829.45 | 6,602.04 | 18.60 | 6,620.65 | 0.00 | 6,620.65 |
| Stretto | 115,129.74 | 23,025.95 | 92,103.79 | 4,970.80 | 97,074.59 | 97,074.59 | 0.00 |
| Liquid Advisors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **$1,243,562.74** | **$361,555.85** | **$882,006.89** | **$39,298.74** | **$921,305.63** | **$97,074.59** | **$824,231.04** |

| Q3 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $38,697.75 | $11,609.32 | $27,088.43 | $0.00 | $27,088.43 | $0.00 | $27,088.43 |
| Otterbourg | 927,598.05 | 278,279.41 | 649,318.64 | 3,552.11 | 652,870.75 | 0.00 | 652,870.75 |
| Stout | 385,787.26 | 115,736.18 | 270,051.08 | 0.00 | 270,051.08 | 0.00 | 270,051.08 |
| BRG | 75,279.20 | 22,583.76 | 52,695.44 | 7,103.55 | 59,798.99 | 0.00 | 59,798.99 |
| Stretto | 82,921.11 | 16,584.22 | 66,336.89 | 8,459.95 | 74,796.84 | 0.00 | 74,796.84 |
| **Total** | **$1,510,283.37** | **$444,792.89** | **$1,065,490.48** | **$19,115.61** | **$1,084,606.09** | **$0.00** | **$1,084,606.09** |

| Q4 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $33,516.00 | $10,054.80 | $23,461.20 | $0.00 | $23,461.20 | $0.00 | $23,461.20 |
| Otterbourg | 853,851.15 | 256,155.35 | 597,695.81 | 10,208.39 | 607,904.20 | 0.00 | 607,904.20 |
| Stout | 323,454.60 | 97,036.38 | 226,418.22 | 48.19 | 226,466.41 | 0.00 | 226,466.41 |
| BRG | 12,148.20 | 3,644.46 | 8,503.74 | 25.80 | 8,529.54 | 0.00 | 8,529.54 |
| Stretto | 77,327.68 | 15,465.54 | 61,862.14 | 13,519.61 | 75,381.75 | 0.00 | 75,381.75 |
| **Total** | **$1,300,297.63** | **$382,356.53** | **$917,941.11** | **$23,801.99** | **$941,743.10** | **$0.00** | **$941,743.10** |

| Q1 2026 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $31,090.50 | $9,327.15 | $21,763.35 | $0.00 | $21,763.35 | $0.00 | $21,763.35 |
| Otterbourg | 666,011.25 | 199,803.37 | 466,207.88 | 3,512.55 | 469,720.43 | 0.00 | 469,720.43 |
| Stout | 280,308.60 | 84,092.58 | 196,216.02 | 0.00 | 196,216.02 | 0.00 | 196,216.02 |
| BRG | 11,149.70 | 3,344.91 | 7,804.79 | 94.00 | 7,898.79 | 0.00 | 7,898.79 |
| Stretto | 34,684.67 | 6,936.93 | 27,747.74 | 2,798.73 | 30,546.47 | 0.00 | 30,546.47 |
| **Total** | **$1,023,244.72** | **$303,504.94** | **$719,739.78** | **$6,405.28** | **$726,145.06** | **$0.00** | **$726,145.06** |

| Q2 2026 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $32,303.25 | $9,690.97 | $22,612.28 | $0.00 | $22,612.28 | $0.00 | $22,612.28 |
| Otterbourg | 532,095.30 | 159,628.59 | 372,466.71 | 2,322.93 | 374,789.64 | 0.00 | 374,789.64 |
| Stout | 330,467.40 | 99,140.22 | 231,327.18 | 0.00 | 231,327.18 | 231,327.18 | 0.00 |
| BRG | 20,564.40 | 6,169.32 | 14,395.08 | 137.10 | 14,532.18 | 0.00 | 14,532.18 |
| Stretto | 69,971.36 | 13,994.27 | 55,977.09 | 10,504.97 | 66,482.06 | 0.00 | 66,482.06 |
| **Total** | **$985,401.71** | **$288,623.37** | **$696,778.34** | **$12,965.00** | **$709,743.34** | **$231,327.18** | **$478,416.16** |

| Total StraightPath Fees by Receiver and Professional Firms Since Receivership Commencement Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receiver / Firm** | **Approved Fees $** | **Holdback (Unpaid) $** | **Approved Fees Exclusive of Holdback $** | **Approved Expenses $** | **Total Approved Fees & Exp. Exclusive of Holdback $** | **Total Paid $** | **Total Outstanding Exclusive of Holdback $** |
| Receiver | $490,136.50 | $139,180.13 | $350,956.37 | $73.66 | $351,030.03 | $306,654.40 | $44,375.63 |
| Otterbourg | 10,085,350.95 | 2,943,488.58 | 7,141,862.38 | 79,310.79 | 7,221,173.17 | 6,376,663.10 | 844,510.07 |
| Stout | 6,012,288.91 | 1,723,284.12 | 4,289,004.79 | 28,569.07 | 4,317,573.86 | 4,317,573.86 | 0.00 |
| BRG | 829,631.90 | 227,306.86 | 602,325.04 | 44,632.73 | 646,957.77 | 632,425.59 | 14,532.18 |
| Stretto | 662,101.52 | 130,803.77 | 531,297.75 | 98,011.38 | 629,309.13 | 562,827.07 | 66,482.06 |
| Liquid Advisors | 15,886.49 | 0.00 | 15,886.49 | 0.00 | 15,886.49 | 15,886.49 | 0.00 |
| **Total** | **$18,095,396.27** | **$5,164,063.46** | **$12,931,332.82** | **$250,597.63** | **$13,181,930.45** | **$12,212,030.51** | **$969,899.94** |