**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-v-<br><br>STRAIGHTPATH VENTURE PARTNERS LLC,<br>STRAIGHTPATH MANAGEMENT LLC,<br>BRIAN K. MARTINSEN,<br>MICHAEL A. CASTILLERO,<br>FRANCINE A. LANAIA, and<br>ERIC D. LACHOW,<br><br>Defendants. | : | No. 1:22-cv-03897-LAK |

**[PROPOSED]**
**ORDER APPROVING EIGHTEENTH INTERIM APPLICATION OF STOUT RISIUS ROSS, LLC FOR ALLOWANCE OF COMPENSATION INCURRED DURING THE PERIOD JULY 1, 2026 THROUGH SEPTEMBER 30, 2026**

THIS MATTER coming before the Court on the Eighteenth Interim Application of Stout Risius Ross, LLC ("Stout") as financial advisor to Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation Incurred During the Period July 1, 2026 through September 30, 2026 (the "Interim Application")[1] [Dkt. ____]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering July 1, 2026 through September 30, 2026 (the "Application Period") is granted; and it is further

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

**ORDERED** that Stout's compensation for the Application Period is allowed on an interim basis in the amount of $214,804.80 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Holdback Amount, until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _______________, 2026
New York, New York

_________________________________
Hon. Lewis A. Kaplan
United States District Judge