UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, -v- STRAIGHTPATH VENTURE PARTNERS LLC, STRAIGHTPATH MANAGEMENT LLC, BRIAN K. MARTINSEN, MICHAEL A. CASTILLERO, FRANCINE A. LANAIA, and ERIC D. LACHOW, Defendants. | No. 1:22-cv-03897-LAK |

**NOTICE OF SEVENTEENTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSESINCURRED DURING THE PERIOD JULY 1, 2026 THROUGH AND INCLUDING SEPTEMBER 30, 2026**

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("***Applicant***") as tax advisor to Melanie L. Cyganowski in her capacity as receiver (the "***Receiver***") will move before the Honorable Lewis A. Kaplan, United States District Judge for the United States District Court for the Southern District of New York (the "***Court***"), located at Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, NY 10007-1312 for entry of an order approving the Seventeenth Interim Application of Berkeley Research Group, LLC for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2026 through and including September 30, 2026 (the "***Application***").[1]

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Application must be (i) made in writing; (ii) if by a party, electronically filed with the Court; or (iii) if by a non-party, electronically mailed to the Receiver, at her e-mail address,

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Application.

StraightPathReceiver@otterbourg.com, or mailed to StraightPath Receivership c/o Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attention: Erik B. Weinick, Esq., in either case, so as to be actually received no later than **November 30, 2026**. The Receiver will consolidate and file such non-party opposition(s) as a single ECF docket entry no later than two (2) business days following November 30, 2026.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any timely served written opposition, the Court may approve the proposed Order Approving Seventeenth Interim Application of Berkeley Research Group, LLC for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2026 through and including September 30, 2026.

Dated: November 16, 2026

By: By: */s/ Peter Feldman*

Peter Feldman
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100
Fax: (212) 682-6104
pfeldman@otterbourg.com

Counsel for Melanie L. Cyganowski, in her capacity as Receiver